IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Motorola SOLUTIONS, INC., and Motorola SOLUTIONS MALAYSIA SDN. BHD.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC.,<br><br>        Defendants. | **Case No. 1:17-CV-01973**<br><br>Honorable Samuel Der-Yeghiayan |

**DEFENDANTS' DISCLOSURE AND NOTIFICATION OF AFFILIATES
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Defendants, Hytera Communications Corporation Ltd. ("Hytera Corporation"), Hytera America, Inc., and Hytera Communications America (West), Inc., make the following Disclosure to the Court pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.

Hytera America, Inc., and Hytera Communications America (West), Inc. are direct and wholly-owned subsidiaries of Hytera Corporation. There are no intermediary owners of Hytera Corporation, and Hytera Corporation does not have a parent corporation. No publicly-held corporation owns 10% or more of Hytera Corporation's stock, and no entity owns more than 5% of Hytera Corporation. Hytera Corporation is publicly traded on the Shenzhen stock exchange.

        HYTERA COMMUNICATIONS CORPORATION LTD.;
        HYTERA AMERICA, INC.; and HYTERA
        COMMUNICATIONS AMERICA (WEST), INC.

        By: */s/ Erik R. Puknys*

John T. Schriver (ARDC# 2507692)
JTSchriver@duanemorris.com
Duane Morris, LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6785
Facsimile: (312) 277-6942

Erik R. Puknys (*pro hac vice*)
erik.puknys@finnegan.com
Nicholas D. Petrella (*pro hac vice*)
nicholas.petrella@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

E. Robert Yoches (*pro hac vice*)
bob.yoches@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Shaobin Zhu (*pro hac vice*)
Shaobin.zhu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
No. 267 Lane 418, Jingxiu East Road
Pudong New District, Shanghai, 20013-5
China
Telephone: +86 21 6194 2000
Facsimile: +86 21 6194 2018

## CERTIFICATE OF SERVICE

John T. Schriver certifies that on July 10, 2107 he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

/s/ *John T. Schriver*

DM1\7940722.1