**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., </br></br>  Plaintiffs, </br></br> v. </br></br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC., </br></br> Defendants. | Civil Action No. 1:17-cv-1973 </br></br> Honorable Charles R. Norgle Sr. </br></br> Magistrate Judge Jeffrey Cole |

**<u>DEFENDANTS' CERTIFICATE OF SERVICE FOR DOCUMENTS FILED PROVISIONALLY UNDER SEAL AT DOCKET NO. 345</u>**

## **CERTIFICATE OF SERVICE**

I, hereby certify that on November 12, 2018, a true and correct copy of the following documents:

- **HYTERA'S MOTION TO COMPEL DISCOVERY; HYTERA'S BRIEF IN SUPPORT OF ITS MOTION TO COMPEL; EXHIBITS 2-19, 24-29, 31, AND 33 TO HYTERA'S MOTION TO COMPEL**

were served by the indicated means to the person(s) at the address listed below:

Adam Alper (*pro hac vice*) ☐ Via First Class Mail
adam.alper@kirkland.com ☐ Via Hand Delivery
Brandon H. Brown (IL Bar No. 266347 CA) ☐ Via Overnight Courier
brandon.brown@kirkland.com ☒ Via Email (pdf file)
Natalie Flechsig (*pro hac vice*)
natalie.flechsig@kirkland.com
Akshay S. Deoras (*pro hac vice*)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (*pro hac vice*)
michael.devries@kirkland.com
Justin Singh (*pro hac vice*)
justin.singh@kirkland.com
Christopher Lawless (*pro hac vice*)
christopher.lawless@kirkland.com
Ali-Reza Boloori (*pro hac vice*)
ali-reza.boloori@kirkland.com
Benjamin A. Yaghoubian (*pro hac vice*)
benjamin.yaghoubian@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680 8500

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
Megan M. New (IL SBN: 6300422)
megan.new@kirkland.com
KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Amir Freund (*pro hac vice*)
amir.freund@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

*Attorneys for Motorola Solutions, Inc. and
Motorola Solutions Malaysia Sdn. Bhn.*

      I caused the above documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, DC on November 12, 2018

/s/ *Boyd Cloern*
Boyd Cloern (*pro hac vice*)
bcloern@steptoe.com
Michael Allan (*pro hac vice*)
mallan@steptoe.com
Jessica I. Rothschild (*pro hac vice*)
jrothschild@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-300
Facsimile: (202) 429-3902

Daniel Stringfield
dstringfield@steptoe.com
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

        Mark McDougall (*pro hac vice*)
        mmcdougall@calfee.com
        Joshua Ryland (*pro hac vice*)
        jryland@calfee.com
        Todd Tucker (*pro hac vice*)
        ttucker@calfee.com
        CALFEE, HALTER & GRISWOLD LLP
        The Calfee Building
        1405 East Sixth Street
        Cleveland, OH 44114
        Telephone: (216) 622-8200
        Facsimile: (216) 241-0816

*Attorney for Defendants Hytera Communications Corp., Hytera America, Inc., and Hytera Communications (West), Inc.*