# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Motorola Solutions, Inc., et al.

                       Plaintiff,

v.                                               Case No.: 1:17–cv–01973

                                              Honorable Charles R. Norgle Sr.

Hytera Communications Corporation Ltd., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 21, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to Amend Schedule and for Status Conference [558] is granted in part and denied in part. The trial date will stand. Motion hearing held on 6/21/2019. The parties will continue to attempt to resolve any remaining issues. Status hearing, if necessary, is continued to 6/28/2019 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.