UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Motorola Solutions, Inc., et al.
                                         Plaintiff,
v.                                       Case No.: 1:17−cv−01973
                                         Honorable Charles R. Norgle Sr.
Hytera Communications Corporation Ltd., et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2019:

MINUTE entry before the Honorable Jeffrey Cole: The Joint Motion to Modify Pretrial Disclosure Deadlines [603] is granted. No appearance is necessary on the motion. However, the motion is granted based on the express statement both by phone this afternoon and in the Joint Motion that "[t]hese modification do not affect the November 1, 2019 trial date, or the October 1, 2019 deadline for the parties to file their Joint Pretrial Order...." [603]. The following deadline extension is entered: 1. Reply expert reports are due by 9/3/2019, 2. Hytera to provide trial exhibit list and trial deposition designations; objections to Motorola exhibit list, objections to Motorola deposition designations, and counter−designations by 9/9/2019, 3. Motorola to provide objections to Hytera exhibit list, objections to Hytera deposition designations, and counter−designations by 9/17/2019, 4. Hytera to provide response to draft jury instructions and verdict form by 9/17/2019, 5. Motorola to provide draft Pre−Trial Order to Hytera by 9/18/2019, 6. Hytera to provide its comments and additions to draft Pre−Trial Order to Motorola by 9/25/2019. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.