## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD. <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC. <br> Defendants. | Case No. 1:17-CV-01973 <br><br><br> Honorable Charles R. Norgle Sr. |

## DEFENDANTS' RULE 50(a) MOTION FOR DIRECTED VERDICT
## ON ALL COUNTS

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, Defendants ("Hytera") respectfully move for directed verdict on all counts. The grounds for this motion are set forth and detailed in the attached supporting brief. Those grounds include the following:

- As a matter of law, Motorola's trade secret claims are barred by the statute of limitations, and Motorola's fraudulent concealment defense fails;

- Hytera is entitled to judgment as a matter of law on Motorola's trade secret claims due to the absence of sufficient evidence of a trade secret and Motorola's failure to take reasonable confidentiality measures;

- Hytera is entitled to judgment as a matter of law on Motorola's trade secret claims due to the absence of sufficient evidence that Hytera acquired or used the trade secret;

- Hytera is entitled to judgment as a matter of law on Motorola's Copyright claims because Motorola has not proven the protectability of what it contends is copied; Motorola has not

1

proven which alleged copying is associated with which of the four works at issue in the case; and the copyright claim is limited to three years before the amended complaint;

- Motorola is not entitled to recover for acts committed and damages occurred outside of the United States;

- Motorola failed to present a submissible case on punitive damages and any award of punitive damages in this case would violate federal due process.

Accordingly, Hytera respectfully requests that the Court enter judgment in its favor on all counts.

Date: December 3, 2019                    Respectfully submitted,

/s/ *Boyd Cloern*

Boyd Cloern (*pro hac vice*)
bcloern@steptoe.com
Michael Allan (*pro hac vice*)
mallan@steptoe.com
Jessica Rothschild (*pro hac vice*)
jrothschild@steptoe.com
Kassandra Officer (*pro hac vice*)
kofficer@steptoe.com
David Bettwy (*pro hac vice*)
dbetwy@stepteo.com
Brian Johnson (*pro hac vice*)
bjohnso@steptoe.com
Alice Loughran (*pro hac vice*)
aloughran@steptoe.com
Scott Richey (*pro hac vice*)
srichey@steptoe.com
Christopher Suarez
csuarez@steptoe.com
John William Toth (*pro hac vice*)
btoth@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-300
Facsimile: (202) 429-3902

2

Daniel Stringfield
dstringfield@steptoe.com
Tron Fu
tfu@steptoe.com
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile:  (312) 577-1370

Mark McDougall (*pro hac vice*)
mmcdougall@calfee.com
Joshua Ryland (*pro hac vice*)
jryland@calfee.com
Todd Tucker (*pro hac vice*)
ttucker@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone:  (216) 622-8200
Facsimile:  (216) 241-0816

*Attorneys for Defendants Hytera
Communications Corp., Hytera America, Inc.,
and Hytera Communications (West), Inc.*

## CERTIFICATE OF SERVICE

I, Boyd Cloern, an attorney, hereby certify that on December 3, 2019, I caused a true and correct copy of the foregoing motion to be served via the Court's ECF system upon all counsel of record.

/s/Boyd Cloern
Boyd Cloern