```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3    MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
      SOLUTIONS MALAYSIA SDN. BHD,              )
 4                                              )
                  Plaintiffs,                   )
 5    vs.                                       ) Chicago, Illinois
                                                )
 6    HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) November 6, 2019
      HYTERA AMERICA, INC., and HYTERA          )
 7    COMMUNICATIONS AMERICA (WEST), INC.,      )
                                                )
 8                  Defendants.                 ) 10:00 o'clock a.m.

 9
                         TRIAL - VOLUME 1-A
10                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
11                          and a jury

12    APPEARANCES:

13    For the Plaintiffs:    KIRKLAND & ELLIS, LLP
                             BY:  Mr. Adam R. Alper
14                                Mr. Brandon Hugh Brown
                             555 California Street
15                           27th Floor
                             San Francisco, California 94104
16                           (415) 439-1400

17                           KIRKLAND & ELLIS, LLP
                             BY:  Mr. Michael W. De Vries
18                           333 South Hope Street
                             Los Angeles, California 90071
19                           (213) 680-8400

20    Court Reporter:            BLANCA I. LARA
                              Official Court Reporter
21                     219 South Dearborn Street, Room 2342
                             Chicago, Illinois 60604
22                             (312) 435-5895
                          blanca_lara@ilnd.uscourts.gov
23

24

25
```

```
 1   APPEARANCES (Continued:)

 2   For the Plaintiffs:      KIRKLAND & ELLIS, LLP
                              BY:  Ms. Megan Margaret New
 3                            300 North LaSalle Street
                              Chicago, Illinois 60654
 4                            (312) 862-7439

 5                            KIRKLAND & ELLIS, LLP
                              BY:  Ms. Leslie M. Schmidt
 6                            601 Lexington Avenue
                              New York, New York 10022
 7                            (212) 446-4763

 8   Motorola Corporate Representative:  Mr. Russ Lund

 9   For the Defendants:      STEPTOE & JOHNSON, LLP
                              BY:  Mr. Boyd T Cloern
10                                 Mr. Michael J. Allan
                                   Ms. Jessica Ilana Rothschild
11                                 Ms. Kassandra Michele Officer
                              1330 Connecticut Avenue, NW
12                            Washington, DC 20036
                              (202) 429-6230

13

14   Hytera Corporate Representative:  Ms. Michele Ning

15

16

17

18

19

20

21

22

23

24

25
```

1    (The following proceedings were had out of the presence

2        of the prospective jurors in open court:)

3        THE CLERK:  17 CV 1973, Motorola Solutions versus

4  Hytera.

5        MR. ALPER:  Good morning, Your Honor.

6        THE COURT:  Good morning.

7        MR. ALPER:  Adam Alper for Motorola Solutions, and

8  here at counsel table is Mr. Mike DeVries.

9        MR. DE VRIES:  Good morning, Your Honor.

10        THE COURT:  Good morning.

11        MR. ALPER:  Mr. Brandon Brown.

12        MR. BROWN:  Good morning.

13        MR. ALPER:  Ms. Leslie Schmidt.

14        MS. SCHMIDT:  Good morning, Your Honor.

15        MR. ALPER:  Ms. Megan New.

16        MS. NEW:  Good morning, Your Honor.

17        THE COURT:  Good morning.

18        MR. ALPER:  And from Motorola, our corporate

19  representative for the trial, Mr. Russ Lund.

20        And just to let you know, Your Honor --

21        THE COURT:  You have five lawyers and one

22  representative.  It's a 5 to 1 ratio.

23        MR. ALPER:  5 to 1 ratio here, Your Honor.

24        And in the back, Mr. Mark Hacker, the general counsel

25  of Motorola.

1          THE COURT:  Good morning, one and all.

2          MR. ALPER:  Thank you, Your Honor.

3          MR. CLOERN:  Good morning, Your Honor.  Boyd Cloern,

4    from Steptoe & Johnson, on behalf of defendant Hytera.  With

5    me at counsel table today is Mr. Mike Allan.

6          MR. ALLAN:  Good morning, Your Honor.

7          THE COURT:  Good morning.

8          MR. CLOERN:  Ms. Jessica Rothschild.

9          MS. ROTHSCHILD:  Good morning, Your Honor.

10          THE COURT:  Good morning.

11          MR. CLOERN:  Kassandra Officer.

12          THE COURT:  Good morning.

13          MR. CLOERN:  All from Steptoe.  And Ms. Michele Ning,

14    who is the corporate representative for Hytera.

15          THE COURT:  Good morning, one and all.

16          All right.  All right.  We have summoned 30

17    prospective jurors for this morning.  And I've already told

18    the clerk, Mr. Fulbright, we'll bring in a group of 15 to

19    begin the jury selection process, and then, if necessary,

20    bring in additional prospective jurors.

21          And so settle the case if you intend to do so, but as

22    soon as the jurors are here, we will begin the jury selection.

23          All right.  Mr. Fulbright, please ask 15 prospective

24    jurors to come in.

25          THE CLERK:  All rise.  We'll take a brief recess.

1      You may be seated.

2          (Recess.)

3          (The following proceedings were had in the presence

4   of        the prospective jurors in open court:)

5          THE COURT:  Good morning, prospective members of the

6   jury.  I would ask that you all rise and be sworn, prospective

7   members.

8          (Prospective jurors sworn.)

9          THE COURT:  When your name is called, please step

10  into the jury box and take a seat.

11         (Whereupon the venire, duly sworn for examination upon

12         their voir dire, were examined which is not herein

13         transcribed, after which the following further

14         proceedings were had herein:)

15         THE COURT:  Members of the jury -- prospective

16  members of the jury, I should say, I have the privilege of

17  doing a Naturalization Ceremony at 1:00 o'clock this

18  afternoon.  And so you will be excused until 1:30, at which

19  time Hytera will have an opportunity to ask questions of you.

20  So enjoy this very long lunch and brunch.

21         (Prospective juror raised his hand.)

22         THE COURT:  What is your name?

23         PROSPECTIVE JUROR LICHTENSTEIN:  Arthur Lichtenstein.

24  I just wanted to ask something that I didn't bring up earlier.

25         THE COURT:  At 1:30.  Thank you.

1          All right.  The court is adjourned until 1:30.

2          THE CLERK:  All rise.  The Court is adjourned.

3       (Luncheon recess taken from 11:34 o'clock a.m. to 1:30

4       o'clock p.m.)

5               *     *     *     *     *     *     *     *

6

7    I CERTIFY THAT THE FOREGOING IS A CORRECT  TRANSCRIPT FROM

8     THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

9

10

11   /s/Blanca I. Lara      _____      November 6, 2019

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   MOTOROLA SOLUTIONS, INC., and MOTOROLA      ) No. 17 CV 1973
     SOLUTIONS MALAYSIA SDN. BHD,               )
 4                                               )
                 Plaintiffs,                     )
 5   vs.                                         ) Chicago, Illinois
                                                 )
 6   HYTERA COMMUNICATIONS CORPORATION, LTD.,    ) November 6, 2019
     HYTERA AMERICA, INC., and HYTERA           )
 7   COMMUNICATIONS AMERICA (WEST), INC.,        )
                                                 )
 8              Defendants.                      ) 1:30 o'clock p.m.

 9                      TRIAL - VOLUME 1-B
                      TRANSCRIPT OF PROCEEDINGS
10          BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
                          and a jury
11
     APPEARANCES:
12
     For the Plaintiffs:    KIRKLAND & ELLIS, LLP
13                          BY:  MR. ADAM R. ALPER
                                 MR. BRANDON HUGH BROWN
14                          555 California Street
                            27th Floor
15                          San Francisco, California 94104
                            (415) 439-1400
16
                            KIRKLAND & ELLIS, LLP
17                          BY:  MR. MICHAEL W. DE VRIES
                            333 South Hope Street
18                          Los Angeles, California 90071
                            (213) 680-8400
19

20   Court Reporter:        JUDITH A. WALSH, CSR, RDR, F/CRR
                            Official Court Reporter
21                          219 South Dearborn Street, Room 2342
                            Chicago, Illinois 60604
22                          (312) 435-5895
                            blanca_lara@ilnd.uscourts.gov
23

24

25
```

```
 1   APPEARANCES (Continued:)

 2   For the Plaintiffs:     KIRKLAND & ELLIS, LLP
                             BY:  MS. MEGAN MARGARET NEW
 3                           300 North LaSalle Street
                             Chicago, Illinois 60654
 4                           (312) 862-7439

 5                           KIRKLAND & ELLIS, LLP
                             BY:  MS. LESLIE M. SCHMIDT
 6                           601 Lexington Avenue
                             New York, New York 10022
 7                           (212) 446-4763

 8   For the Defendants:     STEPTOE & JOHNSON, LLP
                             BY:  MR. BOYD T. CLOERN
 9                                MR. MICHAEL J. ALLAN
                                  MS. JESSICA ILANA ROTHSCHILD
10                                MS. KASSANDRA MICHELE OFFICER
                             1330 Connecticut Avenue NW
11                           Washington, DC 20036
                             (202) 429-6230
12
     ALSO PRESENT:           MR. RUSS LUND and
13                           MS. MICHELE NING

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (Voir dire proceedings heard in open court which are not

2          herein transcribed.)

3          (Proceedings heard in open court:)

4          THE COURT:  All right.  And as you are well aware,

5  all ten members of the jury will actually deliberate in the

6  case.  Do you agree with that?

7          MR. ALPER:  Yes, your Honor.

8          THE COURT:  Do you agree with that?

9          MR. CLOERN:  Yes, your Honor.

10         THE COURT:  All right.  And so it is.  So you have

11  about ten minutes each for opening statements?

12         MR. CLOERN:  Your Honor, may we raise a

13  housekeeping --

14         THE COURT:  No.  What we're going to do is stop for

15  the day.  It's 5 minutes to 4:00.  And tomorrow morning at

16  10:00 o'clock, the plaintiff will make its opening statement

17  followed by the defendant's opening statement.  As I said

18  earlier, I am not limiting to you -- you to one hour as you

19  had earlier stipulated because the nature of this case might

20  appropriately require more than an hour.

21         I'm not saying you should necessarily use more than

22  an hour, but it would be available if you need it.  That

23  applies to the plaintiff and the defendant.

24         And in terms of these motions recently filed with

25  respect to what the attorneys can say in an opening statement,

1    what I intend to do is to instruct the jurors that what the

2    attorneys say in an opening statement is not evidence, and it

3    may well be from time to time, certain statements will not be

4    received in evidence or certain exhibits will not be received

5    in evidence.  That remains to be seen as the trial progresses.

6    So to the jurors, I would say, "Keep in mind, this is what the

7    attorneys expect that the evidence will be in this case."

8         And I think with that instruction that we would be

9    ready to proceed with the opening statements and leave it to

10   you to use your professionalism in determining how far you

11   will go with this idea of what you expect the evidence to

12   show.  But for now, I also want to excuse the jurors.

13        Mr. Fulbright, ask all of the jurors to come back in,

14   if you will.

15      (Proceedings heard in open court:)

16        THE COURT:  From the last group of jurors, Juror

17   No. 17, Fox; Juror No. 18, Cotter; and Juror No. 20, Friske,

18   will be on the regular jury.

19        In addition to those three, Juror No. 1, Juror No. 2,

20   Juror No. 4, Juror No. 6, Juror No. 11, Juror No. 13, and

21   Juror No. 14 will be on the jury for a total of ten.  The

22   other prospective jurors are excused.

23        THE CLERK:  They don't know their numbers.

24        THE COURT:  The clerk advises me you don't know your

25   numbers.  I thought we had some teachers in the group.  But in

1    any event, Juror No. 1 is Shegelsky.  Juror No. 2 is Salgado.

2    Juror No. 4 is Mironiuk, Julia A.  Juror No. 6 is Richardson.

3    Juror No. 11 is Dohrn.  Juror No. 13 is Ashby.  Juror No. 14

4    is Rossi.  Juror No. 17 is Fox.  Juror No. 18 is Cotter.  And

5    Juror No. 20 is Friske.  A distinguished group of jurors in

6    the case.  So you are on the jury.

7           The others, with the appreciation of the attorneys

8    and all concerned, the parties as well as the Court, you are

9    excused.  And you would report to the jury room for further

10   instructions.

11          As to the ten of you, however, you are now on the

12   jury, and I would ask that you all rise and be sworn by the

13   clerk.

14      (Jury sworn.)

15          THE COURT:  And before you leave, I would add this:

16   Do not discuss this case amongst yourselves or with any other

17   persons.  Do not attempt to become more knowledgeable about

18   the law.  Do not read any kinds of communication --

19   technological or paper or computerized -- in any way.

20          The idea is that you must base your decision strictly

21   on what you hear and see in this courtroom during the course

22   of the trial.  So do not let any individual, any person, or

23   any entity deprive you of the opportunity to serve as a juror

24   in this very important case.

25          And so please report tomorrow.  And you are ordered

1    to report tomorrow directly to this courtroom at 10:00 a.m.

2    Come right to the courtroom at 10:00.  And if all goes well,

3    we will be ready to proceed at that time.

4           Thank you very much.  You are excused.

5           Counsel, please remain for a few minutes.

6           THE CLERK:  All rise.

7        (Proceedings heard in open court.  Jury out.)

8           THE COURT:  Assuming that both parties will make

9    their opening statements tomorrow, do you think from the

10   plaintiffs' perspective there will be enough time at the end

11   of the day to call one or two witnesses?

12          MR. ALPER:  We do expect to be able to call at least

13   one witness tomorrow.

14          THE COURT:  How long do you think that witness might

15   take?

16          MR. ALPER:  Between -- you know, probably a fair

17   amount.  Two hours for us for direct.

18          THE COURT:  Just for direct?

19          MR. ALPER:  Yes.

20          THE COURT:  Well, it may well be that cross might

21   carry over into the next day.  That depends on how long you

22   take in these opening statements.  All right.  So the

23   agreement then is we would expect to call at least one

24   prospective witness or to begin with one prospective witness

25   in the afternoon, and we will take it from there.  I'll see

1   you tomorrow at 10:00 o'clock, counsel.

2          MR. ALPER:  Your Honor, one question.  Should we plan

3   on -- there was a message at one point about whether your

4   Honor would be having trial on Friday.  Should we plan on

5   trial Friday?  For purposes of our disclosures the

6   following --

7          THE COURT:  I routinely -- it seems like a century

8   ago.  I was a judge that said with these long trials, it is

9   better for all concerned including the jurors to do a trial

10  four days a week rather than five; also because of the press

11  of other cases before the Court.

12         And so it so happens that Monday is also a court

13  holiday.  And so what is your position on this?  Should we

14  proceed on Friday or pick it up on Tuesday or Wednesday next

15  week?

16         MR. ALPER:  We are amenable to whatever is best for

17  your Honor.

18         THE COURT:  What do you say about that, counsel?

19         MR. CLOERN:  Your Honor, we would prefer -- we think

20  what you just said is absolutely right, that a trial of this

21  length, the four days works.  We would prefer to pick back up

22  on Tuesday.  We think that could be advantageous, also, allow

23  the parties --

24         THE COURT:  I agree with that.  So long as matters

25  are moving along relatively expeditiously, that will be our

1   position, that we won't go on a Friday.  On the other hand, if

2   things slow up, then we might have to do a little work on a

3   Friday.  But I will tell the jurors tomorrow that they shall

4   not be here on Friday and that also they will not be here on

5   Monday.  I also have other things to deal with.

6           So that's the order of Court as of now.  Thank you,

7   counsel.

8           MR. ALPER:  Thank you, your Honor.

9           MR. CLOERN:  Thank you, your Honor.

10      (Proceedings adjourned from 4:05 p.m. to 10:00 a.m.)

11                  *  *  *  *  *  *  *

12                C E R T I F I C A T E

13      I, Judith A. Walsh, do hereby certify that the

14      foregoing is a true and accurate transcript of the

15  proceedings had in the above-entitled case before the

16  Honorable CHARLES R. NORGLE, SR., one of the judges of said

17  court, at Chicago, Illinois, on November 6, 2019.

18

19  /s/ *Judith A. Walsh, CSR, RDR, F/CRR*_____        November 7, 2019

20  Official Court Reporter

21  United States District Court

22  Northern District of Illinois

23  Eastern Division

24

25