1101

1    IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3   MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
    SOLUTIONS MALAYSIA SDN. BHD,              )
4                                             )
                                              )
5        Plaintiffs,                          )
    vs.                                       ) Chicago, Illinois
                                              )
6   HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) November 20, 2019
    HYTERA AMERICA, INC., and HYTERA          )
7   COMMUNICATIONS AMERICA (WEST), INC.,      )
                                              )
8        Defendants.                          ) 10:00 o'clock a.m.

9
                      TRIAL - VOLUME 8 A
10                TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE  CHARLES R. NORGLE, SR.
11                      and a jury

12

13  For the Plaintiffs:    KIRKLAND & ELLIS LLP
                           BY:  Mr. Adam R. Alper
14                              Mr. Brandon Hugh Brown
                                Mr. Reza Dokhanchy
15                              Ms. Barbara Nora Barath
                                Mr. Kyle Calhoun
16                         555 California Street
                           27th Floor
17                         San Francisco, California 94104
                           (415) 439-1400
18
                           KIRKLAND & ELLIS LLP
19                         BY:  Mr. Michael W. De Vries
                           333 South Hope Street
20                         Los Angeles, California 90071
                           (213) 680-8400
21

22
    Court reporter:            BLANCA I. LARA
23                        Official Court Reporter
                          219 South Dearborn Street
24                             Room 2342
                          Chicago, Illinois 60604
25                           (312) 435-5895
                          blanca_lara@ilnd.uscourts.gov

1102

1 | Appearances:   (Continued:)

2
3 | For the Plaintiffs:     KIRKLAND & ELLIS LLP
                           BY: Ms. Megan Margaret New
                           300 North LaSalle Street
4                          Chicago, Illinois 60654
                           (312) 862-7439
5
6                          KIRKLAND & ELLIS LLP
                           BY:  Ms. Leslie M. Schmidt
                           601 Lexington Avenue
7                          New York, New York 10022
                           (212) 446-4763
8
      Motorola Corporate Representative:   Mr. Russ Lund
9

10
11 | For the Defendants:     STEPTOE & JOHNSON LLP
                            BY: Mr. Boyd T Cloern
                                Mr. Michael J. Allan
12                              Ms. Jessica Ilana Rothschild
                                Ms. Kassandra Michele Officer
13                          1330 Connecticut Avenue., Nw
                           Washington, DC 20036
14                          (202) 429-6230

15

16
      Hytera Corporate Representative:  Michele Ning
17

18

19

20

21

22

23

24

25

1103

1     (The following proceedings were had out of the
2         presence of the jury in open court:)
3         THE CLERK:  All rise.  The Court is in session.
4     Please be seated.
10:16:47  5     THE COURT:  Good morning, counsel.
6         MR. ALPER:  Good morning, Your Honor.
7         MR. CLOERN:  Good morning, Your Honor.
8         (Brief pause.)
9         THE COURT:  Just one matter left on the Court's
10:16:58  10    agenda, and we will deal with that in due course.
11        (Brief pause.)
12        (The following proceedings were had in the
13        presence of the jury in open court:)
14        THE CLERK:  You may be seated.
10:17:35  15    THE COURT:  Good morning, members of the jury.
16        Counsel, you may proceed.
17        MR. ALPER:  Thank you, Your Honor.  Plaintiff calls by
18    video deposition Ms. Huang Ni.
19        THE COURT:  Is this the same format that you used
10:17:48  20    yesterday?
21        MR. ALPER:  This last one will be the same format as
22    yesterday, and then we'll go to the live reading.
23        THE COURT:  Yes.  Please proceed.
24        MR. ALPER:  Yes, Your Honor.
10:18:00  25

videotape deposiition of Huang Ni

1104

1       (The following videotape deposition of Huang Ni

2       heard in open court.)

3       THE COURT:  Counsel, would you stop the projection.

4       Members of the jury, would you step out for a while,

10:33:45   5   just a few minutes.  The Court has to deal with another matter.

6       Counsel may remain, if you wish.

7

8       (Whereupon, the Court directed his attention to

9       other matters on his call, after which the

10       following further proceedings were had herein:)

11

12       (The following proceedings were had out of the

13       presence of the jury in open court:)

14       THE COURT:  Please recall the jury.

15       There is variety in the federal courts.

16       (Laugher in the courtroom.)

17       (Brief pause.)

18       THE CLERK:  All rise.  This Court resumes in session.

19   Please be seated.

10:37:25   20   THE COURT:  Members of the jury, that recess had

21   nothing to do with this case.

22       Please proceed.

23       (The following videotape deposition of Huang Ni

24       heard in open court, continued:)

11:01:52   25   MR. ALPER:  Your Honor, in connection with Ms. Ni's

videotape deposiition of Huang Ni

1105

1 testimony, we move to admit PTX 525, which was Deposition

2 Exhibit 1; PTX 521, which is Deposition Exhibit 2; PTX 531,

3 which is Deposition Exhibit 3; PTX 530, which is Deposition

4 Exhibit 4; and PTX 809, which was Deposition Exhibit 7.

11:02:19    5          MR. CLOERN:  No objection, Your Honor.

6          THE COURT:  They are received and may be published.

7          (Said exhibits received in evidence.)

8          THE COURT:  Yesterday, as I informed you, members of

9 the jury, when you go in to deliberate you will receive copies

11:02:33   10 of these exhibits, along with all the other exhibits which have

11 been received in evidence.

12          Are you ready for your next procedure?

13          MR. ALPER:  Yes.  For the four remaining depositions,

14 with your permission, Your Honor, I call upon my colleagues,

11:02:43   15 Ms. Barbara Barath to come forward to read the questioning,

16 and, with your permission, Mr. Calhoun to take the witness

17 stand.

18          THE COURT:  Yes, you may follow that routine

19 procedure.

11:02:56   20          Members of the jury, the person on the witness stand

21 who will be answering these questions is not, indeed, that very

22 person.  It is another person who simply will be reading what

23 it is that he said at the deposition, and the reader will read,

24 blandly, the answer.

11:03:22   25          Please proceed.

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 6 of 178 PageID #:52987
Deposition of Xiaohua Zheng read into the record
1106

1        MR. ALPER:  Yes, Your Honor.

2        MR. CLOERN:  Your Honor, may we just note that I don't

3    think it's in the transcript that these were also interpreted

4    depositions.

11:03:35    5        THE COURT:  Well, all right.  Now, who is being

6    deposed?

7        MR. ALPER:  So the first witness will be Ms. Chahal

8    Chang, and she did testify through a translator.

9        THE COURT:  All right.  Just as the three previous

11:03:50    10   witnesses testified?

11       MR. ALPER:  Yes, Your Honor.

12       THE COURT:  All right.  I think, members of the jury,

13   you understand what we're doing here.

14       All right.  The witness will take the stand.  And,

11:04:01    15   obviously, will speak in English.

16       (Laughter in the courtroom).

17       MS. BARATH:  Barbara Barath on behalf of Motorola.

18   Good morning.

19       (Deposition of Xiaohua Zheng read into the

11:04:11    20        record:)

21   BY MS. BARATH (reading:)

22       "Q  Good morning, Mr. Zheng.  Could you please state

23   your name.

24   A.  Xiaohua, X-i-o --

11:04:17    25   Q.  And what is your current --"

Deposition of Xiaohua Zheng - read into the record

1107

1    A.  -- h-u-a --"

2          THE COURT REPORTER:  I'm sorry.  Please repeat.

3          MR. CALHOUN:  I'm sorry.

4          "A   X-i-a-o-h-u-a.

11:04:30    5    Q.  And what is your current position at Hytera?

6    A.  Currently I am the president at Hytera responsible for the

7    terminal system, industrial terminal product line, I'm the

8    general manager there.

9    Q.  Do DMR products fall within your scope of responsibility

11:04:47   10    currently?

11    A.  Yes.

12    Q.  Who do you report to?

13    A.  Hu Jun.

14    Q.  What is Hu Jun position?

11:04:55   15    A.  VP at Hytera responsible for development, research and

16    development.

17    Q.  Who does Hu Jun report to?

18    A.  Yelin Jiang Ling.

19    Q.  What is that person's job?

11:05:07   20    A.  Hytera executive VP.

21    Q.  Does Yelin Jiang report to Chairman Chen?

22    A.  Yes.

23    Q.  Do you ever report directly to Mr. Chen?

24    A.  No.

11:05:21   25    Q.  I have marked as Exhibit 1 a document labeled?

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 8 of 178 PageID #:52989
Deposition of Xiaohua Zheng - read into the record
1108

1    HYT1973-11556869, and there's an of the cover e-mail here with

2    an attachment, and then we have attached the attachment, which

3    is in consecutive Bates number order.  And so, this was a

4    document produced in native format as it is indicated by the

5    first page of the document.  So the Bates number is going to be

6    just on the first page and not on the subsequent pages.

7         So we go to the e-mail, and that's the very first part

8    of this Exhibit 1.

9         Exhibit 1 starts with an e-mail from YT Kok on July 4,

10   2008, to a number of Hytera engineers, correct?

11   A.  Correct.

12   Q.  And are you one of the engineers that YT Kok was e-mailing

13   on July 4, 2008, in this e-mail, correct?

14   A.  Correct.

15   Q.  The attachment to Y.T. Kok's July 4, 2008, e-mail provides

16   his proposal for what he called "the common platform

17   architecture for Hytera's DMR products"?

18   A.  I saw this e-mail, but I don't see anything related to DMR.

19   Q.  In the attachment, it's your testimony that you don't see

20   anything related to DMR?

21   A.  I was only reading the e-mail page, this page.  So far I

22   haven't seen anything in this page related to DMR.

23   Q.  It's a presentation regarding Y.T. Kok's proposal for the

24   common platform architecture, correct?

25   A.  YT Kok named the presentation as is.

Deposition of Xiaohua Zheng - read into the record

1109

1  Q.  The common platform architecture is included in Hytera's

2  DMR products?

3  A.  Yes.

4  Q.  Is the common platform architecture included in Hytera's

11:07:14  5  TETRA products?

6  A.  No.

7  Q.  I have marked Exhibit 7, a document with the Bates?

8  HYT1973-14979477.  It's an e-mail with an attachment.  I'll

9  start off by asking you, Mr. Zheng, have you seen this document

11:07:35  10  before?

11  A.  No.

12  Q.  The cover e-mail is an e-mail from Yang Shuang Feng on

13  December 9, 2018, to Ruan Han Chun copying YT Kok and

14  Xiong Wei Ming.

11:07:50  15  A.  Yes.

16  Q.  Could you please read what the subject line says, please.

17  A.  "UIT organization" or I'll just do it, verbatim, "UIT

18  organization."

19  Q.  And there's an attachment.  It shows that there's an

11:08:06  20  attachment on the e-mail called UIT organization?

21  A.  I cannot see the attachment, but as shown on the e-mail, it

22  says "UIT organization."

23  Q.  You can see that the attachment is called

24  UITorganization.doc?

11:08:21  25  A.  Yes.

Deposition of Xiaohua Zheng - read into the record

1110

1  Q.  If we go to the attachment, the title of the attachment is

2  RAF_COR_UI, correct?

3  A.  Correct.

4  Q.  Generally, in your years at Hytera, is it correct to say

11:08:40  5  that you have never seen any DMR code that was written in C as

6  opposed to C++?

7  A.  I didn't pay too much attention to this matter before.  So,

8  therefore, I cannot recall accurately.

9  Q.  Considering your experience working on DMR products, can

11:08:56  10  you think of any reason why the RAF files would be converted

11  from C to C++ other than if they were being converted from code

12  that was not Hytera's?

13  A.  I do not know.

14  Q.  I have marked as Exhibit 9 a document numbered

11:09:20  15  HYT1973-13228358.  And my question for you -- well, it's a

16  document plus an attachment that has a number that were

17  consecutive.  My question for you is, is Exhibit 9 an e-mail

18  and attachment from YT Kok to a group of Hytera engineers on

19  November 19, 2008, entitled RAF Concept?

11:09:41  20  A.  Yes.

21  Q.  First question is, who are the Hytera individuals who are

22  listed who this e-mail was sent to?

23  A.  Some people I know, others I don't.  After I joined the

24  team, shortly after I joined the team Luo Zhong Yuan left the

11:10:01  25  terminal R & D system.  Zhu Deyou should be responsible for

Deposition of Qinzhou Chen  - read into the record

1111

1  hardware platform software development.

2       I do not Tang Qiang.  Long Baiyan, I knew her after

3  2009.  She was an assistant engineer as I introduced earlier.

4  Li Guan Nan is responsible for APP development.

11:10:27  5  Q.  What is the RAF Concept document that is attached to

6  Exhibit 9?

7  A.  It is my first time seeing this document, also my first

8  time seeing this e-mail."

9       MR. ALPER:  And, Your Honor, in connection with

11:10:42  10  Ms. Zheng's deposition, we move to admit PTX 605, which was

11  Deposition Exhibit 1, and PTX 640 and 641, which correspond to

12  Deposition Exhibit 9.

13       MR. CLOERN:  No objection, Your Honor.

14       THE COURT:  They are received and may be published.

11:11:00  15       (Said exhibits received in evidence.)

16       THE COURT:  And, once again, members of the jury, you

17  will receive these exhibits when you do go in to deliberate.

18       MS. BARATH:  Next, we will be reading from the

19  deposition of Qinzhou Chen.

20       You read?

21       MR. CALHOUN:  Yes.

22       (Deposition of Qinzhou Chen read into the

23       record:)

24  BY MS. BARATH (reading:)

25       "Q   Would you please state your name.

Deposition of Qinzhou Chen  - read into the record

1112

11:11:39

1  A.  My name is Qinzhou Chen.  So first name Qinzhou,

2  Q-i-n-z-h-o-u, last name Chen, C-h-e-n.

3  Q.  Are you able to understand spoken English?

4  A.  No, I do not.

5  Q.  And can you understand written English?

6  A.  No.

7  Q.  Do you speak in English when you're talking to your

8  colleagues at Hytera?

9  A.  No.  Only sometimes very simple words such as "okay," but

11:11:53

10  generally speaking, I do not speak in English.  I only know

11  some very, very simple English.

12  Q.  And do you speak English to investors or customers?

13  A.  No.

14  Q.  Do you speak English to your channel partners or

11:12:02

15  distributors?

16  A.  No.

17  Q.  When someone sends a written communication to you in

18  English, how do you attempt to understand what it says?

19  A.  Generally speaking, the situation is as follows:  Because I

11:12:14

20  have a lot of work on my hand every day, my secretary has

21  access to my e-mail.  So she thinks it is important, then she

22  -- if she thinks a certain document or e-mail is important,

23  then she would translate it for me to read.

24  Q.  I have marked as Exhibit 1 a document that begins with the

11:12:32

25  Bates number HYT1973-03760469, and it's entitled "ID-Driven."

Deposition of Qinzhou Chen  - read into the record

1113

1  Are you familiar with this document, Exhibit 1?

2  A.  No, I'm not.

3  Q.  Can you go to the page that has the number down at the

4  bottom right-hand corner, the number that ends with 482.  And

11:12:55  5  on that page, do you see, about halfway down the page, there is

6  an Item 3?

7  A.  Yes, I see it.

8  Q.  And is Item 3 entitled "Declaration of Manager Chen on the

9  DMR project"?

11:13:09  10  A.  Yes, I see it.

11  Q.  I'm going to hand you a document that's going to be

12  Exhibit 3.  It's Bates labeled HYT1973-03672064.  This is an

13  e-mail exchange between you and G.S. Kok on September 13, 2007,

14  correct?

11:13:31  15  A.  Yes.

16  Q.  I've handed you what has been marked as Exhibit 5, and this

17  document has a Bates number HYT1973-03672224.  Is this a

18  translation that your secretary made of an e-mail that G.S. Kok

19  had sent you to you on June 29, 2007?

11:13:57  20  A.  I believe so.  I'm not sure, but it seems that it is being

21  sent to both BE and me.  I generally do not pay much attention

22  to such e-mails.

23  Q.  I've marked as Exhibit 6 a document labeled

24  HYT1973-03672424.  Is Exhibit 6 an e-mail exchange between -- a

11:14:24  25  series of e-mail exchanges between you and G.S. Kok in the

Deposition of Qinzhou Chen  - read into the record

1114

1    December 2007 timeframe?

2    A.  Yes, this -- yes, this document is from G.S. sending to my

3    secretary and cc'g me.

4    Q.  Exhibit 7 is an e-mail and document from -- Bates labeled

11:14:52    5    HYT1973-03661521.  It begins with a cover e-mail from Sam --

6    Guan to Mr. Chen at -- on May 4, 2015.  And this is another --

7    my first question is, is Exhibit 7 an e-mail and document that

8    you received from Sam Guan in May 2015?

9    A.  It has been a long time.  I do not remember, but reviewing

11:15:17    10    the text here, I seem to have some recollection of it.

11    Q.  Let me mark Exhibit 8, HYT1973-152196.  This is an e-mail

12    that Sam Chia sent to you, Mr. Chen, on May 22nd, 2017, with

13    the subject "Summary of My Disappointment (private)."  And my

14    question to you is, do you remember receiving -- did you

11:15:47    15    receive this e-mail?

16    A.  Yes, I do.

17         MS. BARATH:  With that, Your Honor, we would like to

18    move into evidence Chen Exhibit 1, which is PTX 416; Chen

19    Exhibit 3, which is PTX 426; Chen Exhibit 5, which is PTX 429;

11:16:10    20    Chen Exhibit 6, which is PTX 433; Chen Exhibit 7, which is

21    PTX 404; and Chen Exhibit 8, which is PTX 233.

22         MR. CLOERN:  No objection.

23         THE COURT:  All right.  The exhibits are received and

24    may be published.

11:16:28    25         (Said exhbits received in evidence.)

Deposition of Junping Luo - read into the record

1115

1          THE COURT:  Members of the jury, when you go to

2    deliberate, you will receive copies of these exhibits, along

3    with other exhibits which have been received in evidence in the

4    case.

11:16:40    5          MS. BARATH:  Next we will be reading from the

6    deposition transcript of Junping Luo.

7          THE COURT:  What was the last name again?

8          MS. BARATH:  L-u-o, Luo.

9          THE COURT:  Is the court reporter picking up all the

11:16:50    10    spellings here?

11          THE CLERK:  Not yet.  Later.

12          THE COURT:  Okay.  Proceed.

13          (Deposition of Junping Luo read into the

14          record:)

11:16:57    15    BY MS. BARATH (reading:)

16          "Q   Good morning, sir.  Would you please state your

17    full name for the record.

18    A.  My full name is Junping Luo.  So first name is J-u-i."

19          Excuse me.

11:17:18    20          "... J-u-n-p-i-n-g and last name is Luo, L-u-o.

21    Q.  What is your current title at Hytera?

22    A.  I am currently the vice director of the Department for

23    Technology Patent and Strategy and Price Management Department.

24    Q.  Exhibit 5 is a Hytera document and attachment labeled

11:17:41    25    HYT1973-00198095 through HYT1973-00198097.  My question is

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 16 of 178 PageID #:52997
Deposition of Junping Luo - read into the record
1116

1　going to be about the attachment on the very back, sir.

2　　　　Have you seen a table like this or do you know what

3　this table is?

4　A.　Yes.

11:17:57　5　Q.　What is this table?

6　A.　This is a table about fixed asset management.

7　Q.　And does this table list the various laptops that were

8　assigned to certain personnel at Hytera?

9　A.　Yes.

11:18:09　10　Q.　Do you agree that this table indicates that -- in Exhibit 5

11　indicates that the 109495 computer was in shared use in the DMR

12　software department?

13　A.　It disagree.

14　Q.　Why do you disagree?

11:18:27　15　A.　Because this table shows record of how our fixed assets was

16　assigned to different names.　The information contained in Use

17　needs to be confirmed.

18　Q.　You just -- you don't know whether or not the table,

19　Exhibit 5, is correct that HYT09495 was in shared use, right?

11:18:51　20　A.　Yes.　I believe the information contained in Use is

21　unconfirmed, and it is also not the main purpose of this table.

22　Q.　Exhibit 7 is a document Bates labeled HYT197304 --"

23　　　　Excuse me.

24　　　　"... HYT1973-07445200 through 7445202 is a termination

11:19:19　25　agreement for Sam Chia.　Have you seen Exhibit 7 before, sir?

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 17 of 178 PageID #:52998
Deposition of Junping Luo - read into the record
1117

1   A.  Yes.

2   Q.  Exhibit 18 is a document labeled termination agreement for

3   YT Kok, Bates stamped HYT1973-07445197 through 7445199.  Sir,

4   what is Exhibit 8?

11:19:41   5   A.  It is a termination agreement.

6   Q.  For Mr. YT Kok?

7   A.  Yes.

8   Q.  Exhibit 9 is a document labeled G.S. Kok non-compete

9   agreement, Bates labeled HYT1973-7445169 through 7445179.  Sir,

11:20:00   10   what is Exhibit 9?

11   A.  This is a non-compete agreement.

12   Q.  Okay.  For Mr. GS Kok?

13   A.  Yes."

14       MS. BARATH:  With that, Your Honor, we would like to

11:20:12   15   admit into evidence Luo Exhibit 5, which is PTX 093; Luo

16   Exhibit 7, which is PTX 0491; Luo Exhibit 8, which is PTX 489;

17   and Luo Exhibit 9, which is PTX 0487.

18       MR. CLOERN:  No objection, Your Honor.

19       THE COURT:  They are received and may be published.

11:20:38   20       (Said exhbits received in evidence.)

21       THE COURT:  Once again, members of the jury, you'll

22   have an opportunity to examine these when you go in to

23   deliberate.

24       MS. BARATH:  Our final transcript, Your Honor, Deyou

11:20:49   25   Zhu.

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 18 of 178 PageID #:52999
Deposition of Deyou Zhu - read into the record
1118

1          (Deposition of Deyou Zhu read into the record:)

2     BY MS. BARATH (reading:)

3          "Exhibit 1 is an e-mail chain labeled HYT1973-18630158

4     through 159.  Just to orient you, Mr. Zhu, is the first page is

11:21:07   5     the actual e-mail in Chinese, and then there's information on

6     that file, where it came from, on the second page.  You can see

7     it lists you as a custodian and has the date of the e-mail.

8          Then the rest of the pages are translation into

9     English of that e-mail, and that's how all the other documents

11:21:23  10     I use with you will be.  Okay?

11     A.  So I do no read to need the English attached to it, right?

12     Q.  So you asked the question that we got distracted from.  You

13     don't have to read the English attached to it, you can read the

14     Chinese.

11:21:42  15     A.  So I can just stop here, right?

16     Q.  Yes.

17     A.  That means there.

18     Q.  I mean, you can read anything you want, but I'm going to

19     read to you from the English.

11:21:53  20     A.  I only need to know what I have to read what, you know,

21     must -- what is required of me.

22     Q.  Go ahead.

23     A.  So what is this page?

24     Q.  Right.  So I think what's --

11:22:05  25     A.  Is this the translation of this page?  Because when I turn

Deposition of Deyou Zhu - read into the record

1119

1    over, this is what I see.

2    Q.  Yes.  So I think that's all -- there are two e-mails in

3    this chain.  I think there's an e-mail initially from Ms. Huang

4    to you, and she says, "pls try" and she attaches a library file

5    and she says, "Updated the interface," here's what the old

6    interface was at the bottom of page 158.

7            This may look horrible on the record, but it will help

8    the witness.

9            We go to the next page and we see that she's telling

10   you what the new interface is in her library, I think.

11   A.  So this is comments added in here and not what is contained

12   originally in the original e-mail?

13   Q.  No, it is.  I think this is a continuation of Ms. Huang's

14   e-mail to you.

15   A.  So it's just that it was not -- it was not printed on this

16   one page, right?  It could not fit on this one page?

17   Q.  It goes over to the page, yes.

18   A.  Okay.

19   Q.  If you look at the second e-mail -- - really, the first

20   e-mail in this chain, you can see that Ms. Peiyi in Exhibit 1

21   is sending you and other individual the RAF library file, is

22   that right?

23   A.  May I take a look first, please?

24   Q.  Okay.  More or less.  Okay.

25           Exhibit 3 is a native document Bates labeled

Deposition of Deyou Zhu - read into the record

1120

1  HYT1973-18631356.  It has the file name "DMR R1

2  106:8 Status_080807.xls."  You can see the file name on the

3  very last page, Mr. Zhu if that's helpful.

4        Do you recognize this document, Mr. Zhu?

11:23:55  5  A.  I need some time to take a good look at it.

6  Q.  Of course.  Let me help you.  The front page won't help

7  you, that's a litigation thing.  So it's an Excel spreadsheet.

8  If you look in the lower left corner, there's something that

9  says "Sheet," do you see that?  So you know how on Excel there

11:24:15  10  are multiple tabs, multiple worksheets.  This is an Excel chart

11  that has multiple of those tabs.  So when you flip through,

12  you'll see different sheets as you go through the document, if

13  that helps orient you at all.

14  A.  Okay.  I'll try to take a look at this first; is that okay?

11:24:33  15  Q.  Yes, of course.  Let me know when you're ready.

16  A.  This document is very long, so I quickly went through it.

17  However, I believe that with regards to the details, I will not

18  be very clear about that.  And perhaps in the next few

19  questions or in the following process, if you ask about certain

11:24:51  20  specific things, I may also need time to look at them further,

21  if that's okay.

22  Q.  Yes, that's no problem.  Let me start with the broader

23  questions.  Do you recognize what this document is?

24  A.  It appears to have different types of documents contained

11:25:07  25  in here.  For example, the first one, it says "feature list"

Deposition of Deyou Zhu - read into the record

1121

1      and it is a list of features.  And the second one says

2      "status."  And the third section following that, which is in

3      vertical form, I don't quite know what that is.  And the last

4      one, that says "summary," I don't really quite understand what

11:25:26   5   that is.  So I seem to know what the first and the second is,

6      but I cannot really be quite sure about it.

7      Q.  Okay.  Let's go to the second.

8      A.  And I don't really quite understand what the summary

9      section is either.

11:25:39   10  Q.  Okay.  So that leaves the second section as the one that

11     you recognize, right?

12     A.  What I said earlier, just to clarify, is that I'm

13     relatively clear about the first section, which is "feature

14     list," and for the second section, I don't really understand it

11:25:55   15  very well, but I roughly know what it is.

16     Q.  Let me show you what's been marked as Exhibit No. 5.  For

17     the record, Exhibit 5 is an e-mail chain, Bates numbered

18     HYT1973-13227620 through 13227621.  Mr. Zhu, is the top e-mail

19     and the chain of Exhibit 5 an e-mail that you were cc'd to you?

11:26:22   20  A.  On the top, right?

21     Q.  Yes.

22     A.  Yes.  Very obviously looking at it, it's cc'd to me.

23     Q.  Do you know why Mr. Luo forwarded you the e-mail from Mr.

24     YT Kok and the document that Mr. YT Kok sent?

11:26:38   25  A.  I truly do not know about this.  It has been too long.  And

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 22 of 178 PageID #:53003
Deposition of Deyou Zhu - read into the record
1122

1   with regard to why he sent this to me, perhaps he himself would

2   know it better.  And I would also like to make a correction.

3   He simply -- he did not send it to me, I was simply on copy.

4   Q.  I'm sorry.  Is there something you wanted to say?

11:26:58   5   A.  What I want to add is that you can see the message, the

6   original message from Mr. Luo asking for the SRS template from

7   YT.  And later on when it was forwarded and it was also -- it

8   also copied Qin Jun on the forward message, Qin Jun is someone

9   from the requirement team.  So it could be more certain that

11:27:24   10   this is talking about software requirement -- well, same as

11   what the subject of this e-mail says.

12   Q.  So you think it's talking about the software requirement

13   for the vox feature?

14   A.  Actually, we had talked about this word, mentioned this

11:27:42   15   word many times, which is "template."  And when you say

16   template, it is something for generic use and it is not

17   targeted at a certain feature.  So I don't know if you

18   understand the meaning of "template," counsel.

19   Q.  I understand "template."  But it's a template for the file

11:27:57   20   name, for vox, right?

21   A.  It is not a template for vox feature.  It is SRS template.

22   Q.  Sorry, maybe this is what you're saying.  It's a software

23   requirement specification template for the vox feature at

24   Hytera, right?

11:28:12   25   A.  I think it would be good if you delete "vox feature at

Deposition of Deyou Zhu - read into the record

1123

1  Hytera." This is not about vox feature at Hytera, this is a

2  software requirement specification template.

3  Q. I'm going to hand you what's been marked as Exhibit 6. For

4  the record, Exhibit 6 is a Hytera document, Bates numbered

11:28:36  5  HYT1973-13227622 through 13227631. Have you seen this document

6  before, Mr. Zhu?

7  A. When you say "before," specifically when are you referring

8  to?

9  Q. Ever.

11:28:46  10  A. If you're talking about ever, perhaps I need to answer it

11  dividing it into different time periods.

12  Q. Sure.

13  A. Prior to the deposition preparation arranged by the

14  counsel, I do not have any memory that I had seen this.

11:29:01  15  Q. You know that Exhibit 6 is the attachment that was sent to

16  you in Exhibit 5, right?

17  A. Prior to the preparation, I do not know whether it was that

18  or not.

19  Q. But that's more of just a logistical question. You

11:29:16  20  understand that this document, Exhibit 6, is the one that was

21  attached to Exhibit 5, right?

22  A. I cannot be completely certain because during the

23  preparation I was asked to open the e-mails and attachment in

24  my e-mails. And when I opened, for example, I did not see

11:29:33  25  these words in red.

Deposition of Deyou Zhu - read into the record

1124

1   Q.  So if I understand what you are saying correctly, you

2   opened your e-mail, Exhibit 5, you found this Exhibit 5 in your

3   e-mail, you opened the attachment, and what you saw in

4   Exhibit 6 didn't have any of the edits, right?

11:29:51   5   A.  When I opened it, at least for this first page, for

6   example, I did not see any of these texts in red.  And, of

7   course, I did not check one by one to see if each point is -- I

8   did not check each of -- every one of the points in there.

9   Q.  Do you understand that Exhibit 6 is the word document that

11:30:12   10   was sent to you in Exhibit 5 but with the deletions visible?

11   A.  Prior to preparation, I did not know that.

12   Q.  But you know it now?

13   A.  Yes.  This is something that happened during the

14   preparation.  I don't know if I could talk about it.

11:30:28   15   Q.  I don't want you to talk about what you talked about with

16   your counsel, but I just want to establish the baseline of what

17   your understanding is now of the document, which I think your

18   counsel would be okay with.

19   A.  So after the preparation, then I came to know that with

11:30:45   20   this document actually, you can open it and you can see other

21   versions with the deletions.

22   Q.  You understand, then, that your boss, Mr. Luo, in 2008,

23   forwarded you a document that said "Motorola Confidential

24   Proprietary" on it, right?

11:31:07   25   A.  So looking at this e-mail, I know that my boss, Mr. Luo

Deposition of Deyou Zhu - read into the record

1125

1   Zhongyuan forwarded this document to me.  However, with regard

2   to whether he actually opened this document, this attachment or

3   not, I don't know.  I do not know.  And whether he had actually

4   seen the deleted version of it, I don't know.

11:31:28   5   Q.  Exhibit 6 was produced from your computer and it was

6   attached to this e-mail, do you understand?

7   A.  So during my preparation, we opened the document and we

8   carried out some operation where we did certain action to it

9   and then we saw Exhibit 6.  So, however, without such

11:31:47   10   operation, or without such action being made to the document,

11   if there are inconsistencies or discrepancies between those,

12   you cannot say that Exhibit 6 is exactly what was attached to

13   that e-mail that was sent to me."

14           MS. BARATH:  With that, Your Honor, we move into the

11:32:06   15   record Deyou Zhu Exhibit 1, which is PTX 815.

16           MR. CLOERN:  No objection.

17           THE COURT:  All right.  It is received.

18           (Said exhibit received in evidence.)

19           MS. BARATH:  And, Your Honor, the parties agree that

11:32:18   20   certain exhibits from the Yu Yang transcript are pre-admitted.

21           THE COURT:  What is your agreement?

22           MS. BARATH:  That those exhibits would be entered into

23   evidence without the reading of testimony, Your Honor.

24           THE COURT:  Is that your agreement, counsel?

11:32:34   25           MR. CLOERN:  Yes, Your Honor.

1126

1        THE COURT:  All right.  It is so ordered.

2        Good timing.  Members of the jury, once again, a

3   brunch.  Please come back at 12:30.

4        Counsel, remain.

5        (The following proceedings were had out of the

6        presence of the jury in open court:)

7        THE COURT:  The Court is in session.

8        Mr. Alper, you are an attorney of good voice.  I have

9   received this note from the jury.  Let me give it to you and

10  ask you to read it into the record.

11       (Said item tendered.)

12       THE COURT:  The Court is in session.

13       MR. ALPER:  The note reads as follows:

14       "... Your Honor, could we please have a schedule

15       for this week and next week, as we are trying to

16       arrange our work schedules.

17        Sincerely, the jury."

18        And then the names are written:  Carol Dohrn, Julia

19  Mironiuk, Janet Salgado, Elizabeth Ashby, Jadan Richardson.  I

20  can't see the first name, but it's Ms. Friske, and Ella

21  Shegelsky.

22       THE COURT:  Is that 7 of the 8 jurors?

23       MR. ALPER:  That is 7 of the 8 jurors.

24       THE COURT:  Okay.  Would you show that to opposing

25  counsel, please.

11:32:45
11:33:13
11:33:36
11:33:43
11:34:09

1127

1   MR. ALPER:  Yes, Your Honor.

2   THE COURT:  Is that how you read it?

3   (Said item tendered.)

4   MR. CLOERN:  Yes, Your Honor.

5   THE COURT:  All right.  Mr. Fulbright will retain a

6   copy for the record.

7   And so in terms of a schedule, what I would propose,

8   and which I think I have already told the jury, that on

9   Wednesday, November 27th, we would stop at noon.  You remember

10  that issue.  The 28th is Thanksgiving, no trial; Friday, the

11  29th, no trial, which would then take us into December.

12  There would be a trial on December 2nd, 3rd, 4th, and

13  5th, and no trial on December 6th.

14  Is that an acceptable schedule?

15  MR. CLOERN:  Yes, Your Honor.

16  MR. ALPER:  Yes, Your Honor.

17  THE COURT:  All right.  So somehow we will communicate

18  that to the jury when they return.

19  MR. ALPER:  Yes, Your Honor.

20  THE COURT:  Okay.

21  MR. ALPER:  For the record, the pre-admitted -- just

22  so I can put them in the record, those pre-admitted exhibits

23  are PTX 508, PTX 607, 691, 554, 519 and 520 and 545.

24  THE COURT:  Is that correct?

25  MR. CLOERN:  Agreed, Your Honor.

11:34:17

11:34:39

11:35:10

11:35:20

11:35:36

1128

1    THE COURT:  Once again, so ordered.

2    (Said exhibits received in evidence.)

3    THE COURT:  Thank you.  So 12:30, counsel.

4    MR. CLOERN:  Your Honor, just one quick issue.  I

5    think defendants' next witness is Dr. Wicker.  And we have, I

6    think, resolved disputes on many, many documents, but I think

7    there are disputes on four documents that remain that are

8    published in Dr. Wicker's slide that haven't been admitted yet.

9    THE COURT:  Okay.  Thanks for the warning.  We will

10   deal with them as they surface during the course of his

11   testimony.

12   MR. CLOERN:  Thank you, Your Honor.

13   THE COURT:  All right.  Thank you, counsel.

14   MR. CLOERN:  Thank you, Your Honor.

15   MR. ALPER:  Thank you, Your Honor.

16   THE CLERK:  All rise.  The Court is adjourned.

17   (Luncheon recess taken from 11:36 o'clock p.m.

18   to 12:30 o'clock p.m.)

19

20   *    *    *    *    *    *    *    *

21

22   I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

23   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER

24

25   /s/Blanca I. Lara  November 20, 2019

11:35:48

11:36:09

11:36:20

1129

1    IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3   MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
    SOLUTIONS MALAYSIA SDN. BHD,              )
4                                             )
                                              )
             Plaintiffs,                      )
5   vs.                                       ) Chicago, Illinois
                                              )
6   HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) November 20, 2019
    HYTERA AMERICA, INC., and HYTERA          )
7   COMMUNICATIONS AMERICA (WEST), INC.,      )
                                              )
8            Defendants.                      ) 12:32 o'clock p.m.

9              TRIAL - VOLUME 8-B
            TRANSCRIPT OF PROCEEDINGS

10

      BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
11                    and a jury

12  APPEARANCES:

13  For the Plaintiffs:    KIRKLAND & ELLIS, LLP
                           BY:  MR. ADAM R. ALPER
14                              MR. BRANDON HUGH BROWN
                           555 California Street
15                         Suite 2700
                           San Francisco, California 94104
16                         (415) 439-1400

17                         KIRKLAND & ELLIS, LLP
                           BY:  MR. MICHAEL W. DE VRIES
18                              MR. CHRISTOPHER M. LAWLESS
                           333 South Hope Street
19                         Suite 2900
                           Los Angeles, California 90071
20                         (213) 680-8400

21

22  Court Reporter:        AMY M. SPEE, CSR, RPR, CRR
                           Official Court Reporter
23                         United States District Court
                           219 South Dearborn Street, Room 1728
24                         Chicago, Illinois  60604
                           Telephone:  (312) 818-6531
25                         amy_spee@ilnd.uscourts.gov

1130

APPEARANCES (Continued:)

For the Plaintiffs:      KIRKLAND & ELLIS, LLP
                         BY:  MS. MEGAN MARGARET NEW
                         300 North LaSalle Street
                         Chicago, Illinois 60654
                         (312) 862-7439

                         KIRKLAND & ELLIS, LLP
                         BY:  MS. LESLIE M. SCHMIDT
                         601 Lexington Avenue
                         New York, New York 10022
                         (212) 446-4763

For the Defendants:      STEPTOE & JOHNSON, LLP
                         BY:  MR. BOYD T. CLOERN
                              MR. MICHAEL J. ALLAN
                              MS. JESSICA ILANA ROTHSCHILD
                              MS. KASSANDRA MICHELE OFFICER
                         1330 Connecticut Avenue NW
                         Washington, DC 20036
                         (202) 429-6230

                         STEPTOE & JOHNSON, LLP
                         BY:  MR. DANIEL S. STRINGFIELD
                         227 West Monroe Street
                         Suite 4700
                         Chicago, Illinois 60606
                         (312) 577-1300

ALSO PRESENT:            MR. RUSS LUND and
                         MS. MICHELE NING

1     (Proceedings heard in open court.  Jury in.)

2          THE COURT:  Good afternoon, members of the jury.

3          We have received your note and conferred with

4     counsel.  You will be here tomorrow, Thursday.  You will be

5     here Monday, the 25th; Tuesday, the 26th; Wednesday, the day

6     before Thanksgiving until noon.  You will not be here on

7     Thanksgiving; you.  Will not be here on Friday November 29th.

8     You will be here on December 2nd, 3rd, 4th, and 5th.

9          Please call the witness.

10         MR. ALPER:  I will, Your Honor.

11         Before I do, we inadvertently omitted moving in three

12    exhibits that were unobjected to during the deposition

13    playing.  And so those are, with Mr. Jue's testimony, PTX

14    818 -- that's Deposition Exhibit 3 -- PTX 630 -- that's

15    Deposition Exhibit 5 -- PTX 631, which is Deposition

16    Exhibit 6.

17         And -- so we move to admit those exhibits.

18         I also misspoke on the record.  I referred previously

19    to PTX 691.  I meant 961.  It's also unobjected to.

20         THE COURT:  Okay.  All are received and will be

21    published.

22         (Exhibit Nos. PTX 818, PTX 630, PTX 631 were received in

23         evidence.)

24         THE COURT:  And once again, members of the jury,

25    you'll have copies of these exhibits when you go in to

1    deliberate.

2            Please call the witness.

3            MR. ALPER:  Yes, Your Honor.

4            The plaintiff calls Dr. Stephen Wicker.

5         (Witness sworn.)

6            MR. BROWN:  Good afternoon, Your Honor.

7            Brandon Brown for Motorola.

8            THE COURT:  Good afternoon.

9            MR. BROWN:  May I proceed, Your Honor?

10           THE COURT:  Yes.

11           MR. BROWN:  Thank you.

12         STEPHEN WICKER, PLAINTIFF'S WITNESS, DULY SWORN

13                    DIRECT EXAMINATION

14   BY MR. BROWN:

15   Q.  Good afternoon, Professor.

16   A.  Good afternoon.

17   Q.  Would you introduce yourself to the jury, please.

18   A.  My name is Stephen Wicker.  I'm a professor of electrical

19   and computer engineering at Cornell University.

20   Q.  At a high level, Professor, what are you here to testify

21   about?

22   A.  I'm here to testify about what I found when I did my

23   investigation.  I found that Hytera had taken and used

24   Motorola's trade secrets, they tried to conceal those trade

25   secrets that they had taken, and those trade secrets were

Wicker - direct by Brown

1133

1  valuable, very valuable to Motorola.

2  Q.  Okay.  Let's start with your background as relevant to

3  this case.

4          Have you prepared slides to aid n --

5          THE COURT:  That would have been a better way to

6  proceed rather than to permit the statement made by the

7  witness.  And so a few preparatory questions would be

8  appropriate in terms of qualifications and so on.

9          MR. BROWN:  Of course.

10 BY MR. BROWN:

11 Q.  Have you prepared slides to demonstrate your credentials

12 to this court and jury?

13 A.  Yes, I have.

14         MR. BROWN:  All right.  Your Honor, permission to

15 publish PDX 8.2.

16         THE COURT:  Proceed.

17 BY MR. BROWN:

18 Q.  All right.  Would you please explain your educational

19 background as relevant to this case, please.

20 A.  Certainly.

21         I have a Bachelor of Science degree in electrical

22 engineering from the University of Virginia, a Master of

23 Science in electrical engineering from Purdue, and a Ph.D. in

24 electrical engineering from the University of Southern

25 California.

Wicker - direct by Brown

1134

1   Q.  And how does your education relate to the technology at

2   issue in this case?

3   A.  Well, throughout I've been studying wireless technology of

4   various kinds.  And so all of the underlying technology we'll

5   be talking about and have been talking about in court are

6   things I've been studying since the early '80s.

7   Q.  Okay.  If we go to your next slide, can you at a high

8   level explain what your other qualifications are for your

9   testimony today.

10  A.  Certainly.

11          As a professor, I do basically three things:  I teach

12  and I conduct research and I do service within my university

13  and outside my university.  So academia plays a big role in

14  what I do.

15          I've also consulted for and had contracts with the

16  government, in particular DARPA and the National Science

17  Foundation.

18          As part of my external service, I do a lot of work

19  for the IEEE and the ACM.  They're the professional

20  organizations for computer engineers, computer scientists, and

21  electrical engineers.

22          And finally, I spend and have spent a great deal of

23  time over my career consulting for various companies, such as

24  AT&T, Hughes Aircraft, Texas Instruments, *et cetera*.

25  Q.  All right.  Let's start with your experience at Cornell

Wicker - direct by Brown

1135

1    University.  Can you explain your academic experience and how

2    it relates to this field.

3    A.  Yes.

4         Again, I'm a professor.  And so what I do is I

5    primarily teach classes in electrical and computer

6    engineering.  For example, I taught a course in computer

7    networks last semester, and this semester I'm teaching a new

8    course on 5G cellular.

9         Most of my career I've been teaching some kind of

10   communications courses of various kinds and, again, conducting

11   research for -- that number keeps increasing -- 35 years.

12   Q.  And what about writing in publications?  Have you

13   published and written in this field?

14   A.  I have.  That's one of the reasons I like being an

15   academic, is I get to write a lot.  I've written four books,

16   and I've written chapters for about 18 others.  And I've

17   written a lot of journal articles and conference papers, about

18   250, and my work has been cited extensively.

19   Q.  And what does it mean that your work has been cited over

20   10,000 times?

21   A.  Well, what happens is when we're writing journal articles,

22   we read other people's work and we make a point to reference

23   their work if it adds to what we're doing.

24        And so a lot of folks have -- and I'm grateful for

25   it.  A lot of folks have cited my work to help them do

Wicker - direct by Brown

1136

1   whatever it is they're doing.

2   Q.  It also says on this slide you're an IEEE fellow.  What's

3   that?

4   A.  That is the highest grade the IEEE -- the IEEE is

5   Institute of Electrical and Electronic Engineers.  And you

6   start out as a member, and then you're a senior member and.

7   Then often you are -- sometimes you are selected elected by

8   the other fellows to the grade of fellow.

9   Q.  And you mentioned that you have a few books published.  Do

10  they relate to this field as well, Professor?

11  A.  Yes, they do.  These are four books that I was author on.

12          Error Control Systems, for example, is used in the

13  systems we've been talking about for the last few days.  That

14  was a textbook, and it was used in a lot of schools.

15          The next two books, the two in the middle are more

16  focused.  They still deal with particular kinds of

17  communication technology, but they're very focused.  And the

18  one on the right has to do with cellular communication and

19  privacy.

20          I've branched out a little bit and looked into some

21  of the privacy issues and ethical concerns in dealing with

22  these kinds of communication systems.

23  Q.  And you mentioned the publications that you have as well.

24  How do those relate to the fields that are at issue in this

25  case?

Wicker - direct by Brown

1137

1  A.   Okay.  So most of my communication -- excuse me.  Most of

2  my publications are in some sort of communication area.  And

3  the majority deal with wireless communications.

4        So these are some examples.  Some are more general;

5  some are very particular.  The one on the upper right talks

6  about techniques for TDMA.  Hopefully we'll have a chance to

7  talk about that.  That is one of the technologies that

8  underlies DMR.

9  Q.   And have you earned any patents from the United States

10  government?

11  A.   Yes; I have five.

12  Q.   And what are those generally of?

13  A.   They are on a variety of technologies, but they all deal

14  in some way with communications.

15        And in particular, these three deal with wireless

16  communications and technologies that are used in systems like

17  the ones we've been talking about.

18  Q.   Okay.  And you mentioned that you did some work for the

19  U.S. government and DARPA.  Does that relate to any of the

20  fields that we're talking about?

21  A.   It does.  For example, my work with DARPA including doing

22  some research into wireless sensor networks.  These are

23  networks where you can deploy the sensors and, for example,

24  detect biological attacks.  That was one of the focuses --

25  what we dealt with without having to send people out to

1    determine whether something bad was happening.  So hopefully

2    it saved a few people.

3         Generally speaking, I've been supported by DARPA, the

4    National Science Foundation, and other organizations to look

5    at various kinds of wireless technologies.

6    Q.  Okay.  And then you also mentioned some experience

7    actually in the industry working with real products.  Can you

8    at a high level explain how that relates to this case.

9    A.  Certainly.

10        This pretty much spans my career.  I started out at

11   Bell Labs.  And at Bell Labs I worked on wired and wireless

12   communications.  This was back in 1983.

13        I then became a system engineer for Hughes Aircraft.

14   Hughes Aircraft used to make defense satellites, commercial

15   satellites, NASA, deep space probes.  We did some really

16   interesting work, and obviously it's wireless communications.

17   My focus was on the payloads, the part of the satellite that

18   actually does the talking back and forth with the ground.

19        I also did some consulting for SkyTel and Motorola in

20   the '90s.  Our focus there was on two-way mobile radios.  It

21   was basically small handheld pagers that you could actually

22   type a response into.  Someone would page you and you could

23   actually respond on your pager.  So it was basically an early

24   form of texting.

25        And then, finally, for MITRE I have been consulting

Wicker - direct by Brown

1139

1 on and off for MITRE for a long time, something like 15 or 20

2 years, and most recently on wireless communications and, in

3 particular, ways of controlling errors that occur on wireless

4 lengths.

5 Q. Did any of the work for these companies involve or any of

6 your other experience involve computer programming or looking

7 at operating system architecture?

8 A. Well, they all did. For example, my work with Hughes

9 Aircraft, which is represented on the bottom, I spent a lot of

10 time simulating communication systems. What I would do is

11 write a computer program that would act like the actual

12 communication system so I could test it and see how it would

13 perform without spending immense amounts of money.

14 Q. And we also heard a lot about digital signal processing

15 in this case so far. Have you ever worked in digital signal

16 processing?

17 A. Yes, again, throughout my career. For example, at Hughes

18 Aircraft I did that. I did a great deal of DSP for SkyTel and

19 Motorola. My students and I have written papers on DSP. It's

20 a prominent part of our work.

21      DSP is basically manipulating signals so you can

22 figure out what they are trying to do, what they may reveal

23 and so forth.

24 Q. And how long have you been working on this particular

25 case, Dr. Wicker?

Wicker - direct by Brown

1140

1    A.   A very long time.  It's been several years.

2    Q.   Okay.  And have you being compensated for the work you've

3    done in investigating the issues in this case?

4    A.   Yes, I am.

5    Q.   Okay.  And is your compensation in any way dependent on

6    the outcome of the case?

7    A.   No, it's not.

8             MR. BROWN:  Okay.  Your Honor, we would proffer

9    Professor Wicker as an expert in wireless communications and

10   computer software.

11            THE COURT:  He has enough of a background to permit

12   him to proceed pursuant to Federal Rule of Evidence 702.

13            MR. BROWN:  All right.

14   BY MR. BROWN:

15   Q.   Now, Professor, I think it might be helpful if we start

16   with a tutorial.  We've heard a lot about wireless

17   communication.  Can you help us understand the foundations of

18   wireless communication?

19   A.   Certainly.

20            My favorite example -- and I do use this with my

21   students -- is that of a simple radio that we may have all

22   played with as kids.  You take two tin cans and you stretch a

23   string between the two tin cans.  And my kids were amazed that

24   this actually works.  You talk into one end and you can

25   actually hear the voice come out from the other.

Wicker - direct by Brown

1141

1    And the reason this works is that the string actually

2  vibrates so that -- in time with your voice.  Your voice

3  signal is actually causing the string to vibrate, which, in

4  turn, causes the can on the other end to vibrate and reproduce

5  your voice.

6    So this is a very simple way of getting across the

7  idea of what a signal is and how it carries information.  And,

8  in particular, in this case, how it carries voice information.

9  Q.   And how does that work if there's not a string between the

10 two devices?

11 A.   A lot of the ideas remain the same.  Here we have a boy

12 talking to a girl, and the boy is speaking into this device.

13 And what's happening is his voice, instead of causing a string

14 to vibrate, it causes an electromagnetic wave to vary.  And so

15 what's happening is that wave that's going through the air is

16 actually caring carrying his voice.  And because of the way

17 these radios are designed, the radio on the left is able to

18 reproduce his voice from that signal.

19 Q.   So why can't we hear those waves as they're around us?

20 A.   Well, an interesting thing happens inside these radios.

21 So we see the person on the right talking into the radio.

22 That's at a particular frequency and it's in a particular form

23 that we can hear.

24    The radio converts it into an electromagnetic wave

25 and then transmits it at a much higher frequency so you can't

Wicker - direct by Brown

1142

1  hear it.  It's too high.

2  Q.  So are there those waves around us right now?

3  A.  There's an alarming number of waves that are surrounding

4  us right now.  If we simply looked at the Wi-Fi, there's a

5  great deal -- Wi-Fi or 802.11, a great deal of that.

6         There's also going to be cellular going through the

7  air.  There's going to be broadcast radio going through the

8  air.  There's satellite radio.  We're saturated.

9  Q.  Okay.  And how does that relate to the radios that we have

10  in our cars or at home?

11  A.  Well, I mentioned radio -- broadcast radio.  This is the

12  simplest radio I could come up, the basic AM radio that at

13  least I had in my first car.  It is about as simple as it

14  gets.  And so this is an example, though, of a radio, but it's

15  analog.  It's doing something relatively simple.

16  Q.  And what makes an analog radio different than a digital

17  radio that we're here to talk about in this case?

18  A.  Okay.  So the analog radio is going to be acting just like

19  the two cans with the string.  Basically we are causing a

20  radio wave to vary in amplitude with our voice.  You could

21  almost look at them on a screen and see them vary with the

22  voice.

23         Whereas, in digital, we don't do it that way.  We're

24  still sending information on radio waves, but we're sending

25  the voice as zeros and ones.  So there's a digital signal

Wicker - direct by Brown

1143

1  processor within the radio on the left that is converting the

2  spoken voice to zeros and ones, and the zeros and ones are

3  then sent over the air.

4  Q.  And you said that that was more complicated than analog.

5  Why is that more complicated?

6  A.  It's more complicated because you have to figure out how

7  to represent the voice with zeros and ones.  And often once

8  you've done that, there's lots of other things that you might

9  want to do.  For example, I might want to add bits to these

10  transmissions so that I can correct errors on the other end.

11      That's why most cell phones today sound much better

12  than they did back in the '80s, if you used cell phones then,

13  because now they're using digital communications and they can

14  correct the errors.

15  Q.  And how is it that this all works, that there's all these

16  waves that are in the air that are all doing different things?

17  How do we know which waves we're supposed to catch on our

18  radio and you don't catch somebody else's waves?

19  A.  Okay.  So the radios are designed or programmed to look

20  for particular aspects of a waveform.

21      For example, they might look for a particular

22  frequency.  And then once they've found that frequency,

23  they've been programmed how to look for the particular signal

24  they want at that frequency.

25  Q.  Okay.  And are there other ways that radio systems work

Wicker - direct by Brown

1144

1    other than frequencies?

2    A.   Yes.   For example, in this case, we're interested in a

3    technology that uses something called TDMA, time-division

4    multiple access.   And the basic idea between TDMA is you say,

5    we're going to take turns using this frequency.

6              In this case, we have two slots, so two different

7    calls are going to take turns using that particular frequency.

8    Q.   And so how does -- how does that work?   How does a voice

9    get split up into different slots, like you said?

10   A.   Okay.   First off, this particular channel, this frequency

11   has been broken up into pieces in time.   So basically we're

12   going to have slots in time recurring.   In this case, there's

13   only two, so every other slot will be assigned to a particular

14   call.

15             Now, what's going to happen is, let's suppose we've

16   got this man talking to this woman.   And the man says, "Is the

17   meeting over, Deb?"   What his radio is going to do is convert

18   that "Is the meeting over, Deb" to zeros and ones, and then

19   it's going to send them over the air in individual slots.   So

20   every other slot is going to get a piece of this call.   It's

21   as if each word got its own slot in time.   And interleaved

22   with these slots, someone else is talking on a separate call.

23   Q.   And so how big are the slots?   Is this like a -- is it

24   enough to hear the word "is" or "the" or "meeting"?   Or are

25   they much smaller than that?

Wicker - direct by Brown

1145

1    A.   They're actually much smaller.  A human voice typically is

2    broken up into chunks that are 20 to 40 milliseconds or

3    thousandths of a second long.  So these slots are actually

4    quite short.

5    Q.   And is that a difficult technology to implement correctly?

6    A.   Yes.  There are issues of timing, making sure that your

7    transmissions only fall within the slot.  So, for example,

8    this transmission should only go within that one slot.  If it

9    leaks over into the next slot, it will interrupt the other

10   call.  So there's lots of timing issues that you have to deal

11   with.

12   Q.   Okay.  And so at the same time that this one call is going

13   on, there can be other calls happening as well.  Is that what

14   you're saying?

15   A.   That's right.  So I had this man talking to this woman.

16   At the very same time on the same frequency this woman is

17   talking to this man saying, "Hi, Bob.  How are you?"

18           And so we're going to chop that up into pieces.  And

19   that conversation will take place in Slot 2, which recurs

20   every other slot.  So every other slot we have this

21   conversation going on.  And in the alternate slots, we have

22   the other conversation.

23   Q.   Okay.  And is this the way that DMR radios work?

24   A.   Yes.

25   Q.   Okay.  So is -- you mentioned this is difficult to do.

1  How is it that this technology gets put into an actual radio?

2  How do you take this idea and get it into a radio?

3  A.  Okay.  So there's basically two pieces to it.  There's a

4  lot of hardware and a lot of software.  And so this shows the

5  hardware.  The fundamental pieces would be the processors --

6  we'll be talking about radios that have two processors -- and

7  memory.  Memory both contains the code that the processors run

8  and also has space for storing other stuff.

9       There's also a clock that drives a number of

10 different things within the radio, including helping to figure

11 out which frequency we're on.

12 Q.  Okay.  And you mentioned that there's code that runs on a

13 processor.  We've heard a lot of about code, but what is code?

14 A.  Code is what we usually think of as software.  So software

15 program would be a sequence of instructions -- excuse

16 me -- that the processor is going to follow.  There's a number

17 of ways you could think of it.  You could think of it like a

18 series of directions.  You do everything in the right order,

19 you end up in the right place.  Well, that's what software

20 does.  It tells the processors which sequence of steps to

21 follow so that we'll end up with the right kind of

22 performance.

23 Q.  And have you prepared a demonstrative to help explain how

24 software works?

25 A.  Yes.

Wicker - direct by Brown

1147

1     MR. BROWN:  Okay.  Your Honor, permission to approach

2  the boards.

3     THE COURT:  Yes.

4     MR. BROWN:  Thank you, Your Honor.

5     THE COURT:  Professor, do these principles apply

6  regardless of the language being spoken?  For example, English

7  or Chinese or Apache?

8     THE WITNESS:  Yes, Your Honor.  Human voice is

9  fundamentally chopped up into something we call phonemes.  And

10 they're typically 20 milliseconds regardless of what language

11 you speak.  It's actually a function of your pharynx.

12 BY MR. BROWN:

13 Q.  To follow up on that question, Professor, what about the

14 source code?  Is the source code written regardless of what

15 the language the programmers -- is it written in one language

16 or is it written in different languages?

17 A.  There are a number of different programming languages, but

18 they typically, at least the ones I'm familiar with, have

19 English words interspersed throughout.  They may not look like

20 English, but it's at least human readable, I'll put it that

21 way.

22 Q.  And the programming languages that are at issue in this

23 case, are they all in English?

24 A.  Yes.

25 Q.  Okay.  So we've put PDX 108 up on the screen.

Wicker - direct by Brown

1148

1    MR. BROWN:  If it's okay with you, Your Honor,

2    Professor Wicker could step down.

3    THE COURT:  Yes.

4    MR. BROWN:  Thank you.

5    BY MR. BROWN:

6    Q.  Professor Wicker, would you explain what you're showing

7    with PDX 108.

8    A.  Okay.  So there are a number of important things going on

9    here.  First off, we're going to talk about three different --

10    THE COURT:  Members of the jury, can you see this?

11    Do you want it turned a little?

12    Is that better?

13    Please proceed.

14    THE WITNESS:  Thank you, Your Honor.

15    BY THE WITNESS:

16    A.  So there are three different kinds of code that I'm

17    looking at here.  The first is what we were just talking

18    about, the sort of human readable source code that a typical

19    person could write.

20    This is actually a small routine that I wrote.  It is

21    a temperature controller.  And the basic idea is this

22    temperature controlling code is going to make sure that it's

23    always 70 degrees in my house.

24    So just to quickly go through a few pieces, the name

25    of the file is StevesTemperatureControl.c.  So that dot C

Wicker - direct by Brown

1149

1   tells me that it's the C programming language, a particularly

2   well-known language.  It's been around since -- well, at

3   least -- the first time I saw it was the early '80s.

4          The next thing we see -- this is an important thing

5   as well.  This is a comment.  This is completely English

6   readable, but it's not something the processor will execute.

7   What it does, though, is it tells other people reading the

8   code what I thought I was doing.  It helps to understand what

9   the code is, and it's an important part of the code writing

10  process.

11         I then have an actual function.  So I've defined a

12  function called climate control.  And climate control has an

13  input, temperature.  And then we can make sense out of what

14  follows.  If temperature greater than 70, turn on AC.  Else,

15  if temperature equals 70, just return; don't do anything.

16  Else if temperature less than 70, turn on heat.

17         So that pretty much has you covered.  We have a

18  temperature control algorithm that is written out as software

19  as a particular file.  It's got a function.  It's got

20  variables, and it does hopefully what we want it to do.

21  Q.  And so why did you pick the name "climate control" and the

22  word "temperature"?  Did you have to do that, or is that a

23  design decision that you made?

24  A.  It's a design decision.  I could have called this Steve's

25  thermostat.  There's lots of other things I could have called

Wicker - direct by Brown

1150

1    the file itself, the program itself.  And I could have called

2    my variables different things as well.  I could have used

3    "temp" if I wanted to save space.  I could have written out

4    celsius.  Well, actually this is Fahrenheit.  So I could have

5    written out Fahrenheit.  There's lots of things I could do.

6            Climate control, again, I could have called the

7    function thermostat.  It's all part of my choice process.

8    Sorry.

9    Q.  And in your experience in computer software, would you

10   expect that somebody, even sending out to write such a simple

11   program as you've written there, would write it identically to

12   how you've written it?

13   A.  No, there are lots of other things I could have done.

14           Typically a program language has lots of options in

15   terms of how you're going to make things happen.  And in C or

16   in C++, an extension of C, and in other programming languages,

17   there's other options.  So I had basically three choices here.

18   I could have programmed them many different ways.

19   Q.  Okay.  So we've got this source code.  Is that something

20   that the radio or the processor can understand or is there

21   more that has to happen before we get actually having your

22   temperature program work?

23   A.  No, more has to happen.  As a writer of code and a human

24   being, this is the way I would write it out, but the processor

25   that's sitting in my radio over here, it's not going to

Wicker - direct by Brown

1151

1  understand that.  All it understands is zeros and ones.  So

2  somehow my "Steve's temperature control" has to be reduced to

3  zeros and ones.

4  Q.  And so what's the next step in reducing your source code

5  down to something that the processor can read?

6  A.  Okay.  So there's actually two steps.  The next step is to

7  create something called object or library code.  And this

8  notion of a library will be important.

9       The basic idea is, I have compiled it, I've reduced

10  it in form, but I've left a few things readable so that the

11  program that's going to link this with other code knows how to

12  hook things up.

13       Now, there might be another piece of code that's been

14  written for my thermostat that does other things.  It might

15  need to know where to find Steve's temperature control.  And

16  so that's why at the object or library code level, we could

17  still read it, but the actual details of the code, we can't

18  read it anymore.

19  Q.  And so what are all those black symbols on there in the

20  library code that you're showing?

21  A.  Okay.  So I have opened this up in a text processor, a

22  very simple one, actually.  And so a lot of what it sees can't

23  be interpreted as English.  And so it tries to convert it into

24  something that we can read, but it can't.

25  Q.  And so then, just so we understand it, why does the

Wicker - direct by Brown

1152

1     English -- the few English words, why are those visible and

2     readable on here?

3     A.   Okay.  So, again, let's suppose we've got another piece of

4     code and let's suppose that code controls windows, opens them

5     or closes them.  And so we would like to combine these two

6     programs when we put it into our thermostat or, in this case,

7     radio.

8          So we'd like to be able to combine those such that

9     one program can call on things in the other program.  We would

10    like our window program to be able to communicate with Steve's

11    temperature control.  And so we leave the name of the file,

12    the variables, and the functions in English so we can link

13    them together as need be.

14    Q.   And can you tell from looking at that library excerpt that

15    you have that the -- where that source code that went into

16    that came from?

17    A.   You actually can, because if you look in the library, it

18    says "StevesTemperatureControl.c."  So you could look at this

19    and you'll say, I don't know what any of that means, but I

20    know where it came from because there's the name of the file

21    still in English, so I could see it.

22    Q.   And what are the other -- are the other things still in

23    English as well?  Does that help?

24    A.   Yes.  This tells me more.  Not only is this a file that

25    was compiled into this library, but I can also see that

Wicker - direct by Brown

1153

1  there's a function called climate control.  Yeah, it was up

2  here.  There's a variable called temperature.  It was over

3  here.

4  Q.  And so then what's next?  Can the computer read the

5  library code -- the processor -- can the processor read the

6  library code you've got there?

7  A.  No, it still can't read that.  There's more work to be

8  done.

9       So the last stage is called the linking.  And what

10 we're going to do is take all the code that we've compiled,

11 Steve's temperature control and whatever else I've got and

12 combine it so that we get one big executable file.  And now

13 it's just zeros and ones.

14 Q.  Why is it that the processor needs or the radio needs

15 zeros and ones to operate?

16 A.  That's all it understands.

17      So over here there is one -- actually, there's two

18 processors and a Motorola radio, but the processors get their

19 instructions.  Do this.  Do that.  But the only thing they're

20 actually seeing are sequences of zeros and ones.  32 zeros and

21 ones in a row tell it to do a particular thing.

22      And so we have to get all the way from up here down

23 to sequences of zeros and ones that that processor can

24 understand or those processors.

25 Q.  Okay.  So if you'll retake the stand, Professor.

Wicker - direct by Brown

1154

1      Why don't we get into your actual investigation here.

2      MR. BROWN:  Mr. Schlaifer, if we could move to

3  Slide 25 of Professor Wicker's presentation.

4  BY MR. BROWN:

5  Q.  Can you resummarize, just explain to the jury, what your

6  actual work here is.  What work did you do?

7  A.  Certainly.  I looked at a great deal of evidence, which we

8  will summarize, and I came to the conclusions that I've

9  already noted, namely that Hytera took and used Motorola's

10  trade secrets and copyrights, they concealed their theft and

11  its use.  And I'll show how that was done.

12      And furthermore and finally, Motorola's trade secrets

13  are valuable and they are confidential.  That's been discussed

14  already, and we'll discuss it some more.

15  Q.  Okay.  And you said that you've worked on this case for

16  several years now.

17  A.  Yes.

18  Q.  Why did it take so long?

19  A.  Well, there was a huge amount of material to consider.  I

20  had to consider the entire volume of everything that had been

21  taken and to interpret it and see how it was used.  So that

22  took a long time.

23  Q.  Okay.  So can you summarize some of the materials that you

24  found at Hytera that helped you come to your conclusions that

25  Hytera possessed and used Motorola's trade secrets?

Wicker - direct by Brown

1155

1    A.   Certainly.

2             We'll start with the upper left, something called

3    Compass logs.  They've been discussed already in court.  It is

4    a log of accesses of Motorola's database.  And we see Sam Chia

5    and Y.T. Kok in the pictures.

6             There's also Motorola's confidential documents that

7    were found in Hytera's files.  As part of this case, it's my

8    understanding that Hytera produced a number of things that

9    were in their files, and they included Motorola's confidential

10   documents.

11            There's also Motorola code found on Hytera's

12   computers.

13            I can't see that.  There we go.

14            There was Motorola code found in Hytera's products.

15   There were Motorola documents that had been rebranded as

16   Hytera.  They had literally changed the cover page.

17            I also had the opportunity to review forensic

18   analyses of Hytera's laptops.

19            For example, there was one laptop where there had

20   been an attempt to erase things, but that was recovered

21   through a forensic analysis.  You can actually look at a hard

22   drive and even though someone has erased things, you can tell

23   what was there previously.

24            And then finally, I considered the fact that a number

25   of laptops had gone missing.

Wicker - direct by Brown

1156

1     Q.   Okay.  And how did you have the opportunity to look at all

2     this material?  This wasn't available publicly, right?

3     A.   No.  In fact, I'm thinking the vast majority of this was

4     not available publicly.  It was produced in this case.  And I

5     had to sign something where I promised I wouldn't disclose any

6     of it.

7     Q.   Okay.  So when you had a chance to look into Hytera's

8     files, what was the result of how many of Motorola's

9     confidential documents you found there?

10    A.   Okay.  I was able to identify over 1200 confidential

11    documents, Motorola documents that were labeled confidential.

12    Q.   Okay.  And we'll talk about some of those a little later

13    in your examination.

14              What about source code?  Did you find any of

15    Motorola's confidential source code like you showed on the

16    board in Hytera's files?

17    A.   Yes, I did.  There were over 1,000 source code files,

18    Motorola's source code files that were found in Hytera.

19    Q.   Okay.  And you also mentioned that you investigated

20    Hytera's radios.  How did you find Motorola source code in

21    Hytera's radios?

22    A.   Okay.  We will talk about that more in a bit, but I was

23    able to look at source code that was actually put into

24    Hytera's products.  There were nine releases, if I remember

25    correctly, of their software.  And I was able to look at that

Wicker - direct by Brown

1157

1    software and identify Motorola's source code.

2    Q.   Okay.  And you also mentioned that there was some aspect

3    of rebranding that had happened.

4         MR. BROWN:  Mr. Schlaifer, if we'll go to slide 32 of

5    Dr. Wicker's presentation.

6    BY MR. BROWN:

7    Q.   What do you mean by rebranding of Motorola information?

8    A.   Okay.  That's where a document such as this one -- this is

9    a testing document, by the way.  I believe it was discussed

10   yesterday.  Conformance testing for radio hardware, portable

11   and mobile.  It's Motorola confidential proprietary.

12        What's happened is that Motorola has been rebranded

13   as Hytera.  The name has changed slightly.  It says DMR

14   instead of LTD F2.  And it now says Hytera confidential

15   proprietary.  But if you look into this document on the right,

16   you'll see that it essentially contains the document on the

17   left.

18   Q.   Okay.  And we also heard some evidence about how Hytera's

19   engineers might not have known that this was a Motorola

20   document, that there was no evidence to let them know that.

21   Did you see anything that contradicted that?

22   A.   Yes.  There was a lot of evidence that contradicted that,

23   evidence that showed that there was sharing of the Motorola

24   documents.

25   Q.   Okay.  So on the screen is PTX 100.  And it's an e-mail

Wicker - direct by Brown

1158

1    from Mr. Jue Liang, Hytera engineer, to another Hytera

2    engineer, Mr. Sam Chia.

3            What are you showing in this slide?

4    A.   Okay.  So Mr. Liang is a Hytera hardware product manager.

5    He spoke by videotape yesterday.  What you see is that we have

6    an e-mail from Mr. Liang to Sam Chia.  That is Sam Chia's

7    e-mail address, and it's his Chinese name.

8            And basically this is a request.  It says, "Please

9    review the DMR tuning and testing plan again."  And what I saw

10   when I looked at this e-mail was that they had

11   cut-and-pasted -- or Mr. Liang had cut-and-pasted from a

12   Motorola document.

13           This piece right here, this square comes right out of

14   the document on the left that I showed in the previous slide.

15   Q.   And how did Mr. Liang identify what he was copying in this

16   e-mail?

17   A.   He referred to it as the MOTO DMR conformance testing of

18   radio hardware.

19   Q.   And how -- have you seen evidence of where that name came

20   from on Mr. Liang's actual computer?

21   A.   Yes.  When this document was produced, there was

22   associated metadata with it.  That told me a number of things.

23   First off, it told me the file name.

24           And so if we look at the file name, we can see it is

25   MOTO DMR conformance testing for radio hardware.  And that's

1    the version.  And furthermore, it was found on Mr. Liang's

2    computer.

3    Q.   Okay.  And so when you open the Motorola DMR conformance

4    testing document, what do you see?

5    A.   When you open the document, what you see -- if you can go

6    to the particular page, you will see that piece that was

7    excerpted in the e-mail.  So I was able to tell where the

8    excerpted e-mail had come from by comparing it to the

9    document.

10   Q.   And so when you open the document, it actually has the

11   Hytera logo on it, right?

12   A.   It does.

13   Q.   But it's still called the Motorola DMR conformance testing

14   document?

15   A.   That's right.  Because the document with the Hytera logo

16   is simply a Motorola document that's been rebranded.

17   Q.   And so if Mr. Liang wanted to open this file on his

18   computer, how would he do that?

19   A.   If Mr. Liang went to his computer to open this document,

20   he would have to find a file, a Microsoft Word file in this

21   case, that says "MOTO DMR conformance testing."

22   Q.   Okay.  We also heard testimony from one of the read

23   transcripts today about a document with a red line, stuff that

24   had been erased, but we didn't get to see the document.

25          So I'm showing on the slide PTX 0861.

Wicker - direct by Brown

1160

1     Was this the document we heard during that testimony?

2   A.  Yes.

3   Q.  Okay.  So can you explain what you're showing with this

4   particular document.

5   A.  Okay.  This is a Microsoft Word document that has been

6   edited using track changes.  You may have used Microsoft Word

7   like this.  Track changes basically shows the changes that had

8   been made.  So if you type something in, it often comes in in

9   a different color.  If you delete something, it crosses it

10  out, but it remains there so you can see it.

11  Q.  Okay.  And so is -- what's happening here?

12     And we see that there's a bunch of red line here, and

13  what does that indicate happened?

14  A.  That indicates that the Motorola logo, more additional

15  information about it, a confidentiality note, they've been

16  deleted.

17  Q.  And so what in this document was erased and what was kept

18  at Hytera?

19  A.  Okay.  What was erased were the things that identified it

20  as a Motorola confidential document.  What was kept you can

21  see over here.  This is the actual technical content.  And so

22  they erased the Motorola material, the stuff that said this is

23  Motorola's document, it's confidential, and they kept the

24  technical detail of the testing.

25  Q.  And we'll talk more about that technical detail when we

Wicker - direct by Brown

1161

1  get to the VOX trade secret.

2       But during the testimony today, Mr. Deyou Zhu said

3  that he didn't -- when he opened the document, he wouldn't

4  have seen the red line.

5       Is that consistent with your understanding of the

6  technology?

7  A.  No, I checked this particular version of Microsoft Word.

8  And when it was in use, with this document, when you opened

9  it, you would have seen the red lines.  In other words, that

10  would have been the default.

11  Q.  And so when you open this document, what was the first

12  thing that you would see?

13  A.  You would see what you see on the left.  The Motorola logo

14  and the other identifying information, as well as the Motorola

15  confidential proprietary indication had been deleted.

16  Q.  Okay.  Well, let's talk about how some of this material

17  got to Hytera.

18       If we'll go to your slide 38.  We've heard a lot

19  about the Compass logs and Mr. Chia and Mr. Y.T. Kok.  Can you

20  explain your analysis of the Compass logs for Mr. Chia and

21  what your understanding of his behavior was there.

22  A.  Yes.  First off, a Compass log is something that Motorola

23  -- first of all, Compass was a database where Motorola kept a

24  lot of things and a lot of confidential documents.  And it's

25  possible -- basically Compass will keep track of what's been

Wicker - direct by Brown

1162

1   downloaded or accessed.

2           And so a Compass log indicates what a particular

3   individual was doing with the Compass database, and it does it

4   by identifying the individual files.  There's a file number

5   associated with it.  And it tells us when the last access was

6   and how many times they did it.

7   Q.  Okay.  And were you in court for Mr. Scott Shepard's

8   testimony?

9   A.  Yes, I was.

10  Q.  Okay.  And during Mr. Scott Shepard's testimony, there was

11  a statement about whether or not this log indicates accesses,

12  meaning somebody just opened the document and looked at it, or

13  whether or not they were actually downloaded by Mr. Chia and

14  eventually brought to Hytera.

15          Have you done an analysis of whether or not these

16  were actually downloaded?

17  A.  Yes.  And what happens when one accesses a particular

18  file, it is brought into your computer.  You have downloaded

19  it.  So in looking at it, you are downloading it.

20          And furthermore, when looking at Mr. Chia's Compass

21  report, what I found was he had downloaded so much material,

22  he could not possibly have simply looked at it.

23          As we can see, in a few hours, he is going to have

24  downloaded 1500 files.  And so there's just no humanly

25  possible way he could have been looking at these documents and

Wicker - direct by Brown

1163

1    then leaving them.  He was downloading them and taking them.

2    Q.  Okay.  And is it possible -- is there any way that in

3    these seven hours he could have just been browsing these 1500

4    files?  Have you seen any evidence of that?

5    A.  No.  No, because of the number of files and the relatively

6    limited amount of time.  And remember, some of these files are

7    quite long.  Some of them are documents that are hundreds of

8    pages long.  It would have been -- he simply did not have time

9    to look at them.

10   Q.  Okay.

11   A.  And we'll just take an example.  These are times last

12   accesses.  We'll take 2353 to 2355.  He's downloaded in a

13   matter of two minutes three significant documents over here.

14            So he has -- he's downloading them, and he is doing

15   what I believe Mr. Shepard referred to as mass downloading.

16   It's basically a detectable behavior that says you're taking

17   lots and lots of files, and this is not for work purpose.

18   Q.  Okay.  And how did the usage of Mr. -- how did Mr. Chia's

19   usage of the access logs correspond to his going to Hytera,

20   meeting with Hytera engineers, and then eventually taking a

21   job there?

22   A.  Okay.  So what I did was I looked at Mr. Chia's access

23   logs, and I was able to develop a graph that shows his

24   behavior over time.

25            So what we have on the left is the number of

Wicker - direct by Brown

1164

1    documents accessed.  And it goes up to quite a large number.

2         And then I've got time across this access.  So it

3    starts in mid 2006 and goes through March 2008.

4         And what I was able to see was that for this period

5    of time, there were a small number of accesses, so small that

6    it doesn't show up in my graph.

7         In other words, this access here goes up to 12,000.

8    There's just a handful of accesses over that year -- year and

9    a half plus.

10        But then just before he visits Hytera in March

11   of 2008, I see a small number of accesses, more than he's had

12   in the past.

13        And then after he visits Hytera, we see more

14   accesses.

15   Q.  And so what happened after he actually met everybody at

16   Hytera?

17   A.  Once he had been there, the number of accesses increased

18   dramatically.  So here in April, we're seeing close to 11,000

19   accesses, and then another 8,000 plus in May.

20        So over all this period of time, there's been

21   virtually no accesses, and then suddenly he's downloaded a

22   substantial number of documents.

23   Q.  And have you investigated at least some of the documents

24   that Mr. Chia downloaded?

25   A.  Yes.

Wicker - direct by Brown

1165

1  Q.  And are they important confidential materials that

2  describe Motorola's trade secrets?

3  A.  They are materials that are fundamental to how Motorola's

4  radios work.  They are materials that describe the software,

5  how the software is written, how it is architected, how it is

6  arranged, how hardware interacts with the software.  Quite a

7  bit of material.

8  Q.  So on this slide you've highlighted the DSP architecture

9  document.  Just at a high level -- well, first of all, is this

10 one of the documents that Mr. Chia downloaded?

11 A.  Yes, it is.

12 Q.  And at a high level, what is that describing?

13 A.  What he describes is how the digital signal processor, the

14 thing that converts, for example, voice to zeros and ones and

15 does a number of other things, how that DSP functionality is

16 arranged in the radio.

17 Q.  Okay.  And what about this?  There is a technical

18 requirement specification that Mr. Chia downloaded.  What's

19 that?

20 A.  A technical requirement specification, or TRS, is a

21 document that lays out the requirements for a device, the

22 technical aspects of a device.  And so this is an important

23 document for any device in that it establishes how that device

24 is supposed to behave.

25          So if you're an engineer and you have this document,

1   you know how then to proceed to design the system so that it

2   has the right behavior.

3   Q.   Okay.  And then one additional document, the radio

4   operating system manual.  Was this one of the documents that

5   was downloaded by Mr. Chia?

6   A.   Yes, it was.

7   Q.   And what does that describe?

8   A.   The radio operating system is an operating system that was

9   used in Motorola's radios.  So an operating system is like

10  Windows or the Apple operating system IOS.  It keeps things

11  organized, controls the way everything works.

12          Well, Motorola had a specialty operating system that

13  it developed for radios.  Motorola used all of its decades of

14  experience in developing radios to design the operating system

15  that did exactly what they needed in the best way possible.

16  Q.   Okay.  And so PTX 727, the DSP architecture document, 862,

17  the technical requirement specification, and 868, the radio

18  operating system radio manual, were these just downloaded by

19  Mr. Chia, or did they get taken over to Hytera?

20  A.   They were actually taken over to Hytera.  And I know that

21  because we have Bates numbers here.  These are numbers that

22  the lawyers put on the documents.  And the fact that these

23  numbers start with HYT tells me that they were produced by

24  Hytera.  So Hytera provided these or produced them in the

25  course of litigation, which tells me that Hytera had them.

Wicker - direct by Brown

1167

1  Q.  Okay.  And if you'll turn, Dr. Wicker, to your slide 68.

2  I'm going to ask you what the state of the technology --

3          MR. BROWN:  Can we take that down for a minute.

4  BY MR. BROWN:

5  Q.  I'm going to ask you to explain what the state of the

6  technology was at Hytera at the time.  But will you just tell

7  us what PTX 424 is.

8  A.  Yes.  It's an e-mail.  And -- let's see.  I don't actually

9  have it in front of me.  I just saw it for a moment.

10          I'm sorry.  What was the exhibit number again?

11  Q.  68, PTX 424.

12  A.  That would be Page 68?

13  Q.  68.

14  A.  Okay.  Thank you.

15  Q.  Of course.

16          And what is PTX 424, Professor?

17  A.  Okay.  This is an e-mail from G.S. Kok to Chen Qingzhou,

18  the CEO of Hytera.

19  Q.  And are those both Hytera employees at the time?

20  A.  Yes, they are.  G.S. Kok at the time was Hytera's director

21  of research and development.  Mr. Qingzhou is the CEO of

22  Hytera and was at the time.

23  Q.  And is this a document that you relied on in coming to

24  your conclusions in this case?

25  A.  Yes, it is.

Wicker - direct by Brown

1168

1    Q.   And how do you know that this is a Hytera document in the

2    e-mail?

3    A.   I know it is because it has Hytera e-mail addresses, both

4    from and to.  I know it because it has a Bates number that

5    indicates it was produced by Hytera.  And I can tell by the

6    content and its content that I relied on in forming my

7    opinions.

8              MR. BROWN:  Okay.  Plaintiff moves PTX 424.

9              THE COURT:  It is received and may be published.

10         (Exhibit No. PTX 424 was received in

11           evidence.)

12             MR. BROWN:  All right.  We can go to slide 68,

13   please.

14   BY MR. BROWN:

15   Q.   So what was the state of Hytera's technology at the time

16   that the Motorola engineers arrived there?

17   A.   Okay.  When the Motorola engineers arrived, Hytera had

18   been having troubles.  They did not have a working prototype

19   and they did not have a product that basically worked.

20   Q.   Okay.  And if you'll flip back to slide 44,

21   Professor Wicker.

22   A.   44, okay.

23   Q.   And can you explain what PTX 1103 is.

24   A.   Okay.  So this is an organizational chart.  It is a

25   typical org chart that one would see for a corporate entity.

Wicker - direct by Brown

1169

1   Q.   Okay.  And do you know which company this org chart is

2   from?

3   A.   Yes.  It's for Hytera.

4   Q.   And how do you know that?

5   A.   I know that because I recognize the individuals.  I see a

6   Hytera Bates number associated with it, which tells me that

7   they produced it in this case.

8            MR. BROWN:  Okay.  Plaintiff moves PTX 1103.

9            THE COURT:  It is received and may be published.

10          (Exhibit No. PTX 1103 was received in

11           evidence.)

12           MR. BROWN:  Thank you.

13           Can we switch to slide 44, Mr. Schlaifer.

14  BY MR. BROWN:

15  Q.   Now, when the Hy- -- when these engineers came over to

16  Hytera, were they given low-level jobs that didn't matter, or

17  were they put in important positions?

18  A.   They were put in very important positions.  So this is the

19  organizational chart of central research department, so a

20  fundamental research organization for Hytera.  And we see that

21  the director is G.S. Kok, the first one to come over, so to

22  speak.

23           We then look here, the assistant director is Y.T.

24  Kok.  He was made the assistant director and director of

25  overall architecture, which is a very important engineering

Wicker - direct by Brown

1170

1    position.

2           Mr. Sam Chia, we see him here.  He was made Hytera's

3    director of DSP and voice technology research.

4           So all three of these positions -- and by the way,

5    Y.T. Kok has two positions, I'll note that.  Here is overall

6    architecture department of director, and here we have

7    assistant director of the entire organization.

8           So these three individuals were given really

9    important jobs within this group.

10   Q.  And so how does -- how do these jobs, director of research

11   and development, director of DSP and voice technology, and

12   director of overall architecture, impact how the accused

13   products in this case were developed?

14   A.  So what this tells me is these people, these three

15   individuals, were in a position to strongly influence how

16   Hytera's products were developed.  They had people working for

17   them.  As we'll see, there was a lot of interaction.  And

18   basically they drove Hytera's product development.

19   Q.  Okay.  And if you'll turn to your next slide,

20   Professor Wicker.  There is Exhibit PTX 1085.  What is that?

21   A.  This is what's been referred to as -- actually, let me

22   stop there.  This is an e-mail, and it was produced by Hytera.

23   It is from one Hytera engineer to H -- excuse me -- to G.S.

24   Kok, and it's copying a number of other Hytera engineers.

25           MR. BROWN:  Okay.  Plaintiff moves to admit PTX 1085.

Wicker - direct by Brown

1171

1    THE COURT:  It is received and may be published.

2    (Exhibit No. PTX 1085 was received in

3    evidence.)

4  BY MR. BROWN:

5  Q.  And so you were about to say something about what this

6  e-mail has been referred to.  What were you about to say?

7  A.  Yeah, so I was about to say I've been referring to it a

8  long time as the welcome e-mail.  It is basically an e-mail --

9  and by the way, here -- it's a little hard to see, but here is

10 the e-mail address I was referring to.  Oh, that's good.

11    So this is an e-mail from Yingzhe Zhang -- I believe

12 he goes by Roger -- to Sam Chia.  Yingzhe is the Hytera DM --

13 is a Hytera DM engineer.  And Sam Chia is now the director of

14 DSP and voice technology research.

15    And the first thing that's being said is, "Dear Sam,

16 welcome.  We welcome your arrival warmly."

17    Then Mr. Zhang goes on to say, "We've had a number of

18 problems.  We've been engaged in protocol development for a

19 period of time and met many problems which troubled us for a

20 long time.  So if you can help, we will feel very happy and

21 excited."

22 Q.  So this is an e-mail that arrived -- or was sent by a

23 Hytera engineer when?

24 A.  The date of the e-mail is up here.  It's June 23rd, 2008.

25 Q.  And how is that in proximity to when Mr. Chia arrived to

Wicker - direct by Brown

1172

1    Hytera?

2    A.   It is almost exactly when he arrived.  Shortly thereafter.

3    Q.   So did Mr. Zhang, Roger Zhang, or Yingzhe Zhang, did he

4    work at Motorola ever?

5    A.   No.

6    Q.   Okay.  And these other engineers, are they also Hytera

7    engineers that are cc'd here on the e-mail?

8    A.   Yes, they are.

9    Q.   Okay.  So what's the subject of the e-mail that a Hytera

10   engineer is now sending to Hytera's director of DSP and voice

11   technology research?

12   A.   Okay.  We can see the subject right here.  It says "Some

13   important technical questions about DMR protocol stack."

14   Q.   And what's a protocol stack?

15   A.   Okay.  A protocol stack is basically the collection of

16   technologies that allow a DMR radio to transmit something over

17   the air and be received by another DMR radio.

18   Q.   And so Mr. Zhang here says, "Our group has been engaged in

19   protocol development for a period of time and met many

20   problems which troubled us for a long time."

21        What did you understand that to mean?

22   A.   It means -- it told me that there had been an engineering

23   effort to develop a product, a DMR product, but they had

24   problems and they were unable to complete their development

25   effort.  They were stymying basically.

Wicker - direct by Brown

1173

1       And so when Samuel Chia arrived, Mr. Zhang and others

2   saw this as a way of solving these problems and finally

3   getting able to move forward and have a product.

4   Q.  Okay.  If we go to your next slide.

5       Did you hear what Mr. Zhang said in his deposition

6   about whether or not he had all the information he was asking

7   Mr. Chia about?

8   A.  Yes.  This was, I believe, from yesterday afternoon.  He

9   was asked, In order to gain an understanding of how Hytera

10  should implement DMR, you asked a lot of questions.

11      He said, Yes.

12      Now the questions that you asked, did it regard

13  information that you did not have before the Motorola

14  engineers joined?

15      That's correct.

16  Q.  Okay.  Now, we heard an argument so far that the

17  information that Mr. Zhang was asking of the new director of

18  DSP and voice technology at Hytera was just all basic stuff

19  and it wasn't asking for confidential information.

20      Do you agree with that?

21      MR. CLOERN:  Objection.

22      THE COURT:  Sustained.

23  BY MR. BROWN:

24  Q.  Do you agree that --

25      THE COURT:  Disregard the question.

Wicker - direct by Brown

1174

1 BY MR. BROWN:

2 Q.  Is it correct that the information that Mr. Zhang is

3 asking does not relate to confidential information, or does it

4 relate to confidential information?

5 A.  It relates to confidential information.

6 Q.  Okay.  Why don't we walk through a couple of the examples

7 you've highlighted here.  The second question says, "What's

8 the main function of call hang time and channel hang time and

9 how to realize these in Motorola?"

10          What are we talking about there from a technical

11 perspective?

12 A.  Okay.  The notion of hang time is important in a digital

13 radio, especially one that a lot of people are using.  Hang

14 time is basically the time we allow a given conversation to

15 keep its resources, to keep its slot even though no one is

16 talking.

17          This is important because, you know, if it's too

18 long, you're being proficient.  If it's too short, you may

19 take resources away from an active call.  For example, in an

20 emergency situation.  So that notion of hang time is

21 important.  And there's other kinds of hang time as well.

22 Q.  Okay.  And Mr. Zhang is asking how to realize these in

23 MOTO.  What does that mean from a technical perspective?

24 A.  It means how does one implement this in Motorola's radios,

25 how does Motorola do it.

Wicker - direct by Brown

1175

1   Q.   Does that -- does how Motorola implements call hang time

2   and channel hang time involve Motorola trade secrets?

3   A.   Yes, it does.

4   Q.   Okay.  And then he asked a question, "What's the

5   difference between data hang time and voice hang time?"

6           What is that question asking?

7   A.   Okay.  So it's basically distinguishing between two

8   different kinds of connections.  You can send data or you can

9   have an actual voice phone call of sorts.  And so what he's

10  wondering is, how does Motorola distinguish between these when

11  determining hang time?

12          MR. CLOERN:  Objection, Your Honor.  Speculation

13  about what he's wondering.

14          THE COURT:  The answer may stand, consistent with

15  702, and you may cross-examine later on the point.

16          MR. CLOERN:  Thank you, Your Honor.

17  BY MR. BROWN:

18  Q.   In your experience, is a question like that a challenging

19  question for somebody who is working on wireless

20  communications, or is that a relatively simple question?

21  A.   It's challenging.  In other words, what's being asked is,

22  how do we draw a distinction between these two, because

23  there's more to it than simply, you know, assign something to

24  data and assign something to voice.  It has to reflect

25  behavior.  It can't make the hang time too long.  You can't

Wicker - direct by Brown

1176

1    make it too short.  So it's important to fully understand

2    behavior with data and voice calls.

3    Q.  And if we go to a few more of his questions on your

4    slide 49, Question 7 asks:  "Would you please tell us the

5    processing details of IP service?"

6          What is IP service?

7    A.  That would be Internet protocol service.  It is basically

8    a service that causes a radio to connect to the Internet.

9    Q.  And it follows with a question:  "How did MOTO realize

10   related IP service?"

11         Do you see that?

12   A.  Yes.

13   Q.  And so what is that question seeking?

14   A.  That's actually a very in-depth question.  How does

15   Motorola connectivity to Internet protocol systems, like the

16   Internet itself.

17   Q.  Would understanding how Motorola realized something

18   require us seeing Motorola confidential documents or

19   confidential source code?

20   A.  Yes.

21   Q.  Okay.  And Question 8 asks:  "Would you please tell us the

22   working process of MOTO repeater?"

23         What is that talking about?

24   A.  Okay.  First off, a repeater -- I believe that's been

25   discussed.  A repeater -- oh, that's right.  There was a box.

Wicker - direct by Brown

1177

1    There was an actual repeater on the stand.

2         The repeater relays.  So if you transmit from one

3    radio through the repeater to another radio, you're greatly

4    extending the range of the radio, which can be very important

5    in an emergency situation.

6         So what's being asked here is, how does Motorola

7    design its repeaters, what is the working process of the

8    repeaters?

9    Q.  And does -- again, does the working process, does that

10   require having access to Motorola trade secrets to understand

11   the working process of a Motorola repeater?

12   A.  Yes.  To get down to that level of detail, you would have

13   to know basically how it had been designed, you would have to

14   have had access to the documents and the software.

15   Q.  If we go down to Question 11, Mr. Zhang, the Hytera

16   engineer, asks:  "How much memory occupied by the code section

17   and data section separately of DMR proto stack in Motorola?"

18        What does that mean from a technical perspective?

19   A.  Okay.  This is a fairly complicated question.  If you'll

20   recall, there was memory in our slide, one piece, important

21   piece of the hardware.  Memory has to be managed very

22   carefully.  Some of it is going to be used to store the

23   instructions that are running on the radio.  Some of it has to

24   be saved as a place where new applications can make

25   computations and do other things.

Wicker - direct by Brown

1178

1    And so what Mr. Zhang is asking here is, how is the

2  memory divided up, how is it divided into code and data, how

3  is it separated according to functionality.  And that, again,

4  would be something that is a detailed and confidential aspect

5  of Motorola's radios.

6  Q.  Okay.  Let me just go back to that subject of the e-mail.

7  Mr. Zhang says that these are important technical questions.

8    Do you agree that these are important technical

9  questions for developing a DMR radio?

10  A.  Yes.  I'd say they're fundamental.

11  Q.  In your opinion, what do these questions reflect on the

12  state of engineering at the time that Mr. Chia and Mr. Kok and

13  Mr. G.S. Kok were hired at Hytera?

14  A.  Well, these questions told me that this Hytera group had

15  not solved some basic technical problems.  They certainly had

16  not developed a fully functional product.  Based on these

17  questions, they were -- they had a lot more to do.

18  Q.  Okay.

19    MR. BROWN:  And if we go forward, Mr. Schlaifer, to

20  Dr. Wicker's slide 50.

21  BY MR. BROWN:

22  Q.  Slide 50 is a little later in the e-mail chain, and it's

23  an e-mail from Mr. Chia to Mr. Y.T. Kok.  And what do you

24  understand is happening in this e-mail, sir?

25  A.  Okay.  So this e-mail, again, is from the DSP and voice

Wicker - direct by Brown

1  technology research director to the director of overall

2  architecture.  And what Mr. Chia is doing is asking Mr. Kok to

3  focus on particular questions.  These are the non-DSP

4  questions.  These are the questions that Mr. Chia feels

5  Mr. Kok would be in a better place to answer.

6  Q.  And do you see evidence of what Hytera's director of its

7  overall architecture did after receiving this e-mail from

8  other Hytera engineers?

9  A.  Yes.  At this point in time, Mr. Kok was still at

10  Motorola.  He had not yet submitted his letter of resignation.

11  And so when he received the request, he went to the Compass

12  system and began downloading documents, as you see here.  In

13  this case, hundreds of documents.

14  Q.  And on your slide, you've identified him as Hytera's

15  director of overall architecture; is that fair?

16  A.  Yes, that's -- he actually had both jobs at the same time.

17  He had been hired at Motorola -- excuse me.  He had been hired

18  at Hytera, but had not yet submitted his resignation from

19  Motorola.

20  Q.  Okay.  And we saw from Mr. Chia that after he met with the

21  Hytera engineers and executives, he had -- he had started

22  downloading.  Did you see the same behavior from Mr. Y.T. Kok?

23  A.  I did.

24  Q.  Okay.  What are you showing on this slide?

25  A.  Okay.  So this has a timeline of a number of different

Wicker - direct by Brown

1180

1  events.  Mr. Kok visits Hytera here.  Just before he goes, he

2  downloads a modest number, but a larger number of documents

3  than he had ever downloaded in the past.

4          Then after visiting Hytera, you can see he downloads

5  a substantial number of documents, far more than he had ever

6  downloaded in the past.

7          He then continues his activity occasionally

8  downloading.  He officially starts at Hytera here, but he's

9  still at Motorola.  So he receives his request here for

10 additional information and downloads some more, and then

11 officially leaves Motorola in early October.

12 Q.  Okay.  So let's get into the substance of your trade

13 secret analysis.

14          MR. BROWN:  And we'll go to Dr. Wicker's slide 55,

15 please, Mr. Schlaifer.

16 BY MR. BROWN:

17 Q.  So one of the trade secrets that we've heard about is the

18 radio architecture.  Can you explain to the jury what that is.

19 A.  Yeah, radio architecture is an arrangement of the various

20 things that one needs to have a radio.  Basically there's lots

21 of different tasks and lots of different functionality that

22 has to go into a radio.  And rather than just trying to do

23 them all at once, when we design a complicated system, we

24 divide it up into layers.

25          So here we see -- that's a layer as well.  We see

Wicker - direct by Brown

1181

1    five different layers.  And what that allows us to do is take

2    all the tasks that are involved in building a radio and break

3    them up into groups.  And then I can have engineers focus on

4    one layer over here and other engineers focus on a different

5    layer.  And it's a much more efficient way to build up a

6    radio.

7    Q.  Do you need these layers to launch a complicated radio

8    like the DMR radios at issue in this case?

9    A.  You could put together a radio without the layers, but it

10   would not be a very attractive thing.  It would be virtually

11   impossible to update.  You would really be in trouble if the

12   particular engineers involved left your company.  It would be

13   very problematic.  All of the serious radio systems that I've

14   worked with over my career have been broken up into layers.

15   Q.  Okay.  Did Motorola invent the idea of these layers?

16   A.  No.  No, radio layering has been around for a very long

17   time.  And more generally, it's been used in computers for a

18   very long time.

19   Q.  And what's the secret sauce, then, of Motorola's radio

20   architecture?

21   A.  What's important to Motorola's implementation are the

22   details.  It's not that Motorola broke up things into layers.

23   That's been done.  But each layer is a very complicated

24   entity, and Motorola has designed those layers in a unique and

25   innovative way.

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 82 of 178 PageID #:53063
Wicker - direct by Brown
1182

1           Furthermore, the interactions between the layers,

2   that can be very complicated and important.  And Motorola has

3   a particular way of doing that.

4           So it's the implementation of the individual layers

5   and the way they interact that holds the secrets, the

6   innovation, the trade secrets that we have been talking about.

7   Q.   Okay.  And going back to Hytera, in June of 2008, did

8   Hytera have layers that would allow them to have a successful

9   DMR device?

10  A.   No, they didn't.  What Hytera had at the time was what one

11  of its engineers referred to as a spaghetti system.  That's a

12  little bit of a pejorative way of describing a non-layered

13  system, where all the software has been made in one big bulk,

14  and you can't really pull it apart into layers.

15  Q.   Okay.  And so you're looking at PTX 607.  What's the

16  problem with having a spaghetti system?  Is there a problem?

17  A.   Yes.  The Hytera engineer who prepared this presentation,

18  it's the common platform architecture, he noted that with

19  monolithic spaghetti software, it becomes increasingly

20  difficult to change.  It's harder to respond to market shifts

21  and costs more, and it takes longer.

22          The basic reason for that is, with a big spaghetti

23  system, if you change one thing in one aspect of the system,

24  you have to make sure it doesn't change anything else.  And so

25  it's very complicated to follow that through and make sure

Wicker - direct by Brown

1183

1  your one small change over one piece of the software isn't

2  causing the rest of the software to no longer work.

3  Q.  And he also mentions "It's hard to solve defects, and

4  fixes introduce new problems."  What does that mean?

5  A.  That's right.  So there's really two pieces to that.  If

6  the software is not working properly, it's harder to isolate

7  the bugs.  In other words, it's harder to go in there and

8  figure out, oh, it's in this portion, not that portion.

9         And once you think you've found the problem, if you

10  change it, you've got that other issue; namely going in and

11  seeing if my change of the software here hasn't, you know,

12  caused something else not to work properly.

13  Q.  Okay.  And you mentioned the name of the title, which is

14  Hytera Common Platform Architecture.  What does Hytera common

15  platform architecture refer to?

16  A.  Okay.  So Hytera later came up with a layered form of

17  architecture.  They have individual layers, as you can see

18  here, and then there's an infrastructure piece over here that

19  services the layers.

20  Q.  And so there's multiple layers here.  There's the

21  application, the services, the driver, the hardware, and the

22  infrastructure.  How does that compare to the Motorola trade

23  secret?

24  A.  Okay.  So, again, the common platform architecture is what

25  they came up with after the Motorolans came over, and it looks

Wicker - direct by Brown

1184

1    a lot like Motorola's.

2    Q.  Have you analyzed each one of these layers?

3    A.  Yes, I have.

4    Q.  And have you confirmed -- or have you come to a belief as

5    to whether or not those layers use Motorola's trade secrets?

6    A.  Yes.  Each and every one of these layers in the common

7    platform architecture uses Motorola's trade secrets.

8    Q.  Okay.  Let's get into that.  As an initial matter, did you

9    find Motorola trade secret -- Motorola documents that describe

10   these trade secrets in Hytera's files?

11   A.  Yes, I did.

12   Q.  Okay.  And so what are you showing here for PTX 666, 675,

13   686, 727, 738, and 839?

14   A.  Okay.  Each one of these is a document, and it's an

15   important document.  It reveals parts of the trade secrets.

16   And as you can see from these numbers, they were found in

17   Hytera's files.  They were produced in the course of this

18   case.

19   Q.  And you've noted still in Hytera's files.  What do you

20   mean by that?

21   A.  Well, to the best of my knowledge, they would still be

22   there.  They were produced in this case as being in their

23   files.  And it's my understanding they're not supposed to be

24   destroying files.

25   Q.  Okay.  And were there additional documents that Mr. Chia

1  downloaded and brought to Hytera that also relate to this

2  trade secret?

3  A.  Yes.  What I show here is four logs that show that

4  Mr. Chia downloaded, for example, a PowerPoint that describes

5  what we'll talk about, the Darwin architecture.  There's

6  another Darwin architecture example.

7          So he downloaded -- and there's a DSP design handbook

8  and a HAL design handbook.  These are all specific to

9  particular trade secrets.  And he downloaded these during his

10 mass downloading before he left Motorola.

11 Q.  Okay.  And so for the record, that's PTX 1332, 1341, 1345,

12 and 1346.

13         So let's move into the first of those layers that you

14 had, Dr. Wicker, the DSP framework.  Can you remind us what a

15 DSP framework is?

16 A.  Sure.  DSP stands for digital signal processing.  It's,

17 for example, what puts information on to waveforms and what

18 takes it off, what analyzes waveforms to see what kind of

19 properties they have.  And it causes some very fundamental

20 behaviors in the radio.

21 Q.  And what are you showing on slide 61?

22 A.  Okay.  So this is radio communication, which we talked

23 about at the very beginning of our discussion.  This is a

24 radio wave, a simple one, but it's a radio wave that's -- I

25 guess it's being transmitted by this EMT through his radio.

Wicker - direct by Brown

1186

1    Q.   And what happens -- how does the radio process the radio

2    waves that come in, and how does it send them out?

3    A.   Okay.   In this case, if we assume the radio wave is coming

4    in, it's going to be -- it's going to come in through the

5    antenna.   And what happens is the radio wave hits the antenna

6    and the antenna creates a signal that is captured by this

7    digital signal processing chip.   And so that chip is going to

8    do various operations on that radio wave so that the radio

9    will do the things that it's supposed to.

10   Q.   And what are some of the -- what are some examples of the

11   types of operations that are required on a digital signal

12   processor for a radio?

13   A.   Okay.   So when energy comes in, the first thing the radio

14   is going to do is say, is there a carrier here, is there an

15   actual waveform that has information on it.

16         The next thing it will do is, if it's coming in, it

17   will attempt to demodulate, to take the information off of the

18   radio wave.   If it's going in the other direction, it will

19   modulate the carrier to send it out.

20         We then have two other functions:   squelch and noise

21   suppression.   They improve the performance of the radio.

22         What squelch does is turn off the speaker unless

23   there's actual voice coming out.

24         Noise suppression is on the transmit end.   It takes

25   background noise and tries to subtract it out so that the only

Wicker - direct by Brown

1187

1   thing being transmitted is the voice and not all the

2   background noise.

3   Q.  Okay.  Can you just help us understand -- we will go

4   through just a couple of those.

5              THE COURT:  Will that application be used in the

6   hearing aid?

7              THE WITNESS:  Yes, Your Honor.  That would actually

8   be a good application.  In that case, it's receiving.  And

9   what the hearing aid would be trying to do is delete

10  background noise so all we would be hearing is voice.

11  BY MR. BROWN:

12  Q.  So it's a good pivot.  These technologies -- carrier

13  detection, squelch, noise suppression -- Motorola didn't come

14  up with the ideas, right?

15  A.  That's correct.  These are all known ideas.

16  Q.  Okay.  So what is it here on these particular DSP

17  functionalities and the others at issue that's really the

18  secret sauce that you're alleging was taken to Hytera?

19  A.  That would be the actual implementation.  In other words,

20  for example, how Motorola designed its carrier detection.  And

21  Motorola's private confidential design works really well, so

22  it is important to their performance of their radios.

23  Q.  And so let's just quickly go through it.  What's carrier

24  detection?  Can you show it in your illustration here?

25  A.  Okay.  So what we're seeing here is noise coming into the

1  radio.  There is no carrier in these two perceived waveforms,

2  but suddenly we see an actual carrier come in, and the radio

3  recognizes this is a carrier.  There might be information on

4  it; I'm going to process that.

5  Q.  And so what about the way that Motorola does carrier

6  detection sets it apart from other companies' carrier

7  detection algorithms?

8  A.  It's basically more sensitive.  It's able to pick the

9  carrier out of a greater quantity of noise.  And so it's good

10  at determining whether or not the carrier is there even if

11  there's a tremendous amount of noise.

12  Q.  And what about squelch?  You mentioned squelch.  How does

13  that work?

14  A.  Okay.  So what we see here is noise and then a waveform

15  and then more noise.  And so what the radio does is it only

16  turns on the speaker when there is actual voice coming out.

17       So if you've ever heard -- an AM radio will do this.

18  You'll hear the static, the hissing, okay.  We don't want to

19  hear that on a police radio or an EMT's radio.  We just want

20  to hear the voice.

21       And so what squelch does is it turns off the speaker

22  when there's just noise and then it turns it on when there is

23  a voice to listen to.

24  Q.  So, again, what about Motorola's technology sets it apart?

25  Why is Motorola's secret sauce so important?

Wicker - direct by Brown

1189

1    A.   It's a high-performance technology.  So if you've turned

2    off the speaker and suddenly there's voice coming in, you have

3    to respond really quickly.  And so that is one of the key

4    elements of Motorola's approach.  It's a very fast response.

5    So you don't listen to noise, but you get to hear all of the

6    voice.

7    Q.   Okay.  And then noise suppression -- and there is going to

8    be a little sound here in your tutorial, right?

9    A.   Yes, there is.

10   Q.   Okay.  So just to warn.  So what are you showing here?

11   A.   There is a tremendous amount of background noise here.

12   This is a sample of what one might hear out on a Tarmac where

13   there is a lot of planes.  There's engines, there's jets --

14   jet engines and so forth.  And even though that gentleman on

15   the left is talking, you can't hear it.  All you hear is the

16   background noise.

17        And so what Motorola's noise suppression algorithm

18   does is it literally analyzes the signal and subtracts

19   everything that doesn't look like voice.  And it's easy to

20   say, but the actual math is pretty complicated.

21        So everything that is not voice is subtracted.  And

22   what's actually transmitted is the voice, since that's what

23   we'll see in the rest of this demo.

24        (Demo played.)

25   BY MR. BROWN:

Wicker - direct by Brown

1190

1   Q.  So are you saying that that entire voice that we just

2   heard is actually in the noise that you just played?

3   A.  Yes.  This is buried in here.  And what happens is the

4   noise suppressor is able to take out the noise.  We show it

5   going into the garbage here.  And what's actually transmitted

6   is what's left over, which when it's working, and it works

7   really well, it would be voice.

8   Q.  And so noise suppression existed, but Motorola's noise

9   suppression, how does that compare to what existed in the

10  industry?

11  A.  Again, high performance, a quick response, what is called

12  quick tach.  So basically it's able to recognize when voice is

13  there and when it's not, and to subtract out everything that's

14  not voice without cutting out the voice itself.  You could

15  easily design this incorrectly and make the voice hard to

16  understand.

17  Q.  Okay.  Now, did Hytera have high-performance DSP

18  functionalities in June of 2008?

19  A.  No, they did not.

20  Q.  Okay.  And what did you see was the state of Hytera's --

21  well, let me ask this, actually:  Are these functionalities

22  important in selling a DMR radio?

23  A.  Yes.

24  Q.  Why?

25  A.  So these DMR radios are used by police, by emergency

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 91 of 178 PageID #:53072
Wicker - direct by Brown
1191

1    medical technicians, by folks who are using their

2    communication capability in a very stressful environment.  So

3    they have to be high performance, both physically and as a

4    radio.

5            So, yeah, it's very important.  You wouldn't want to,

6    for example, be working on a fire and your radio is not

7    working.

8    Q.  Okay.  And so -- I'll go back to the question I was going

9    to ask.  What was the state of Hytera's DSP technology for the

10   functionalities we're talking about in June of 2008 or

11   earlier?

12   A.  Well, they've been having problems.  They were not able to

13   get it to work.

14   Q.  Okay.  So you're showing on the screen an e-mail from G.S.

15   Kok, who is now Hytera's director of research and development,

16   to the CEO of Hytera in -- this is in March of 2008.

17           And what is it that's important, in your opinion,

18   about Mr. Kok's e-mail?

19   A.  Okay.  Mr. Kok has now been at -- at this point had been

20   at Hytera for a short period of time, but apparently long

21   enough to develop an idea of the state of Hytera's

22   development.

23           And what Mr. Kok is saying is that we've got this

24   thing, a circuit called an FPGA.  Okay.  It is an integrated

25   circuit that does DSP functions.  And he says it's a very

Wicker - direct by Brown

1192

1   clever IC, but it's now obsolete.  It's been rendered obsolete

2   by new powerful processors.

3        And what Mr. Kok is saying is, let's not go down this

4   road any further.  Let's work instead on DSP code to perform

5   these functions.  And we'll be doing something similar to

6   Motorola.

7   Q.  Okay.  And so what is -- is what Mr. Kok is proposing, is

8   that Hytera not use the chip that they were using and switch

9   over to another chip?

10   A.  That's exactly right.  Hytera at this point that this

11   e-mail is written actually has three chips.  They have two

12   processors and then they have this FPGA, which is a field

13   programable gate array.

14        And basically what Mr. Kok is saying is, let's not

15   use that at all.  Let's just get rid of it and do all of our

16   functionality in a DSP processor.

17   Q.  Can't Hytera just take the technology that they had

18   created for the FPGA and just move it over to the new

19   processor that Mr. Kok is proposing?

20   A.  No.  No.  FPGAs require one kind of code and DSPs require

21   a very different type of code.  Furthermore, FPGAs have things

22   built in that you wouldn't have in a DSP, so essentially you'd

23   be starting over.

24   Q.  Okay.  And if you'll turn to your next slide, Dr. Wicker.

25   And you're showing on that slide PTX 146.  What is PTX 146?

Wicker - direct by Brown

1193

1   It's slide 69.

2   A.   What I'm seeing is a presentation.  It was produced by

3   Hytera in the course of this investigation, and it discusses

4   reasons for some engineering changes.

5           MR. BROWN:  Okay.  Plaintiff moves to admit PTX 146,

6   Your Honor.

7           THE COURT:  It is received and may be published.

8       (Exhibit No. PTX 146 was received in evidence.)

9   BY MR. BROWN:

10  Q.   Okay.  And so what is PTX 146 as related to your

11  investigation here?

12  A.   Okay.  So this was a presentation called FPGA removal

13  announcement.  So this is the explanation for the change in

14  the chips that I was just talking about on the previous slide.

15  Q.   Okay.  And in this presentation, it's listing some reasons

16  that they're going to take Mr. Kok's advice.  It says it is

17  expensive.  What does that mean from a technical perspective?

18  Why is this one chip more expensive than the other?

19  A.   So basically it's an added part and it costs a certain

20  amount.  Every chip that you put into a radio is going to

21  drive up the cost of the radio.  And so what they're saying is

22  this chip is rather expensive.  And if we are going to target

23  a cost for our radios that is competitive with Motorola's

24  radios, we need to get rid of it.

25  Q.   Okay.  And it also mentions that there are some algorithm

1  implementation issues which will result in the following, and

2  lists a few things.

3      What are the points that are being made in this

4  presentation?

5  A.  So what's being said here is that if we stick with the

6  FPGA, we've got some problems.  The TDMA frame synchronization

7  will not work.  Basically, if you'll remember, we were talking

8  about TDMA and people were taking turns.  We had alternating

9  slots.  One call got slot one, the other slot two, and then

10  they would keep going in turn.

11      If you get the synchronization wrong, if you can't

12  tell where the slots are, your radio is not going to work

13  properly.  And that's fundamental to a TDMA radio.  And

14  they're saying it won't work under fading and range

15  conditions.

16      Furthermore, audio quality will not be good in analog

17  mode.  And they don't have a carrier detection algorithm.

18  Q.  Okay.  So when Hytera makes this decision, do they then

19  set towards creating all of the new code for the DSP

20  themselves or do they have a different plan?

21  A.  They have a different plan.

22  Q.  Okay.  Let me take you to your next slide, slide 70.

23      And if you could just tell us what PTX 19 and its

24  attachment at PTX 18 are.

25  A.  Okay.  So this is an e-mail from Samuel Chia to G.S. Kok,

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 95 of 178 PageID #:53076
Wicker - direct by Brown
1195

1    and it has as an attachment a PowerPoint deck.

2    Q.   Okay.  And did you --

3    A.   Engineering information.

4    Q.   And did you review these in coming to your conclusions in

5    this case?

6    A.   Yes, I did.

7         MR. BROWN:  Okay.  Plaintiff moves to admit PTX 18

8    and 19, Your Honor.

9         THE COURT:  It is received and may be published.

10        (Exhibit No. PTX 18 and 19 were received in

11        evidence.)

12   BY MR. BROWN:

13   Q.   Okay.  So let's set the frame for this.  You have an

14   e-mail from Mr. Chia, Hytera's director for DSP and voice

15   technology research, and he is e-mailing now the director of

16   research and development.  And what is it that he is saying to

17   Mr. Kok?

18   A.   Okay.  So Mr. Chia has done an analysis of the FPGA.  And

19   what he's telling Mr. Kok is, here are the results of that

20   analysis, and you can look at the last three slides if you're

21   not interested in what the FPGA actually does.

22   Q.   Okay.  So let's take a look inside of that presentation,

23   which is PTX 18.  What is it that Mr. Chia was telling the

24   director of R&D at Hytera?

25   A.   Okay.  So he starts by saying we lack the expertise to get

Wicker - direct by Brown

1196

1 a high-quality FPGA implementation.  And only Yang Fan has

2 signal processing knowledge.  So his team has only one

3 engineer that has actual signal processing knowledge for doing

4 things like carrier detection, squelch, and so forth.

5 Furthermore, performance issues are expected as part of this

6 approach.

7 Q.  Okay.  And what's the approach that he's analyzing here?

8 A.  That would be the FPGA approach.

9 Q.  Of removing the FPGA?

10 A.  Of removing it, yes.

11 Q.  Okay.  And so does Mr. Chia -- does the director of DSP

12 and voice technology at Hytera then say, okay, so we just have

13 a lot of work ahead of us, or does he propose something else?

14 A.  He proposes something else.  Having identified all these

15 problems with the changeover, Mr. Chia says this will result

16 in using a lot of Motorola code.  And it's a concern.

17 Motorola will be able to see that there is no FPGA and will

18 wonder how can they realize all of these algorithms and

19 software.

20       And he goes on to say, we've got another problem.

21 Once we've got the Motorola code into our system, it's going

22 to have the same performance as a Motorola radio, and that's

23 something that Motorola might notice.

24 Q.  And so why is that something that Mr. Chia is worried that

25 Motorola might notice?

1    A.  Well, he is worried that there could be a recognition that

2    this material had come from Motorola.  If you've got a radio

3    that's behaving exactly the same way, Motorola might get

4    suspicious.  So he is suggesting we change them.

5    Q.  Okay.  And so how does the director of R&D at Hytera help

6    respond to Mr. Chia's proposal here?

7    A.  Okay.  So this is the response e-mail from G.S. Kok to Sam

8    Chia.  And he says, interesting.  Our important issue, though,

9    is to protect the company from impending lawsuits, and so we

10   should rewrite the software to look different from Motorola.

11        In other words, alter the performance of these

12   software algorithms so that someone testing the radios won't

13   see Motorola performance.

14   Q.  Well, from a technical perspective, if he's saying he's

15   worried about impending lawsuits right here, doesn't that mean

16   that -- when he says "rewrite the software to look different

17   from Motorola," that that means technically just completely do

18   something different?

19   A.  No.  No.  He's talking about using Motorola software, but

20   making changes so that the fact that Motorola software was

21   used can't be detected.  They're concealing what they were

22   doing.

23   Q.  Okay.  If you'll turn to your next slide, Dr. Wicker.

24   It's slide 74.

25   A.  Okay.

Wicker - direct by Brown

1198

1    Q.  And it's PTX 22 there.  And what is PTX 22?

2    A.  Okay.  So this is a reply e-mail with an FPGA analysis

3    attached to it.

4    Q.  Okay.  And is this a response from Mr. Chia to Mr. Kok?

5    A.  Yes, it is.

6            MR. BROWN:  Okay.  Plaintiff moves to admit PTX 22.

7            THE COURT:  It is received and may be published.

8        (Exhibit No. PTX 22 was received in evidence.)

9    BY MR. BROWN:

10   Q.  All right.  And so how did Mr. -- Mr. Chia, Hytera's

11   director, respond to Mr. Kok's concerns about --

12           THE COURT:  Well, let's leave it right there, because

13   the jury will leave and come back and hear the answer to that

14   question.

15       (Laughter.)

16           THE COURT:  Members of the jury, you may leave for a

17   few minutes.

18       (Recess had.)

19       (Change of reporter.)

20

21

22

23

24

25

Wicker - direct by Brown

1199

1     (Proceedings heard in open court.  Jury out.)

2          THE COURT:  What is the issue before the return of

3     the jury?

4          MR. CLOERN:  Your Honor, we have a pending *Daubert*

5     motion on these issues.  Professor Wicker is testifying on a

6     number of emails.  He's testifying --

7          THE COURT:  I've already -- I have already said that

8     he's qualified to proceed under 702, which is to say that he

9     may proceed consistent with *Daubert*, *Kumho Tire*, and the

10    plethora of cases that follow that.

11         MR. CLOERN:  We understand that, your Honor, about

12    what is in the code and whether the code was copied but not

13    about what people who wrote emails 12 years ago who are not at

14    trial and are not testifying --

15         THE COURT:  The rule says he may answer in the form

16    of an opinion or otherwise based upon specialized knowledge.

17    It is a matter of weight that the jury ultimately will give to

18    the testimony of the witness on these issues following zealous

19    cross-examination.

20         MR. CLOERN:  Understood.  Your Honor, may we have a

21    continuing objection?

22         THE COURT:  Yes, indeed.

23         MR. CLOERN:  Thank you.

24         THE COURT:  And you will have an adequate opportunity

25    to cross-examine this witness on the issues essentially that

Wicker - direct by Brown

1200

1   you raised as to his qualifications and the scope of his

2   testimony.

3          All right.  Please ask the jury to come in.

4      (Proceedings heard in open court.  Jury in.)

5          THE COURT:  Counsel, please repeat that last

6   question.

7          MR. BROWN:  Yes.  So if I may reframe for us.

8          THE COURT:  Yes.

9   BY MR. BROWN:

10  Q.  So Dr. Wicker, before we broke, we were looking at Mr. --

11  the Hytera director of research and development's suggestion

12  to Sam Chia that the code must be made to look different than

13  Motorola.  And I had asked you what it was that Mr. Chia did

14  to respond to the director of R&D's concern.

15  A.  What he did was he provided an updated spreadsheet with

16  the effort on modifying the codes, on reusing the codes and

17  changing them to conceal that they had been used.  He also

18  listed out the likely algorithms to be reused.  And with that

19  email, he included an FPGA analysis that talked about possible

20  solutions.

21  Q.  And so what you've highlighted down here on the bottom of

22  Mr. Chia's response is that they will remove the FPGA but

23  realize a lot of the critical measurable algorithm in the C55

24  on our own and need to change performance of the reuse

25  algorithms.

Wicker - direct by Brown

1201

1      What does that mean from a technical perspective?

2   A.   Okay.  So what it means is that, first off, C55, that's

3   the digital signal processor.  And they want to use Motorola's

4   code on that digital signal processor.  But what Mr. Chia is

5   saying is, "We're going to do that but we need to change

6   performance of the reuse algorithms.  In other words, we need

7   to change the performance of the Motorola code we're using on

8   the C55 to conceal that that's what we're doing."

9   Q.   Okay.  And how does changing the performance result in

10  concealing the code copying here?

11  A.   Okay.  So when someone, a third party, someone not at

12  Hytera wants to make a determination as to what's going on

13  inside a Hytera radio, they'll test it, but all they can do is

14  put it through its paces.  They can do a number of radio tests

15  and so forth to determine various performance parameters.

16      And what they'll find is those parameters will be

17  different from Motorola's performance because of these changes

18  that have been done to the algorithms that were reused.

19  Q.   So let's look deeper into Mr. Chia's presentation.  He

20  lists a number of suggestions for how to implement the DSP

21  functionality here.  And we're on PTX 22 at Page 2 and 11.

22  Let's just start at the top there with "Mic samples

23  processing."

24      Before we even get into what he said, what does that

25  refer to, mic samples processing?

Wicker - direct by Brown

1202

A.   Okay.  So this is a digital system, and it's going to be
turning voice into zeros and ones.  And the way it will do
that is the microphone will create a signal just like the two
cans and the string.  It's an analog signal.  That signal will
be sampled, converted into zeros and ones by a processor.

Q.   Okay.  And so the first thing that Mr. Chia lists is "mic
AGC."  What's AGC?

A.   AGC is automatic gain control.  It's basically related to
the volume that was discussed much earlier in the case.

Q.   Are you referring to Mr. Boerger's testimony about volume
control?

A.   Exactly.  It's actually very important and very
complicated, how you maintain exactly the right levels for
signals as they go through the various processing elements.

Q.   And so does Hytera in June of 2008 already have an
algorithm to do that complicated volume control?

A.   They do not.  What is said here is, this mic AGC, this is
a new algorithm to be coded, and so we're going to reuse
Motorola's code.

Q.   And how do you know that "assuming reuse" here means reuse
Motorola's code?

A.   That's the way the term has been used throughout this
document, that term "reuse" we saw on the previous page as
referring to reusing Motorola's code.

Q.   Could it in this sentence that refers to a new algorithm

Wicker - direct by Brown

1203

1    refer to reusing code that Hytera already had?

2    A.   Well, then it wouldn't make sense because then we'd be

3    saying, "This is a new algorithm.  This is something we've

4    never done before, so let's reuse our code."  It doesn't work.

5    Q.   Okay.  And what about the noise suppressor algorithm?

6    What did -- what was the proposal for how to implement the

7    noise suppressing algorithm at Hytera?

8    A.   Okay.  So once again, it's a new algorithm, so it's going

9    to be a reuse of Motorola's algorithm.

10   Q.   And then going down to common items, what does Mr. Chia

11   say about the common items here in the second blowout?

12   A.   Okay.  So this first one relates to carrier detector, the

13   first one I've highlighted.  And he says that this is missing

14   from the lineup.  It's something we don't have.  It needs to

15   be created, possibly reuse.

16   Q.   And what does it mean to be missing from the lineup?  What

17   does that mean?

18   A.   Okay.  So in DSP, the way Motorola talks about DSP is in

19   terms of lineups.  It has little -- it has several smaller

20   algorithms that are linked together in a big chain that

21   Motorola calls a lineup.  So when we look a little bit later

22   at transmitters and receivers, we'll see there's a chain of

23   things that have to be done, and that's what they call the

24   lineup.

25   Q.   Okay.  And have you actually -- well, let me ask it

1    differently.  Is this -- this is just Mr. Chia's proposal.

2    Have you seen evidence that this is actually what Mr. Chia

3    did?

4    A.  Yes.

5    Q.  Okay.  And if you'll go to your next slide, slide 76,

6    please, Professor.

7    A.  Okay.

8    Q.  And I'm going to ask you, what is PTX 263?

9    A.  This is a spreadsheet that provides information about what

10   Hytera was doing in the development of their radios.

11   Q.  And how do you know that that's what this spreadsheet is?

12   A.  First up, that's what its content indicates.  Secondly,

13   it's got a Hytera Bates number that indicates it was produced

14   by Hytera in this case.

15   Q.  Okay.  And did you rely on this spreadsheet in forming

16   your opinions in this case?

17   A.  I did.

18            MR. CLOERN:  Could we have the number?  I can't seem

19   to find the document.

20            MR. BROWN:  263.  It's on slide 76.

21            MR. CLOERN:  Thank you.

22            MR. BROWN:  You're welcome.

23            All right.  Plaintiff moves to admit Exhibit 263,

24   please.

25            THE COURT:  Is that what's being shown to the jury?

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 105 of 178 PageID #:53086
Wicker - direct by Brown
1205

1        MR. BROWN:  No.  It's on the next slide.

2        THE COURT:  The next one?

3        MR. BROWN:  Yes.

4        THE COURT:  It is received and then may be published.

5        MR. BROWN:  Thank you, your Honor.

6     (Plaintiff's Exhibit 263 received in evidence.)

7  BY MR. BROWN:

8  Q.  All right.  So what did this task tracking spreadsheet say

9  in terms of how Hytera was going to implement its DSP

10 functionality?

11 A.  Okay.  So a piece of it has been blown up.  What you see

12 here is down here.  It says, "Determine how to create

13 libraries."  So that's a task.  And what that task is showing

14 is that the question arises, how to create libraries of

15 functions that various pieces of the radio can call on.  And

16 it says there's a number of approaches.  We could reuse the

17 entire GCISS subscriber library.

18 Q.  Can you pause that for a second?  What is the GCISS

19 subscriber library?

20 A.  Well, first off, I think this is a typo.  It should be

21 CGISS, which is commercial government industrial solutions

22 sector.

23 Q.  What does that refer to?

24 A.  It is an entity at Motorola.

25 Q.  Okay.  And so what is it -- what does it mean technically

Wicker - direct by Brown

1206

1 that to reuse an entire Motorola subscriber library?

2 A.   In other words, they're going to reuse a large chunk of

3 code that provides services, provides functionality -- in this

4 case, DSP, as we'll see -- to lots of other functions.  So

5 it's basically saying, we're going to create this library of

6 DSP functionality using Motorola's code.

7 Q.   And it looks like there's two other proposals there.  The

8 second is to extract only the required components and change

9 the interface to own interface.  Does that mean anything from

10 a technical perspective?

11 A.   Yes, it does.  This is telling me two things.  First, it

12 says, "extract only required component."  As we'll see, the

13 libraries are complicated, and they have lots of pieces of

14 code in them.  And so this is saying, "Let's just take the

15 stuff we need from Motorola's library and then change the

16 interface to own interface."

17        So this is an act to conceal the fact that the

18 library code came from Motorola.  So you can think of it,

19 changing the interface means changing the way that we get into

20 the library.

21        In other words, if you want to go to the library and

22 find a particular function, for example, for carrier detect,

23 there's a particular phrase you will look for.  What they're

24 saying here is, we're going to keep the code the same but the

25 way you look it up in the library is going to be changed.  And

Wicker - direct by Brown

1207

1    that's the part that might be detectable the way it's looked

2    up, and so we're going to change that.

3    Q.  Okay.  And then it says the third option is to convert the

4    required library to C.  What does that mean?

5    A.  Okay.  So that will mean changing the code from C++, one

6    programming language as it turns out, to C so that it runs in

7    Hytera's environment.

8    Q.  And so then Hytera writes here, "Out of the selection,

9    option two is the best one due to the fact that the effort to

10   migrate is the lowest among the three."  What does "the effort

11   to migrate" refer to?

12   A.  In other words, what it requires those engineers to do to

13   reuse Motorola's code.  2 requires the least effort.

14   Q.  Okay.  And then the next sentence says, "It has a low

15   chance of detection if the code was disassembled by Mot," or

16   Motorola.  What is that talking about technically?

17   A.  Okay.  So basically, what it's saying is that since we

18   have changed the interface to our own interface, if Motorola

19   breaks open the radio and looks at the zeros and ones, they

20   won't be able to see their own interface.  All they're going

21   to see is our interface, our own entry into the library, and

22   they won't recognize it as Motorola's.

23   Q.  Now, we heard a little bit about -- from Mr. Zetzl earlier

24   in the trial about a fingerprinting test that was done.  How

25   does that relate to disassembly?

Wicker - direct by Brown

1208

1  A.  Okay.  So that is basically looking at the code, the zeros

2  and ones, to see if certain parameters could be found.  So

3  it's looking for particular numbers that would turn up in

4  Motorola's code to see if it turns up in the zeros and ones

5  that are contained in Hytera's radios.

6  Q.  And so how does what Hytera is describing here as this

7  reusing Motorola's code has a low chance of detection if the

8  code was disassembled by Motorola, how does that relate to

9  what Motorola did to try to determine if there was code

10  copying here?

11  A.  Okay.  So Motorola took a look.  It opened up the radios.

12  It looked at the zeros and ones.  It looked for numbers in

13  this case, parameters or coefficients, that would have been

14  found in Motorola's software but because Hytera had concealed

15  what they were doing by changing interfaces and changing

16  performance, Motorola didn't find those coefficients, and so

17  Motorola assumed that there was no code copying.

18  Q.  Okay.  And is it -- is what Hytera is describing here as

19  what they're trying to evade, is that exactly what Motorola

20  did or is it different in technology?

21  A.  What Hytera is talking about doing here is avoiding

22  detection based on exactly what Motorola did.  Motorola

23  disassembled the code.  Motorola went and looked for certain

24  parameters as well as looking for certain performance.  They

25  didn't see it, and so Motorola assumed that no code copying

Wicker - direct by Brown

1209

1  was done.

2  Q.  And is -- the test that Motorola ran to disassemble the

3  source code, is that a reasonable test to run if you're trying

4  to detect code copying?

5  A.  Yes.

6  Q.  Why?

7  A.  Basically, it's the one thing you can do:  Go buy the

8  radio.  That's actually a Motorola radio, but if they bought a

9  Hytera radio, they could take it apart and they could actually

10 get to those zeros and ones.  They can actually get into the

11 chips and read what's on the chips.

12         And so what they would get from that is the code at

13 the lowest level, the zeros and ones, the executable.  And so

14 it's virtually impossible to get back the original source

15 code, but what they can do is look at those zeros and ones and

16 see if there are numbers in there that would be very specific

17 to Motorola's algorithms; so, you know, particular tuning

18 coefficients, for example.  They would be able to see those in

19 the executable code if they were, in fact, being used, but

20 that's exactly what Hytera changed.

21 Q.  But for Hytera's changing of those parameters and

22 attempting to conceal the code copying, would Motorola's tests

23 have shown them that Hytera actually was copying Motorola's

24 code?

25 A.  Yes.

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 110 of 178 PageID #:53091
Wicker - direct by Brown
1210

1   Q.  And you showed briefly these two points earlier about the

2   performance, changing the performance of Motorola's radios.

3   How did that also impact the tests and analyses that Motorola

4   was engaging in?

5   A.  Well, that's related to what I've been discussing.  They

6   changed the interface into the libraries.  They changed the

7   performance of the algorithms so that one could not test the

8   device or look for parameters and see that it was behaving a

9   lot like Motorola's radios.

10          THE COURT:  When you say "they," to whom are you

11  referring?

12          THE WITNESS:  Your Honor, that would be whoever is

13  testing the Hytera radios to see if there has been code

14  copying.

15          THE COURT:  You can follow up on that.

16          MR. BROWN:  Are you referring --

17          THE COURT:  The "they" wasn't quite identified.

18  BY MR. BROWN:

19  Q.  Are you referring to Motorola's tests to determine if

20  Hytera was using their source code?

21  A.  Yes.

22  Q.  So Motorola couldn't determine whether or not Hytera was

23  using its source code because they had been concealed.  Did

24  you have better information as a result of being in this

25  litigation about what Hytera was doing?

Wicker - direct by Brown

1211

1  A.  Oh, yes, much better.  So Motorola's engineers, when they

2  did the tests that were discussed earlier this week and late

3  last week, all they had was that lowest layer, zeros and ones.

4  I had library code that I could look at.  And in many cases, I

5  actually had the source code that was produced by Hytera.  So

6  I didn't have to look at the zeros and ones.  I was able to

7  look at the upper two pieces.

8  Q.  So if you'll turn, Dr. Wicker, to your slide 80, and

9  there's an exhibit on there, PTX 1863.  What is PTX 1863?

10  A.  Okay.  This is an actual library file.  So it's an example

11  of the intermediate piece that we see there.

12  Q.  Okay.  And do you know what else is in PTX 1863?

13  A.  Yes.  That's actually -- excuse me.  I was talking about

14  the specific thing that I was looking at.  That's actually all

15  of the source code that was printed out as part of this case.

16  All of the source code for Hytera's radios was available on a

17  computer, but a subset was actually printed out.

18       MR. BROWN:  Plaintiff moves to admit 1863, PTX 1863.

19       MR. CLOERN:  Objection -- hold on.  I'm sorry.

20  Objection, your Honor.  Just one clarification.  Can we --

21       THE COURT:  Yes.

22    (Proceedings heard at sidebar:)

23       MR. CLOERN:  We haven't looked at the boxes.  This is

24  just what was printed out off the code computer.  This is not

25  the stuff from --

1       MR. BROWN:  It's everything that was printed from the

2   code computer which includes the other computers --

3       MR. CLOERN:  We would object to this.  This is not

4   Hytera source code, your Honor.  This is source code --

5       THE COURT:  How can I know that?

6       MR. BROWN:  It was produced by Hytera.

7       MR. CLOERN:  We looked through the box, and it is not

8   Hytera source code.  They presented it --

9       THE COURT:  Who can testify to establish what it is

10  and what is its provenance?

11      MR. BROWN:  Dr. Wicker can.  He's the one who printed

12  it from the --

13      MR. CLOERN:  Your Honor, if we look in there, there's

14  source code in there that will say "Motorola" on it, and

15  that's because it was stolen by the four Motorolans and kept

16  on their local computers.  That is not what goes on the Hytera

17  products.  It was not what's in the server.  That is not,

18  quote, unquote, Hytera source code.

19      THE COURT:  Is that what you would say if you were on

20  the stand?

21      MR. CLOERN:  That is what I would say if I was on the

22  stand.  We can look in there --

23      THE COURT:  Who would you put on the stand to make

24  that point?

25      MR. CLOERN:  I mean, our experts would look at it

Wicker - direct by Brown

1213

1    and --

2              THE COURT:  Indeed.

3              MR. CLOERN:  -- make that point --

4              THE COURT:  You have an entourage of experts back

5    there.

6              MR. CLOERN:  However, but what has been represented

7    is that it is -- what has been represented is that it is

8    Hytera source code.  We talked with them repeatedly about

9    this, and they promised they would separate Hytera source code

10   from Motorola code that was taken.

11             THE COURT:  Well, counsel says that Professor Wicker

12   will be able to establish a foundation on this issue.  Let's

13   see if he can do it.  And if you feel he has failed in that

14   effort, raise your hand and say "objection" again.

15             MR. CLOERN:  Thank you, your Honor.

16        (Proceedings heard in open court:)

17   BY MR. BROWN:

18   Q.  Professor Wicker, on 18 -- PTX 1863, you said was source

19   code that was printed from where?

20   A.  From Hytera's source code production in this case.

21   Q.  Okay.  And do you know the various sources of the source

22   code that was in Hytera's source code production?

23   A.  Yes.  They were -- they were found on numerous computers

24   at Hytera as well as from their actual servers that maintain

25   the various releases of their code.

Wicker - direct by Brown

1214

1   Q.  And did you analyze all of the code in PTX 1863 as in

2   coming to your opinions in this case?

3   A.  Yes.

4   Q.  And did you disclose that analysis in your expert reports

5   many months ago?

6   A.  Yes, I did.

7           MR. BROWN:  Your Honor, plaintiff moves to admit PTX

8   1863.

9           THE COURT:  While complying with Rule 26, you mean?

10          MR. BROWN:  Yes, your Honor.

11          THE COURT:  All right.

12          MR. CLOERN:  Your Honor, I think Exhibit C and D's

13  are --

14          THE COURT:  I'll reserve ruling on the admissibility

15  of that particular document until you've had an opportunity to

16  cross-examine with respect to it.

17          MR. CLOERN:  Thank you, your Honor.

18          MR. BROWN:  May I publish it, though, your Honor, for

19  his analysis?

20          THE COURT:  No, not until I rule on its

21  admissibility.

22          MR. BROWN:  Okay.

23          THE COURT:  I'm taking this under advisement.

24  There's a continuing objection.  And after cross-examination,

25  if necessary, we can return to the sidebar for any further

Wicker - direct by Brown

1215

1  argument and ruling by the Court.  But for now, you may go on

2  with the witness.

3           MR. BROWN:  Yes, your Honor.

4  BY MR. BROWN:

5  Q.  So in analyzing the source code that you saw in this case,

6  how did you come to understand that Hytera was using

7  Motorola's source code?

8  A.  Okay.  There were actually several ways I was able to

9  determine it.  I found cases where large amounts of code had

10  literally been copied.  In other words, there was a Hytera

11  source code file that had large pieces of code from Motorola's

12  source code.

13           I also saw cases in, for example, libraries, that

14  intermediate stage there, where I would see the name of a file

15  that was identical to the name for a Motorola file.  And so I

16  would then take the Motorola file, the source code that was in

17  that particular file, and compare it to what I was seeing in

18  the library.

19           And so what I found was that based on that evidence,

20  the libraries had been created by compiling Motorola source

21  code.  So that was another example of use.

22  Q.  Okay.  So how can you tell by looking at the library files

23  that you found on -- that are in Hytera's products that they

24  were actually using Motorola's source code?  How does that

25  work?

Wicker - direct by Brown

1216

1　A.　Okay.　So just as I've got here, the library file is

2　mostly unreadable but there are a few things there -- and may

3　I get up and point at it?

4　Q.　Yes, of course --

5　　　　　MR. BROWN:　Well, your Honor --

6　　　　　THE COURT:　Yes.　Go ahead.

7　　　　　THE WITNESS:　As I noted before, the library file is

8　this piece in the middle.　And so there is mostly unreadable

9　stuff that is -- has been created by compiling source code,

10　but there are a few things I can actually read.　So for

11　example, I see StevesTemperatureControl.c.

12　　　　　Now, what that would tell me is that's related to

13　this piece of code.　This is another piece of code with the

14　same name.　And so then I would look at the code, and it would

15　say, well, you should see certain function calls.　You should

16　see certain variables.　And sure enough, they turn up.　It

17　says "climate control."　There is the function call that I see

18　there.　"Temperature," there's the variable that I see over

19　there.

20　　　　　And so by doing this kind of analysis, I concluded

21　that their libraries, for example, the DMR DSP library, had

22　been created by compiling Motorola's code because when I

23　opened up the libraries in a word processor, I saw lots of

24　evidence that pointed to the original code; in this case,

25　Motorola's code, not mine.

1    MR. BROWN:  All right.  Now, your Honor, I might be

2  able to alleviate the issue on sidebar.  Can we do a quick

3  sidebar to address that?

4    THE COURT:  Yes.

5    MR. BROWN:  Thank you, your Honor.

6    (Proceedings heard at sidebar:)

7    MR. BROWN:  The issue appears to be -- the issue

8  appears to be the provenance of this source code that

9  Dr. Wicker is going to show.  It's a large exhibit that

10  contains a lot of different source code.  He's only going to

11  show a small amount of it.  And I can be very clear with where

12  it came from which I think will appease Hytera's concerns.

13    I can say this came from the Hytera source code

14  computer or this came from one of the other engineers'

15  computers, and Dr. Wicker knows which one is which.

16    MR. CLOERN:  Your Honor, the slides are a problem

17  because the slides say "Hytera source code," and then they

18  show a Motorola source code file.  And that's not Hytera's

19  source code on Hytera's products.  It's not.  That is source

20  code that we admit that's the former -- the four Motorola

21  employees brought over but kept on their own laptops.

22    They may have taken some of it, copied it, used it,

23  but when they did, it says "Hytera code."  He can analyze --

24    THE COURT:  Their statements and behavior is imputed

25  to the corporate defendant.

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 118 of 178 PageID #:53099
Wicker - direct by Brown
1218

1        MR. CLOERN:  I understand, your Honor, but there --

2    it is, when it says "Motorola code," that is not what is on a

3    Hytera product.  That is just what they brought over and may

4    or may not have used --

5        THE COURT:  Well, it goes as far as it can go.  It

6    says what it says on that product.  So, first of all, if you

7    say that you can cure any objection, I'm all for that.  So

8    give it your best effort, and we'll see where it goes.

9        MR. ALPER:  And your Honor, if I just may very

10   briefly, what counsel is saying goes to a factual dispute

11   about the theft.  It's not about the admissibility of the

12   evidence.  This is code --

13       MR. CLOERN:  That is not -- sorry.

14       MR. ALPER:  May I?

15       MR. CLOERN:  Sorry.

16       MR. ALPER:  This is code that they produced that our

17   expert is going to lay the foundation for.

18       MR. CLOERN:  All we -- the only problem we have,

19   your Honor, is calling it "Hytera code."  That's all we have.

20       MR. BROWN:  And Dr. Wicker will explain when he says

21   it's Hytera code why he believes it's the code --

22       THE COURT:  Why he puts that label on it?

23       MR. BROWN:  Yes.  He will explain how it is exactly

24   what's in the product.

25       THE COURT:  That's his code.  All right.  So give it

Wicker - direct by Brown

1219

1    your best efforts, and we'll see where it goes.

2            MR. BROWN:  Thank you, your Honor.  So I may publish

3    this exhibit but with the caveats and warnings --

4            THE COURT:  Well, publish it in terms of showing it

5    to the witness so he can have it in his hands as he testifies.

6    Whether the jury should see it remains to be seen.

7            MR. BROWN:  Okay.  I'll do it on a case-by-case

8    basis.

9            THE COURT:  You mean document by document.

10           MR. BROWN:  Yes, your Honor.

11           THE COURT:  Yes.

12           MR. BROWN:  Thank you, your Honor.

13        (Proceedings heard in open court:)

14   BY MR. BROWN:

15   Q.  All right.  Professor Wicker, if we look at your slide 80,

16   which I think you might have already been on.

17   A.  Yes.

18   Q.  Are you there?  What is the screenshot that you have on

19   slide 80 of your presentation?

20   A.  This is a screenshot of a Hytera-produced piece of code

21   from something called DmrDsplib.lib.  It's a code library.

22   Q.  And is this code library something that was found on

23   Hytera's SVN, their source code repository, or was it found

24   somewhere else?

25   A.  It was found on SVN.  And in particular, it's Version

Wicker - direct by Brown

1220

1    8.06.

2              THE COURT:  When you use the term "Hytera produced,"

3    what do you mean?

4              THE WITNESS:  Your Honor, this was something that was

5    produced in the course of this litigation by Hytera.  It's

6    associated with a Hytera Bates number.

7              THE COURT:  You may proceed.

8              MR. BROWN:  Thank you, your Honor.

9    BY MR. BROWN:

10   Q.  And so this is, on the screen is -- well, what is it that

11   we're looking at?  It's a mixture of text and those weird

12   characters you have on your board.  What are we looking at?

13   A.  This is a library file.  It's just like -- well, it's much

14   more complicated, but it's similar to the one that I have in

15   the middle on the left side of my demonstrative over here.

16             So this is the result of the compiling of different

17   pieces of software into a library in such a way that this

18   library can be linked with other code so that other code can

19   use the various functions the library provides.  So it's a

20   library in the sense there's literally code that can be

21   checked out for use by other programs.

22   Q.  And is this code that's actually running on Hytera's

23   devices?

24   A.  This library file is linked to other files, reduced to

25   zeros and ones, and then it's on the devices.

Wicker - direct by Brown

1221

1  Q.  Okay.  And how do you know that?

2  A.  Because that's the system that's followed.  This is what

3  I've got from my research into the source code.

4  Q.  Now, looking at this, I don't see the word "Motorola"

5  anywhere.  I don't see any indication --

6          THE COURT:  Well, keep the "I" out of your question,

7  counsel.

8  BY MR. BROWN:

9  Q.  The word "Motorola" doesn't appear anywhere on the excerpt

10  you have here.  How do you know from looking at the library

11  files on Hytera's computer -- or sorry, Hytera's radio that

12  this is actually Motorola code being run?

13  A.  Okay.  So I had to do a little bit of an investigation.

14  And so what I did was I started with this, and I started

15  looking for words that might be familiar.  And so I actually

16  did see a couple things that were quite familiar.  Let's see.

17          Carrierdetectorbase.cpp, that happens to be code.

18  That's the name of a file for Motorola.  I can also see

19  carrierdetectorbase elsewhere as well, dot CPP.  So it's a C++

20  file that would be associated -- excuse me, that is the same

21  name as a file for Motorola.

22          So what I would do then was I'd go find

23  carrierdetectorbase.cpp, for example, and see what the

24  function calls were, see what the variables were, and then see

25  if they were in this library as well.  And if I start seeing

Wicker - direct by Brown

1222

1   all those pieces connect, then I know the Motorola code was

2   compiled into this library.

3   Q.  And so have you created a demonstrative to help show how

4   we can find the Motorola code in the Hytera library that we

5   have up on the screen right now?

6   A.  It's actually for a slightly different portion of the

7   library, but yes.

8   Q.  Okay.  And is that separate portion of the library also

9   from Hytera's SVN server running on their products?

10  A.  Exactly.

11          MR. BROWN:  Your Honor, permission to approach to put

12  up a board.

13          THE COURT:  Yes.

14          MR. BROWN:  Thank you, your Honor.

15          MR. CLOERN:  Your Honor, just to make this a little

16  easier and clarify, we don't have any objection to the library

17  files, the object code in the library files.  That's fine.

18  We're -- so the next few slides are good.  He doesn't have to

19  go through the --

20          THE COURT:  All right.  Very well.  As I said

21  earlier, you will have an adequate opportunity to zealously

22  cross-examine the witness when your time comes.

23          Members of the jury, you are to give appropriate

24  weight to the testimony of any witness that testifies in the

25  case, and that includes experts.  And you will be instructed

Wicker - direct by Brown

1223

1   on this point later on at the end of the case.

2   BY MR. BROWN:

3   Q.   Okay.  So Dr. Wicker, you've got -- on the board that you

4   have up, you've got the library file on one side.  What's on

5   the left-hand side?

6   A.   This is, on the left-hand side is a piece of Motorola's

7   software.  It's related to something called modulation

8   limiting.  It's a piece of software that is used for digital

9   signal processing.

10  Q.   Okay.  And how did you do the analysis of determining

11  whether or not Hytera's libraries that are running on their

12  device are using the Motorola source code you've got up on the

13  board?

14  A.   May I approach it?

15          MR. BROWN:  May he?

16          THE COURT:  Yes.

17          THE WITNESS:  Thank you, your Honor.

18  BY MR. BROWN:

19  Q.   May I give you two markers?  Oh, you have markers.

20  A.   So again, to start with, this is what I had to work with.

21  And so what I had was basically something that was again a

22  layer up from the zeros and ones.  It actually has things I

23  can read and at least make some sense out of.

24          And so what I did was I started looking for things

25  that might be familiar.  And what I found was this,

Wicker - direct by Brown

1224

1    modlimiterbase.cpp.  Okay.  That was familiar.  That looked

2    like to me to be the name of a piece of Motorola software.  So

3    indeed, it was.  This is modlimiterbase.cpp.  This is

4    Motorola's code over here.

5           And so when I saw this name, I went to Motorola's

6    code and I said, does Hytera's file also have other evidence,

7    other things that might indicate that this had been compiled

8    into that library?  And what I did was I first looked for

9    functions.  That's a function called mod limit.  Here we've

10   got a function called set limit level.

11          And so if you go through this, you start to see

12   things like mod limit.  Remember, this is Hytera's library.

13   Here's another mod limit.  Set limit level right here, set

14   limit level right here.  So it's starting to look like this,

15   Motorola's software, was compiled into Hytera's DmrDsp

16   library, but I kept looking.  And so I started looking for

17   things that were even more specific.

18          For example, here we have a pair of variable names

19   which are extremely specific:  QLpf output PTR.  It actually

20   makes some sense:  Q low pass filter output pointer.  It's

21   very detailed.  Here we have ILpf output pointer.  So those to

22   me are very specific names in Motorola's software.

23          And then I go to Hytera's library, and here they are.

24   Here is ILpf output pointer.  Here's another ILpf output

25   pointer.  QLpf, it wraps around.  It's like the game we used

Wicker - direct by Brown

1225

1  to play trying to find words.  So it does wrap around.  I

2  think there's another QLpf.  Yes, right there.

3        And just continuing with this, here we've got yet

4  another example.  SubAudioDev, a very specific name for a

5  variable, subAudioDev is right here.  And here's another

6  example of wrapping around.  Here's subAudioDev as well.

7        And so looking at Hytera's library, I saw things that

8  pointed me to Motorola code.  And finding the functions and

9  the variables told me that this code had been compiled into

10  Hytera's library.

11        THE COURT:  Are you saying that that code is unique

12  to Motorola?

13        THE WITNESS:  Yes, your Honor.

14        THE COURT:  And no one else?

15        THE WITNESS:  To the best of my knowledge, it's only

16  Motorola that uses this code.

17        THE COURT:  That's your opinion?

18        THE WITNESS:  Again, outside of its being copied into

19  Hytera's software.

20        THE COURT:  You've expressed your opinion on the

21  point.

22        You may pursue it and cross-examine later on the

23  issue.

24        MR. BROWN:  Thank you, your Honor.

25  BY MR. BROWN:

Wicker - direct by Brown

1226

1  Q.  Now, couldn't these overlaps -- and you can sit down,

2  Dr. Wicker.

3         Couldn't these overlaps have been caused just by pure

4  coincidence?

5  A.  There would be -- no.  That's why I wanted to point out,

6  for example, some of the names.  QLpfOutputPTR, that's very

7  specific.  And there are many, many other names that could

8  have been chosen for that variable.  That is not a

9  coincidence.  That is copying.

10 Q.  Okay.  Well, this is just one of the functions.  Did you

11 find this in all of the other DSP functionality?

12 A.  Yes --

13 Q.  Okay.

14 A.  -- over and over again.  In fact, the large number of the

15 DSP entries in the library corresponded to Motorola code.

16 Q.  Okay.  Let's go to your slide 83.  What are you showing

17 here?

18 A.  Slide 83 shows a carrier detector example.  We looked at

19 that earlier.  We looked at the library, and it had

20 corresponding elements to the carrier detector code.

21 Q.  Okay.  And so where are those in the carrier detect code

22 versus in Hytera's library?

23 A.  Okay.  So here we have -- well, that's helpful.  Here we

24 have the name itself.  It says CarrierDetectorBase.cpp.  And

25 this is --

Wicker - direct by Brown

1227

1    THE COURT:  Let's clarify.  What is Exhibit 83?  What

2    is that?

3    Counsel, you may establish a foundation.

4    MR. BROWN:  Of course.  Of course.

5    THE COURT:  Further identification.

6    MR. BROWN:  Yes, your Honor.

7    BY MR. BROWN:

8    Q.  So slide 83, what is the code that you're comparing on the

9    left side of slide 83?

10   A.  Okay.  On the left side -- the left side of this slide, we

11   have CarrierDetectorBase.cpp.  This is a Motorola source code

12   file.  It was produced by Motorola in this case.

13   Q.  And on the right side, is that the same library that we

14   were looking at earlier?

15   A.  Yes, it is.  This is DmrDspLib.lib.  It is from Version

16   8.06 of Hytera's code, and it was produced by Hytera in this

17   case.

18   Q.  And what is DmrDsplib.lib in Hytera's products?

19   A.  It is the library of DSP files, the library of DSP

20   functionality that other code can literally check out and use

21   in its own functionality.

22   Q.  Okay.  And how does this relate to the DSP framework?

23   A.  Well, it's critical to the DSP framework.  It is the core

24   computational functionality of the DSP framework.  This is

25   what does all of those individual tasks that come together to

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 128 of 178 PageID #:53109
Wicker - direct by Brown
1228

1    allow you to modulate, demodulate, etcetera.

2    Q.  And just to go back a few slides to Mr. -- to Hytera's

3    presentation -- or excuse me, Hytera's spreadsheet, when it

4    talks about determining how to create libraries, is the

5    DmrDspLib.lib an example of one of the libraries that was

6    created and referenced in the spreadsheet?

7    A.  It is.

8    Q.  So if we go back to carrier detection, what's your

9    conclusion about whether or not Hytera's DmrDsp library is

10   using Motorola's carrier detection code?

11   A.  It's certainly using Motorola's carrier detection code.

12   We see the name of the file here.  And I had already circled

13   it earlier down here.  And then we see, for example, function

14   calls, update parameter.  You can see that here.  We see

15   particular variables.  SetBeta coefficients, you can see over

16   here.

17          And let's just take this one as the last example.

18   This is a variable, beta_c_y_bw.  And there's a lot packed

19   into that.  And there's many other things that it could have

20   been called and yet here it is in Hytera's library.

21   Q.  Okay.  Did you see this behavior continue in other

22   functionality?

23   A.  Yes, I did.

24          THE COURT:  Now, with respect to this document, 83,

25   is it in evidence?

1       MR. BROWN:  PTX 1863 is the same library that we've

2  been talking about.

3       THE COURT:  But that which is being depicted, is that

4  Exhibit 83?  What is this?

5       MR. BROWN:  Oh, I apologize, your Honor.  So the code

6  on one side is PTX 1866 which is in evidence.  And then on the

7  other side of the slide is PTX 1863 which is the exhibit we've

8  been discussing at sidebar.

9       THE COURT:  All right.  And the witness has testified

10  in terms of comparison?

11       MR. BROWN:  Correct, your Honor.

12       THE COURT:  All right.  And both are in evidence --

13       MR. BROWN:  18 --

14       THE COURT:  -- or is there still the objection to the

15  one?

16       MR. CLOERN:  Your Honor, there is still an objection.

17  This object code file is a category that we don't have

18  objection to.  There just is a portion of the stuff in those

19  boxes that we do.  And I can work with counsel to figure that

20  out before we get to those slides which I don't think are

21  coming up any time soon.

22       THE COURT:  All right.  I encourage you to do that.

23  But for now, let's move on with the witness.

24       MR. BROWN:  Thank you, your Honor.

25  BY MR. BROWN:

Wicker - direct by Brown

1230

1  Q.  Did you see the same thing that you saw for modulation

2  limiter and carrier detector in Motorola's squelch source code

3  versus what Hytera has on its products?

4  A.  Yes, I did.  This is code related to squelch.  It's

5  entitled squelch.cpp.  And there's a piece of SquelchBase.cpp

6  as well.  And, for example, DetectSquelch is a particular -- a

7  particular function -- actually, I'm sorry.  It's a boolean

8  variable.  We can see that over here, DetectSquelch.

9        A particularly dense variable name, SqlSetVal, set

10  value, SQL set value, we can see that down here and so forth.

11  Here's a number of particular variables that we can see up

12  here and so forth.  So this tells me that the code on the left

13  was compiled into the library on the right.

14  Q.  Okay.  And one more example.  You have Hytera --

15        THE COURT:  Which means who did what?

16        THE WITNESS:  Your Honor, if we could go back to the

17  previous slide --

18        THE COURT:  Who did the compiling?  Who did what?

19        THE WITNESS:  It's in Hytera's library, and so the

20  evidence tells me that Hytera's engineers compiled the source

21  code on the left to create their libraries on the right.

22        THE COURT:  Proceed.

23  BY MR. BROWN:

24  Q.  So you're saying that Hytera had -- in order to create the

25  libraries that are on Hytera's radios, what did they have to

Wicker - direct by Brown

1231

1  do with the Motorola source code that you've identified?

2  A.  They had to compile it.  In other words, they had to take

3  it and compile it into libraries so that they could put that

4  in their software release.

5  Q.  And just to finish your run here, were there any other --

6  did you keep compiling -- excuse me.

7        Did you keep comparing Motorola's source code to the

8  libraries and find other examples?

9  A.  Yes.  We've done carrier limit.  We've done then carrier

10  detect.  This is NoiseSuppressor.cpp.  And so what we see when

11  we look at the noise suppressor code for Motorola we see, once

12  again, the same function calls turning up.  That's

13  NoiseSuprsMgr, which I believe means noise suppressor manager.

14        And here are some additional variables:

15  preEmpFilterState and deEmpFilterState.  We can see those down

16  here.  And again, these are rather unique names which tells me

17  the code on the left was composed into the library on the

18  right.

19  Q.  Okay.  And at the end of the day, how many examples of

20  Motorola's trade secret DSP code did you find compiled into

21  Hytera's libraries on their radio?

22  A.  Quite a few.  So we can do this for a while but basically,

23  what I saw was that each one of these pieces of Motorola's

24  source code on the left was compiled into that library that we

25  were just looking at.  In fact, these are screenshots where I

1  had the individual file names pulled out of the library so

2  that I could show them to you.  It just, it goes -- actually,

3  there are several pages of this.

4  Q.  Okay.  And how important are the functionalities from

5  Motorola's trade secret DSP code to the workings of the DMR

6  radio?

7  A.  They're very important.  They're the building blocks of

8  all the digital signal processing.  So when I look at these

9  names, I see things that are very important to that process;

10  for example, dealing with real signals.  That sounds funny,

11  but it's a mathematical term that relates to complex signals.

12  We see the noise suppressor.  That's one of the critical

13  elements that makes the voice hearable if there's a lot of

14  background noise.

15         Now, all of these that we see here, they're

16  mathematical concepts that are used in digital signal

17  processing to manipulate the signals to get information out of

18  them.  So it's all critical to what a DSP does in a mobile

19  radio.

20  Q.  How do you know that Hytera didn't just name all of its

21  files the exact same thing as Motorola's trade secret code?

22  A.  Even the similarity, the identical names would be beyond

23  coincidence.  But it's not just the names of the individual

24  files, but it's the functions within the files, the variables

25  within the files with the same names that are showing up.

Wicker - direct by Brown

1233

1  This is not a coincidence.

2  Q.  Okay.  Wouldn't it have been easier to just look at

3  Hytera's source code, you know, the source code you have on

4  the left?  Why didn't you just look at Hytera's source code

5  for its DSP functionality and compare those?

6  A.  That would have been easier, but that source code is no

7  longer available.

8  Q.  What do you mean, it's no longer available?

9  A.  Hytera didn't produce it.  It's my understanding they say

10  they don't have it.

11  Q.  I'm sorry.  Hytera doesn't have its source code?

12  A.  That's correct.

13  Q.  What does that mean from the context of running a software

14  company?

15  A.  That's extremely unusual.  What we have is a situation

16  where Hytera used code, compiled it into their libraries, and

17  now no longer has the code that they started with.  So I

18  couldn't look at the code that they actually compiled because

19  they don't have it.  This means that they will find it

20  extraordinarily difficult to update that software because they

21  don't have it anymore.

22  Q.  So how can they run -- how can they have all this DSP

23  functionality on their radios if they don't have the source

24  code?

25  A.  They had the source code at one point in time.

Wicker - direct by Brown

1234

1  Q.  And did you see evidence in this case that engineers at

2  Hytera deleted materials that were relevant to Motorola's

3  trade secrets?

4  A.  Yes.

5  Q.  Okay.  And what did you see?

6  A.  I saw, for example, information regarding a laptop where

7  there had been a forensic analysis, and various files in

8  various places in the laptop were identified.  A large number

9  of Motorola-related files were found in the recycling bin.

10 Someone had tried to delete them and hadn't emptied the trash.

11 Q.  Okay.  Let me -- you said you reviewed a forensic log of

12 that?

13 A.  Yes.

14 Q.  Okay.  Let me take you back to your slide 31.  And I'm

15 going to ask you if PTX 2 -- excuse me, PTX 1019 is one of

16 those logs that you reviewed.

17 A.  Yes, it is.

18 Q.  Okay.  And how did you know that PTX 1019 was a forensic

19 log?

20 A.  It was actually produced by Hytera.  They had the forensic

21 analysis done on their side, and they produced the results.

22        THE COURT:  Just for clarification, when you say

23 "produced by Hytera," you mean an exchange of exhibits between

24 the parties in this litigation?  That's what you mean when you

25 say "produced by Hytera"?

Wicker - direct by Brown

1235

1        THE WITNESS:  Yes, your Honor.

2        THE COURT:  Okay.

3        THE WITNESS:  Hytera produced it earlier in the case.

4        THE COURT:  I'm saying, the production in terms of an

5   exchange of documentation between the parties in the

6   litigation.  Proceed.

7   BY MR. BROWN:

8   Q.  And so just to put a little bit more on that so that it's

9   clear, when we -- the material that you had access to, was

10  this stuff that you could have gotten if you weren't involved

11  in this case and signed a protective order?

12  A.  No.  I would never have seen all this material.

13       MR. BROWN:  Okay.  Plaintiff moves to admit PTX 1019.

14       THE COURT:  It is received and may be published.

15       (Plaintiff's Exhibit 1019 received in evidence.)

16       MR. BROWN:  Mr. Schlaifer, can we go to slide PDX

17  8.31?

18  BY MR. BROWN:

19  Q.  So what are you showing on this slide, 8.31, with regard

20  to what you just explained was in the forensic log?

21  A.  So again, this is a forensic log.  And what we see is that

22  there's a number of different kinds of documents.  Here we

23  have an ErgoGuidebook doc.  So that would be a Microsoft Word

24  file.  Here we have an app presentation.  That's a PowerPoint.

25  There are a number of other PowerPoints and documents.

Wicker - direct by Brown

1236

1         Down here we have actual code, a particular code

2    development system that creates these RT log packages.  And

3    what we're seeing here is code that's related to specific

4    trade secrets.  For example, XCMP and XNL are related to a

5    trade secret referred to as the extended control and

6    management protocol.

7    Q.   Okay.  So let's -- to set the context for this, what we're

8    looking at, is this a directory listing of something that was

9    on a Hytera computer?

10   A.   Yes, that was recovered from a Hytera computer.

11   Q.   Okay.  And you pointed out a couple of the file names.

12   Does Hytera have a functionality called ergo platform?

13   A.   No.  That's actually a Motorola term for their ergonomic

14   architecture.

15   Q.   And does Hytera have a functionality called XCMP?

16   A.   Again, no.  That's actually a Motorola term for their

17   extended control protocol.

18   Q.   Okay.  And you said that these files were found in the

19   recycle bin of somebody at Hytera.  How do you know that from

20   the forensic logs?

21   A.   Well, what the forensics logs show me is the path name for

22   these particular files.  And as you can see, they all start in

23   the recycler, okay, the trash bin.

24   Q.   And so how does this relate to why --

25         THE COURT:  When you say "recycler," the trash bin,

Wicker - direct by Brown

1237

1    do you mean that literally, or is that a technical term?

2              THE WITNESS:  It's a technical term, your Honor.

3              THE COURT:  Can you explain it?

4              THE WITNESS:  Yes, sir.  It's the trash bin on the

5    computer.  So it wasn't literally in the trash in someone's

6    office.  It's the little trash icon that you've got on your

7    computer when you throw files away so --

8              THE COURT:  So there's no allegation that somebody

9    had a hammer and broke it up, right?

10             THE WITNESS:  No, your Honor.

11             THE COURT:  Proceed.

12   BY MR. BROWN:

13   Q.  So the -- how does this relate to why you had to do this

14   analysis that we just walked through of looking at the library

15   code at Hytera instead of the source code?

16   A.  Well, what this showed me was that there was other

17   Motorola source code and other Motorola documents at Hytera,

18   but they had been deleted.  This shows me this is an actual

19   act of deletion that's caught through forensic analysis.

20   Q.  So if we go back to the DSP functionality, we talked about

21   the source code.  If we can go to 8.90, please.

22             So what is your conclusion as to whether or not

23   Hytera's DSP functionality they have on all of their radios

24   came from using Motorola's source code?

25   A.  It's clear to me that it did.  In other words, Hytera's

Wicker - direct by Brown

1238

1   DSP capability is based on the library on the right, and that

2   library was created by compiling Motorola's source code into

3   it.  And "the library on the right," I'm referring to PDX 109.

4   Q.  And you were able to figure that out despite the fact that

5   source code was deleted at Hytera?

6   A.  That's correct.

7   Q.  What other documents?  When Mr. Corretjer was on the

8   stand, he talked about a number of confidential Motorola

9   documents.  Did you also find Motorola confidential documents

10  about the DSP functionality in Hytera's radios -- or sorry, in

11  Hytera's possession?

12  A.  Yes.  These documents that we see on the screen describe

13  various aspects of the DSP trade secret.  We have the

14  framework introduction, the LTD DSP architecture document, the

15  software requirement specification, and the software

16  architecture document, all of which were found in Hytera's

17  possession.

18          MR. BROWN:  For the record, that's PTX 789, 727, 766,

19  and 839.

20  BY MR. BROWN:

21  Q.  Did you also find evidence that some of these files had

22  additionally been downloaded by Mr. Chia?

23  A.  There were additional files that Mr. Chia had downloaded.

24  Here's an example.  This is the DSP design handbook that is a

25  Microsoft Word document that he downloaded while at Motorola.

Wicker - direct by Brown

1239

1   Q.   And were you able to find this document at Hytera?

2   A.   No, I don't believe I did.

3   Q.   Okay.  And so why is it that you were only able to find

4   some of the documents that were downloaded by Mr. Chia at

5   Hytera?

6   A.   It appears that documents had been deleted.

7   Q.   In addition to the engineering -- sorry, the Hytera

8   engineer computer that we just looked at a forensic analysis

9   of, were there other places in which you learned that material

10  had gone missing at Hytera?

11  A.   Yes.  There were laptops that had been lost.  In fact,

12  Mr. Chia's laptop was lost.

13  Q.   Okay.  And when you say "lost," how does one lose -- what

14  do you mean by that?

15  A.   He reported it as having been lost.  It was not available.

16  Q.   Okay.  And then additional files for the DSP

17  functionality, did you find evidence of the carrier detection,

18  noise suppression, and squelch documents in Hytera's

19  possession?

20  A.   Yes.  There are two examples on the screen.  The one on

21  the left has to do with noise suppression, and this has to do

22  with squelch.  It's an unmute logic task design.

23  Q.   Now, we'll switch gears now and talk about the ergonomic

24  layer which Motorola also calls the Darwin layer.  What is

25  that?

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 140 of 178 PageID #:53121
Wicker - direct by Brown
1240

1    A.   That was -- there was actually a demonstrative in court,

2    not yesterday, the day -- the previous day of court.  It was

3    referred to as the traffic cop.  So what the ergonomic layer

4    does is it controls the way applications interact on these

5    radios.  It passes message applications.  It turns them on and

6    off as needed.  It provides a lot of functionality.

7    Q.   Okay.  And so what functionality is it that you need the

8    ergo layer or the application layer to do to make a radio

9    work?

10   A.   Okay.  So these radios have applications a lot like a cell

11   phone would, but these particular applications have to behave

12   in a unique way.  In other words, they have to interact in a

13   certain way one would not find on a cell phone.

14   Q.   What is it that this ergonomic layer helps with?  How does

15   that help with the interactions?

16   A.   Well, for example, let's suppose that someone is using a

17   texting application on a radio, a DMR radio, and there's an

18   emergency.  One would want that activity, the texting, to be

19   interrupted so rather than, you know, have it be waiting in

20   background.

21        That's not something you would necessarily see on a

22   cell phone but in a radio for an emergency medical technician,

23   for example, the ability to stop one application and start

24   another, for example, in the case of an emergency is

25   important.

Wicker - direct by Brown

1241

1  Q.  Okay.  And how is it that those applications interact with

2  each other?

3  A.  Okay.  So what happens is the individual applications --

4  for example, our individual was texting.  He was using that

5  application, but an emergency arose.  And so it's necessary

6  for these applications to exchange messages.  One had to

7  communicate with the other and back and forth.  And so one of

8  the things the ergonomic layer does is it supports messages

9  being sent between applications as well as messages coming

10  from other aspects of the radio.

11  Q.  And did -- this idea of that kind of application

12  interaction, did Motorola come up with that?

13  A.  No.

14  Q.  So what is it about what Motorola did that is the secret

15  sauce or so important to Motorola?

16  A.  Motorola came up with an innovative and unique way of

17  making this all work, of making all those applications work

18  together in a way that was consistent and reliable.

19  Reliability is a big factor in this.

20  Q.  Okay.  And did you review the confidential documents that

21  Mr. Boerger explained to the jury in coming to your opinions

22  in this case?

23  A.  I did.

24  Q.  Okay.

25  A.  And these are examples of those documents.

Wicker - direct by Brown

1242

1    Q.  And did you find these documents in Hytera's possession?

2    A.  Yes.  As you can see, these documents here have Hytera

3    Bates numbers indicating they were produced by Hytera in this

4    case, and this one does not.  That is a Motorola Bates number.

5    Q.  Okay.  So that's, for the record that's PTX 666, 667, 726,

6    802, and 839 that you've marked as still in Hytera's files,

7    but you didn't find 1341 in Hytera's files?

8    A.  Not in this form.

9    Q.  What does that mean?

10   A.  Basically, what happened was parts of this document had

11   been copied into another document that was labeled as a Hytera

12   document.  They weren't identical, but clearly a lot of the

13   content had been copied over.

14   Q.  Okay.  Let's take a look at that.  What is the document

15   1341 that you didn't find at Hytera?

16   A.  Okay.  It's entitled the Darwin architecture.  It is a

17   presentation.  As you can see here, it was basically designed

18   to be an overview to familiarize what are the details of the

19   Darwin architecture.

20   Q.  And did you find that Mr. Chia had downloaded this from

21   Motorola?

22   A.  Yes.  We can see that very PowerPoint listed right here.

23   Look at that number, and I can see that number here, and it

24   tells me that he downloaded it April 3rd, 2008.

25   Q.  Okay.  And would you turn to slide 106 of your

Wicker - direct by Brown

1243

1 presentation?  I'm going to ask you what PTX 586 is.

2 A.  Okay.  So what this is, is a comparison of a particular

3 slide and Darwin architecture PowerPoint deck and a slide in a

4 presentation that was developed at Hytera.

5 Q.  And so the one on the right, what is PTX 586?

6 A.  On the right, it is, it's got a Hytera Bates number.  It

7 is a PowerPoint describing the application manager

8 architecture.

9 Q.  Did you rely on that -- I apologize.  Did you rely on that

10 in coming to your conclusions in this case?

11 A.  Yes, I did.

12          MR. BROWN:  Plaintiff moves to admit PTX 586.

13          MR. CLOERN:  No objection.

14          THE COURT:  It is received and may be published.

15     (Plaintiff's Exhibit 586 received in evidence.)

16 BY MR. BROWN:

17 Q.  Thank you.  So let's start with how to understand

18 Motorola's framework.  Have you created a demonstrative board

19 to help explain this?

20 A.  Yes, I have.

21          MR. BROWN:  May I approach, your Honor?

22          THE COURT:  Yes.

23 BY MR. BROWN:

24 Q.  What we've put on that board is PTX 1341, the document, an

25 excerpt from the document that we were just looking at.  Can

Wicker - direct by Brown

1244

1    you help the jury understand what's being shown in this

2    figure?

3    A.   Certainly.  May I approach the figure?

4               THE COURT:  Yes.

5               THE WITNESS:  Thank you.

6               Okay.  So this is the EMT architecture, the ergonomic

7    management task.  And this is a diagram that shows how

8    applications can communicate with each other as I showed in my

9    simple example earlier.

10              So there's a lot going on here.  This is the EMT

11   portion that's dealing with messages.  And so messages can

12   come from a lot of different places.  An application can apply

13   a message.  The message goes into an application message

14   queue.

15              Messages can also come up from other parts of the

16   radio.  For example, if you type something on the buttons, if

17   you enter something into the keypad, it will come up through

18   the translate task into the input message handler and from

19   there, it goes into the same queue.  Similarly, there's a

20   lower layer.  There's a common layer interface manager.  All

21   of these can provide messages.

22              And what happens is these messages go into the queue,

23   and then they're operated on by this message handler.  And the

24   message handler can cause lots of things to happen.  One

25   important thing that can happen is it can pass along the

Wicker - direct by Brown

1245

1    information from the message and cause an application, another

2    application, to start up.

3            So let's suppose you receive an emergency message,

4    and it's a text.  So we want to turn on the text application

5    so we can see it.  This function call will turn on the

6    application and then signal that it's now ready, the app is

7    active.

8            So there's other things going on as well.  There's an

9    interface with something called the user interface task.  So

10   part of handling one of these messages could be causing

11   something to show up on the screen.  So what we see is a

12   nicely integrated and powerful means of handling messages so

13   that different applications see the right messages at the

14   right time, the right things show up on the screen.

15   BY MR. BROWN:

16   Q.  And what's the name -- it says "EMT architecture."  What

17   is EMT?

18   A.  Ergonomic manager task.

19   Q.  Is that a Motorola name or a Hytera name?

20   A.  It's a Motorola name.

21   Q.  Have you ever seen that name used anywhere other than

22   Motorola?

23   A.  I have seen this used predominantly at Motorola.  It turns

24   up in some of Hytera's documents.

25   Q.  Okay.  Now, how important is this architecture to

1    Motorola's EMT architecture, how they interact with

2    applications?

3    A.   Okay.  This is extremely important because again, it

4    controls the behavior of the applications.  So that's what the

5    emergency worker is going to be looking at, are those

6    applications.  And he or she is going to depend on those

7    applications working properly.  So this is extremely

8    important.

9         There's other elements of it that aren't shown here

10   besides simply the message handling.  EMT is a critical piece

11   of making these emergency radios work the way they're supposed

12   to work.

13   Q.   And are -- each of those boxes, do they all require a lot

14   of -- well, what represents the work in those boxes to create

15   each of those boxes to work on an actual device?

16   A.   Right.  So let's take application message handler.

17   There's associated code for this.  There's actually a lot of

18   code associated with this.  And this code must interact with

19   other code routines that handle this other functionality.  So

20   it's a fairly complicated system with a lot of code

21   interacting together to realize this performance.

22   Q.   And have you studied's Hytera's -- well, does Hytera have

23   an application structure like Motorola's?

24   A.   Yes, it does.

25   Q.   And you've studied that?

Wicker - direct by Brown

1247

1   A.  Yes.

2   Q.  Okay.  I think the other board there is from a Hytera

3   document about its application.  Can you put that up?

4   A.  This is Hytera's version of their manager architecture.

5   Q.  And what are we seeing here, Professor?

6   A.  Virtually the same thing.

7   Q.  You said "virtually."  What are the differences between

8   what's been marked with the Hytera logo and Motorola's

9   proprietary application manager?

10  A.  I can actually show it.  XLATE has been renamed

11  "translator."  And there's some renaming here, and they put

12  their name on it.

13  Q.  And then up in the upper left corner, there is "RAF core."

14  What is that?

15  A.  Okay.  So this used to say "EMT."  It's been renamed "RAF

16  core," radio architecture framework core.

17  Q.  And other than that change, do you see any -- of the name

18  changes, do you see any functional changes or differences

19  between what Motorola does and what Hytera is doing here?

20  A.  No, no.  In fact, maybe it would help if I backed up like

21  this, and you can see these are the same.

22  Q.  Okay.  Why don't we go back to the slides, Dr. Wicker.

23  Have you seen evidence that this is an important functionality

24  at Hytera the way that they're using Motorola's trade secrets?

25  A.  Yes.

Wicker - direct by Brown

1248

1   Q.   And if we'll go to your slide 104.  Mr. Schlaifer?

2          Slide 104 is an Exhibit 628 -- excuse me, 640.  Why

3   are you highlighting this document to the jury?

4   A.   Okay.  So this document is called "RAF concept."  It

5   includes the application manager architecture.  And again, we

6   see the same diagram that was originally from a Motorola

7   document.

8          And so this RAF concept document contains a

9   description essentially of Motorola's EMT.  And it's being

10  shared.  What this email shows me is that this document

11  containing Motorola's trade secret is being sent to several

12  Hytera engineers.

13  Q.   Okay.  So this is, it looks like it's November 2008, and

14  it's an email from one Hytera engineer to how many others?

15  A.   One, two, three, four, five -- five others.

16  Q.   Okay.  And what is the instruction that's accompanying

17  attaching the document here?

18  A.   Here we see the document itself.  That's the RAF concept

19  document that has the diagram that we've been looking at.  And

20  it says, "Please study this doc first before you start using

21  RAF for application development."

22          So what this is telling me is that these engineers

23  are being told to study the RAF concept document which

24  contains Motorola's EMT trade secret, and they're being told,

25  understand this before you develop applications.  And that

Wicker - direct by Brown

1249

1 would be important because the applications have to interface

2 with the RAF core in order to send and receive messages.

3 Q.  Why would it benefit Hytera's engineers who are working on

4 applications to study Motorola's application manager?

5 A.  Because Hytera is implementing Motorola's application,

6 EMT, in their application manager.  And so any engineer

7 writing an application would have to know how Motorola's

8 system worked.  It would have to know how applications receive

9 messages, how they send them, how it behaves when they're

10 started up again and what messages they have to send.

11 Q.  Okay.  If you'll turn to your next slide, Dr. Wicker, and

12 look at PTX 627.  I'm sorry.  It's slide 105.

13 A.  Thank you.

14 Q.  What is PTX 627?

15 A.  PTX 627 is a Hytera email.  It was produced by Hytera.

16 It's from one Hytera engineer to another.

17            MR. BROWN:  Okay.  Plaintiff moves to admit PTX 627.

18            THE COURT:  It is received and may be published.

19        (Plaintiff's Exhibit 627 received in evidence.)

20 BY MR. BROWN:

21 Q.  And what is PTX 627?

22 A.  This is another example of that RAF concept document which

23 contains the EMT diagram being sent from one Hytera engineer

24 to, in this case, two others.

25 Q.  Now, the "from" engineer, is that the name of Deyou Zhu,

Wicker - direct by Brown

1250

1  one of the engineers we heard testify by deposition earlier?

2  A.  Yes, that's the same person.

3  Q.  And it mentions something about an SRS.  Was he the same

4  witness who was talking about an SRS during his testimony?

5  A.  Yes.

6  Q.  And what's that?

7  A.  It's a software requirement specification.

8  Q.  And do you recall or can you remind the jury which

9  software requirement specification he was talking about in his

10  deposition?

11  A.  He was talking about Motorola's software requirement

12  specification.

13  Q.  And so here is Mr. Deyou Zhu, and he's emailing two other

14  Hytera engineers.  Do you know if, are either of these the

15  three individuals that came from Motorola?

16  A.  No.

17  Q.  And he's saying, "This week's work is mainly to compile

18  the design outline according to the SRS written last week and

19  also to get familiarized with it."  And then he attaches the

20  same document we've been looking at.

21       Why is it that additional engineers need to be

22  familiar from a technical perspective with Motorola's

23  application manager?

24  A.  Well, this application manager not only interfaces with

25  applications, it also interfaces with lower layers as we see

Wicker - direct by Brown

1251

1  underneath the diagram.  And so this application manager is

2  really at the core of the radio's functionality.  And so a lot

3  of people have got to understand how it works in order to

4  interface with it.

5  Q.  Okay.  And so if you turn to your slide 107 which is one

6  more ahead of where I have it right now, Dr. Wicker,

7  there's --

8  A.  Okay.

9  Q.  -- two additional documents, PTX 628 and PTX 637.  Are

10  those just duplicates of the same document we've been looking

11  at?

12  A.  Yes, they are.

13          MR. BROWN:  Plaintiff moves to admit those two

14  documents as well, PTX 628 and 637.

15          MR. CLOERN:  No objection.

16          THE COURT:  Both are received and may be published.

17      (Plaintiff's Exhibits 628 and 637 received in evidence.)

18  BY MR. BROWN:

19  Q.  Now, in fairness, Doctor, we're only looking at a figure.

20  Have you analyzed --

21          THE COURT:  Everything is fair.  Rephrase the

22  question.

23  BY MR. BROWN:

24  Q.  Now, Dr. Wicker, we're only looking at a figure.  Did you

25  find additional evidence that not just the figure was copied

Wicker - direct by Brown

1252

1    but the entire framework was copied into Hytera's documents?

2    A.  Yes.  I thought the figure was particularly instructive,

3    but text, other diagrams, there was a great deal of copying.

4          So what I'm showing here is text from Motorola's

5    document.  That's Plaintiff's Exhibit 1341.  And then you see

6    the same text with one -- one or two differences over here in

7    Hytera's documents.  So except for changing "EMT" to "RAF

8    core," you can see that the text is identical, that it's been

9    copied from Motorola's document.

10   Q.  And so how did the main functions of Motorola's ergonomic

11   layer, Darwin layer, compare to what Hytera calls their radio

12   application framework?

13   A.  They're the same.

14   Q.  And there's a name change as you pointed out.  EMT becomes

15   RAF core.  How does changing the name of a function like that

16   relate to some of the code concealment that we talked about

17   earlier?

18   A.  It's another example of concealment.  In the code, you'll

19   see a lot of code files that have some variation, RAF perhaps

20   followed by something.  But RAF turns up a lot in Hytera's

21   source code, and that tells me that they've got EMT code here

22   but they're concealing it.

23   Q.  And when you reviewed the entirety of the document, is

24   there more copying evidence like this?

25   A.  Yes.  This is just a very small piece.

Wicker - direct by Brown

1253

1  Q.  And so what are you showing here on PDX 109?

2  A.  Okay.  This is page after page that's been copied.

3  Q.  Okay.  And are there -- is this just that you're finding

4  the same document at Hytera, or are there changes being made?

5  A.  No, there are changes being made.  We've already seen one

6  example.  EMT is changed to RAF.  And there's a few other name

7  changes, but from a functional standpoint, we are seeing the

8  same thing time after time.  Motorola is on the left.  Hytera

9  is on the right.  And Hytera is basically copying the Motorola

10  document.

11  Q.  Now, on the last slide right here, we see something called

12  VRIS on the Hytera side.  What is VRIS?

13  A.  VRIS is an acronym.  It stands for virtual radio interface

14  standard.

15  Q.  And does Hytera have a VRIS system?

16  A.  No.

17  Q.  Has Hytera ever had something called VRIS?

18  A.  No.

19  Q.  So why is VRIS showing up on Hytera documents?

20  A.  Motorola has a VRIS.

21  Q.  Does Hytera have something that is similar to Motorola's

22  VRIS?

23  A.  They do.  Hytera has something called RPIS which they

24  copied from VRIS.

25  Q.  So in Hytera's documents, there are indications like this

Wicker - direct by Brown

1254

1    of Motorola names that don't represent anything at Hytera?

2    A.   That's correct.

3    Q.   Let's go on to your next -- your next slide here, PTX 666.

4    What are you showing here from this trade secret document?

5    A.   Okay.  So this is the Darwin ergonomic platform

6    architecture.  This is a document that describes in some

7    detail the ergonomic platform.

8    Q.   Okay.  And why would somebody -- why would the detail in

9    this document be valuable to an engineer developing radio

10   applications?

11   A.   Okay.  It's a software architecture to begin with, so it

12   provides a framework for writing software.  And we can see

13   that expressed down here where it says, "Target audience."

14   Who would want to read this document?  Developers of the

15   ergonomic platform and radio software developers who will be

16   using the platform to implement radio features and ergonomics.

17   So basically, the people building the platform need to have

18   this information and those who want to interact with it.

19        So, for example, if you're writing a source code that

20   deals with what happens when you push buttons on the radio,

21   that's something that would interface with Darwin and, thus,

22   the writer of the code would need to know that.

23   Q.   And did you find that Hytera's documents also copied out

24   of this?

25   A.   Yes.

Wicker - direct by Brown

1255

1  Q.  I'll show your next slide.  What are you showing here?

2  A.  Okay.  This is an example of the copying.  We can see that

3  there's basically word for word copying from the left side on

4  to the right side where the right side is the Hytera document.

5  Q.  Is there any way that Hytera could have independently come

6  up with identical copies of this, in your opinion?

7  A.  No, no.  Let's just stop right on this one.  This is word

8  for word.  "If there is a conflict, then specify an

9  appropriate action."  "If there is a conflict, then specify an

10  appropriate action."  That's not a coincidence.  That's

11  copying.

12  Q.  Is there any way that the engineers who came from Motorola

13  over to Hytera could have had all of this memorized before

14  they arrived at Hytera?

15  A.  No, no.  One can remember functions.  Engineers can

16  remember, you know, things they've designed, but they can't

17  remember the details.  And this would require -- well, it's

18  beyond imagining that the entire document could have been

19  reproduced from memory.

20  Q.  And if you'll turn to the next slide, Dr. Wicker, it's PTX

21  638.  What is PTX 638?  It's slide 112.

22  A.  This is a Hytera presentation.  It was produced by Hytera.

23  Q.  Okay.  And did you consider this in coming to your

24  conclusions in this case?

25  A.  I did.

Wicker - direct by Brown

1256

1     MR. BROWN:  Okay.  Plaintiff moves to admit PTX 638.

2     THE COURT:  It is received and may be published.

3     (Plaintiff's Exhibit 638 received in evidence.)

4  BY MR. BROWN:

5  Q.  Why have you selected PTX 638 -- well, why don't we start

6  with this.  What is PTX 638?

7  A.  Okay.  So we're dealing here with the application

8  framework, the way applications are to interact on Hytera's

9  radios.  And I note that this is a Hytera engineer, Ruan

10 Hanchun.  He was not one of the folks who came over from

11 Motorola.

12 Q.  Okay.  And so what is this Hytera presentation describing?

13 And I'll go to your next slide.

14 A.  What it's describing is the EMT architecture, although

15 it's calling it the application framework.

16 Q.  But the document looks different, Professor Wicker.  It

17 looks like everything is laid out differently.  The figures

18 are different.  How does that affect your analysis?

19 A.  Okay.  So what I did was I looked at what was actually

20 being shown on the right.  And what you see are, there's the

21 three applications.  There's the application message queue.

22 There's the app message handler.  I'm seeing the same things.

23 They just moved the boxes around a bit.

24     Here's some additional detail that we don't see on

25 the left:  The ACBL, ACRT, ADT, and IMT.  Those aren't on the

Wicker - direct by Brown

1257

1    left, but they are part of Motorola's Darwin architecture.

2    Q.   Do those show up in other figures, or did Hytera come up

3    with this?

4    A.   No, they -- excuse me.  They show up in other figures in

5    Motorola's documents.  Hytera did not come up with those

6    terms.

7    Q.   Okay.  And did you see anything that indicated that the --

8    some of the figures from the Hytera presentation on the right

9    have actually been directly copied, like copied and pasted

10   electronically into the figure?

11   A.   I noticed something very interesting.  Look at this arrow

12   here.  It's an oddly shaped arrow.  Look at this arrow here.

13   It's exactly the same.  The "EMT input" has been deleted, but

14   that's the same arrow.

15   Q.   And so what does that tell you about the Hytera engineers'

16   access to Motorola confidential documents?

17   A.   They had access to it, and this particular gentleman, Ruan

18   Hanchun, had a software version of the EMT architecture

19   document from Motorola to the extent he was able to actually

20   copy arrows out of it.

21   Q.   But I thought you said that this document, PTX 1341,

22   wasn't found at Hytera.

23   A.   They did not produce it, so apparently it was deleted.

24   Q.   And so how do you know that this means that that document

25   must have existed at Hytera at some point?

Wicker - direct by Brown

1258

1    A.  Well, it must have existed at Hytera at some point because

2    here, we have someone copying directly out of the document.

3            MR. CLOERN:  Objection, your Honor.  Speculation.

4            THE COURT:  Overruled.  The answer may stand.  You

5    may cross-examine later on the issue.

6    BY MR. BROWN:

7    Q.  So I want to turn to source code.  Were you able to

8    analyze Hytera's source code for what it calls its radio

9    application framework?

10   A.  Yes, I was.

11   Q.  And was that in a library file, or were you able to

12   actually look at the source code?

13   A.  In that case, I actually did see some source code.

14   Q.  And is that the source code that's on Hytera's SVN, or is

15   that something that came from a Hytera engineer?

16   A.  It came from a Hytera engineer.

17   Q.  And so were you able to locate the actual source code on

18   Hytera's SVN which is -- well, I should withdraw it.

19           When I say "Hytera's SVN," can you explain to the

20   jury what I'm talking about?

21   A.  That's where Hytera keeps its source code that -- its

22   actual source code releases that go into radios.

23   Q.  And did you find on Hytera's SVN the source code that

24   implements Hytera's radio application framework?

25   A.  No.

Wicker - direct by Brown

1259

1 Q. Okay. And is that usual, that the source code for an

2 entire application framework would not be present on a

3 software company's servers?

4 A. That would be very unusual. And I should note, though,

5 that there was some header files and some related files that I

6 was able to find.

7 Q. Okay. So why don't we jump to some of the files that you

8 were able to find on Hytera's computer -- excuse me, on

9 Hytera's SVN, if we'll go to your slide 116, please.

10        MR. BROWN: Mr. Schlaifer?

11        THE WITNESS: Okay.

12 BY MR. BROWN:

13 Q. Thank you. So on the left side, you have Motorola's

14 source code and on the right side, you have Hytera's source

15 code. At a high level, what are we talking about here in

16 terms of the source code? What is the source code doing?

17 A. Okay. So this source code has to do with translation.

18 It's a portion that we see on the bottom left of our diagram

19 on the demonstrative. Where it says "translator," that's what

20 XLT is relating to.

21 Q. Okay. And what are you seeing when you compare the

22 Motorola source code -- well, actually, let me ask this.

23        The Motorola source code on the left side, is that

24 publicly available?

25 A. No, it's not.

Wicker - direct by Brown

1260

1  Q.  Is that something that Motorola keeps confidential or

2  distributes around?

3  A.  It is something Motorola keeps confidential.  In fact, as

4  we heard testimony before, Motorola's source code is

5  considered confidential.

6  Q.  Okay.  And so what are you seeing in Hytera's source code

7  that's similar to what's in Motorola's?

8  A.  Well, virtually all of it.  So what we see here as a

9  particular function name, rs_xlt_utilities, here we have

10  ps_xlt_utilities.  Under "purpose," it says, "Performs an

11  exhaustive test to determine the hardware source of the user

12  input."  And that's from Motorola's code.

13          Over here on the right, we see, "Performs an

14  exhaustive test to determine the hardware source of the user

15  input."  It's identical.  And so I've highlighted in yellow

16  the rest of the identical portions for this particular piece

17  of Motorola source code.

18  Q.  Now, it looks like a lot of what you've highlighted here

19  as being copied is, it's got these stars.

20  A.  Yes.

21  Q.  And what does that mean?

22  A.  Okay.  That is a set of comments.  So if you'll recall

23  from the source code that I had up on the board sometime ago,

24  the comments were things that engineers put into their code so

25  others can understand it but it's not actually compiled.

Wicker - direct by Brown

1261

1  Q.  And so are the -- the comments are also being copied, is

2  that what's happening here?

3  A.  Exactly.

4  Q.  And what does that indicate to you about whether -- sorry.

5  There we go.  Okay.  Sorry about that.

6          What does that indicate to you about the scope of the

7  copying here?

8  A.  The scope of the copying was extreme.  So basically, we're

9  just seeing mass copying of Motorola's code into Hytera's

10 code.

11 Q.  Okay.  And is the -- does this copying continue on in

12 other of the radio application framework code that you looked

13 at?

14 A.  Yes.

15 Q.  And how common in your review of Hytera's code were

16 comments written in English in Hytera's source code?

17 A.  I saw quite a few English comments in Hytera's source

18 code.

19 Q.  And so we talked about how code is in different languages.

20 And you mentioned how code is typically written in English at

21 least in C and C++.

22 A.  That's right.

23 Q.  Does the comment have to be written in English?

24 A.  No, no.  In fact, I did see one or two Chinese annotations

25 in Hytera's production, but most of their comments were in

Wicker - direct by Brown

1262

English.

2  Q.  And you've also highlighted some things in blue here.

3  What are you highlighting here?

4  A.  Okay.  So this is an example of Hytera's trying to conceal

5  what they were doing by renaming.  So this says "RS."  RS is

6  here as well.  I'm circling portions of Motorola's code.  That

7  has been changed to "PS" in Hytera's.

8      Otherwise, you'll see the rest of the name is the

9  same.  RS, get user input source; PS, get user input source.

10  That's the same.

11  Q.  And you said that this was part of Hytera's concealment.

12  Why would changing from RS to PS conceal Hytera's theft?

13  A.  Well, for example, if this was -- if this name appeared in

14  a library, a search for "RS XLT get user input source" would

15  not be found.  You would instead see PS.

16  Q.  Okay.  Now, you said that some of the source code for

17  Hytera's radio application framework is missing.  So how did

18  you determine that their entire framework was using Motorola's

19  trade secrets?

20  A.  Oh, by looking at the documents -- they described what

21  Motorola did versus what Hytera did -- and looking at the

22  source code that was available.

23  Q.  Did you also conduct the analysis of the library files

24  that you did for the DSP functionality?

25  A.  Yes, I did.

Wicker - direct by Brown

1263

1  Q.  Okay.  If we'll go, Mr. Schlaifer, to Dr. Wicker's slide

2  127.

3          And so on this slide, you're showing a library file

4  from Hytera called RAF_arm9.lib.  What is that?

5  A.  Okay.  So this is a library, hence the l-i-b.  RAF is

6  radio architecture framework.  And arm9 is one of the

7  processors that's used in Hytera's radios.

8  Q.  Okay.  And were you able to find by reviewing the library

9  file the same way you did with DSP whether or not Motorola's

10 code was in here?

11 A.  Yes, I was.

12 Q.  Okay.  We'll go to your next slide.  How did you do that?

13 A.  Okay.  So once again, it was the same sort of working with

14 the puzzle.  In other words, looking at the library, looking

15 for names of code that looked familiar in Motorola's source

16 code and then looking for variable names and so forth.  And

17 that's what we're going to see here.

18 Q.  Okay.  So what have you highlighted here on the right?

19 A.  Okay.  So what I've highlighted are particularly long

20 names of functions.  For example, we've got -- it's a little

21 hard to see.  The yellow is corCpGetCpValueOfPosOnSwitch.  So

22 it's doing something with a position of a switch.  That's in

23 yellow.

24 Q.  And did that come from Motorola's source code?

25 A.  We can see it on the upper left:  So this term can be seen

Wicker - direct by Brown

1264

1  right here --

2  Q.  Does --

3  A.  -- and this over here.

4  Q.  I'm sorry.

5  A.  I was about to say, and so forth.  We have a number of

6  examples here.

7  Q.  Does corCpGetCpValueOfPosOnSwitch, does that have some

8  standard meaning in the industry such that Hytera would have

9  independently written a function with that name?

10 A.  No, no.  This is a -- this function name could have had

11 any of -- I would hate to count them, but literally hundreds

12 of names.

13 Q.  And after you conducted your analysis of Hytera's radio

14 application framework library, did you find that there was

15 additional evidence of copying other than the four figures

16 that you have, four functions that you have here?

17 A.  Yes.

18 Q.  Okay.

19 A.  Quite a bit.

20 Q.  And so what are you showing on this slide?

21 A.  Okay.  Once again, the names of files on the left appeared

22 in Hytera's RAF library on the right.  And it's not just the

23 names but also the functions and the variables that appear in

24 the library.  So what that told me was that all of the

25 Motorola code on the left had been converted to CPP and

Wicker - direct by Brown

1265

1  compiled into Hytera's libraries.

2  Q.  Okay.  But these source code files were not in Hytera's

3  SVN, right?

4  A.  No, they weren't.

5  Q.  Did you find them anywhere else at Hytera or some of them,

6  at least?

7  A.  I found a small number that were able to be recovered from

8  Hytera's laptops.

9  Q.  Okay.  And when you say "Hytera's laptops," you mean some

10  of the engineers' laptops?

11  A.  Exactly.

12  Q.  Okay.  Let's go, Mr. Schlaifer, to Dr. Wicker's slide 114.

13       And so what are you showing here on slide 114?

14  A.  Okay.  This is a series of files.  This is actual Motorola

15  code.  And it has to do with interactive management services,

16  processing, translate inputs.  And this is svc_applications.c.

17  It's a fundamental file for application interaction.

18  Q.  Now, this code was not in Hytera's SVN, but do you have an

19  opinion about whether or not this was ultimately what was

20  compiled into Hytera's products?

21  A.  Yes, because I was able to find the names of the files in

22  Hytera's libraries as well as some of the functions and

23  variables.

24  Q.  And did Hytera have any other source code in their

25  possession that matched the names of these Motorola source

Wicker - direct by Brown

1266

1     code files that you found on Hytera's engineer laptop?

2     A.   No.

3     Q.   Okay.  Did you find that some of these files had been

4     modified from Motorola's original files?

5     A.   Yes.  There were modifications in the files.

6     Q.   I'm going to go to your next slide.  Now, you have said on

7     this slide that that is Hytera's file on the right and

8     Motorola's file on the left.  To be clear, you aren't saying

9     that that was part of their SVN, correct?  That's not part of

10    what Hytera's source code repository has, right?

11    A.   That's correct.

12              MR. CLOERN:  We have -- this is one of the slides we

13    have an objection to.

14              THE COURT:  All right.  It remains under advisement.

15    Proceed.

16              MR. BROWN:  Thank you, your Honor.

17    BY MR. BROWN:

18    Q.   Okay.  So we've got on the left side Motorola source code

19    and on the right side, a file that you found at Hytera.

20    A.   That's right.

21    Q.   Why have you selected this file to show the jury?

22    A.   Actually, just so I'm clear --

23              THE COURT:  Just a minute.  When you say you found

24    it, what do you mean when you say you found it?

25              THE WITNESS:  It was produced by Hytera in the course

1    of the investigation.

2             THE COURT:  Produced by, but you did not find it?

3             THE WITNESS:  I did not --

4             THE COURT:  You found it in terms of that which was

5    produced?

6             THE WITNESS:  Yes, your Honor.

7             THE COURT:  All right.  Can you clarify that a

8    little?

9             MR. BROWN:  Of course.  Of course.

10   BY MR. BROWN:

11   Q.  So when you went to use the -- during the course of this

12   case, you were -- you had access to a source code computer,

13   right?

14   A.  That's correct.

15   Q.  And what was on that source code computer?

16   A.  The various releases of Hytera's code that was used in

17   their actual products.

18   Q.  And then was there also -- and that's the SVN that you're

19   talking about?

20   A.  That's correct.

21   Q.  Was there also a separate database on that computer that

22   contained code that was found at Hytera in other locations?

23   A.  Yes.

24   Q.  And so this code, when you say you found it, this code was

25   found on one of Hytera's engineer's laptops but not in what

Wicker - direct by Brown

1268

1  they consider their official source code list?

2  A.  Exactly.

3          THE COURT:  Would that be the testimony of the

4  witness if you didn't lead him?  All right.  Rephrase the

5  question.

6          MR. BROWN:  Of course.

7  BY MR. BROWN:

8  Q.  Can you help us understand the difference between the

9  places where you found source code at Hytera -- or sorry,

10 where the source code was stored at Hytera and produced in

11 this litigation?

12 A.  Yes.  Software was found in a number -- software was

13 produced by Hytera, that software having been in a number of

14 different places.  The SVN that counsel was referring to has

15 the software that's actually part of the release for given

16 radio products.  I believe there's nine releases.

17         And so that was one place that had software copied on

18 to a laptop so I could look at it, but software was also

19 discovered by Hytera in other places.  For example, some

20 software was recovered in the course of forensics examinations

21 of laptops that had turned up in various places.  So I was

22 able to look at software that was not part of the various

23 releases but was found on Hytera's engineers' computers.

24         THE COURT:  I think it clarifies enough to overrule

25 the objection and say this may be a subject of

Case: 1:17-cv-01973 Document #: 789 Filed: 12/20/19 Page 169 of 178 PageID #:53150
Wicker - direct by Brown
1269

1   cross-examination.

2          MR. BROWN:  Thank you, your Honor.

3   BY MR. BROWN:

4   Q.  So the source code that we're looking at here, we've got

5   Motorola's source code on the left, and you've got something

6   that was in Hytera's files on the right.  Why did you pick

7   this particular file to point to?

8   A.  Okay.  So this was an example of a header file.  And it

9   was particularly important for the com ergo platform.  It

10  contains a number of definitions and things that are used by a

11  lot of the ergo platform, the EMT architecture.

12  Q.  I'm just going to move the toolbar that you have there.

13  A.  Thank you.

14  Q.  Why -- the file names are different between Motorola's and

15  Hytera's.  What's the difference here?

16  A.  Okay.  So as we can see, com_ergo_platform_app_defines.h,

17  someone, and I think I know who, changed the name to

18  com_ergo_platform_app_defines_ruanhanchun.h.

19  Q.  Who do you think changed the name?

20  A.  I'm thinking it's Ruan Hanchun.

21  Q.  And is that the same name of the engineer at Hytera

22  that -- well, did you show a presentation from that engineer

23  earlier?

24  A.  Yes, I did.

25  Q.  And what was the subject of that presentation we looked

Wicker - direct by Brown

1270

1   at?

2   A.   It was EMT, or the application architecture for Hytera in

3   bright red.

4   Q.   And so what is it that you're seeing in the difference

5   between the source code from Motorola and what was found at

6   Hytera?

7   A.   Okay.  So the two are highly similar with the exception

8   that "copyright" for Motorola and the file name have been

9   deleted.  So that's why I put a big X there.  And so it starts

10  here with these calls to the compiler.  You can see those

11  duplicated up here.  And otherwise, we see a lot of the same

12  code.

13  Q.   And did you -- were there other examples like this that

14  you saw of Motorola's code found in Hytera's possession?

15  A.   Yes.

16  Q.   So if we'll go to, Mr. Schlaifer, slide 123.

17          And here is showing cor_emt_application_manager.c.

18  Is this one of the files that you identified in the library

19  file?

20  A.   Yes.

21  Q.   And so what are you showing here?  It actually looks

22  different.  So is what are the differences on that top blowout

23  there?

24  A.   Okay.  So let's note that this is the original Motorola

25  file.  This is not C.  It was written in the C programming

Wicker - direct by Brown

1271

1    language.  Here we have Hytera's cor_emt_application_manager,

2    the same name, but it's not cpp.  So it's been slightly

3    modified to work with a C++ compiler.

4           Now, when I look at some of these things that are

5    written in, we note that on the right, we have YT commented

6    out this particular portion of the source code.  So it says,

7    "vr write error log."  That tells me this is probably writing

8    information to an error log, and YT, I'm thinking that's Y.T.

9    Kok, has commented it out.  He doesn't want that logging to

10   occur.

11          The other thing I note, here we have a rather

12   complicated phrase, "free the adb," etcetera.  We see the same

13   thing here except instead of svcEmt, it's been changed to RAF.

14   And so this is an example of what we've seen already of

15   Motorola's name, EMT, being changed to Hytera's name, RAF,

16   though the code remains the same.

17          MR. CLOERN:  Your Honor, we would just object to the

18   extent that it's not clear anymore whether this is files from

19   the formal corporate SVN or from the other laptop and it's --

20   that's the problem that we have with the exhibit, is that the

21   way this is done, it's not clear which is which.

22          THE COURT:  Well, it will become clearer, I'm sure,

23   to the extent that it needs clarification after your zealous

24   cross-examination of the witness.  But consistent with the

25   Rule 402, this witness with a specialized knowledge can say

Wicker - direct by Brown

1272

1    things that other witnesses would not be permitted to say.

2    And ultimately, it's up to the jury to give weight to the

3    credibility to the testimony of the witness.

4         And so proceed.

5    BY MR. BROWN:

6    Q.   I want to go back to what you were just talking about.

7    Before we go down there, you see up at the top it says,

8    "Porting Darwin EMT to CPA."  What does that mean from a

9    technical perspective?

10   A.   Okay.  First thing I want to note is, this phrase does not

11   appear in Motorola's original file.  From a technical

12   perspective, what it says is porting, converting Darwin's EMT,

13   its ergonomic manager task, to CPA.  That is the common

14   platform architecture for Hytera.  So someone has written into

15   this file that they are porting Motorola's Darwin EMT into

16   Hytera's CPA.

17   Q.   "Porting" is not a term that most people are familiar

18   with.  Is that a technical term?

19   A.   Yes.

20   Q.   What does it mean?

21   A.   Typically, it means making the changes necessary to use

22   something in one context in another context.  So someone

23   has -- is saying that they are changing what's necessary in

24   Motorola's code so that it will run on Hytera's system under

25   its common platform architecture.

Wicker - direct by Brown

1273

1  Q.  And so on the bottom here, you highlighted that the text

2  was changed from SVC EMT on the Motorola side.  What does that

3  mean?

4  A.  Okay.  That is the ergonomic manager task.  It's

5  Motorola's indication that this is part of the EMT.

6  Q.  And it's been changed over to RAF?

7  A.  Yes.

8  Q.  And how does that relate to the concealment discussion we

9  were having earlier?

10  A.  Okay.  So what this means is someone doing a search for

11  this entire name would not find it.  They would not find it

12  because it had been concealed by changing "EMT" to "RAF" or in

13  this case, svcEmt to RAF.

14  Q.  Okay.  And there was discussion earlier in Hytera's

15  spreadsheet that we looked at -- and we can go back to it in a

16  second -- about interfaces.  Are these interfaces, or is that

17  something else?

18  A.  These are actually interfaces.  These are called into the

19  library.  So what the code does, what, for example, this code

20  here is doing is it's saying, "I want to use something that's

21  in that library, so I have to use the interface."  The name

22  for that interface into the library has been changed so it

23  can't be detected.

24  Q.  And so, Mr. Schlaifer, if we'll just flip back to

25  Dr. Wicker's slide 8.77.

Wicker - direct by Brown

1274

1    And we saw this earlier.  Can you just explain how

2 the discussion here about "extracting only the required

3 component and change interface to own interface has the lowest

4 chance of detection if the code was disassembled by Motorola"?

5 How does that relate to what you just pointed to in Hytera's

6 source code?

7 A.   So what we just saw was an example of using the code,

8 extracting the required component but changing the name,

9 changing the interface to their own interface to make it

10 harder to detect so looking at the interface and looking for

11 Motorola's names wouldn't see it because it had been

12 concealed.  The chance of detection had been reduced.

13 Q.   And let's go to Slide 8.125, Mr. Schlaifer.

14    And here's another example of a source file that

15 you've identified.  What are you identifying here?  On the

16 left is Motorola's source code again, and on the right is a

17 file SvcApplications.cpp.  What are you showing here?

18 A.   Okay.  So what we're seeing is a common piece of code,

19 Motorola's code.  This is a function name, SVC

20 GetAppMessageDataBuffer.  And over here on Hytera's we see SVC

21 GetAppMessageDataBuffer.

22    And we can go through this and see that there's a lot

23 of copying.  But what I've emphasized down here is Motorola's

24 indication of a particular function.  And here's Hytera's.

25 And Hytera has changed the name.  Here we have SVC

Wicker - direct by Brown

1275

1    GetAppMessageDataBuffer, and here we have RAF

2    GetAppMessageDataBuffer.

3    Q.   Now, we've looked at a few examples.  Have you looked --

4    were you able to identify additional examples of Motorola's

5    source code for RAF at Hytera?

6    A.   Yes.

7    Q.   And so what are you showing here?

8    A.   What I'm showing are many files of Motorola's source code

9    at Hytera.

10   Q.   And so just to give context for what we're looking at,

11   what is -- what is in this column here?

12   A.   So let's see.  In this column, we have the names of

13   Motorola's source code.

14   Q.   And then in this column over here?

15   A.   The Hytera production numbers.  So that was the number

16   that was assigned to the files when Hytera produced this code

17   in this case.

18   Q.   Now, you mentioned earlier that Hytera had changed the

19   code from C to C++.  What's the technical effect of doing

20   that?

21   A.   Basically, it allows one to use the code in a C++

22   environment so you can compile it using C++ compilers.

23   Q.   I'm going to have you turn to Page 117.  I'm going to ask

24   you about an exhibit.

25   A.   Okay.

Wicker - direct by Brown

1276

1  Q.   PTX 652 is an email and an attachment.  What is this?

2  A.   Okay.  So this particular exhibit shows an email from one

3  Hytera engineer to another Hytera engineer with two more

4  copied.  It's got an attached document which relates to an act

5  of copying.

6  Q.   Okay.  And if you turn to your next slide, what is the

7  attached document?

8  A.   The attached --

9         MR. CLOERN:  Objection, your Honor.  This document is

10  not in evidence.  No one's testified about it.  No one's been

11  deposed.  There's no marking on it what it is or anything.

12         THE COURT:  Are you going to attempt to lay a

13  foundation?

14         MR. BROWN:  That's what I'm trying to do, your Honor.

15         THE COURT:  Continue with your effort.

16  BY MR. BROWN:

17  Q.   And what is the document you're looking at right now?

18  A.   Okay.  There's a document that describes a particular

19  functionality --

20         THE COURT:  Before you get to the substance of it,

21  lay the foundation for its admissibility.

22         MR. BROWN:  Of course.

23         THE COURT:  And that's a good point to stop at for

24  today since it's 4:00 o'clock.  If we had a window, we would

25  know whether the sun is still shining.

1       So members of the jury, you are to return tomorrow,

2  and once again, at 10:15.  The Court has other matters to deal

3  with.  You are excused until tomorrow at 10:15.  And keep in

4  mind that you do not have to return on Friday.

5       The witness may step down.

6       Counsel, please remain.

7     (Proceedings heard in open court.  Jury out.)

8       THE COURT:  After this witness, do you have somebody

9  else lined up for tomorrow?

10      MR. BROWN:  I think this witness will probably last

11  all of tomorrow between direct and cross, your Honor.

12    (Pause.)

13      THE COURT:  I also have a criminal matter that should

14  take some priority.  That's all I need to know.  Okay.

15  Tomorrow, 10:15, counsel.

16      MR. ALPER:  Your Honor, one thing as a housekeeping

17  matter.  We move to seal certain exhibits of Mr. Karpoor's,

18  his testimony.  We're going to work with counsel to come up

19  with a list of exhibits that we've been moving to seal, and

20  we'll submit that to the Court.

21      THE COURT:  Yes.  I think that's an excellent way to

22  try to resolve it, by agreement.  But I certainly understand

23  the importance of sealing, and that would apply to your

24  exhibits as well as Hytera's exhibits as we move forward.

25      I think we're making progress here, so I will hold

1278

1   you no longer.

2       (Proceedings adjourned from 4:05 p.m. to 10:15 a.m.)

3                    *  *  *  *  *  *  *

4                  C E R T I F I C A T E

5        We, Amy Spee and Judith A. Walsh, do hereby certify

6   that the foregoing is a complete, true, and accurate

7   transcript of the proceedings had in the above-entitled case

8   before the Honorable CHARLES R. NORGLE, SR., one of the judges

9   of said court, and a jury, at Chicago, Illinois, on November

10  20, 2019.

11

12  /s/ *Amy Spee, CSR, RMR, CRR*_____          November 21, 2019

13  /s/ *Judith A. Walsh, CSR, RDR, F/CRR*_____  November 21, 2019

14  Official Court Reporters

15  United States District Court

16  Northern District of Illinois

17  Eastern Division

18

19

20

21

22

23

24

25