2784

1              IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3  MOTOROLA SOLUTIONS, INC., and MOTOROLA   ) No. 17 CV 1973
   SOLUTIONS MALAYSIA SDN. BHD,          )
4                             )
          Plaintiffs,         )
5  vs.                      ) Chicago, Illinois
                             )
6  HYTERA COMMUNICATIONS CORPORATION, LTD., ) December 10, 2019
   HYTERA AMERICA, INC., and HYTERA       )
7  COMMUNICATIONS AMERICA (WEST), INC.,    )
                             )
8        Defendants.         ) 10:15 o'clock a.m.

9
                 TRIAL - VOLUME 18 A
10            TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE  CHARLES R. NORGLE, SR.
11                and a jury

12

13  For the Plaintiffs:   KIRKLAND & ELLIS LLP
                  BY:  Mr. Adam R. Alper
14                    Mr. Brandon Hugh Brown
                    Mr. Reza Dokhanchy
15                    Ms. Barbara Nora Barath
                    Mr. Kyle Calhoun
16               555 California Street
               27th Floor
17               San Francisco, California 94104
               (415) 439-1400
18
               KIRKLAND & ELLIS LLP
19               BY:  Mr. Michael W. De Vries
               333 South Hope Street
20               Los Angeles, California 90071
               (213) 680-8400
21

22
  Court reporter:         BLANCA I. LARA
23             Official Court Reporter
           219 South Dearborn Street
24               Room 2342
           Chicago, Illinois 60604
25             (312) 435-5895
          blanca_lara@ilnd.uscourts.gov

1    Appearances:  (Continued:)

2

3    For the Plaintiffs:    KIRKLAND & ELLIS LLP
                           BY: Ms. Megan Margaret New

4                          300 North LaSalle Street
                          Chicago, Illinois 60654

5                          (312) 862-7439

6                          KIRKLAND & ELLIS LLP
                          BY:  Ms. Leslie M. Schmidt

7                          601 Lexington Avenue
                          New York, New York 10022

8                          (212) 446-4763

9    Motorola Corporate Representative:  Mr. Russ Lund

10

11    For the Defendants:    STEPTOE & JOHNSON LLP
                           BY: Mr. Boyd T Cloern

12                           Mr. Michael J. Allan
                           Ms. Jessica Ilana Rothschild

13                           Ms. Kassandra Michele Officer
                          1330 Connecticut Avenue., Nw

14                          Washington, DC 20036
                          (202) 429-6230

15                          STEPTOE & JOHNSON LLP
                          BY:  Mr. Daniel Steven Stringfield

16                          227 West Monroe Street
                          Suite 4700

17                          Chicago, Illinois 60606
                          (312) 577-1267

18

19    Hytera Corporate Representative:  Michele Ning

20

21

22

23

24

25

1          THE CLERK:  All rise.

2          (The following proceedings were had in the

3          presence of the jury in open court:)

4          THE CLERK:  The Court is in session.  Please be

5  seated.

6          THE COURT:  Good morning, members of the jury.

7          Please call the next witness.

8          MR. CLOERN:  Hytera Communications and Hytera America

9  and America (West), we call Mr. Yu Yang.

10          Jim, could we bring back up PTX 23.2.

11          YU YANG, DEFENDANTS' WITNESS, PREVIOUSLY SWORN

12                  DIRECT EXAMINATION (resumed)

13  BY MR. CLOERN:

14  Q.  Okay.  So yesterday I think you mentioned showing your

15  sample radio in 2008 to Premiere Wen.  Can you tell us who

16  Premiere Wen is?

17  BY THE WITNESS (THROUGH INTERPRETER:

18  A.  Premiere Wen is one of the most highest ranking leaders of

19  the country.  We can say that he's No. 2 in the leadership.  He

20  is responsible for the economic development and planning and

21  matters of those of the country.

22  Q.  Okay.  And if you look at your screen.  This is the OMAP

23  we've been discussing (indicating)?

24  A.  Correct.

25  Q.  And this is the FPGA, sort of in this area here

Yang - direct by Cloern

2787

1    (indicating)?

2    A.  Correct.

3    Q.  And in removing the FPGA, you needed to take all the

4    circuitry in this block, move it over to he OMAP, turn it into

10:19:55  5    ones and zeros, is that right?

6    A.  I'm not sure if that is an accurate definition, but what we

7    need to do is that we have to take everything in that block and

8    put it into the DMT, and then to do the software programming

9    again, and I'm not sure if you can simply say it is ones and

10:20:45  10    zeros.

11   Q.  Is it DMT or DSP maybe?

12   A.  I misspoke.

13   Q.  All right.  Well, that's why you're an engineer, not a

14   lawyer.  So let me see if I can get it right.

10:21:01  15       The physical -- the physical circuitry in the FPGA,

16   that is going to be turned into software -- software code that

17   will be stored on the OMAP, is that right?

18   A.  Yes.

19   Q.  Okay.

10:21:49  20       MR. CLOERN:  Can we go to the next page, please.

21   BY MR. CLOERN:

22   Q.  And so on PTX 23 and then also on PTX 23.3 and 23.4, do you

23   see there reasons that Sam Chia gave for removing the FPGA?

24   A.  Yes.

10:22:22  25   Q.  Okay.  And do you -- first of all, do you agree with those

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 5 of 102 PageID #:54619
Yang - direct by Cloern
2788

1    reasons?

2    A.  I can only partially agree.  Some of them make sense, some

3    of them do not.

4    Q.  And so removing the FPGA, it will, in fact, reduce cost,

5    right?

6    A.  Yes.

7    Q.  And it saves some board space, some space on the circuit

8    board?

9    A.  Yes.

10   Q.  And the FPGA uses a lot of power, right?  So you'll save

11   power by removing it?

12   A.  That's correct.  However, the problem is that if we look at

13   these three points independently, they do make sense.  However,

14   if we look at them together, we can find that we need more time

15   and devote more resource into the work that's related to these

16   reasons.

17        Our work with respect to FPGA had already been

18   completed.  If we are to do it again, it would cost a delay in

19   the lunchtime of the product, and during that delay our product

20   cannot make money.  On the contrary, we'd have to spend more

21   money, and it is a point or a consideration of making a

22   balance, striking a balance among all factors.

23   Q.  So did removing the FPGA create additional work beyond what

24   you had already planned for commercialization?

25   A.  It works like this, the answer is "yes."  However, even

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 6 of 102 PageID #:54620
Yang - direct by Cloern
2789

1    though the algorithm had already been completed and implemented

2    for writing the codes again for the DSP, it takes a lot of time

3    to do the work and it would waste us a lot of time.

4    Q.  Did you prepare a slide to demonstrate the evolution of the

10:26:28  5    change in chip?

6    A.  Yes.

7          MR. CLOERN:  Your Honor, may we publish DTX 7.1?

8          THE COURT:  What was the number?

9          MR. CLOERN:  I believe it's 7.1.

10:26:51  10          THE COURT:  Is there any objection?

11          MR. ALPER:  No, your Honor.  Sorry.

12          THE COURT:  Proceed.

13          (Exhibit published to the jury.)

14    BY MR. CLOERN:

10:27:05  15    Q.  Now --

16          THE COURT:  Counsel, you can move that lectern over,

17    if it's movable.

18          MR. ALPER:  I'll shift out of the way.

19          THE COURT:  Okay.  Proceed.

10:27:21  20          MR. ALPER:  Thank you.

21    BY MR. CLOERN:

22    Q.  So can you please describe what you're showing us on the

23    slide?

24          And, by the way, you may want to give a break for the

10:27:31  25    interpreter if your answers are more than a few sentences.

Yang - direct by Cloern

2790

A.  On the very left portion of the slide, the three modules,
namely, CCL, DLL, and the physical layer, those are the
standard layers in the protocol stack pertaining to ETSI
standards.

10:28:32    On the very right-hand portion, these are the three
solutions that we have used for the entire project.  The first
one consists of three chips, ARM, DSP and FPGA.

In the very beginning, we put these three layers into
the three chips, ARM, DSP and FPGA.

10:29:30    In the version that we've demonstrated to Premiere
Wen, we included in that version the OMAP, which would place
the chip consisting of the ARM and DSP chip, and we put the DLL
layer into the ARM core of the OMAP chip, and we put the other
-- we put the DSP core into the DLL and we put DLL into the DSP
10:30:36    core of the OMAP chip, and in this version it did not have a
physical layer.

For the physical layer, it is still put into the FPGA,
that part did not change.

After Sam Chia took over and after we removed the
10:32:02    FPGA, the change was greater.  The physical layer is then put
into the DSP.  However, there is not enough space and
configuration on the DSP.

And as we can see on the right-hand side portion,
there are blocks identified or labeled as UMAC and LMAC.  We
10:32:25    put the UMAC into the ARM core so that there would be more

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 8 of 102 PageID #:54622
Yang - direct by Cloern
2791

1    space in the DSP core for us to implement the physical layer,

2    and that change or adjustment would affect our overall work.

3    Q.  And so is this right here (indicating) what the 2007

4    testing you described was about?

10:32:55    5    A.  Correct.

6    Q.  The three boards you described that you tested and

7    interoperated with the Motorola radio?

8    A.  Correct.

9    Q.  And then this one is the one that you developed in 2008 and

10:33:30    10    created a sample radio from it that you showed to Premiere Wen

11    (indicating)?

12    A.  Correct.

13    Q.  And then this final one here is what the company launched

14    in 2010 after the Malaysian team came over, right?

10:34:03    15    A.  Yes.

16    Q.  Okay.

17              MR. CLOERN:  Jimmy, you can take that down.

18              Can you bring back up 23.2.

19    BY MR. CLOERN:

10:34:23    20    Q.  And in moving all this, take out this chip and moving it

21    over here (indicating), could you reuse any of the prior work,

22    any of the work creating the FPGA?

23    A.  Of course.  With respect to the technical aspect, the most

24    difficult part would be the implementation of the algorithm.

10:35:22    25    The language that a program or a software uses is just a matter

Yang - direct by Cloern

2792

10:35:46

1    of the format of the implementation.  It is like when someone

2    writes a novel.  What matters is the content and the story line

3    of the novel.  And if it's intended for a certain group of the

4    audience or readers, it would be written in the language for

5    that intended audience.

6    Q.  So in your example, the algorithm is the novel, and then

7    you can write that novel in whatever language, and you can

8    write the algorithm in whatever computer language, is that

9    your ....

10:36:13

10   A.  Yes.

11   Q.  And so could you reuse the algorithms and just write them

12   instead of in verilog, write them in C?

13   A.  Yes.

14       MR. CLOERN:  Jim, bring up 23.5 and 23.6.

10:37:02

15   BY MR. CLOERN:

16   Q.  Now, are these the algorithms and functionality that would

17   need to be recoded from verilog to C by removing the FPGA?

18   A.  Yes.  Throughout this PowerPoint slide, we can see that the

19   original term that Sam used is "recode," and the meaning of

10:37:58

20   that word "recode" is not we should take the original algorithm

21   and write it in another language.

22   Q.  So let's take the first one.  "Digital TX," is that the

23   digital transmission?

24   A.  Yes.  Digital transmission.

10:38:29

25   Q.  And in the digital transmitter, are there three algorithms

Yang - direct by Cloern

2793

1   that need to be recoded?

2   A.  Yes.

3   Q.  And on the first one where it says "bit to symbol mapping"

4   and it says "recode to C55," what does that mean?

10:39:23   5   A.  This is one of the functionalities that we did in the FPGA,

6   and our DSP core is the C55 core.  And it means here that we

7   have to recode the code for the C55 core.

8   Q.  Okay.  So all -- if you look over to where it says "Common

9   Items," it's the last large bullet on the second page.

10:40:10   10          Do you see that?

11   A.  Yes, I see it.

12   Q.  Okay.  And you see it says "All These Are New Code"?

13   A.  Yes.

14   Q.  Okay.  And now, did the FPGA already have a timer for the

10:40:42   15   TBMA function?

16   A.  FPGA chip has a characteristic.  It performs computation or

17   calculation by using the hardware, and the timer is implemented

18   in the hardware in the FPGA chip.

19          So that is why we did not have to do a lot of work for

10:41:55   20   the FPGA chip with respect to this aspect.  However, when it

21   comes to the C55 chip, it is a little troublesome because C55

22   is not a very good chip that is appropriate for implementing or

23   realizing precise timing, that is the reason why Sam took this

24   functionality out.

10:42:22   25   Q.  So in the C55, that refers to the DSP and the OMAP chip?

Yang - direct by Cloern

2794

1    A.  Correct.

2    Q.  And so -- and FPGA has sort of an inherent ability to do

3    precise timing, is that right?

4    A.  Yes.

10:42:49    5    Q.  And to get that kind of timing in the OMAP's DSP, call it

6    C55, you're going to have to write software code to make that

7    happen, is that right?

8    A.  Yes.  The reason is not C55 itself.  It's not responsible

9    for the timing functionality in the first place.

10:43:29    10    Q.  Okay.  And, now, is there anywhere on this page that talks

11    about using any Motorola code to perform any of these tasks?

12    A.  No.  All the content in this page basically all talks about

13    how to reuse the code, that was already done for the FPGA.

14    Q.  And other than what's listed in "Common Items," everything

10:44:19    15    on this page was already done in the FPGA and the algorithms

16    could be reused, is that correct?

17    A.  Correct.

18    Q.  And is there anything in this presentation that Sam Chia

19    sent to the Chinese engineers regarding the FPGA removal that

10:44:52    20    says anything at all about using any Motorola information for

21    this recoding work?

22    A.  No.

23         MR. CLOERN:  If we look at 23.7, please.

24    BY MR. CLOERN:

10:45:27    25    Q.  And what are we seeing here in the FPGA removal

Yang - direct by Cloern

2795

1    announcement?

2    A.  Are you asking me to explain this?

3    Q.  Please.

4    A.  This talks about the arrangements for removing the FPGA.

10:46:24    5    The very top arrow talks about migrating FPGA code to C55, and

6    it indicates that the timeframe for completion that they hope

7    or expect would be by November 2008.

8         And at the same time in September of that year, we

9    also initiated the code design work without the FPGA, and that

10:47:29    10    is depicted in the third arrow on this page.

11         And what is shown for the second arrow means that

12    throughout that timeframe or time period, we were still using

13    the FPGA.

14         And what is shown in the third arrow, the timeframe

10:48:22    15    for that arrow is January or February of 2009, and that is the

16    timeframe we hope that we would have the entire completed

17    hardware portion, which is expected to come out around January

18    or February of 2009.

19         And as shown on the very top arrow, the software

10:48:45    20    migration work would be completed by November of 2008, and we

21    hope that after the hardware is ready and comes out we would be

22    able -- and we will be able to put the software portion that

23    does not have the FPGA to the new hardware.

24    Q.  So by November 2008, move the code from the FPGA to the

10:49:16    25    OMAP, and then by January or February have the OMAP removed and

Yang - direct by Cloern

2796

1    use the OMAP-only hardware, is that correct?

2         INTERPRETER LIN:  Counsel, did you say "have the OMAP

3    removed"?

4         MR. CLOERN:  I'm sorry.

10:49:34    5    BY MR. CLOERN:

6    Q.  So by November 2008, Sam's plan was to have the code, the

7    FPGA code moved over to the OMAP, and then by early 2009 the

8    plan was to have the new hardware that only an OMAP in it and

9    no FPGA?  Did I get that right?

10:50:00    10   A.  Yes.  Correct.

11   Q.  So is there any significance to the January, February 2009

12   date that Sam Chia wanted to be done with this removal of the

13   FPGA and migration of the code?

14   A.  There would be an IWC Exhibition in March 2009, and Sam was

10:51:14    15   hoping that we would be able to demonstrate the sample without

16   the FPGA in that exhibition.

17   Q.  And what is the IWC?

18   A.  IWC is a very important exhibition and conference for the

19   industry of two-way radios.

10:51:44    20   Q.  And you wanted to have the new hardware design without the

21   FPGA ready to be displayed at the IWCE, is that right?

22   A.  Yes.

23   Q.  And that was March of 2009?

24   A.  Yes.

10:52:14    25        MR. CLOERN:  PTX 21, is that in?  No?

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 14 of 102 PageID #:54628
Yang - direct by Cloern
2797

1      (Brief pause.)

2    BY MR. CLOERN:

3    Q.  Can you turn in your binder to PTX 21.

4         Do you recognize this document?

10:52:38    5    A.  I came across the document when I was preparing for my

6    trial testimony.

7    Q.  And did you see this -- were you shown this document at

8    your deposition as well?

9    A.  Yes.

10:53:05   10    Q.  And had you ever seen this document before -- before this

11   lawsuit was filed?

12   A.  No.

13   Q.  Can you tell us, though, what this document is?

14   A.  This is an e-mail sent to G.S. Kok by Sam and it copied the

10:54:03   15   Malaysian team, the Malay team.  And you can see in this e-mail

16   it contains an attachment which says "FPGA Analysis."  And I

17   think Sam was trying to explain the work related to the removal

18   of FPGA.

19   Q.  And was this document produced by Hytera in this

10:54:23   20   litigation?  It has an HYT Bates stamp with a number in the

21   corner?

22   A.  Yes.

23        MR. CLOERN:  Your Honor, we would offer this for

24   admission.

10:54:40   25        MR. ALPER:  We think it's in evidence, but no

Yang - direct by Cloern

2798

1    objection.

2            MR. CLOERN:  Sorry.

3            THE COURT:  It may be published if it has not yet been

4    published.

10:54:48    5            (Exhibit published to the jury.)

6    BY MR. CLOERN:

7    Q.  And so this e-mail, this is only among the Malaysian team,

8    former Motorola employees, is that your testimony?

9    A.  Yes.

10:55:12   10    Q.  And the attachment is a FPGA Analysis.  I think that starts

11    on 21.5.

12            MR. CLOERN:  Can you, Jim, pull up the attachment.

13    BY MR. CLOERN:

14    Q.  And this attachment was only -- was not shared, to your

10:55:40   15    knowledge, with the Chinese engineers?

16    A.  That's correct.

17            MR. CLOERN:  And, Jim, could you put this aside PTX

18    23, which is the announcement to the Chinese engineers of the

19    decision to remove the FPGA.

10:56:15   20            And, Jim, can you -- it's the FPGA Analysis on the

21    left, can you please pull up PTX 21.12.

22    BY MR. CLOERN:

23    Q.  Now, Mr. Yu, do you see the fourth bullet point talking

24    about needing to implement an L1 timer in the C55, and then the

10:56:44   25    bullet point after that saying:

Yang - direct by Cloern

2799

1          "This will result using a lot of Moto code and
2          this is a concern."
3    A.  Yes, I see those.
4    Q.  Now, had you ever seen that before a lawyer showed it to
10:57:15    5    you at your deposition?
6    A.  No.
7    Q.  And this is part of the Malaysian team's analysis in
8    determining whether they wanted to remove the FPGA, is that
9    right?
10:57:45    10   A.  That is correct.
11   Q.  And as far as you know, that was not shared, this FPGA
12   Analysis was not shared outside the Malaysian team?
13   A.  That is correct.
14   Q.  And once the Malaysian team decided to remove the FPGA and
10:58:08    15   move its functionality to the OMAP, did they then share with
16   your Chinese team the FPGA removal announcement?
17   A.  According to my understanding, they did share the
18   announcement, but they did not share the analysis that we see
19   on the left-hand side of the screen.
10:58:57    20   Q.  Now, how do you -- how do you know that the FPGA Analysis,
21   the one on the left side, how do you know that was not shared
22   with the Chinese software engineers?
23   A.  That is based on my own memory and understanding.  And
24   first of all, based on the e-mail that we just saw, that is
11:00:16    25   only an internal e-mail, internally circulated and shared

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 17 of 102 PageID #:54631
Yang - direct by Cloern
2800

1    amongst the Malaysian team.  And I was considered one of the

2    most senior Chinese employees at the company at that time, and

3    first of all, Sam Chia did not talk to me or mention to me

4    anything about the analysis, nor do I remember anyone who have

11:00:42    5    come to me to talk about the code or matters related to that

6    aspect that Sam Chia might've told them.

7    Q.  And why do you think this would've been brought to your

8    attention if it had been shared outside the Malaysian group?

9    A.  I think it is, because it mentioned things about using

11:02:13    10    other people's code.  And for us, as software engineers, we

11    know it is not the right thing to do.  And at that time we have

12    completed all the work and we would hope that we would include

13    something better in the work that we already did instead of

14    using something that is wrong or not good in our code or in the

11:02:37    15    project that we have had already completed.  And we would hope

16    that the hardware that we have done would be kept perfect and

17    good.  We would not want anything bad to pollute the work that

18    we already did.

19    Q.  And you testified that you were shown this document at your

11:02:57    20    deposition.  How did you feel when you first saw it?

21    A.  At that time I felt surprised and a little bit

22    disappointed.  And as I mentioned earlier, all the Chinese

23    employees were already doing a very good job under the guidance

24    of Professor Sun.  And we already had a plan to sell our

11:04:29    25    product in January 2009, and we cannot understand why Sam Chia

Yang - direct by Cloern

2801

1    would want to remove the FPGA if they had the ability to do so.

2    Of course, they could just go ahead and do so, and we also

3    considered them to be very capable people.

4            And there would be no problem if we could do it on our

5    own.  We could do it by ourselves.  And that is why I don't

6    understand, why we did not understand why they had to use this

7    method instead of doing it on our own.

8    Q.  So please turn to PTX 483 in your binder.

9            Can you tell us what this document is?

10   A.  This is a table containing the allocation and tracking of

11   the test that we are assigned to.  I came up with this plan

12   together with them and I was responsible for the update, the

13   status update of this table.

14   Q.  And so are these the tasks in this spreadsheet that Sam

15   wanted to complete before the IWCE Conference so they could

16   have a product ready for that conference?

17   A.  Yes.  As you can see, there is a table on the later pages,

18   pages 8 and 9, and we would hope that we could complete these

19   objectives around the end of 2008.

20   Q.  And that's what this table here shows?

21   A.  Correct.

22   Q.  Okay.

23           MR. CLOERN:  Jim, let's go back to the first page.

24   BY MR. CLOERN:

25   Q.  Now, who are the people listed under column C

Yang - direct by Cloern

2802

1    "Responsibility"?

2    A.   These are all our Chinese engineers.

3    Q.   And that's true for all the tasks listed in this

4    spreadsheet?

11:08:13    5    A.   In the very beginning when we were preparing this

6    spreadsheet, yes, what we listed at that time was all Chinese

7    engineers.

8    Q.   Now, did you guys meet the deadline to complete all these

9    tasks?

11:08:41    10    A.   According to my memory, in the later days, there were still

11    some tasks that we did not fully complete, and that is when Sam

12    stepped in and said that he would take over such work.

13    Q.   Now, how many tasks are listed in this spreadsheet in

14    total?  Do you know?

11:09:25    15    A.   For the specific number, I have to count, but by the

16    general look, I would say around 140 items, entries.

17    Q.   Okay.  And if we go on.  So that's on these pages 2, 3, 4,

18    5, and I think 6.

19    A.   Correct.

11:10:04    20    Q.   And about how many of these in February were not completed?

21    And that's February 2009.

22    A.   Very few.  I would say just around 3 or 4 tasks that were

23    not completed.

24    Q.   Okay.

11:10:37    25         MR. CLOERN:  Can we bring up PTX --

Yang - direct by Cloern

2803

1   BY MR. CLOERN:

2   Q.  Or turn to PTX 814 in your binder.

3           Okay.  I think this has been previously admitted.

4           Can you tell us what this document is, Mr. Yu?

11:11:24    5   A.  This relates to some of the tasks that were not completed

6   in the later days as I mentioned in my previous answer.  And

7   Sam said that he would take over those tasks and complete those

8   tasks.

9           So he provided a library to our colleagues related to

11:12:11   10   the physical layer.  And he said that for the functionalities,

11   such as the noise suppression, carrier detect, squelch, and

12   modulation limit, he would complete those tasks and he would

13   prepare a library related to those functionality so we could

14   use such a library.

11:12:32   15   Q.  So these tasks --

16           THE COURT:  When Mr. Chia said that he would complete

17   those tasks, did he mean that he would do that personally or

18   that his team would do so?

19           THE WITNESS (THROUGH INTERPRETER:  The word or wording

11:13:18   20   that he used was that these tasks are not completed and "now

21   I'll do it," that's the phrase that he used.

22           And amongst the people on the Malaysian team, we

23   considered Sam to be an expert on DSP.  So when he said that

24   "I'll do it," we would think that Sam himself would do it.

11:13:40   25           THE COURT:  Proceed.

BY MR. CLOERN:

Q.   And is this Sam (indicating)?  Is that his e-mail

(indicating)?

A.   Yes.  His Chinese name is "Xiehanxiong," which is

11:14:03   phonetically spelled as what the e-mail address shows.

Q.   And is this the library, DMR DSP?

A.   Yes.

Q.   And he said to use it for these four functions?

A.   Correct.

11:14:29   Q.   And these were four of the 130 functions that Sam wanted to

complete by early 2009 so he could have the FPGA fully removed

before the IWCE conference in March?

A.   Correct.

Q.   Now, if you were to open up this library, would you see

11:15:16   object code inside?

A.   A library file is not a human readable file.  It can only

be opened and read by machine.  So you cannot actually open it.

Q.   Did you have any suspicion -- let me back up.

Have you been informed as part of this -- as part of

11:15:59   the lawsuit, that DMR DSP was compiled from Motorola code that

Sam had?

A.   No.

Q.   So let's just assume that's the case, that Sam compiled

this library from code he or Y.T. took from Motorola.  If you

11:16:41   open this library, would you able to tell that with your

Yang - direct by Cloern

2805

1    experience as a software engineer?

2    A.  The library file cannot be opened.  It is a stand-alone

3    file.

4    Q.  So are all four of these tasks -- noise suppression,

11:17:27    5    carrier detect, squelch, modulation limit -- are they all

6    related to the FPGA removal?

7    A.  Yes.

8    Q.  And so other than carrier detect, these were all things

9    that you already had the algorithms for, is that correct?

11:18:03    10    A.  That is correct.

11    Q.  So if we again have the assumption that Sam used Motorola

12    code to create this library, why would he need to do that?  Do

13    you have any idea?

14          INTERPRETER LIN:  The interpreter is asked to repeat

11:18:40    15    the translation.

16          (Brief pause.)

17    BY THE WITNESS (THROUGH INTERPRETER:

18    A.  That is something that Sam did.  I do not have a clear

19    knowledge about it.  Probably you have to ask him.  But my

11:19:35    20    understanding or my guess is that he was probably stressed with

21    the time pressure of participating in the IWC Exhibition, so he

22    probably took a shortcut, but for the specific reason or the

23    motivation after that, behind it, you have to ask Sam.

24          And my understanding is that it's okay that we did not

11:20:01    25    do it.  It is also okay that we did not participate in the IWCE

Yang - direct by Cloern

2806

1   Exhibition.  It was not that important.

2   BY MR. CLOERN:

3   Q.  Did you ever see anyone using Motorola code at Hytera?

4   A.  I have not.

11:20:32  5   Q.  And you and the organization were directly under Sam for

6   DMR software and managed everyone else?

7   A.  Correct.

8   Q.  Do you understand that the L1 timer was also -- the

9   recoding for that was not finished as of February 2009?

11:21:04  10  A.  That is correct.

11  Q.  And are you also -- do you also understand that Peiyi Huang

12  sent out the RFHAL library which contained L1 timer around that

13  time?

14  A.  At that time I did not know about it because I was not

11:21:46  15  responsible for that part.

16  Q.  Have you later come to understand that Peiyi Huang sent out

17  the RFHAL library containing the L1 timer code around this time

18  just in advance of the IWCE Conference?

19  A.  I did not know about this until I was preparing for this

11:22:39  20  litigation for a lawsuit.  The reason is that Huang Peiyi's

21  team was led by her and it was not managed by me, so I did not

22  have knowledge about it.

23  Q.  And there's another library at issue in this case called

24  the RAF, R-A-F, library.  Was that also in an area managed by

11:23:11  25  Huang Peiyi?

Yang - direct by Cloern

2807

1   A.  With respect to the functionality, it was also done by her,

2   and I came across the knowledge in this aspect when I was

3   preparing for this case.  I did not know about this until I was

4   shown the evidence by the attorneys.  Prior to that, I had no

11:23:55   5   knowledge.

6       MR. CLOERN:  Can we bring back PTX 483, page 5, and

7   focus on row 89.

8   BY MR. CLOERN:

9   Q.  Do you see there it says "the protocol stack and the

11:24:25   10   estimated man-days is 150"?

11   A.  Yes, I see it.

12   Q.  And, again, this is the spreadsheet from June of 2008 that

13   was created -- or July 2008 that was created shortly after Sam

14   Chia and others came to Hytera, is that right?

11:25:07   15   A.  The document itself has a date, but based on what I

16   remember, it is roughly around that timeframe you mentioned.

17   Q.  And is this 150 days, is that the estimate for creating the

18   entire protocol stack?

19   A.  It certainly is not.  As I mentioned yesterday and today,

11:26:13   20   we started doing our work related to the protocol stack from

21   the year of 2005 all the way into the years of 2006 and 2007.

22   By the time those people joined Hytera, we had already been

23   working on this area of work for two or three years.  And the

24   time estimated here would refer to the time needed for the work

11:26:41   25   related to the adjustment after the removal of FPGA.

Yang - direct by Cloern

2808

1  Q.  So this was just for the recoding of the physical layer of

2  the protocol stack from the FPGA to the OMAP?

3  A.  That is not a very accurate way of putting it.  What you

4  just said is one part of it, and another part would be related

5  to the adjustments that would need to be done for the removal

6  of FPGA.

7      Everything that has been done would have to be done

8  again for the removal of the FPGA, and the version or versions

9  that are already tested would have to be tested again.  All

10 this work would take time.

11 Q.  So is it your testimony that all of the work that you done

12 on the physical layer would have to be redone again, is that

13 right?

14 A.  That is not correct.  What I mentioned earlier is the

15 adjustment.  And as I mentioned also, the algorithms have

16 already been completed.  And what is estimated here for the

17 estimated man-days would be the time that is required by -- for

18 translating the verilog language to the "c" language that can

19 be used by the DSP.

20 Q.  And did you already have a working protocol stack in the

21 FPGA at this point?

22 A.  Of course.  Our interoperability testing with the Motorola

23 device can prove that.  Also, the symbol device that we

24 demonstrated to Premiere Wen can also prove that.

25 Q.  I'm sorry, I may have forgotten to ask you this:  Peiyi

11:27:45

11:28:04

11:28:49

11:29:15

11:29:58

Yang - direct by Cloern

2809

1   Huang, did she come over from Motorola?

2   A.  Correct.

3   Q.  And did she come at the same time as Sam or was it a few

4   months afterwards?

11:30:21   5   A.  She joined a few months later.  Based on what I remember,

6   it was February 2009.

7   Q.  Was she what you would consider a member of the Malaysian

8   team?

9   A.  Yes.  She also came from Malaysia.

11:30:54   10   Q.  The work that you had done prior to the Malaysian team

11   coming over, did that -- did that prototype work contain

12   software architecture?

13   A.  Of course.

14   Q.  What is software architecture?

11:31:22   15   A.  The software architecture is the organization of the piece

16   of software.  And it includes the modules, different modules in

17   the software, as well as the connections between various

18   modules and their definitions.

19   Q.  And Y.T. Kok in, I think, July or August 2008, he proposed

11:32:05   20   changes to the software architecture, is that right?

21   A.  Based on what I remember, it was around that timeframe.

22   Q.  Okay.  And do you remember what change he proposed?

23   A.  After he saw our work, he started to tell us and encourage

24   us to use something that is called CPA.

11:33:04   25   Q.  And what is CPA?

Yang - direct by Cloern

2810

11:33:49

1    A.  CPA stands for common platform architecture.  In one piece,

2    he hoped to adopt such common platform architecture so that it

3    can be applied to all radios and all functionality.  With such

4    a common software architecture, we can then work on our radio,

5    all of our radios based on this common architecture, that is

6    Y.T.'s idea.

7    Q.  And what did you think about Y.T.'s idea?

8    A.  Before Y.T. Kok joined Hytera, we had our own software

9    architecture for our project, and it applies to all of the

11:35:35

10   products.  And all of the people working on the product believe

11   that it was a simple and high efficient -- highly efficient

12   architecture.

13        And I personally feel that Y.T.'s idea or thinking is

14   particularly ideal.  He was looking for a large and very

15   complex architecture that would cover all the requirements from

11:35:57

16   now until the future time.  And we, I mean I myself and other

17   colleagues who were working on the software architecture at

18   that time, did not agree with that.  What we wanted would be a

19   small and simple architecture that is open and expandable or --

20   can be extended, and that would help us save time and that

11:36:23

21   would allow us to perform our work in a more flexible way.

22        So to sum up, we, meaning myself and other colleagues

23   who were working with me, did not agree with Y.T.'s idea at

24   that time.

25   Q.  Did some people actually quit over this dispute?

11:36:45

Yang - direct by Cloern

2811

11:37:34

1    A.  Yes.  And it was just -- it was not just one person.  At

2    that time when we were arguing or debating with Y.T. and trying

3    to reason with him, he still wanted to promote this idea, to

4    promote this architecture.  So a lot of people of us, a lot of

5    colleagues of ours, particularly those working on software

6    architecture, left the company due to this.

7    Q.  Are abstraction layers part of the platform architecture?

8    A.  When you talk about the abstraction layer, there is an

9    abstraction layer related to the software, there is also an

11:38:16

10   abstraction layer related to the operating system.  I'm not

11   sure which one you're talking about or maybe you're talking

12   about both.

13   Q.  Both.

14   A.  Yes.

11:38:30

15   Q.  So they're both part of the CPA complex work architecture?

16   A.  That is correct.

17   Q.  Now, whether you do have an abstraction layer for the

18   hardware or operating system or you don't, does that change how

19   the product operates to the user?

11:38:52

20   A.  What matters to the users or customers would be the MMI man

21   machine interface.  Everything below the MMI would be something

22   that would be handled by our own software engineers.

23        For the users, what they see or what matters to them

24   on the actual product would be things such as the spring, or

11:40:18

25   the button, or the light, the indicator light, those are

Yang - direct by Cloern

2812

1  related to the MMI.  It has nothing to do with the software

2  architecture.

3        Another point I want to make is that we can also

4  provide the users with something that is entirely the same, but

11:40:37  5  with a completely different software structure.  Those are the

6  two points I want to emphasize.

7  Q.  Now, you mentioned the MMI.  The MMI was not done on the

8  DMR prototype in early 2008, is that right?

9  A.  We can put it in this way:  In that device that we use to

11:41:53  10  interoperate with Motorola's device, we actually did a

11  simulated or analog MMI on the PC device and we started doing

12  such work in 2008.  In the sample device that we demonstrated

13  to Premiere Wen in July of 2008, it actually included a very

14  simple MMI.

11:42:18  15  Q.  But it didn't have all of the applications and features

16  that you would ultimately launch on a version one of a

17  commercial radio, is that right?

18  A.  You can say it that way, yes.

19  Q.  And the applications and features, were a lot of those

11:42:53  20  ported over from your applications and features that you've

21  been using on your analog products for years?

22  A.  The majority of those could be ported over.  However, the

23  DMR's do have its own applications and features.  What we need

24  to do was to add that portion, but from the technical

11:43:46  25  perspective, they basically operate in the same way.

Yang - direct by Cloern

2813

1    Q.  Okay.  Had Hytera also in its analog and other digital

2    products, has Hytera previously used abstraction code, for

3    example, for hardware drivers?

4    A.  The answer is certainly "yes."  And the hardware

11:44:58    5    abstraction layer is common sense.  It's not something new.

6           And I would like to offer my explanation.  It may take

7    everyone some time to listen to it.

8           THE COURT:  Well, let's stop for lunch.

9           Members of the jury, please come back in an hour.

11:45:15    10           THE CLERK:  All rise.  The Court is adjourned for one

11    hour.

12

13           (Luncheon recess taken from 11:45 o'clock p.m.

14           to 12:45 o'clock p.m.)

11:45:52    15

16                *    *    *    *    *    *    *    *

17

18

19    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

20           RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER

21

22    /s/Blanca I. Lara.                    December 10, 2019

23

24

25

2814

```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3  MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
    SOLUTIONS MALAYSIA SDN. BHD,              )
 4                                            )
              Plaintiffs,                     )
 5  vs.                                       ) Chicago, Illinois
                                              )
 6  HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) December 10, 2019
    HYTERA AMERICA, INC., and HYTERA          )
 7  COMMUNICATIONS AMERICA (WEST), INC.,      )
                                              )
 8            Defendants.                     ) 1:00 o'clock p.m.

 9                   TRIAL - VOLUME 18B
                TRANSCRIPT OF PROCEEDINGS
10
           BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
11                        and a jury

12  APPEARANCES:

13  For the Plaintiffs:     KIRKLAND & ELLIS, LLP
                            BY:  MR. ADAM R. ALPER
14                               MR. REZA DOKHANCHY
                                 MR. BRANDON HUGH BROWN
15                               MR. AKSHAY DEORAS
                            555 California Street
16                          Suite 2700
                            San Francisco, California 94104
17                          (415) 439-1400

18                          KIRKLAND & ELLIS, LLP
                            BY:  MR. MICHAEL W. DE VRIES
19                               MR. CHRISTOPHER M. LAWLESS
                            333 South Hope Street
20                          Suite 2900
                            Los Angeles, California 90071
21                          (213) 680-8400

22  Court Reporter:         JUDITH A. WALSH, CSR, RDR, F/CRR
                            Official Court Reporter
23                          219 South Dearborn Street, Room 2342
                            Chicago, Illinois 60604
24                          (312) 435-5895
                            blanca_lara@ilnd.uscourts.gov
25
```

2815

1   APPEARANCES (Continued:)

2   For the Plaintiffs:     KIRKLAND & ELLIS, LLP
                            BY:  MS. MEGAN MARGARET NEW
3                           300 North LaSalle Street
                            Chicago, Illinois 60654
4                           (312) 862-7439

5
    For the Defendants:     STEPTOE & JOHNSON, LLP
6                           BY:  MR. BOYD T. CLOERN
                                 MR. MICHAEL J. ALLAN
7                                MS. JESSICA ILANA ROTHSCHILD
                                 MS. KASSANDRA MICHELE OFFICER
8                           1330 Connecticut Avenue NW
                            Washington, DC 20036
9                           (202) 429-6230

10

11  ALSO PRESENT:

12                  MS. AMANDA LIN, Interpreter

13                  MS. ZHAO, Check Interpreter

14              MR. RUSS LUND and

15              MS. MICHELE NING

16

17

18

19

20

21

22

23

24

25

1          (Proceedings heard in open court.  Jury in.)

2               THE COURT:  Good afternoon, members of the jury.

3               Please re-call the witness.

4          (Pause.)

5               THE COURT:  Proceed.

6          YU YANG, DEFENDANT'S WITNESS, PREVIOUSLY SWORN

7                    DIRECT EXAMINATION (Resumed)

8     BY MR. CLOERN:

9     Q.   Good afternoon, Mr. Yu.  I think before the break, I had

10    asked you about whether in analog products prior to DMR,

11    Hytera -- and its other digital products, Hytera had

12    experienced abstracting code for drivers.

13              INTERPRETER LIN:  Abstracting code for --

14              MR. CLOERN:  Drivers.

15    BY THE WITNESS (through interpreter):

16    A.   The work for doing the abstraction code is very common,

17    and it is a simple task for us, people working on software.

18    And I can explain the work that we do with respect to the

19    abstraction layer.

20              When we use the hardware, a lot of times we use

21    something called the register.  For example, the hardware, we

22    might use a speaker or a light, and we use register to make

23    the hardware pieces work.  With respect to the software --

24    with respect to the work related to software coding, we also

25    use something that is also similar to a register or the

1    concept of a register, and it applies the same thinking and

2    idea of operating the hardware pieces when it works to operate

3    the software.

4            The thinking or the logic is consistent.  It means

5    not for the layers, we would put all the things with respect

6    to operating the hardware into something that the people

7    working on software would be familiar with.  And we abstract

8    that part so it become -- so that it would become an

9    abstraction layer.  For example, if we abstract the content of

10   the hardware, we will make it into a software.  And that is

11   called a hardware abstraction layer.

12           If we abstract a code from the operating system and

13   make it into something that the software people would be

14   familiar with, that would be the software abstraction layer.

15   This is something that we used to do a lot in our analog

16   products, and we already are aware of the difficulties and the

17   aspects in terms of the technical aspect.  And for us, we do

18   not see any technical difficulties.

19   BY MR. CLOERN:

20   Q.   Okay.  Are you -- did the Malaysian team do much coding?

21   A.   They do very little.

22   Q.   So if the Malaysian team didn't do much coding, what did

23   they do between the middle of --

24           INTERPRETER LIN:  Sorry.

25           MR. CLOERN:  Go ahead.  Sorry.

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 35 of 102 PageID #:54649
Yang - direct by Cloern
2818

1        THE INTERPRETER:  Counsel?

2  BY MR. CLOERN:

3  Q.  -- between the middle of 2008 and March of 2010 when you

4  launched your first product?

5  A.  The primary job that they did was about the management

6  work as well as the allocation of the test which we saw

7  earlier with respect to that table.  Sometimes they did

8  coding, and sometimes they would also do work related to

9  documentation.  These are what they did.

10  Q.  And the documentation, the Malaysian team provided some

11  documentation within the first couple weeks or months of

12  coming to Hytera; is that right?

13  A.  Actually, I did not see those documentation back then.  It

14  was during the preparation for this case that I was made aware

15  and I saw those documentation that people such as Y.T. worked

16  on.

17  Q.  And that was some documentation related to, for example,

18  the software architecture you described along with some

19  application framework and the RPIS and ROSAL layers?  Do those

20  ring a bell?

21  A.  At that time for that PowerPoint presentation of the

22  architecture that we just saw, I am familiar with that.  And

23  for documents like the PowerPoint presentation or some other

24  documents, we usually do not refer to them as "document."  We

25  would say it is something of in the format of, for example,

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 36 of 102 PageID #:54650
Yang - direct by Cloern
2819

1    Word, and we would use them as documents for software

2    development.

3    Q.   And these were Hytera-branded documents, right?

4    A.   Correct.

5    Q.   Okay.  And were these documents particularly useful to the

6    Chinese software engineers?

7    A.   I need to explain the way we do our work.

8         The way we do our work is not we would write the code

9    first before we write documents.  And for the documents

10   provided from Y.T., when I reviewed them during my preparation

11   for this case, those documents are written in English, and

12   those were not useful for us.  We are not used to reading

13   documents written in English.

14        For documents related to standards, even though they

15   are written in English, we had no way but to read them because

16   they are written in -- they are standard documents, but

17   usually we are not used to reading documents in English.

18   Q.   All the documentation that Hytera created on the DMR

19   project prior to the Malaysian team coming over, was that all

20   in Chinese?

21   A.   Correct.

22   Q.   And then it wasn't -- prior to the Malaysian team coming

23   over, it wasn't Hytera's typical practice to code based on

24   software design documents?

25   A.   I would like to confirm if you're asking about software

Yang - direct by Cloern

2820

1   documents or software architecture.

2   Q.  Software design.  Not architecture, design documents,

3   specific technical specifications.

4   A.  With respect to the parts that I was responsible for which

5   are namely agreements and the DSP, the way we see it is not

6   the information contained in standards was sufficient for us

7   to do our work.  So in the first place, in the beginning, we

8   would start by writing the code directly.  And later on, we

9   would supplement some documents.  That is how we did our work.

10  Q.  And is this an example -- you know, the Malaysian team

11  coming in and providing these English language specifications,

12  is that an example of the culture clash you were describing

13  earlier between the way that Hytera Chinese company operated

14  and the way the Malaysian team wanted to operate?

15  A.  Yes.  And after they joined the company, they provided a

16  lot of feedbacks and opinions on documentation.

17  Q.  So you mentioned earlier that Sam and P.E. sent out some

18  libraries.  Was it a common practice at Hytera to use

19  libraries?

20  A.  The way we used the library documents or library files, we

21  used them and shared them among various different groups.

22  That is the common practice.  And for the DMR project and --

23  or documents related to DMR, we had many groups of engineers,

24  and each group would contain many engineers as well.  And for

25  people working in the same group, they would have similar

Yang - direct by Cloern

2821

1    experience and knowledge.

2            After they have completed their work, they would put

3    the work they did together or along with the knowledge they

4    picked up along the process into a library document -- a

5    library file which will then be provided to other people in

6    the other groups or teams.

7            And other people in the other teams would then put

8    their files together with such a library file that has been

9    provided to them so everyone working on this project can work

10   together.  And that has always been the way we do our work.

11   Q.  So you had different groups.  One group would put their

12   code in a library and send that library out so other groups

13   could use it; is that right?

14   A.  That is correct.

15   Q.  So why send out a library -- why put the code in a library

16   and send it out to other groups?  Why not just send them the

17   source code?

18   A.  The problem with source code files is that people or human

19   beings can read and modify the source code.  And for each

20   group when they perform their work, they would have different

21   or various source code files.  If they simply sent such source

22   code files to people in the other groups, there may be a risk.

23   For example, they would send one additional file or one file

24   will be missing.  And/or another risk would be that people

25   accidentally modify or delete something when they open the

1     source code file.  There would be such risk like this.

2          So what we do is we package the source code into

3     library files.  And when we send those library files to other

4     people in the other groups, we tell them what the library file

5     does and how it should be used so that engineers who

6     collaborate with our team can use the library files directly

7     in order to prevent the risks I mentioned earlier.

8     Q.  You mentioned earlier that Hytera Chinese engineers

9     disagreed with Y.T.'s proposed software architecture proposal,

10    the CPA.  Do you -- is that right?

11    A.  That is not a very precise statement.  A more precise way

12    of saying it is not many people disagreed with that but not

13    all people disagreed with that.  At least I know that several

14    people, myself included, disagreed with that.  That is a more

15    precise way of stating it.

16    Q.  Thank you.  Were there people who also disagreed with

17    Sam's decision to remove the FPGA?

18    A.  The answer is certainly yes.  And as I mentioned earlier,

19    in July 2008, we already made a model which can be hand-held

20    in our hands.  And that product was very close to being sold

21    on the market.

22          Our original plan was to have it sold on the market

23    in the first quarter of 2009.  And his decision not only

24    increased our workload, it also caused delay in our launch.

25    Many people did not support that decision.

Yang - direct by Cloern

2823

Q.   So if Y.T. would not have required the software changes to the architecture and Sam would not have required removing the FPGA, would Hytera have been able to have launched a DMR commercial product when it planned in the first quarter of 2009?

A.   I believe so, and that was the plan.

Q.   And would that product have been equally as desirable to your customers as the product that was ultimately launched with the help of the Malaysian team?

A.   Strictly speaking, that product you talked about was not actually launched.  And from my personal understanding, whether or not we made certain changes or whether or not there is an IC missing in the product or whether or not we make changes to the software architecture, those would be the things that the users would not be made aware of.  And the users would not pay attention to what software architecture is used or what IC is missing or what additional IC is in the product.

          And usually when we communicate with users, we would not mention what IC or things related in that aspect either. So based on that logic, even though these two things were added, those would not affect the product.

Q.   So --

A.   That is my understanding.

Q.   So Professor Sun's design was equally as good as the

Yang - direct by Cloern

2824

1    design that was actually launched by Hytera without the FPGA.

2    Would you agree with that?

3    A.   Based on my personal understanding, I agree with that

4    statement.

5    Q.   The design that was actually launched, because it had the

6    FPGA on it, it was actually somewhat cheaper to produce by

7    roughly 4 or $5 less; is that right?

8              INTERPRETER LIN:  Counsel, do you mind repeating

9    that?  "The design" --

10             MR. CLOERN:  Sure.

11   BY MR. CLOERN:

12   Q.   The design that was actually launched by Hytera, because

13   it had the FPGA removed, it was about 4 or $5 less cost; is

14   that correct?

15   A.   Based on what I remember, the unit price of an FPGA chip

16   is about 3 point-something dollars.  That's what I remember.

17   And however, even though it's cheaper, we also lost the

18   advantages brought over by the FPGA chip particularly with

19   respect to the computation power.

20             The reason is that the FPGA is a very powerful piece

21   of hardware.  If we had the FPGA in our product, we might be

22   able to achieve better performance or achieve the

23   functionalities that can only be supported by a very powerful

24   computation or calculation capability; for example, the

25   encryption functionality.  But, however, since the product was

Yang - direct by Cloern

2825

1  not ultimately launched, it would be hard to say as of now

2  what the final outcome would have been.

3          INTERPRETER LIN:  The witness would also like to

4  supplement his answer.  When he said "encryption capability,"

5  he meant a more powerful encryption capability.

6  BY MR. CLOERN:

7  Q.  Okay.  Last thing, PTX 263, Page 9, can you bring that up?

8  And let's look at Row 133.

9          And this is a spreadsheet, Mr. Yu, that you had

10  access to?

11  A.  I did not quite get the question.

12  Q.  I'm just -- you and Sam, you guys kept some task tracker

13  spreadsheets that you testified about earlier.  What I'm

14  asking about is, is this one that you had access -- is this

15  one of those spreadsheets that you had access to, or was this

16  just Sam's?

17  A.  It depends on where the document or file came from because

18  they all look very similar.

19  Q.  If you look in the metadata on the first page, so if you

20  look in your binder, that's PTX 263.

21  A.  Give me a moment.

22  Q.  Yes.  If you look at the -- it should be a page, Mr. Yu,

23  that looks like this, the very first page.

24          MR. CLOERN:  And can you, it's actually -- can you

25  translate, it says, "custodian" about three-quarters of the

1    way down.  Can you translate that?

2    BY THE WITNESS (through interpreter):

3    A.   This is a file that came from Sam.  And based on my review

4    of the content, I don't think I have seen it before.  I don't

5    recall having seen this document before.

6    BY MR. CLOERN:

7    Q.   Okay.  So let's look at Row 133 where Sam says, "Determine

8    DSP library risk and where to store the files."  And then he's

9    got a comment where on 3/09, "Yu Yang is to talk to SCM and

10   get the FEC and symbol recovery files stored in a specific

11   folder."

12            Do you have any idea what Sam might be referring to

13   there?

14   A.   I have impression or recollection about this.  This

15   relates to the FEC code.  And at that -- and I wrote that part

16   of the code.  And at that time, Sam wanted to protect some of

17   the codes, so he put some of the codes into a special folder,

18   and he wanted me to talk to SCM about that special folder.

19   Q.   Who is SCM?

20   A.   We refer to this person or this job duty as the

21   administrator of configurations.

22   Q.   Okay.  And did -- and so you said you wrote this code?

23   A.   I was referring to the part that says "FEC" since there

24   are two parts of codes mentioned here.  And for the FEC code,

25   it was written by me when I was working as a software engineer

Yang - direct by Cloern

2827

1    around the timeframe of 2005 or 2006.

2                MR. CLOERN:  Okay.  And can you bring up PTX 814?

3    And this is the email where Sam Chia sent out the DMR DSP

4    library and mentioned to use it for four functions.  Can you

5    put that up aside what we were just looking at, please?

6    BY MR. CLOERN:

7    Q.   And then are either FEC or symbol recovery, the two kinds

8    of source code mentioned in this reference to you, are either

9    of those mentioned as part of DMR DSP library that Sam

10   created?

11   A.   I don't think they are related.

12   Q.   Okay.  Last question:  Did Y.T. also suggest, around the

13   same time that he was suggesting the software architecture

14   change, did he also suggest changing Hytera's prior coding

15   work from C language to C++ language?  Do you recall that?

16   A.   I remember it.

17   Q.   Okay.  And is -- C++, is that just a commonly known and

18   used public programming language?

19   A.   Yes.  C or C++ are programming languages that are used

20   more often.

21   Q.   And did Y.T. give a reason why he wanted to change to C++?

22   A.   The reason is that the work that Y.T. was doing was not

23   something I was responsible for.  At that time, I did not have

24   such knowledge.  And based on what I remember, perhaps Y.T.

25   might have explained to people working with him, but I am not

1    sure about that.

2    Q.   Is C++ an object oriented, what's known as an object

3    oriented coding language?

4    A.   It's called object orient -- oriented programming

5    language, yes.

6    Q.   And some -- that's just a preference for some software

7    coders, would you agree with that?

8    A.   Generally speaking, yes.

9    Q.   And did you ever think that Y.T.'s suggestion to code in

10   C++ instead of C, that that had anything to do with Y.T.'s

11   prior job at Motorola or using Motorola code?

12   A.   For us, we do not distinguish between programming in C or

13   programming in C++.  For us, we can use both.  And at that

14   time, Y.T. was encouraging us to use C++.  The impression that

15   he gave us was that he was probably more familiar with the C++

16   language.

17            It is like when he said he would hope that we could

18   write emails in English.  That is something that he was

19   familiar with.  So at that time, he wanted everybody to do

20   coding in C++.  Even though we thought it was unnecessary or

21   some people did not support that, we still believe that there

22   was nothing we could do but to accept it.  And we did not

23   believe that it was related to the information that came from

24   Motorola or anything like that.

25            Also, C++ is a common programming language.  It does

Yang - cross by Alper

2829

```
 1   not exclusively belong to Motorola only.

 2              MR. CLOERN:  Pass the witness.

 3              THE COURT:  Proceed.

 4              One question:  How often did you meet with Kok on a

 5   face-to-face basis?

 6              THE WITNESS (through interpreter):  I reported to

 7   Sam, and Sam reported to Mr. Kok.  Sometimes we ran into each

 8   other when we were walking, but we rarely had face-to-face

 9   communication just the two of us.  It was rare.

10              THE COURT:  Proceed.

11              MR. ALPER:  Thank you, your Honor.  Good afternoon.

12                        CROSS-EXAMINATION

13   BY MR. ALPER:

14   Q.  Good afternoon, Mr. Yu.  My name is Adam Alper, as you'll

15   recall.

16   BY THE WITNESS (through interpreter):

17   A.  Yes.  We met in Hong Kong.

18   Q.  Yes.  Yes.  And I'll be asking you a few questions this

19   afternoon.

20              THE COURT:  Just a minute.  When did you meet in Hong

21   Kong?

22              THE WITNESS (through interpreter):  In March of this

23   year when I did my first ever deposition.

24              THE COURT:  Proceed.

25              MR. ALPER:  Thank you, your Honor.
```

Yang - cross by Alper

2830

BY MR. ALPER:

Q.  I believe you testified that you've been working for Hytera for about 15 years, almost 15 years?

A.  That's correct.

Q.  And you were working on the DMR products for many of those years?

A.  From the year of 2005 to the year of 2014, yes.

Q.  And is it your testimony that after the lawsuit was filed, you were surprised to learn that Hytera had Motorola's confidential information?

A.  Yes.

Q.  And you know now that Hytera has Motorola's confidential information, correct?

A.  That is correct.  My counsel told me that.

Q.  And you know that Hytera's products have Motorola source code in them, correct?

A.  Now I know.

Q.  And you know that Hytera is in possession of confidential Motorola documents, correct?

A.  I have a rough idea about that, but I do not know what specifically you are referring to.  And my counsel told me about it briefly.

Q.  And I take it from that answer, you're not here to address the presence of Motorola's confidential information and source code in Hytera's products; is that right?

Yang - cross by Alper

2831

1   A.   According to the arrangement told to me by the company and

2   our counsel, I am here to tell everybody what I know about

3   what happened between the years of 2005 and 2010.  Perhaps

4   there would be some information that I would know, and I would

5   tell the information that I know.

6   Q.   And you're the third witness to testify for Hytera?

7            INTERPRETER LIN:  I'm sorry, counsel?

8   BY MR. ALPER:

9   Q.   You're the third witness to testify for Hytera?

10  A.   I know that Professor Sun testified before me, and I am

11  after him.  I am not sure if that is correct, but that's the

12  information that I am aware of.

13  Q.   You're right.  You're the second witness who's employed by

14  Hytera to come to testify?

15  A.   I believe so.

16  Q.   But you're not addressing the events after 2010 like the

17  presence of Motorola code in the current products, correct?

18  A.   According to what my company and our counsel told to me, I

19  am here in my personal capacity to talk about what I have seen

20  and what I have heard.

21           With regard to this case, I think it was in 2014 when

22  I already left the project, and I'm here to talk about matters

23  related to DMR for that time period.  That should be so or

24  that should be the case.  That is my understanding.  However,

25  I am confused by the way counsel asked the question.

Yang - cross by Alper

2832

1  Q.  I'll ask a slightly different question.  You know it's

2  wrong for Hytera to have Motorola's source code in its

3  products, right?

4  A.  Now I know that, and I also think it is wrong.

5  Q.  Now, the leaders in 2008, 2009, 2010, once Mr. Chia,

6  Mr. Kok, and Mr. Kok joined Hytera, they were the leaders of

7  the DMR development group, right?

8  A.  That is correct.

9  Q.  And they knew that Hytera was using Motorola's

10  confidential information in developing its products, correct?

11  A.  That is a matter related to them and their knowledge.  And

12  based on the information that we see today, they did use

13  Motorola's information, but I was -- I am not them.

14        MR. ALPER:  I'm going to hand out -- may I approach

15  the witness, your Honor, in order to hand out a document?

16        THE COURT:  Yes.

17  BY MR. ALPER:

18  Q.  Okay.  I've asked -- I've handed you PTX 412.  Is PTX 412

19  an organizational chart with listing Hytera employees on it?

20  A.  Our organization structure keeps changing, but based on

21  what I remember, we did have an organizational chart like this

22  for a certain period of time.

23  Q.  And you can see there's a Bates number, an HYT Bates

24  number in the lower left -- right-hand corner of the pages

25  that indicates that this was produced from Hytera's files; is

Yang - cross by Alper

2833

1   that correct?

2   A.  I think so, but the Bates number is something that counsel

3   did, but I think we produced it.

4           MR. ALPER:  Your Honor, move to admit PTX 412.

5           THE COURT:  It is received and may be published.

6       (Plaintiff's Exhibit 412 received in evidence.)

7   BY MR. ALPER:

8   Q.  Okay.  So just so everyone can see, this is PTX 412.  I'm

9   going to go to Page 412.2 and try to zoom in a little bit.

10          So we can see here at the top of the organizational

11  chart, we have G.S. Kok, correct?

12  A.  I see it.

13  Q.  And he is the DMR general manager, correct?

14  A.  Yes.

15  Q.  And the next one we have is Y.T. Kok, he's the assistant

16  general manager for DMR?

17  A.  Yes.

18  Q.  And if we go down just a little bit, we see Sam Chia, he's

19  the chief product architect, correct?

20  A.  That's what it says in this chart.

21  Q.  He's also the DMR software director?

22  A.  Yes.

23  Q.  And when Mr. Chia, Mr. Kok, and Mr. Kok joined Hytera,

24  they were the senior executives in charge of DMR, right?

25  A.  They were given such management roles after they joined

1    the company.

2    Q.  And they were your leaders, and you followed your leaders,

3    right?

4    A.  With respect to the structure of the management, that is

5    how it works.

6    Q.  And when Mr. Kok, Mr. Kok, and Mr. Chia made a decision

7    about what should happen with respect to the development of

8    the DMR products, that's what Hytera as a company did, right?

9    A.  At that time for us working as engineers, that is how it

10   works.  That was the case and because the company assigned

11   them to us as our leaders, and we listened to what they said.

12          THE COURT:  Where are you on the chart?

13          THE WITNESS (through interpreter):  I am on the very

14   right portion where it says "DSP GL."

15          THE COURT:  Can you --

16          THE WITNESS (through interpreter):  And there is my

17   name there, Yu Yang.

18          THE COURT:  Can you circle that, counsel?

19          MR. ALPER:  I can.

20          THE COURT:  That's you?

21          THE WITNESS (through interpreter):  That is correct.

22   BY MR. ALPER:

23   Q.  And when Mr. Kok, Mr. Chia, and Mr. Kok decided to use

24   Motorola code in the Hytera products, that's what Hytera as a

25   company did, correct?

1      THE COURT:  The point of my inquiry was to say that

2  you should attempt to lay a foundation for the competence of

3  this witness to speak for what the board of directors or

4  executive officers of Hytera may do.

5      MR. ALPER:  Yes.  I can -- let me -- may I follow up

6  on that, your Honor?

7      THE COURT:  Indeed.

8  BY MR. ALPER:

9  Q.  So let me zoom out just a little bit here.  So you -- let

10  me back up just a little bit.  So Sam Chia was the director of

11  software here, right?

12  A.  That is correct.

13  Q.  And you can see he has two branches that come out of being

14  director of software.  One goes to the Tetra products, and the

15  other goes to DMR; is that right?

16  A.  That is correct.

17  Q.  And the DMR software manager under Sam Chia is Peiyi Wong,

18  correct?

19  A.  Correct.

20  Q.  And then under Peiyi Wong is you, you're the DSP group

21  leader, correct?

22  A.  That is correct.

23  Q.  And you worked directly with Sam Chia and Y.T. Kok and

24  G.S. Kok over your years at Hytera, right?

25  A.  I worked with them, but I do not know how to understand

1  the word "directly" that you used.

2  Q.  You communicated with them, sent emails in connection with

3  your work -- with Mr. Chia, Mr. Kok, and Mr. Kok in connection

4  with your work at Hytera, correct?

5  A.  I primarily sent emails to them.  You should put it that

6  way.  However, I mainly sent emails to Sam only.  And later

7  on, I sent emails or started to communicate with Peiyi.  These

8  two people are the people I primarily worked with.

9  Q.  And when Mr. Chia and Mr. Y.T. Kok and Mr. G.S. Kok

10  decided to use Motorola code in the Hytera products, that's

11  what Hytera as a company did, correct?

12          MR. CLOERN:  Objection, your Honor.

13          THE COURT:  Post hac, ergo hac?

14          MR. CLOERN:  I'm sorry?

15          THE COURT:  Post hac, ergo hac?

16          MR. CLOERN:  A little bit certainly, but I think that

17  the question is vague if he's asking about some corporate

18  company decision at some high level or -- it's just not clear

19  what the question is about.

20          THE COURT:  It calls for a conclusion on the part of

21  the witness without foundation.  Furthermore, this; therefore,

22  that.

23          MR. CLOERN:  Agreed.  That's my objection better

24  stated, your Honor.

25          THE COURT:  Sustained.  I'm certainly not barring a

Yang - cross by Alper

2837

1    competent witness to testify in terms of what corporate action

2    was taken and who the decision makers were at the time.  I

3    mentioned previously executive officers, Board of Directors,

4    and others.  So somebody more competent that this

5    distinguished witness might be in a better position to give

6    you the answer you're looking for.

7        (Interpreter Lin translating.)

8            THE COURT:  Did I say that much?

9            MR. ALPER:  I'll narrow the question, your Honor.

10           THE COURT:  Proceed.

11   BY MR. ALPER:

12   Q.  Let me show you PTX 814.  You testified about this on your

13   direct.  Do you recall this email?

14   A.  Yes.

15   Q.  This is an email from Sam Chia, and you're one of the

16   recipients, right?

17   A.  I was in the cc. list.

18   Q.  And Mr. Chia is telling the recipients -- oh, well,

19   withdrawn.

20       The people in the "to" list, those are Hytera

21   engineers who did not come from Motorola, correct?

22   A.  Correct.

23   Q.  And Mr. Chia -- I believe you testified Mr. Chia is

24   telling you to use the DMR DSP library files, right?

25   A.  Yes.

Yang - cross by Alper

2838

1   Q.   And when Mr. Chia told you to use the DMR DSP library

2   files in Hytera's products, that's what you did, right?

3   A.   Correct.

4   Q.   And those went into -- those library files went into

5   Hytera's products and ultimately were sold as part of Hytera's

6   products, right?

7   A.   Based on what I see in this email, I can only say that the

8   version that was meant to be demonstrated in the IWCE used

9   this library file and implemented these functionalities

10  referenced here.  However, with respect to what was ultimately

11  launched, what version was ultimately launched and what

12  functionalities were implemented in that launched version, we

13  would need to ask specific engineers.  This email does not

14  reflect that information.

15       Particularly with respect to what happened after the

16  first -- the initial launch, there would be subsequent updates

17  of the software.  For that part, I do not have a clear idea.

18  And for example, the products sold in 2011 may use different

19  codes versus the products sold in 2012, for example.  For this

20  part, we would need to ask specific engineers to address this

21  aspect.

22  Q.   You don't know for those later versions whether they

23  include the same DMR DSP library?

24  A.   The reason I emphasized on that is that it seems like

25  there have been some feedback with respect to carrier detect.

Yang - cross by Alper

2839

1  Some feedback said that it's not easy to use that.  And I

2  remember that some engineers rewrote the code for the

3  optimization of that functionality.

4          Also, in 2012 there were some feedback with respect

5  to modulation limit, and we rewrote the code for that.

6  However, with respect to the specific situation, we would need

7  to ask specific engineers.

8  Q.  And for this version of the DMR DSP library in February

9  2009, when Mr. Chia told you and your colleagues to use this

10  version, that's what you did, right?

11  A.  Yes.  At that time point, we used this library file,

12  correct.

13  Q.  And this library file, that came from Motorola code,

14  right?

15  A.  My counsel told me that answer -- the answer was yes when

16  I was preparing for this case.

17  Q.  Now, when Mr. Chia, Mr. Kok, and Mr. Kok joined the

18  company, your position, your responsibilities were narrowed,

19  correct?

20  A.  Yes.

21  Q.  Prior to Mr. Kok, G.S. Kok joining the company, you were

22  in charge of the software department, and then after he

23  joined, you were -- you became -- you were put down in this

24  box here, DSP group lead, right?

25  A.  In the past, we did not have such a thing as a title.

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 57 of 102 PageID #:54671
Yang - cross by Alper
2840

1    Everybody just worked together.  And I was the first person on

2    this project to have worked on software.  So for matters

3    related to software architecture, for example, as you can see

4    in the chart or host, the box above that, h-o-s-t, many people

5    worked together on those portions.

6         And a lot of people on those portions or on the teams

7    were hired by me or joined with me from other teams or other

8    groups and -- because they wanted to work with me.  So all of

9    them respected me, and they would discuss a lot of contents

10   with me.

11        However, in earlier days in our company, we did not

12   have such a thing as a title.  At least, we did not have a

13   clear definition of that.  And it is after they joined the

14   company that we started to have a clearer definition with

15   respect to our job responsibility.  And my job responsibility

16   was defined very clearly in the way that I was responsible for

17   the protocol stack as reflected in this table.

18   Q.  Prior to -- title or not, prior to G.S. Kok joining, you

19   were in charge of the software department?

20   A.  With respect to the software department, particularly with

21   respect to the host part, the person in charge of that was Luo

22   Zhongyuan.  L-u-o is the family name.  Z-h-o-n-g-y-u-a-n,

23   that's the first name.  He was in charge of that.

24        And the MMI part was done by that department.

25   However, this person was not under my supervision.  For

Yang - cross by Alper

2841

1  everything other than this part, it was under my management.

2  Q.  So you testified, I guess, a couple of times that you were

3  surprised to find out that Hytera had Motorola confidential

4  information, right?

5  A.  Correct.

6  Q.  And on your direct testimony, we looked at a couple of

7  exhibits.  One of them was this FPGA removal announcement, PTX

8  23.  Do you recall that?

9  A.  I see it, yes.

10 Q.  And I believe you contrasted that with -- this is going to

11 be PTX 21 -- this FPGA analysis presentation.  Do you recall

12 that?

13 A.  I did not see this document until I was preparing for my

14 appearance in court, and I took a quick look at it.

15 Q.  But you did see the FPGA removal announcement before this

16 case, right?

17 A.  Yes.

18 Q.  And you were one of the employees who received the FPGA

19 removal announcement around the time that it was sent out, I

20 believe you testified, in July 2008, correct?

21 A.  Yes.

22 Q.  And you were asked about this document.  You were asked if

23 there was anywhere in the document that it says Hytera would

24 be using Motorola code for any of the tasks, and you said no.

25 Do you recall that testimony?

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 59 of 102 PageID #:54673
Yang - cross by Alper
2842

1        INTERPRETER LIN:  Counsel, did you say t-e-s-t or

2    t-a-s-k?

3            MR. ALPER:  T-a-s-k, tasks.

4    BY THE WITNESS (through interpreter):

5    A.   Correct.

6    BY MR. ALPER:

7    Q.   And you also said that Mr. Chia did not talk to you about

8    the analysis, right?

9    A.   I don't recall having that conversation or discussion with

10   him, that is correct.

11   Q.   And you also said that when it comes to Motorola

12   information, you wouldn't want anything to pollute the work

13   that you already did, right?

14   A.   In the normal course when we do our work around the year

15   of 2008, we never thought of that possibility or such a

16   possibility or an event would have come across our mind.  When

17   I mentioned the word "pollute" earlier, it was how I felt when

18   I saw this document when I was preparing for my deposition.

19   Q.   And if we take a look inside, there's a page, if we go

20   to -- Page PTX 23.5 down here, there's some bullet points

21   under a bullet called "Digital RX."  Do you see that?

22   A.   Yes.

23   Q.   And it talks about a functionality called frame sync,

24   right?

25   A.   Yes.

Yang - cross by Alper

2843

Q.  And it goes on, it talks about how there's a current

algorithm that is only doing bit-comparing mechanism, right?

A.  I see it.

Q.  And it goes on to say, "Need to investigate reuse as the

current solution will not work in weak and fading signal

conditions," right?

A.  I see it.

Q.  And frame sync, that's a DSP functionality, right?

A.  Yes.

Q.  And so that falls inside of your area at Hytera, right?

A.  That is the work I was responsible for.

Q.  And I believe it was your testimony that when this

document says "reuse," that refers to reusing code that you

had already done in the FPGA?

A.  That is what my understanding is.

Q.  You'd agree that this presentation is talking about the

FPGA, right?

A.  Correct.

Q.  And what this says, it says, "We need to investigate reuse

as the current solution will not work," right?

A.  My understanding is like this, but my English is not that

good.  My understanding is that when the condition is of weak

or fading signal, the current algorithm would not be easy or

good to use.

Q.  And is it your testimony that this phrase didn't indicate

1    in any way to you that Mr. Chia who sent out this presentation

2    would be using Motorola code because the current solution

3    wasn't working?

4    A.   That is correct.  It would not suggest or indicate that.

5    At that time, it was still a long way before we planned to

6    launch our product in 2009, and for something that is not easy

7    or good to use now doesn't mean that it would be like that

8    forever.  Our work can focus on making it good to use or easy

9    to use.

10        I do not know how this would connect to using

11   Motorola's information in any way.  I do not understand that

12   connection.

13   Q.   And it's your testimony that while working with Mr. Chia,

14   you did not know that this reuse that he's referring to refers

15   to Motorola technology in any way, no question?

16        INTERPRETER LIN:  The witness is asking what the word

17   before "reuse" means.  The word is "investigate."

18       (Interpreter translating.)

19        INTERPRETER LIN:  The interpreter has provided the

20   Chinese rendition of the word "investigate."

21        MR. CLOERN:  Your Honor, we would just request that

22   this bullet point, the frame sync bullet point, be rendered in

23   Chinese to the witness if the words are going to be picked

24   apart.

25        THE COURT:  That's a reasonable request.  The

Yang - cross by Alper

2845

1   interpreter may read that entire paragraph to the witness.

2        (Interpreter translating.)

3        INTERPRETER LIN:  The Chinese rendition has been

4   provided.

5        THE WITNESS (through interpreter):  My understanding

6   is like this but, of course, I have not read this in detail

7   until now since counsel is going word by word of this

8   paragraph with me.

9        My understanding, prior understanding is that Sam

10  mentioned this functionality and said that it did not work

11  well.  And he meant that we needed to look into other methods

12  to see if we can organize people to either work on it or not

13  use it.  I mean the bit comparison mechanism.  That is my

14  understanding back then.

15  BY MR. ALPER:

16  Q.  And it's your testimony that this -- withdrawn.

17       It's your testimony that Mr. Chia's statement to you

18  that you needed to -- that Hytera needed to reinvestigate

19  reuse because the current solution would not work that that

20  did not indicate to you in any way that Mr. Chia was planning

21  to use Motorola confidential information?

22  A.  That is correct.  Even though we know now that he used

23  some codes from Motorola, it's difficult for me to understand

24  how this sentence or statement here could connect to the use

25  of Motorola's code in any way.

Yang - cross by Alper

2846

1      MR. ALPER:  May I approach, your Honor?

2      THE COURT:  Yes.

3  BY MR. ALPER:

4  Q.  Okay.  I've handed you PTX 544.  Is this a Hytera document

5  that was produced by Hytera in this litigation?

6  A.  It should be.

7      MR. ALPER:  Your Honor, we move to admit PTX 544.

8      THE COURT:  It is received and may be published.

9      (Plaintiff's Exhibit 544 received in evidence.)

10  BY MR. ALPER:

11  Q.  So here is PTX 544.  This is an email with an attachment

12  from you, correct?

13  A.  Correct.

14  Q.  And you sent this email on August 7, 2008?

15  A.  Correct.

16  Q.  And you sent it to many Hytera engineers, right?

17  A.  Correct.

18  Q.  And the attachment is a task sheet that you prepared with

19  Sam Chia, right?

20  A.  For this listing here, Sam took the content from the task

21  PowerPoint presentation and broke it down into the listing

22  here and asked me or assigned me to certain tasks listed here.

23  And those will provide the estimated timeframe for completion.

24  Q.  And you prepared this task sheet with Sam, and it was your

25  responsibility to update the status of each task, right?

Yang - cross by Alper

2847

1    A.  Correct.

2    Q.  And this task sheet, it's very similar or the same as the

3    task sheet that you showed on your direct examination, PTX

4    483, right?

5    A.  Let me confirm that.

6             That is correct.  They are similar.

7    Q.  But PTX 544, I have your cover email on this one, right?

8    A.  That is correct.  This is an email I sent.

9    Q.  And what you said to the team at the beginning of your

10   email was, "Dear all, tomorrow is Friday, and everyone should

11   update the status of your task to your leader before noon.

12   And Roger, Yang Fan, and Chenmingjun will summarize all of the

13   status to me," right?

14   A.  I see that paragraph.

15   Q.  And if we go into the task sheet, we were talking before

16   about frame sync.  If we go into the task sheet and find the

17   frame sync entry -- this is on PTX 544.4 -- you can see

18   there's a task for frame sync, and that's Row 16.  Do you see

19   that?

20   A.  I see it.

21   Q.  Okay.  And then there's a column next to it for

22   "Priority," right?

23   A.  Correct.

24   Q.  And the priority for frame sync is priority 1?

25   A.  Correct.

Yang - cross by Alper

2848

1   Q.   And then the person who had been assigned responsibility

2   for frame sync is Yang Fan, right?

3   A.   Correct.

4   Q.   If we go over to the "Comments" field, I've highlighted

5   two passages, and the first passage says, "Need to investigate

6   reuse as the current solution will not work in weak and fading

7   signal conditions."  Do you see that?

8   A.   I see that paragraph.

9   Q.   And that sentence is the same sentence that we were just

10  talking about in PTX 23 that you said provided no indication

11  to you that "reuse" referred to Motorola, right?

12  A.   Yes, correct.

13  Q.   But when we go back to your task sheet right underneath

14  that, you say, "Note.  Mot uses coarse frame sync for initial

15  sync recovery and then fine frame sync for timing recovery for

16  the symbol recovery to start."  Correct?

17  A.   I see that paragraph.

18  Q.   And "Mot," that refers to Motorola, right?

19  A.   In here, yes.

20  Q.   And that's what you were talking about in the "comments"

21  field of your task list, right?

22  A.   Correct.

23  Q.   And you wanted everyone on the team to be very clear about

24  the comments in your task list, correct?

25  A.   By clear idea or a clear concept, I was referring to how

Yang - cross by Alper

2849

1    we should understand how to do the task.  It is not an idea

2    related to whether or not we would use Motorola's code.  We

3    had no idea at all at that timeframe to use this information.

4    That idea simply did not cross our mind.  It did not exist in

5    our mind.

6    Q.  You wanted everyone to be clear about the comments,

7    correct?

8    A.  I still would like to emphasize on this point, for all the

9    names listed in this table, those would be the engineers who

10   would actually work on these tasks.  And I wanted to emphasize

11   and explain to them how the functionalities should be done.

12            And that is what we wanted to emphasize on, to focus

13   on.  We had no intention to focus on whether or not Motorola's

14   code would be used.  That idea simply did not exist in our

15   mind.

16   Q.  Right.  On PTX 544, you told all the engineers that Sam --

17   so that's Sam Chia, right?

18   A.  Correct.

19   Q.  That "Sam Chia helped us add some comments," right?

20   A.  Correct.

21   Q.  And if anyone is not clear about the work, they should let

22   you know, right?

23   A.  Correct.

24   Q.  And you sent this out, this document talking about how

25   Motorola does frame sync, out to all the engineers, right?

Yang - cross by Alper

2850

1    You sent this out?

2    A.   Correct.

3    Q.   And it's still your testimony that you had no idea that

4    "reuse when the current solution wouldn't work" referred to

5    using Motorola confidential information?  That's still your

6    testimony?

7    A.   I would like to emphasize again as of now, the way we see

8    or understand this sentence will mean that the original method

9    which is bit comparison would not work well when the signals

10   are weak or fading.  And that is something we needed to pay

11   attention to.

12        If that doesn't work well, we need to figure out if

13   there would be other methods or more methods to address or

14   resolve this issue even though you showed me something that

15   included the word "Moto" or "Mot" just now.  And as I go back

16   to read the sentence again after being shown with the

17   information that mentioned Moto, I would still have the same

18   understanding.

19   Q.   And when this PTX 23 announcement on Page 23.6 talks

20   about, it has a bullet or you see it has a bullet that says,

21   "All this are new code"?

22   A.   I see it.

23   Q.   And when it talks for the L1 -- you see it says for the L1

24   timer that Hytera is going to look into reusing a scaled-down

25   solution?

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 68 of 102 PageID #:54682
Yang - cross by Alper
2851

1    A.  I see that sentence.

2    Q.  And for carrier detector, it talks about possible reuse,

3    do you see that?

4    A.  I see it.

5    Q.  And it's your testimony when the FPGA removal document

6    that you received in July 2008 talks about reuse for all new

7    code, you had no idea at all that that would be coming from

8    Motorola?

9    A.  I would like to emphasize again, according to my

10   recollection, I worked on -- or my work was related in the --

11   related to the CCL layer and DLL layer with respect to the

12   prototype.  The FPGA portion was done by the hardware

13   colleagues.  My rough understanding or general understanding

14   is that our device could interoperate with Motorola's device.

15   And we had a working prototype, and that is what the normal

16   situation would be.

17          In order to move things from FPGA to DSP, since these

18   are two different chips and I do not work on FPGA, I did not

19   have clear knowledge about the FPGA, but my understanding is

20   that what would be simple on FPGA would be very troublesome or

21   difficult when it is transferred or moved to DSP.

22          It's like when we talk in Chinese, for something that

23   we could explain with just one word in Chinese, it might take

24   the whole sentence in English to explain that one simple word

25   in Chinese.  And that is my understanding about what this

Yang - cross by Alper

2852

1    sentence is talking about.

2            For something that does not work well when it comes

3    to FPGA or when it comes to weak or fading signals, we had to

4    consider whether or not we should reuse or whether or not we

5    should use it at all or redo things related to FPGA or what

6    this sentence talks about, or perhaps we should also consider

7    using new methods.

8            And as counsel are comparing or showing me these

9    PowerPoints and tables together for comparison, I would need

10   to say or explain that this is not something that we would do

11   normally in the course of doing our work.  We would not look

12   at documents in this way.

13           For the work that the Malaysian team did, we would

14   not -- or I would not look at them or look at the documents

15   they worked on as detailed as, for example, a private detector

16   to look for even the slightest signs for the flaws in their

17   work.

18           What we needed from the Malaysian team is that we

19   wanted their help in terms of commercializing our products.

20   We never thought or had doubt that anything that they have

21   done would be inappropriate.  We simply wanted to make things

22   great, and we would not have that idea that they would turn

23   something that what's already great into something that would

24   not be good.

25   Q.  I think that was a "no," but I'm going to follow up.

Yang - cross by Alper

2853

1       When you read this portion of PTX 23 on Page 6 where

2  it talks about how, for instances where all new code are

3  needed, there would be reuse, that did not indicate to you in

4  any way that there would be -- the reuse would be of Motorola

5  confidential information, correct?

6  A.   That is correct.  When I see the word such as "recode" or

7  "reuse," the idea that would come to my mind would be to use

8  what has already been done for FPGA and move it over.  No

9  other idea would come to my mind.

10      MR. ALPER:  I'm going to -- may I approach again,

11 your Honor?

12      THE COURT:  Yes.

13 BY MR. ALPER:

14 Q.   Okay.  I've handed you Exhibit 2219.  And that's a Hytera

15 internal email that was produced by Hytera?

16 A.   I did not see this document when I was doing my

17 preparation, but I believe it should be.

18      MR. ALPER:  Your Honor, move to admit PTX 2219.

19      THE COURT:  We'll give the witness an opportunity to

20 examine the document.  And in the meanwhile, members of the

21 jury, you have returned from lunch about two hours ago.  So

22 we'll take another break.

23      (Proceedings heard in open court.  Jury out.)

24      THE COURT:  Certainly, the interpreters need a break.

25      (Recess from 2:43 p.m. to 3:01 p.m.)

Yang - cross by Alper

2854

1      THE COURT:  Please proceed.

2  BY MR. ALPER:

3  Q.  When we broke, we were looking at PTX 2219, Mr. Yu?

4  A.  Correct.

5  Q.  And this is a document with a Hytera HYT number on the

6  right-hand lower corner that was produced by Hytera?

7  A.  Correct.

8      MR. ALPER:  Your Honor, move to admit PTX 2219.

9      THE COURT:  It is received and may be published.

10     (Plaintiff's Exhibit 2219 received in evidence.)

11  BY MR. ALPER:

12  Q.  Okay.  So here, I'm putting on the document camera PTX

13  2219.  This is an email from Luo Zhongyuan on August 13th,

14  2008, right?

15  A.  Correct.

16  Q.  And the recipients are Mr. Sam Chia, correct?

17  A.  Yes.

18  Q.  Mr. Y.T. Kok, right?

19  A.  Yes.

20  Q.  And yourself?

21  A.  Correct.

22  Q.  And on the cc. line is G.S. Kok, right?

23  A.  Correct.

24  Q.  And the email list for the DSP group of the DMR product

25  development team?

Yang - cross by Alper

2855

1   A.   The software department, correct.

2   Q.   And there's an attachment, "DMR R1 status," right?

3   A.   Correct.

4   Q.   And this attachment is a list of status and other

5   information regarding the DMR product development, correct?

6   A.   Correct.

7   Q.   And at the time here in August 2008, you were working on

8   DSP, right?

9   A.   I am -- I was on that team, yes.

10  Q.   I'd like to go to Page PTX 2219.  And this is now in the

11  attachment of the task list.  And I'm looking here at some --

12  part of the task list or the attachment that has feature

13  names.  Do you see that?

14  A.   I see that.

15  Q.   And one of the features is VOX?

16  A.   Correct.

17  Q.   And VOX is implemented in the DSP, right?

18  A.   Yes.

19  Q.   And if we go over to the right to the "Notes" field, we

20  see that it says, "There is a MOTO research document," right?

21  A.   I see it.

22  Q.   And if we go to the right of that, we see a link or a file

23  path to a Hytera server, correct?

24  A.   I see it.

25  Q.   And in the file path is a folder called "Motorola," right?

Yang - cross by Alper

2856

1  A.  Yes.

2  Q.  And there's a document in that folder called "VOX.doc,"

3  right?

4  A.  Yes.

5  Q.  I'm going to hand you --

6          MR. ALPER:  If I may approach, your Honor.

7          THE COURT:  Yes.

8  BY MR. ALPER:

9  Q.  I've handed you Exhibit PTX 861.  This has already been

10  admitted.  I'm going to go to the metadata at the end which

11  we've attached to PTX 861.  And this is the metadata that came

12  from Hytera when it produced PTX 861.  And you can see the

13  file name in that metadata is VOX.doc?

14  A.  Yes.

15  Q.  And the creation date is 9/10/2008?

16  A.  Yes.

17  Q.  And if we look at the document, PTX 861, we see that this

18  is a Motorola document that concerns VOX, right?

19  A.  Yes.

20  Q.  And you can see this is a Motorola confidential and

21  proprietary document, right?

22  A.  Yes.

23  Q.  And you can also see that there has been an attempt to

24  strike through the Motorola logo and the, where it says

25  Motorola confidential and proprietary, correct?

Yang - cross by Alper

2857

1   A.  I see that.

2   Q.  And if we go back to the email and attachment PTX 2219

3   that you received and go to Page 9, you saw that VOX.doc

4   document back when you were working on DSP, right?

5   A.  I have not seen it.

6   Q.  Okay.  If we look at the VOX.doc document, and now we're

7   going to go to, this is PTX 861.8, we see a Section 1.7 called

8   "Document references," right?

9   A.  I see it.

10  Q.  And this refers to a document called, a single document

11  called Matrix mid-tier ergonomics V3.doc, correct?

12  A.  Yes.

13  Q.  And Matrix, that's Motorola's internal name for its

14  internal DMR research and development project, right?

15  A.  I'm not particularly clear about it, but it seems that

16  G.S. or somebody else had mentioned that when they were

17  chatting with us in passing that internally when they did

18  their work over there, they would give a term or a name such

19  as a nickname to their projects.  I have some recollection

20  about that, but I do not know if this pertains to what you're

21  talking about.

22  Q.  So you and your colleagues back in the 2008, 2009, 2010

23  timeframe, you knew that Matrix referred to the internal code

24  name for Motorola's internal research and development project

25  for DMR, correct?

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 75 of 102 PageID #:54689
Yang - cross by Alper
2858

1    A.   I remember G.S. Kok mentioned it once when he joined the

2    company.  And I'm not sure when he joined the company.  And he

3    mentioned that once when we were chatting.  I do not have a

4    vivid or a lot of recollection about this.  I also do not know

5    if other colleagues have a strong recollection or impression

6    about this.

7              MR. ALPER:  May I approach, your Honor?

8              THE COURT:  Yes.

9    BY MR. ALPER:

10   Q.   I've handed you PTX 2221.  Is this an email that you sent

11   during your work at Hytera?

12   A.   Yes.

13   Q.   And was this produced from Hytera's files?

14   A.   Yes.

15             MR. ALPER:  Move to admit PTX 2221, your Honor.

16             THE COURT:  It is received and may be published.

17      (Plaintiff's Exhibit 2221 received in evidence.)

18   BY MR. ALPER:

19   Q.   Here we have PTX 2221.  This is an email from you to the

20   DMR DSP software group, correct?

21   A.   Yes.

22   Q.   And you sent it on June 26th, 2008.  That's a couple of

23   days after Mr. Chia joined Hytera, correct?

24   A.   Correct.

25   Q.   And in your email to the software group, you say, "Dear

Yang - cross by Alper

2859

1    all.  Mr. Kok" -- that's G.S. Kok?

2    A.  Yes.  Yes.

3    Q.  You say, "Mr. Kok wants our products to have good names,

4    not so sample like DMR.  He said in Moto, they call the

5    project 'Matrix' and call the portable 'Neo' and the mobile

6    Morpheus.'"

7    A.  Yes.  Now I remember this.  It seems that Sam mentioned

8    this when we were chatting with him when he just joined the

9    company, so the answer is yes.

10   Q.  And the DSP software group that you sent this to, those

11   are engineers who did not come from Motorola?

12   A.  This software department here included Y.T. and Sam as

13   well as other Chinese employees.

14   Q.  And that's what I was going to ask.  This software email

15   list for the software group, that included Chinese Hytera

16   employees, correct?

17   A.  Correct.

18   Q.  And you wrote this email to them in English, right?

19   A.  Yes.

20   Q.  Let's go back to PTX 861.  And we're back looking at the

21   document references where it says, "Matrix mid-tier ergonomics

22   V3.doc."

23          And you'd agree that anyone at Hytera who was looking

24   at this document references section would know that this

25   document refers to an internal design and development document

Yang - cross by Alper

2860

1  of Motorola for Motorola's DMR products, correct?

2  A.  I would like to emphasize one thing.  After the Malaysia

3  team joined Hytera, they encouraged us or even requested us to

4  write documents and emails or communicate in English.  And

5  everybody's English is not very good.

6          And you can imagine the situation when you understand

7  a little bit of Chinese and there is a leader assigned to you

8  or to your team who only speaks English and -- who only speaks

9  Chinese, and he would ask that you conduct your work or write

10  emails in Chinese.  Imagine that situation.  You can then feel

11  how we -- how we had felt back then.

12          And another thing is that this email was sent by Luo

13  Zhongyuan.  I would doubt that if anyone who had received this

14  email would even take a look at the email.  And first of all,

15  even though this email was sent by me, I would doubt that if

16  people who received or were sent with this email would take a

17  look if it did not concern them or the work they were doing at

18  that time.  That is one thing.

19          Another thing is that I would also doubt if they

20  would even associate what was written in the email with what

21  you just described.  That's another thing.

22          And everybody would associate something with

23  different things.  And for the specific association or what

24  would come to people's mind, you have to ask different or

25  specific people.  That is the explanation I would like to

1   offer.

2          And for us, the fact that we were requested or even

3   forced to conduct our work or write email in English, that was

4   something that was very painful, and I would ask that you try

5   to imagine how painful it was for us.

6   Q.  Is it your testimony that the engineers at Hytera would

7   have no idea --

8          THE COURT:  Just a minute, counsel.

9          The question called for a conclusion.  The answer of

10  the witness is, my conclusion is not everyone.

11  BY MR. ALPER:

12  Q.  Okay.  Is it your testimony that the engineers that you

13  sent your email PTX 2221 to would not understand what the

14  Matrix mid-tier ergonomics V3 document refers to; and more

15  specifically what I mean is that it refers to Motorola, a

16  Motorola internal design and development document?

17         THE COURT:  You have narrowed the question.

18  BY THE WITNESS (through interpreter):

19  A.  My testimony is that I do not know what they would think.

20  Everybody thinks in their own way.

21         MR. ALPER:  May I approach again, your Honor?

22         THE COURT:  Yes.

23  BY MR. ALPER:

24  Q.  Okay.  I've handed you previously admitted PTX 573.  And

25  if we look at the first page of PTX 573, this is another copy,

Yang - cross by Alper

2862

1  do you agree it's another copy of the same document PTX 861

2  that we were just looking at before?

3  A.  What's the question?

4  Q.  Is this another -- is PTX 573 that I just handed you

5  another copy of the same document that we were originally

6  looking at about Motorola VOX that's labeled PTX 861?

7  A.  Looking at the first page, they look the same.  However, I

8  have not had a chance to go through the details in this

9  document.  And I would like to say that for us, when we write

10  documents or write codes, we tend to use a template.

11          For example, if I am to write a software

12  specification or description, I would probably take a previous

13  template or document and write the content based on that

14  template or previous document.  This is something that is seen

15  very often or done very often when we do our work.  So for

16  these two documents, I can only say that looking at the first

17  page, they look the same.

18  Q.  And if we look at the one I just handed you, PTX 573, just

19  for reference on Page 573.7, you can see it also has a

20  document reference to the Matrix mid-tier ergonomics V3.doc?

21  A.  Yes.

22  Q.  And by the way, the Matrix mid-tier ergonomics V3.doc in

23  these documents, that doesn't have the strikethrough, right?

24          INTERPRETER LIN:  "That doesn't have the" --

25          MR. ALPER:  The -- it's not struck through.

Yang - cross by Alper

2863

1  BY THE WITNESS (through interpreter):

2  A.  That's correct.

3  BY MR. ALPER:

4  Q.  If we go back to the metadata for PTX 861, the custodian

5  for that PTX 861 is Deyou Zhu?

6  A.  Yes.

7  Q.  And Deyou Zhu is a software engineer at Hytera?

8  A.  Yes.

9  Q.  And then if we look at the metadata for PTX 573, you can

10  see that this is a -- the custodian is Jun Qin?

11  A.  Yes.

12  Q.  And Jun Qin is a software engineer at Hytera?

13  A.  Yes.

14  Q.  And when Jun Qin saw this document, he saved it as

15  "MotorolaVOX.doc," right?

16          MR. CLOERN:  Objection, your Honor.  He's being asked

17  to speculate about what another witness did or didn't do.  I

18  suppose he can talk about what the metadata says.

19          THE COURT:  Sustained.  Rephrase the question.

20  BY MR. ALPER:

21  Q.  The file name that this document had on Jun Qin's computer

22  was MotorolaVOX.doc, correct?

23          THE COURT:  You may answer the question.

24          INTERPRETER LIN:  I'm sorry?

25          THE COURT:  You may answer the question.

Yang - cross by Alper

2864

1          THE WITNESS (through interpreter):  Do I need to

2     answer?

3          THE COURT:  Yes.

4          THE WITNESS (through interpreter):  Yes.

5     BY MR. ALPER:

6     Q.  And both the document called VOX.doc on Deyou Zhu's

7     computer and the document called MotorolaVOX.doc on Jun Qin's

8     computer bear a creation date of September 10, 2008, correct?

9     A.  Yes.

10    Q.  And do you know whether Mr. Jun Qin believed that this

11    document that we looked at, this is PTX 573 with the reference

12    to the Matrix mid-tier ergonomics V3 doc, do you know whether

13    he believed that this was a Motorola document concerning VOX?

14    A.  I'm not Jun Qin.  I do not know what specifically he would

15    have had in his mind when he saw this.

16    Q.  If we go back to the email with the attachment, we were

17    looking at the Moto research document called VOX -- or

18    withdrawn.

19          We were looking at the file path to the Hytera server

20    with the Motorola research document called VOX.doc.  Do you

21    recall that?

22    A.  Yes.

23    Q.  And you can see someone clicked on this because it's a

24    different color link?

25    A.  I see it.

Yang - cross by Alper

2865

1  Q.  And that's a feature that relates to the DSP functions

2  that you were the group lead on, right?

3  A.  Yes.

4  Q.  And if we look at the cover email for PTX 2219, you'd

5  agree that there are four engineers who are specifically

6  identified by name in the "to" line that this email was sent

7  to?

8  A.  Yes.

9  Q.  And you are the only one, the only Hytera engineer

10  identified by name who did not come from Motorola, correct?

11  A.  It's like this.  Those names Rentao, R-e-n-t-a-o, and

12  Zhuguo Fu, Z-h-u-g-u-o F-u, these two are also our Chinese

13  employees.

14  Q.  Thank you for correcting me on that.  You were one of

15  three of the engineers on the "to" line that did not come from

16  Motorola, right?

17  A.  Yes.

18  Q.  And is it still your testimony that you were surprised

19  that Hytera had any Motorola confidential information?

20  A.  I said that the first time I was informed of this, I felt

21  surprised.  So yes, that is my testimony.

22  Q.  Would you agree then, do you know whether Mr. Jun Qin

23  would be surprised?

24  A.  I would like to offer my explanation.  I see that you keep

25  mentioning the word "Motorola" by referencing different or

1    various documents.  And I would like to say that Motorola also

2    works on two-way radios.  And they were or are considered as

3    number one or the leader in this industry.

4         For everyone working on products in this area, it's

5    natural for us to look into Motorola's products and to learn

6    from them.  It is a normal process or practice for us to

7    gather information about competitors from either exhibitions

8    or the internet or from our distributors.  And we would put

9    together the information we have gathered in order to

10   understand other people's products or even learn from them.

11        It's quite normal for everyone across different

12   industries.  It happens in all industries.  For example, for

13   some company working in mobile handset manufacturing or

14   industry, they would naturally learn from companies such as

15   Apple, Samsung, or Nokia.  It's quite normal for everyone in

16   the industry.

17        So for me in the industry, the fact that the word

18   "Moto" or "Motorola" appears, it is quite normal.  At least

19   for me, I didn't feel that there was any issue with that.  And

20   this is what I would like to explain or elaborate on since

21   counsel has been mentioning or using the word "Motorola"

22   constantly, and I hope that everyone here, present here, could

23   understand my understanding.

24   Q.  Does --

25   A.  It might be helpful to understand this issue or matter.

Yang - cross by Alper

2867

1    Q.  Does -- having Motorola's confidential and proprietary

2    technical information, is that normal business in your

3    industry?

4    A.  This is not an issue related to any single or specific

5    industry.  Sometimes when we obtain information from trade

6    shows or exhibitions or when we download something from the

7    internet, sometimes the information would contain words such

8    as "confidential" or "secret" on documents or the information.

9    That is quite normal.

10          And sometimes for engineers, since they might not

11   have the ability to determine the importance of a certain

12   piece of information or a certain document, they might just

13   label it as confidential.

14          And this is what I would like to explain on about the

15   word or the use of the word "confidential."  One might not be

16   that sensitive to the use of the word "confidential."  And

17   this is my personal feeling that I would like to explain to

18   everyone present here.

19   Q.  It's your testimony that it is okay for Hytera to have a

20   software requirement specification that is labeled "Motorola

21   confidential and proprietary"?  Is that a yes?

22   A.  My answer is that we were unable to determine if it was

23   confidential but, of course, if it is confidential, it is

24   wrong to have such a document.  But my issue or my problem was

25   that I did not know whether it was confidential, nor did our

1    engineers know or understand whether it was confidential or

2    not.  And since the word is deleted or stricken out, it is

3    even more difficult to make that determination.

4            Usually when we see a Word document, we see the final

5    version.  We would not see the various drafts that were

6    prepared along the process.  And this is what I would like to

7    emphasize on.  I also would like to emphasize that I would not

8    think it is right or correct behavior to be in possession of

9    somebody else's confidential information.

10           Also, the word "confidential" appears in the header

11   instead of the main body of the document.  I would think that

12   many people would just pay attention to what is in the main

13   body of a document instead of what is listed in the header

14   when they review a document.  And this is what I would like to

15   emphasize on.  There would be a lot of factors for

16   consideration when it comes to that determination.

17   Q.  And you know, Mr. Yu, that when Deyou Zhu and Jun Qin saw

18   the document references which is not struck through and saw

19   this reference to the Matrix ergonomics document, they knew,

20   because of your email to the team, they knew this referred to

21   an internal Motorola design and development specification,

22   correct?

23           MR. CLOERN:  Objection, your Honor.  It assumes facts

24   not in evidence about what Mr. Jun Qin and --

25           THE COURT:  It calls for speculation.  If the

1    question were to deal with a reasonable inference drawn on an

2    observation, what one saw, what one heard, what one felt, what

3    one touched, what one smelled, could you draw a reasonable

4    inference and, if so, what would be the reasonable inference,

5    one way to put the question that would avoid mind reading.

6            MR. ALPER:  Yes.  I will rephrase, your Honor.

7    BY MR. ALPER:

8    Q.  It would be reasonable to infer that Jun Qin, when he read

9    this document, understood the reference to "Matrix" to refer

10   to the Motorola, a Motorola internal design and development

11   document, correct?

12   A.  I am not Jun Qin.  I would not know what he would have

13   thought and whether or not he would connect these two.  And I

14   also do not know if he even looked at this email.  I am not

15   Jun Qin.  I am unable to answer this question.

16   Q.  You testified on direct about PTX 814.  This is the email,

17   we looked at it a moment ago, from Mr. Chia to a number of

18   Hytera engineers and copying you.  Do you recall that?

19   A.  Yes.

20   Q.  And I'm realizing now that I may have over-highlighted

21   this version of it.  I want to ask you -- well, withdrawn.

22           I think you testified that he was -- Mr. Chia was

23   sending out this DmrDspLib.library?

24   A.  I would like to ask why people were laughing just now.

25   Q.  Oh, I had made a joke about how I have -- how I put too

Yang - cross by Alper

2870

1    much highlighting on the email.

2    A.  Okay.  Understood.

3    Q.  Because now it looks like I really want to draw your

4    attention to this sentence, but it's not the way it works.

5    I'll move on.

6            Where was the source code for the DmrDspLib.library

7    stored?

8    A.  When we were doing our work back then, we believed that

9    the source code was stored in Sam's computer.

10   Q.  Okay.  His personal computer?

11   A.  I do not know about a specific situation.  That is just my

12   guess.

13   Q.  And you have something called the SVN; it's a server that

14   you store source code on?

15   A.  Yes.

16   Q.  And the SVN keeps a log of what revisions are made to the

17   source code, right?

18   A.  Yes.

19   Q.  But if I understand your testimony correctly, you're

20   saying that the source code for the DmrDspLib library was not

21   on the SVN?

22   A.  And yes, and according to my memory, for this part of the

23   source code, I chatted about -- on this with Sam.  Sam told me

24   that he would not put this part of the source code on the SVN

25   because it is quite risky to put all the codes on the server.

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 88 of 102 PageID #:54702
Yang - cross by Alper
2871

1    I chatted with him about this, according to what I remember.

2            Also, with respect to the FEC code we talked about

3    earlier, I don't know if you remember it, we also put that

4    part of the code, the FEC code, into another special folder.

5    And that is what we did back then.  I have such a

6    recollection.

7    Q.  Where was that special folder located?

8    A.  That, I do not remember clearly.

9    Q.  Was it a folder that only Sam had access to, or did other

10   people, the other engineers at Hytera besides Sam have access

11   to it?

12   A.  The specific folders were for all the folders.  With

13   respect to the different levels of access and authorization,

14   if it is something that is really important, we can ask our

15   SCM to provide specific evidence pertaining to that.

16           And this is something that happened more than ten

17   years ago.  I do not have a clear memory, so it's hard for me

18   to provide an answer as of now.  I do not want to answer this

19   in order -- because I do not want to cause misunderstanding.

20   Q.  Now, you need the source code in order to make changes to

21   the software once it's been compiled into a library, correct?

22   A.  Your understanding is accurate.

23           THE COURT:  The source code is the key?

24           THE WITNESS (through interpreter):  Source codes are

25   written by human beings, and they can be read by human beings.

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 89 of 102 PageID #:54703
Yang - cross by Alper
2872

1    It is like after we write many novels or many paragraphs of it

2    and we want to upload the contents along with possibly the

3    pictures in those novels, we have to do something to the

4    format.

5         And so it's for the source code, we have to compile

6    it into a library file which is similar to the concept of a

7    zipped file.  For a zipped file or a library file, if you

8    can -- those cannot be opened.  And if you cannot open those

9    files, you cannot do anything to it.

10        I don't think my analogy here is very good but the

11   main --

12        THE COURT:  It isn't.  Is the source code the key?

13        INTERPRETER LIN:  There are still some remaining

14   sentences of his answer.  Should I translate that first?

15        THE COURT:  Yes.  Please do so.

16        THE WITNESS (through interpreter):  The main point is

17   that the source code, source codes are written by human

18   beings.  And human beings can edit and program the source

19   code, but when it is compiled into a library file from the

20   source code, we would not be able to do anything to it.

21   However, the idea or the expression that the source code is

22   the key would not be a very good analogy.

23        THE COURT:  Proceed.

24   BY MR. ALPER:

25   Q.  And so if you wanted to make a change to the software for

Yang - cross by Alper

2873

1    DmrDspLib.lib, you'd need the source code for that, right?

2    A.   Your statement is correct.

3    Q.   And you'd agree that it's risky to keep the only copy of

4    the source code on someone's personal computer or laptop

5    because there's no backup if it's lost, right?

6    A.   Generally speaking, that should be the case.

7    Q.   There are over 15,000 lines of code for the DMR DSP

8    library, right?

9    A.   I do not know specifically how many lines.

10   Q.   You've never seen the source code for the DMR DSP library?

11   A.   That's correct, I have not.

12   Q.   And as the leader of the DSP team, is that normal to you?

13   A.   The volume of the DMR code is quite large.  And after I

14   took on the management role, I would not look at the DSP code,

15   nor would I look at any other code.  And it is very time-

16   consuming to look at the code, so I simply did not have time

17   to look at each and every code.

18   Q.   Now, it's against Hytera's policy to keep the only copy of

19   source code on someone's personal computer as opposed to the

20   SVN, correct?

21   A.   Actually, prior to the Malaysia team joining the company,

22   the engineers would keep the code on their working PC.  And

23   after they joined the company, they imposed such requirements;

24   for example, communicating or writing emails in English or

25   putting the code on the SVN.

Case: 1:17-cv-01973 Document #: 799 Filed: 12/20/19 Page 91 of 102 PageID #:54705
Yang - cross by Alper
2874

1    So I would say that if he did not put the code on the

2  SVN, it was against the rules of the Malaysian team, but it

3  would not be against the rules of Hytera that we already had

4  in place.

5  Q.  And you and your team kept other source code on the SVN,

6  right?

7  A.  Yes.

8  Q.  And there's a lot of other source code on the SVN, right?

9  A.  I think so.

10 Q.  And you testified that the reason that Mr. Chia gave you

11 as to why he didn't put the DMR DSP library source code on the

12 SVN was he was worried that that would make it easier for

13 competitors to steal it?

14 A.  Sam told me that there would have been issues related to

15 security or safety if we had put all the codes on the SVN.  I

16 would think that what he meant would include what you just

17 stated, so the answer is yes.

18 Q.  And you accepted that reason?

19 A.  I would like to emphasize that it is not an issue about

20 whether we accept it or not.  It is the situation similar to

21 being asked to write emails in English.  He was -- or they

22 were the people in charge of the project at that time.

23    If they made such a decision, we as the engineers on

24 the team should follow through pertaining to their decisions.

25 And the engineers should follow whatever comes down from the

Yang - cross by Alper

2875

1  leadership because they were responsible or in charge of the

2  projects at that time.

3  Q.  Weren't you afraid that all of the other source code on

4  the SVN could be stolen?

5  A.  I understood what he was trying to say partially.  And the

6  reason according to my understanding is that if we put the

7  codes on the server, if any part of the code is missing, it

8  would make the remaining part of the code unvaluable.

9           And it is like putting all the source code of the

10 library files on the server.  If anyone takes out or removes

11 any part of the source code of the library, it would achieve

12 that result, meaning that reducing or even removing the entire

13 value of the code.  And the core part or the core focus is not

14 whether or not all the codes are on the SVN, it is more like

15 if you take out a portion, it will make the remaining portion

16 unvaluable -- valueless.

17 Q.  But Hytera hasn't had the source code for the DMR DSP

18 library for many years.  Does that mean that it's valueless?

19          INTERPRETER LIN:  I'm sorry, counsel?

20 BY MR. ALPER:

21 Q.  Hytera has not had the source code for the DMR DSP library

22 for many years.  Does that mean it is valueless?

23 A.  Your question sounds odd.  At that time, we did have all

24 the codes and even today, even that part is missing, it would

25 not make us believe or think that the remaining codes are

Yang - cross by Alper

2876

1    valueless.

2         And according to my understanding of what Sam was

3    trying to do, it is like the situation when you have a car and

4    if you take out certain parts from the car, for example, the

5    two wheels or the steering wheel, it would make it worthless

6    or valueless if someone is to steal or take the car.

7         And that was the purpose Sam wants -- wanted to

8    achieve.  It doesn't mean that one part of the code is taken,

9    it would lead to the thinking or the idea that the remaining

10   portions will be valueless.  So for your question, I do not

11   quite understand what you're trying to get at.

12   Q.  Isn't it correct that the Hytera engineers knew that the

13   reason that Mr. Chia was keeping the source code for these

14   libraries on his laptop was because it was Motorola code?

15   A.  I would like to emphasize one point.  I myself did not

16   think of that.  And also, other engineers have not talked

17   about that or mentioned that to me.  They did not tell me or

18   even remind me if there is any connection between what Sam

19   kept on his personal laptop versus what would have been or

20   what would have come from Motorola.

21        I would like to emphasize that I myself did not think

22   in that way, nor have other engineers talked about it or

23   reminded me of that scenario.

24   Q.  Is your answer the same for the libraries that Peiyi Wong

25   was sending out?

Yang - cross by Alper

2877

1  A.  The work that Wong Peiyi was doing had nothing to do with

2  me, and I did not know about this until this case.  And I

3  cannot comment on what other people might have thought.  I

4  have no knowledge about this.

5          MR. ALPER:  May I approach, your Honor?

6          THE COURT:  Yes.

7  BY MR. ALPER:

8  Q.  I've handed you PTX 47.  And is this an email between

9  Hytera employees?

10 A.  I have not seen this document before.  May I have a moment

11 to review it?

12 Q.  Certainly.

13     (Pause.)

14 A.  According to what I remember for documents like this,

15 there should be a page attached to them containing information

16 such as the metadata information.

17 Q.  And you can see from the "to" and "from" lines on the

18 emails, those are Hytera email addresses?

19         MR. CLOERN:  Objection, your Honor.  The witness has

20 requested the metadata information associated with the

21 document.

22         THE COURT:  Motorola has the witness at the moment.

23 The objection is overruled.

24 BY THE WITNESS (through interpreter):

25 A.  Yes, these are Hytera employees.

Yang - cross by Alper

2878

1   BY MR. ALPER:

2   Q.  And you can see that they are emailing each other back and

3   forth?

4   A.  Yes.  It seems that this document contains many emails.

5   Q.  And you can see there's an HYT number down in the lower

6   right-hand corner indicating this was produced from Hytera's

7   files?

8   A.  Yes, I see it.

9          MR. ALPER:  Your Honor, move to admit PTX 47.

10         THE COURT:  How many pages does it consist of?

11         MR. ALPER:  It is an email thread that has 14 pages

12  and then a translation.

13         THE COURT:  It is received and may be published.

14     (Plaintiff's Exhibit 47 received in evidence.)

15  BY MR. ALPER:

16  Q.  So here is PTX 47.  And I'm going to go to a couple of the

17  pages in the email.  It's got a Chinese version and then an

18  English translation.  And here we first see -- I'm going to

19  point you to -- I'm looking at the English translation.  This

20  is PTX 47.21.  The Chinese version, if you'd like to look at

21  that, is PTX 47.7.

22         And this is an email on August 30th, 2011, from

23  Wang Jing Ting to Y.T. Kok copying Huang Peiyi and a few other

24  engineers?

25  A.  Yes.

Yang - cross by Alper

2879

1    Q.   And Wang Jing Ting did not come from Motorola, correct?

2    A.   Correct.

3    Q.   And Zhuguo Fu and Xiewei Sheng did not come from Motorola

4    either, right?

5    A.   Correct.

6    Q.   And the email starts off saying, "Hi, Y.T.  We have talked

7    about the application of RAF on dPMR."  Do you see that?

8    A.   I see this sentence.

9    Q.   And RAF, that's one of the libraries that's based on

10   Motorola code, right?

11   A.   For this part, I do not have a clear understanding because

12   I was not responsible for this part of the work.  I have heard

13   of this, come across this when I was doing my preparation.  If

14   you want to know the details, please ask the relevant

15   colleagues.

16   Q.   It's your understanding from your preparations that the

17   RAF functionality is based on Motorola code?

18   A.   Actually, for this part of the code, I know that some of

19   the codes were related to Motorola's code, but I really or

20   truly do not remember if this part was the one that I am aware

21   of or that I come across during my preparation.  I really

22   don't have much recollection about the code here.

23   Q.   And RAF, that's a feature in DMR, Hytera's DMR products,

24   right?

25   A.   It's a part of the software.

Yang - cross by Alper

2880

1   Q.  And it's a part of the CPA, the common platform

2   architecture, right?

3   A.  Yes.

4   Q.  And here in this email, they're talking about, they're

5   saying that the, "We agree" -- they say, "We agree that the

6   RAF of CPA is applicable to the dPMR software."  Do you see

7   that?

8   A.  I see that sentence.

9   Q.  And then down below that, they say, "PE," or Peiyi Wong,

10  "is on leave currently, and you don't have the RAF source

11  code."  Do you see that?

12  A.  I see that.

13  Q.  And that's because Peiyi Wong kept certain source code

14  just on her personal computer or laptop, right?

15  A.  Based on this sentence, that should be the case, but the

16  truth is that I was not in charge of this part, and I am not

17  familiar with this.  So it's better for me to not answer your

18  question in order to prevent any misunderstanding.

19          THE COURT:  What is the date of the exhibit that you

20  are looking at?

21          THE WITNESS:  August 30th, 2011.

22  BY MR. ALPER:

23  Q.  And down below that, the email says, "We will hear

24  Peiyi Wong's opinion on the application of RAF on dPMR after

25  he's back," referring to Ms. Peiyi Wong, correct?

Yang - cross by Alper
2881

1  A.  Based on my understanding of this sentence, that should be

2  the case.

3  Q.  Okay.  Now I'd like us to turn to one other page in this

4  email.  I'm going to 47.15.  This is now an email from Wang

5  Jing Ting to Y.T. Kok now on -- a few days later, about a week

6  later, September 6, 2011.  Do you see that?

7  A.  Yes.

8  Q.  And Wang Jing Ting says, "Hi, Y.T.  We have discussed the

9  application of RAF on dPMR products with you and come to the

10  following conclusions."  Do you see that?

11 A.  I see it.

12 Q.  And it goes on to say, "RAF will not be applied to dPMR

13 products due to the following reasons."  Do you see that?

14 A.  I see the sentence.

15 Q.  And just for context, dPMR products, those are different

16 than DMR products, right?  That's a separate product line?

17 A.  That is correct.

18 Q.  And so what they're considering here is whether to use the

19 DMR RAF on this separate Hytera product line called dPMR,

20 right?

21 A.  I have emphasized several times I was not the person who

22 wrote this email, and I am not familiar with the work listed

23 here, and I also do not have understanding about what is

24 discussed here.  If you really have to ask me such a question,

25 I can simply provide you with an answer simply based on my

Yang - cross by Alper

2882

1    guess and speculation.  And to go back to this sentence you

2    just had me look at, the answer would be yes.

3    Q.  And then underneath when Wang Jing Ting talks about why

4    Hytera will not be applying RAF to dPMR, Wang Jing Ting says

5    one of the reasons is, "Due to the sensitive relationship

6    between RAF and Motorola, the distribution and application

7    scope of RAF shall be minimized."  Do you see that?

8    A.  I see the sentence.

9    Q.  And it's reasonable, reasonable to infer that back during

10   the development of the DMR products that Hytera engineers who

11   were not from Motorola believed that there was a sensitive

12   relationship between the RAF code and Motorola, correct?

13   A.  I would like to emphasize that I am not Wang Jing Ting.  I

14   did not write this email.  I do not understand what he

15   specifically meant by using the words such as "sensitive" or

16   "relationship," so I cannot provide an answer based on that.

17        And first of all, I do not know what he meant when

18   writing this email, so for the specific detail or information,

19   please ask him.  But if you really have to ask me, I would say

20   that our company is a competitor for Motorola.  Motorola and

21   our company are competitors.  So it also relates to how you

22   define the word or the understanding of the word "sensitive."

23        In a broader sense, I would say that all -- the

24   relationship among all competitors in a given industry would

25   all be sensitive.  And I would like to emphasize again, I did

Yang - cross by Alper

2883

1    not write this email.  I do not know what the author of this

2    email meant.  And I can only speculate if you really have to

3    ask me.  And I don't think I am the best or the most

4    appropriate person to answer this question.

5            THE COURT:  Can you ask a question that will take a

6    one-minute answer so we can stop at 4:30?

7            MR. ALPER:  That is a good question, your Honor.  I

8    will ask one more question.

9            THE COURT:  Will it take a minute to ask?

10           MR. ALPER:  It will take one minute, I think.  I'll

11   make it a yes or no.

12           THE COURT:  Proceed.

13           MR. ALPER:  Thank you, your Honor.

14           THE COURT:  Did you interpret that?

15           THE WITNESS (through interpreter):  I will try to be

16   short with my answer.

17           THE COURT:  Proceed.

18   BY MR. ALPER:

19   Q.  You know that the reason why there's a sensitive

20   relationship between RAF and Motorola is because RAF is based

21   on Motorola's source code, correct?

22   A.  I would not be able to answer this under one minute.

23           I would like to talk about facts based on the facts.

24   The fact that we know that a part of our DSP code does contain

25   Motorola's source code, that is a fact, and that would make

2884

1    the entire process sensitive.

2            However, that is the DSP part, but we are looking at

3    another part of the code right now.  And for this part, I

4    really do not have a clear understanding.  And I did not write

5    this email.  I am not familiar with this part.  I would not be

6    able to provide an answer.

7            THE COURT:  Let's end it there for the day.  You'll

8    have additional questions tomorrow, counsel?

9            MR. ALPER:  Yes, your Honor.

10           THE COURT:  And then on redirect as well?

11           MR. CLOERN:  Yes, your Honor.

12           THE COURT:  All right.  Members of the jury, please

13   return tomorrow at 10:00 o'clock.  The witness will return at

14   10:00 o'clock.  The interpreters will return at 10:00 o'clock.

15   And the Court will return at 10:00 o'clock.

16       (Proceedings recessed from 4:32 p.m. to 10:00 a.m.)

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2          I, Judith A. Walsh, do hereby certify that the

3    foregoing is a complete, true, and accurate transcript of the

4    proceedings had in the above-entitled case before the

5    Honorable CHARLES R. NORGLE, SR., one of the judges of said

6    Court, at Chicago, Illinois, on December 10, 2019.

7

8    */s/ Judith A. Walsh, CSR, RDR, F/CRR*_____  December 11, 2019

9    Official Court Reporter

10   United States District Court

11   Northern District of Illinois

12   Eastern Division