3367

1     IN THE UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3   MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
    SOLUTIONS MALAYSIA SDN. BHD,              )
4                                             )
                                              )
5          Plaintiffs,                        )
    vs.                                       ) Chicago, Illinois
                                              )
6   HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) December 18, 2019
    HYTERA AMERICA, INC., and HYTERA          )
7   COMMUNICATIONS AMERICA (WEST), INC.,      )
                                              )
8          Defendants.                        ) 10:15 o'clock a.m.

9
                    TRIAL - VOLUME 23 A
10               TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE  CHARLES R. NORGLE, SR.
11                    and a jury

12

13  For the Plaintiffs:   KIRKLAND & ELLIS LLP
                          BY:  Mr. Adam R. Alper
14                             Mr. Brandon Hugh Brown
                               Mr. Reza Dokhanchy
15                             Ms. Barbara Nora Barath
                               Mr. Kyle Calhoun
16                        555 California Street
                          27th Floor
17                        San Francisco, California 94104
                          (415) 439-1400
18
                          KIRKLAND & ELLIS LLP
19                        BY:  Mr. Michael W. De Vries
                          333 South Hope Street
20                        Los Angeles, California 90071
                          (213) 680-8400
21

22
    Court reporter:            BLANCA I. LARA
23                        Official Court Reporter
                          219 South Dearborn Street
24                             Room 2342
                          Chicago, Illinois 60604
25                           (312) 435-5895
                          blanca_lara@ilnd.uscourts.gov

3368

1  Appearances:  (Continued:)

2

3  For the Plaintiffs:      KIRKLAND & ELLIS LLP
                           BY: Ms. Megan Margaret New
4                          300 North LaSalle Street
                           Chicago, Illinois 60654
5                          (312) 862-7439

6                          KIRKLAND & ELLIS LLP
                           BY:  Ms. Leslie M. Schmidt
7                          601 Lexington Avenue
                           New York, New York 10022
8                          (212) 446-4763

9  Motorola Corporate Representative:   Mr. Russ Lund

10

11  For the Defendants:      STEPTOE & JOHNSON LLP
                            BY: Mr. Boyd T Cloern
12                              Mr. Michael J. Allan
                                Ms. Jessica Ilana Rothschild
13                              Ms. Kassandra Michele Officer
                            1330 Connecticut Avenue., Nw
14                          Washington, DC 20036
                            (202) 429-6230

15                          STEPTOE & JOHNSON LLP
                            BY:  Mr. Daniel Steven Stringfield
16                          227 West Monroe Street
                            Suite 4700
17                          Chicago, Illinois 60606
                            (312) 577-1267

18

19  Hytera Corporate Representative:  Michele Ning

20

21

22

23

24

10:15:01  25

3369

1    THE CLERK:  All rise.

2    (The following proceedings were had in the

3    presence of the jury in open court:)

4    THE CLERK:  The Court is in session.  Please be

5    seated.

6    THE COURT:  Good morning, members of the jury.

7    Could you please swear in the new interpreter.

8    (Interpreter sworn.)

9    THE COURT REPORTER:  Can you please state your name

10   for the record.

11   THE INTERPRETER WANG:  Jeff Wang, last name W-a-n-g.

12   THE COURT:  And what languages will you be

13   interpreting?

14   THE INTERPRETER WANG:  Mandarin Chinese.

15   THE COURT:  Good morning.

16   Please call the witness.

17   MR. CLOERN:  Good morning, Your Honor.  Hytera

18   Communications, Hytera America (West), and Hytera America call

19   Andrew Yuan.

20   THE COURT:  Yes.

21   MR. STRINGFIELD:  Good morning, Your Honor.  Daniel

22   Stringfield of Steptoe & Johnson on behalf of Hytera.  May I

23   proceed?

24   THE COURT:  Yes.

25   And you may be seated.

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 4 of 204 PageID #:55205
Yuan - direct by Stringfield
3370

1        THE CLERK:  Would you raise your right hand.

2        THE COURT:  Oh, I forgot that little detail.

3        MR. STRINGFIELD:  Sorry, Your Honor.  I'm so excited.

4        (Witness sworn.)

10:19:04    5        MR. STRINGFIELD:  Apologies, Your Honor.  May I

6    proceed now?

7        THE COURT:  Yes.  No apologies necessary.  Good

8    morning, counsel.

9            ANDREW YUAN, DEFENDANTS' WITNESS, SWORN

10:19:01   10                DIRECT EXAMINATION

11   BY MR. STRINGFIELD:

12   Q.  Good morning, Mr. Yuan.

13   A.  Good morning.

14   Q.  Can you please state your name for the record.

10:19:16   15   A.  My Chinese name is Yuan Ye.  My English name is Andrew

16   Yuan.

17   Q.  Mr. Yuan, what's your native language?

18   A.  Chinese Mandarin.

19   Q.  Mr. Yuan, do you also speak English?

10:19:30   20   A.  I do.

21   Q.  Mr. Yuan, will you be testifying in English today?

22   A.  Yes.

23   Q.  Mr. Yuan, do you understand that we have a translator

24   available for you in the event that you would like to hear a

10:19:39   25   question repeated in Mandarin or in the event that you feel you

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 5 of 204 PageID #:55206
Yuan - direct by Stringfield
3371

1   would give a more complete and accurate answer in Mandarin?

2   A.  Yes, I understand.

3   Q.  Mr. Yuan, what is your educational background?

4   A.  I got my undergrad -- undergraduate degree in accounting in

10:19:54   5   Jinan University in China.  And I also got my Master -- Master

6   of Science in economics from Birmingham University, England.

7   Q.  Mr. Yuan, are you employed?

8   A.  Yes.

9   Q.  And where are you employed?

10:20:06   10   A.  Hytera.

11   Q.  And where is Hytera headquartered in?

12   A.  In Shenzhen, China.

13   Q.  Mr. Yuan, did you prepare any slides to assist with your

14   testimony today?

10:20:16   15   A.  Yes, I did.

16       MR. STRINGFIELD:  Your Honor, we request permission to

17   publish demonstratives DDX 14 to the jury.

18       MR. BROWN:  No objection, Your Honor.

19       THE COURT:  Proceed.  Yes.

10:20:27   20       MR. STRINGFIELD:  Mr. Montgomery, can you please put

21   up DDX 14.1.

22   BY MR. STRINGFIELD:

23   Q.  Mr. Yuan, what's shown here on DDX 14.1?

24   A.  This slide is showing the map for East Asia.

10:20:36   25   Q.  And, Mr. Yuan, what cities have you highlighted on this

Yuan - direct by Stringfield

3372

1    map?

2    A.  There are three cities highlighted, which are Harbin,

3    China; Shenzhen, China; and Penang, Malaysia.

4    Q.  Mr. Yuan, why did you highlight these cities in particular?

10:20:51    5    A.  Because I understood we have been mentioned those three

6    cities many, many times.  So I'm trying to show the distance

7    between those cities.

8    Q.  Mr. Yuan, I think you have told us this already, what is in

9    Shenzhen, China?

10:21:07    10   A.  That's Hytera headquarters.

11   Q.  And then what is in Harbin, China?

12   A.  It's one of our centers in China, in northeast China.

13   Q.  And what is in Penang, Malaysia?

14   A.  In Penang is the R&D city for Motorola.

10:21:21    15   Q.  And approximately how far apart is Shenzhen and Harbin,

16   China?

17   A.  From Shenzhen to Harbin it's 1750 miles.  It's just similar

18   to from Chicago to Los Angeles.

19   Q.  And how about that Shenzhen to Penang, Malaysia?

10:21:36    20   A.  From Shenzhen to Penang is about 17500 miles.  It's like

21   from Chicago to Las Vegas.

22   Q.  Mr. Yuan, how many employees does Hytera have today?

23   A.  7000-plus.

24            THE COURT:  Before you go into that that, what is the

10:21:50    25   population of each city, if you know, roughly?

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 7 of 204 PageID #:55208
Yuan - direct by Stringfield
3373

1    THE WITNESS:  In Harbin it's roughly 7 to 8 million.

2    In Shenzhen, 18, 19 million.  In Penang, I have no idea.

3    Sorry.

4    THE COURT:  Proceed.

10:22:09  5    BY MR. STRINGFIELD:

6    Q.  Mr. Yuan, and in those 7,000 employees of Hytera that you

7    mentioned, how are they divided at the company?

8    A.  We have 2,000 --

9    THE COURT REPORTER:  "We have 2,000 ..."?

10:22:13  10   BY THE WITNESS:

11   A.  We have 2000-plus in manufacturing center, another

12   2000-plus in R&D departments.  And all the rest, they are

13   working on the platform departments, like sales, marketing,

14   human resources, et cetera.

10:22:33  15   Q.  And, Mr. Yuan, just to be clear, "R&D," is that research

16   and development?

17   A.  Yes, it is.

18   Q.  How many employees working on research and development at

19   Hytera have advanced degrees, such as a master's degree or

10:22:50  20   Ph.D.?

21   A.  Among the 2000-plus R&D engineers, we have about 40 percent

22   that are either holding a master degree or Ph.D. degree.

23   MR. STRINGFIELD:  Mr. Montgomery, can you please put

24   up slide DDX 14.2.

10:23:03  25   BY MR. STRINGFIELD:

Yuan - direct by Stringfield

3374

1    Q.  Mr. Yuan, what have you shown on this slide?

2    A.  We have four pictures to show our headquarters.

3    Q.  What's up in the top left quadrant of the slide?

4    A.  This is the outlook of our headquarters.

10:23:16    5    Q.  And then what are the other three pictures?

6    A.  That's our showroom and also a small museum of our history.

7    Q.  And what does Hytera display in its showroom?

8    A.  We display our products under solutions for different

9    industries, like transportation, public safety, oil and gas,

10:23:38    10    for example.

11         MR. STRINGFIELD:  Mr. Montgomery, can you please put

12    up slide DDX 14.3.

13    BY MR. STRINGFIELD:

14    Q.  Mr. Yuan, what's shown here?

10:23:46    15    A.  This slide is showing our manufacturing center.

16    Q.  And where is that manufacturing center located?

17    A.  It's also in Shenzhen.  In the northeast Shenzhen.  It's

18    about 60 kilometers away from our headquarters.

19         MR. STRINGFIELD:  Mr. Montgomery, can you please put

10:24:04    20    up DDX 14.4.

21    BY MR. STRINGFIELD:

22    Q.  Mr. Yuan, what's shown here?

23    A.  This is our R&D center in Harbin in northeast China.

24         MR. STRINGFIELD:  Thank you, Mr. Montgomery, you can

10:24:16    25    take those down.

Yuan - direct by Stringfield

3375

BY MR. STRINGFIELD:

Q.  Mr. Yuan, when did you start at Hytera?

A.  The 2nd of September 2009.

Q.  And what were your responsibilities when you started at

Hytera in 2019?

A.  I was the regional sales director for European Zone 2.

Q.  And what, generally, were your responsibilities in that

position?

A.  Sales management.

Q.  Mr. Yuan, are you familiar with how the company was

structured in around 2008, 2009, when you started at Hytera?

A.  Yes, I do.

        MR. STRINGFIELD:  Mr. Montgomery, can you please put

up slide DDX 14.5.

BY MR. STRINGFIELD:

Q.  Mr. Yuan, what have you shown here on slide 14.5?

A.  This slide is showing back to 2008 and 2009, the

high-level, Level 1 department directly reporting to our

founder, CEO and the chairman, Mr. Chen.

        THE COURT REPORTER:  "To our..."?

BY THE WITNESS:

A.  To our founder, chairman and the CEO, Mr. Chen.

BY MR. STRINGFIELD:

Q.  And, Mr. Yuan, it appears that there are six departments

that report directly to Mr. Chen in about this timeframe of

Yuan - direct by Stringfield

3376

1  2008, and 2009, is that right?

2  A.  That's right.

3  Q.  And is there a person in charge of each of these

4  departments?

10:25:26  5  A.  Each heads of those departments is either a VP or VP

6  equivalent.

7  Q.  Of VP equivalent?

8  A.  Yes.

9  Q.  And those six people would be the only six people who

10:25:38  10  reported directly to Mr. Chen in the 2008, 2009 timeframe?

11  A.  Yes.

12  Q.  Let's focus on the research and development portion of the

13  chart, which is shown on the far right side in that green box.

14       MR. STRINGFIELD:  Mr. Montgomery, can you please pull

10:25:52  15  up DDX 14.6.

16  BY MR. STRINGFIELD:

17  Q.  Mr. Yuan, what have you shown on DDX 14.6?

18  A.  The last slide is a very summarized very briefly, very

19  simplified version of our organizational chart.  So on this

10:26:07  20  slide, we are showing the organizational structure only for R&D

21  department back to 2008 and 2009.

22  Q.  So starting at the top of this chart you've shown here, I

23  see Dr. Tang.  Is he a vice president or vice president

24  equivalent in charge of this department who would report

10:26:29  25  directly to Mr. Chen in this timeframe?

Yuan - direct by Stringfield

3377

1    A.  Yes.  Correct.

2    Q.  And do you know who G.S. Kok is?

3    A.  Yes, I know who he is.

4    Q.  And where do you see G.S. Kok located on this chart?

10:26:43    5    A.  If you look to the right, to the right, the second right

6    box you will see "G.S. Kok."

7    Q.  The second from the right box?

8    A.  Yes.

9    Q.  And so who does G.S. Kok report to in the 2008, 2009

10:26:58    10    timeframe?

11    A.  He reports to Gou Zhongquan who is in charge of the center,

12    the R&D center.

13    Q.  And then who does Mr. Gou Zhongquan report to?

14    A.  He reported to Dr. Tang.

10:27:12    15    Q.  And then who did Dr. Tang report to?

16    A.  Dr. Tang reports to Mr. Chen.

17    Q.  So it appears that in the 2008, 2009 timeframe there are

18    two layers between G.S. Kok and Mr. Chen, is that right?

19    A.  That's correct.

10:27:21    20    Q.  I also see --

21         THE COURT:  Would you circle Mr. Kok so the jury is

22    well-advised.

23    BY MR. STRINGFIELD:

24    Q.  So, Mr. Yuan, there's an arrow in the top right --

10:27:35    25    A.  I will.

Yuan - direct by Stringfield

3378

1  Q.  So you can push that button on the top right and it will
2  open --
3          There you go.
4          So, Mr. Yuan, I also see Professor Sun on this chart.
10:27:47  5  Why do you put Professor Sun on this chart?
6  A.  Because G.S.  joined Hytera in February 2008.  And then in
7  2008, Professor Sun and G.S., they have some overlapping time,
8  they have a transition time.  So as Professor Sun went to
9  Harbin R&D center, G.S. started leading this department.
10:28:10  10  Q.  Mr. Yuan, it appears, and I think you told this earlier,
11  that the slide we looked at previously, 14.5, was a simplified
12  representation of the organization, is that right?
13  A.  That's correct.
14  Q.  And then here you've shown some more of the lawyers layers.
10:28:24  15  What are the purposes of the layers of organization at Hytera
16  in the 2008, 2009 timeframe?
17  A.  Because, you know, Mr. Chen, our CEO, our founder, he grew
18  up from the sales background.  He has no R&D knowledge.  So he
19  understands he has to run the R&D by using the layer, different
10:28:47  20  layer of the people.
21  Q.  Mr. Yuan --
22          MR. STRINGFIELD:  Mr. Montgomery, you can take that
23  down, please.
24  BY MR. STRINGFIELD:
10:28:52  25  Q.  Mr. Yuan, you mentioned earlier that you started at Hytera

Yuan - direct by Stringfield

3379

1    in 2009 as a regional sales director --

2    A.  Excuse me.  The circle is not coming off from the screen.

3        MR. STRINGFIELD:  We can clear that.

4        (Brief pause.)

5        THE WITNESS:  Okay.  Thank you.

6    BY MR. STRINGFIELD:

7    Q.  So, Mr. Yuan, I think you mentioned earlier that you

8    started in 2009 at Hytera as a regional sales director, is that

9    right?

10   A.  That's correct.

11   Q.  What was your next role after that?

12   A.  On the 4th of October 2010, I became the managing director

13   of Hytera U.K.

14   Q.  And then let's jump ahead to 2013.  What was your role at

15   that time at Hytera?

16   A.  In the early 2013 I kept the position as the managing

17   director of Hytera U.K., and I got another title as one of the

18   deputy general manager of overseas department.

19   Q.  And then, Mr. Yuan, over the last 3 years, so since about

20   2016, can you generally describe your roles at Hytera?

21   A.  Yeah.  From March 2016 till today, I'm responsible for

22   management, sales, marketing, operation, finance, in the

23   assigned territories in North and South America.

24   Q.  And, Mr. Yuan, what is your current title at Hytera?

25   A.  Currently I have two titles in Hytera.  The first title is

10:29:05

10:29:13

10:29:30

10:29:48

10:30:12

Yuan - direct by Stringfield

3380

1    the vice president of sales in Hytera Communications,

2    Corporation, Ltd.  Another title is the president of North and

3    the South America departments.

4    Q.  And, Mr. Yuan, generally, what are your responsibilities in

10:30:34    5    those roles?

6    A.  As I just mentioned before, management, sales, marketing,

7    operation, and the finance in assigned territories.

8    Q.  And where is your office or offices located?

9    A.  I have two offices.  One office is in Shenzhen, China in

10:30:55   10    headquarters.  Another office is the Irvine, California.

11    Q.  And where do you live, Mr. Yuan?

12    A.  Irvine, California.

13    Q.  Mr. Yuan, who do you report to in your role as vice

14    president of sales?

10:31:07   15    A.  I directly reported to Mr. Chen.

16    Q.  And how many other vice president or vice president

17    equivalents are there today that report directly to Mr. Chen?

18    A.  Including me, that's 15.

19    Q.  And in these roles as vice president or vice president

10:31:22   20    equivalents who report directly to Mr. Chen, are you an officer

21    of the company?

22    A.  Yes.

23    Q.  And as one of these 15 executives, are you familiar with

24    the structure, the corporate structure of Hytera today?

10:31:36   25    A.  Yes.

Yuan - direct by Stringfield

3381

1       MR. STRINGFIELD:  Mr. Montgomery, can you please put
2  up DDX 14.7.
3  BY MR. STRINGFIELD:
4  Q.  Mr. Yuan, what have you shown here?
10:31:45  5  A.  On this slide, which is showing on top, again, is our
6  founder, chairman and the CEO, Mr. Chen.  Then below Mr. Chen
7  we have an executive vice president who's name is Yelin Jiang.
8  And below Mr. Chen and Mr. Jiang we have 13 departments
9  directly reporting to Mr. Chen under Mr. Jiang.  The head of
10:32:15  10  each department here is a VP or VP equivalents.
11  Q.  And, Mr. Yuan, it looks like these are sort of scrunched
12  together to fit on the slide, but are all 13 of these
13  departments at equal organizational level?
14  A.  Equal position.
10:32:30  15  Q.  Okay.  And, Mr. Yuan, where would you be located or your
16  role be located on this chart?
17  A.  If you look down from the CEO executive of VP, then you see
18  the department of North and South America, that's our
19  department.
10:32:46  20  Q.  And, Mr. Yuan, earlier we were discussing Professor Sun.
21  What is his role at the company today?
22  A.  He's the vice president in R&D.
23  Q.  And where would his role be located on DDX 14.7?
24  A.  It's just the next right, the green box.  You see the
10:33:03  25  "R&D."

Yuan - direct by Stringfield

3382

1    Q.  And so does Professor Sun also report directly to Mr. Chen?

2    A.  Yes, he is.

3    Q.  And is Professor Sun also an officer of the company?

4    A.  Yes, he is.

10:33:12    5    Q.  And, Mr. Yuan, is 14.7 a complete representation of the

6    organization of Hytera?

7    A.  No, it is not.  It is a very simplified version.

8    Q.  So, Mr. Yuan, as one of the 15 executives who reports

9    directly to Mr. Chen today, are you familiar with the overall

10:33:32    10   structure and operation of the company?

11   A.  Yes, I do.

12   Q.  And as one of those 15 executives, are you also familiar

13   with Motorola's allegations in this case and Hytera's response?

14   A.  Yes, I am aware.

10:33:43    15           MR. STRINGFIELD:  Mr. Montgomery, you can take that

16   slide down.

17           THE COURT:  Is Hytera Communications Corporation,

18   Ltd., a publicly traded corporation?

19           THE WITNESS:  Yes.

10:33:54    20           THE COURT:  What exchange or exchanges?

21           THE WITNESS:  In Shenzhen Stock Exchange.

22           THE COURT:  Only that one?

23           THE WITNESS:  Only that one.

24           THE COURT:  All right.  And as a traded corporation,

10:34:08    25   is it responsible to file reports with the Chinese government

Yuan - direct by Stringfield

3383

1    or whatever organization controls the Chinese stock exchange?

2              THE WITNESS:  We have authority --

3              THE COURT:  For example, an annual report.

4              THE WITNESS:  Yeah, we have an authority called the

10:34:28   5    China Securities Regulatory Commission.

6              THE COURT:  So that would be the functional equivalent

7    of the SEC?

8              THE WITNESS:  I believe so.

9              THE COURT:  So one could get a copy of the annual

10:34:41   10   report of Hytera Communications Corporation, Ltd., by a simple

11   request to the corporation?

12             THE WITNESS:  Yes.  The financial report for the

13   companies are open information.  We cannot just only get it

14   from the authority, we can get from systems stock exchange as

10:35:00   15   well.

16             THE COURT:  So a stockholder could write or call and

17   say I want a copy of the annual report?

18             THE WITNESS:  We have three --

19             THE COURT REPORTER:  "We have ..."?

10:35:11   20             THE WITNESS:  We have three as look-back.

21             THE COURT:  Thank you.  Proceed.

22   BY MR. STRINGFIELD:

23   Q.  Mr. Yuan, let's talk a little bit about Hytera as a public

24   company.  When did Hytera go public?

10:35:19   25   A.  May 2011.

Yuan - direct by Stringfield

3384

1    Q.  Mr. Yuan, Motorola has suggested in this case that Hytera's

2    ability to go public in 2011 depended on Hytera's ability to

3    launch a DMR radio in 2010.  Do you agree with that?

4    A.  I disagree with that.

10:35:34    5    Q.  Was there any urgency to Hytera going public in 2011?

6    A.  No.

7    Q.  What was the purpose of Hytera going public, if you know?

8    A.  I mean, we raising capital, we raising funds from the stock

9    markets, and in the future we have some investments.  For

10:35:56    10    example:  No. 1, the investment to expand the international

11    sales network to go international.  No. 2, we invest for some

12    future projects.  And No. 3, we invest on some facilities.

13          MR. STRINGFIELD:  Mr. Montgomery, can you please put

14    up DDX 14.3 again.

10:36:18    15    BY MR. STRINGFIELD:

16    Q.  Mr. Yuan, I believe you told us this is the factory.  Is

17    this something that Hytera used the capital that it raised from

18    it's IPO to finance?

19    A.  This is one of the reason.  This manufacturing center is

10:36:41    20    one of the best in Asia.

21          MR. STRINGFIELD:  Mr. Montgomery, you can take that

22    down.

23    BY MR. STRINGFIELD:

24    Q.  Mr. Yuan, did Hytera have to get any kind of approval to go

10:36:52    25    public or have an IPO to be listed on the Shenzhen Stock

Yuan - direct by Stringfield

3385

1  Exchange?

2  A.  Yes.

3  Q.  Can you tell us a little bit about what Hytera had to

4  provide to the authority to get permission to go public?

10:37:04  5  A.  Basically, we have to provide two things:  One thing is the

6  last 3 years financial report.  Another thing is the prospectus

7  for the future.

8  Q.  Is that a prospectus?

9  A.  Yes.

10:37:16  10  Q.  And what is the purpose of a prospectus?

11  A.  As I just explained.  Mainly there are three things in the

12  prospectus:  The investment to the international marketing, the

13  investment to the future projects, and the investment to the

14  facilities.

10:37:32  15  Q.  So let's talk about the 3-year financial effect first.  So

16  in 2011, going back three years, would be 2010, 2009, 2008, is

17  that right?

18  A.  That's correct.

19  Q.  And Hytera, when did they launch their DMR radios?

10:37:48  20  A.  March 2010.

21  Q.  In the 2010, 2009, 2008 timeframe of the 3-year look-back,

22  what product or products made up the majority of Hytera's

23  sales, if you know?

24  A.  Because we launch the DMR in March 2010.  So if we look at

10:38:06  25  these 3 years, from 2008, '9 and '10, the majority of the sales

Yuan - direct by Stringfield

3386

1  come from analog.

2  Q.  And, Mr. Yuan, let's talk about the prospectus.  Is that a

3  forward-looking document?  It looks to the future?

4  A.  Yes.

10:38:20  5  Q.  And I think you told us there were three things that you

6  had to list in there.  There was expanding the international

7  sales network, facilities, and then the third thing were

8  products, is that right?

9  A.  Projects.

10:38:31  10  Q.  Projects.  Can you tell us what projects Hytera discussed

11  in its prospectus?

12  A.  The system under terminal for DMR, dPMR, TETRA, PDT and

13  even future 4g LTE products, and, you know, acquisitions.

14  Q.  You said "4g LTE," is that right?

10:38:56  15  A.  Yes.

16  Q.  Is that like the cell phone technology that many of us

17  have?

18  A.  Yes.

19  Q.  Mr. Yuan, it sounds like DMR was mentioned among one of

10:39:05  20  many technologies in one of three portions of the prospectus,

21  is that right?

22  A.  That's right.

23  Q.  Was DMR emphasized or highlighted in any particular way in

24  the prospectus?

10:39:16  25  A.  No.

Yuan - direct by Stringfield

3387

1  Q.  Mr. Yuan, let's go back.  Mr. Yuan, do you know who the

2  defendants in this case are?

3  A.  Yes, I do.

4  Q.  And who are they?

10:39:29  5  A.  There are three:  Hytera Communications, Corp., Ltd.,

6  Hytera America, Inc., Hytera Communications America (West),

7  Inc.

8  Q.  And can you describe for us the relationship between these

9  three entities?

10:39:44  10  A.  Hytera Communications Corporation, Ltd., is the parent

11  company.  Hytera east -- sorry.  Internally, we call "Hytera

12  America, Inc." is Hytera east, and we call Hytera

13  Communications America (West) Inc., is Hytera west.  So Hytera

14  east and Hytera west is equal position.  They are daughter

10:40:08  15  company to the parent company.

16  Q.  And Hytera Corporation I think you told us is headquartered

17  in Shenzhen, is that right?

18  A.  That's right.

19  Q.  Where is Hytera East located?

10:40:20  20        THE COURT:  Are they wholly owned subsidiaries?

21        THE WITNESS:  Yes.  Hytera East and Hytera West, they

22  are both subsidiaries.

23        THE COURT:  Are they wholly owned?

24        THE WITNESS:  Wholly-owned.  Yeah, 100 percent wholly

10:40:33  25  owned.

Yuan - direct by Stringfield

3388

1    THE COURT:  Proceed.

2    BY MR. STRINGFIELD:

3    Q.  Mr. Yuan, where is -- and I apologize if you've answered

4    this already -- where is Hytera East located?

10:40:40    5    A.  Miramar, Florida.

6    Q.  In that near Miami?

7    A.  Yes.

8    Q.  And then where is Hytera West located?

9    A.  Irvine, California.

10:40:48    10    Q.  So, Mr. Yuan, what is the purpose of these two U.S.

11    entities?

12    A.  It's like a distribution center.  We purchase from China,

13    we purchase from headquarters and reselling distribution in the

14    United States.

10:41:05    15    Q.  Mr. Yuan, you're aware that the radios in this case are DMR

16    radios, is that right?

17    A.  Could you please repeat the question?

18    Q.  Sure.  You're aware that the radios that are at issue in

19    this case are DMR radios?

10:41:21    20    A.  Yes, I'm aware.

21    Q.  So, Mr. Yuan, the two U.S. entities that you just

22    mentioned, you say they purchase DMR radios from Hytera

23    Communications -- or, excuse me, from Hytera Corporation, and

24    then they resell them in the United States, is that correct?

10:41:35    25    A.  Correct.

Yuan - direct by Stringfield

3389

1    Q.  Do either of these U.S. entities do any research and

2    development of DMR or any other technology in the United

3    States?

4    A.  No.

10:41:46    5    Q.  What about source code, is any source code development done

6    at either of these U.S. entities?

7    A.  No.

8    Q.  Do either of U.S. entities manufacture any products?

9    A.  No.

10:41:58    10    Q.  We talked about G.S. Kok a moment ago.  Did G.S. Kok ever

11    work at either of these U.S. entities?

12    A.  Never.

13    Q.  Have you heard of a gentleman named Sam Chia?

14    A.  Yes.

10:42:09    15    Q.  Has Sam Chia ever worked at either of these U.S. entities?

16    A.  Never.

17    Q.  Have you heard of a gentleman named Y.T. Kok?

18    A.  Yes.

19    Q.  Has Mr. Kok ever worked at either of these U.S. entities?

10:42:24    20    A.  Never.

21    Q.  Mr. Yuan, you mentioned that the U.S. entities after they

22    purchase the radios, the DMR radios from the headquarters in

23    China, they resell them.  Who do they resell the DMR radios to?

24    A.  We have one of two distributors in the United States,

10:42:39    25    distributors.  Apart from that, we directly resale to dealers.

Yuan - direct by Stringfield

3390

1    Q.  So the U.S. entities resell to either distributors or

2    dealers.  Do they ever sell directly to the end-user of a DMR

3    radio?

4    A.  In the 99.99 percent cases, no.

10:43:02    5    Q.  But in those 99.9 percent cases they always go through

6    either a distributor or a dealer, is that correct?

7    A.  That's correct.

8    Q.  And then if it goes to a distributor, who does that

9    distributor sell it to?

10:43:14   10    A.  The distributor, they would sell to dealers.

11    Q.  Okay.  So in all cases, then, the dealers eventually --

12    excuse me.  In 99.99 percent of the cases, the DMR radios that

13    Hytera sells in the United States will pass through a dealers

14    before they pass to the end-purchasers, is that right?

10:43:36   15    A.  That's correct.

16    Q.  What about outside of the United States, is it different in

17    any way?  And if it is, can you explain to us?

18    A.  It could be slightly different.  Outside the United States

19    we have more distributors, we have less dealers.  But, again,

10:43:51   20    for DMR business, normally, we don't do direct, we don't go

21    direct.  So it has always been sold through dealers.

22    Q.  Or distributor, I think you mentioned?

23    A.  That's correct.

24    Q.  Mr. Yuan, why are Hytera DMR radios sold through dealers or

10:44:10   25    distributors?

Yuan - direct by Stringfield

3391

1    A.  This is a mission-critical industry.  The local end-users,

2    they need 24/7 customer care.  And this industry, it is very

3    technical.  You need training, staging, installation, service

4    from local, that's why.

10:44:34    5    Q.  Do other DMR manufacturers also sell their DMR radios

6    through dealers or distributors in the way that Hytera does?

7    A.  I think everyone does.

8    Q.  Mr. Yuan, given the local presence for dealers that you

9    just mentioned, is it important to have dealers close to the

10:44:53   10   customers or end-user?

11   A.  That's correct.

12   Q.  And is it important for the same reasons that you mentioned

13   before?

14   A.  Yes.

10:45:00   15   Q.  Is the geographic location of a DMR manufacturer's dealers

16   important?

17   A.  Yes.

18   Q.  And why is that important?

19   A.  It's the same reason.  You know, we have to provide our

10:45:21   20   customer care closely to our end-users.

21   Q.  And so I think it sounds like you need to have dealers in,

22   for example, countries where the purchasers are located, would

23   that be a local aspect that you would consider important?

24   A.  Yes.

10:45:40   25   Q.  And is the opposite also true?

Yuan - direct by Stringfield

3392

1    A.  The converse is also true.

2    Q.  And what do you mean by that?

3    A.  If you don't have local dealers, if you don't have local

4    sales presence, you would not sell in that region in our

10:46:00    5    industry.

6    Q.  So even if a company had a large market share, but they

7    didn't have a dealer in a specific territory, are they less

8    likely to make a DMR radio sale in that territory?

9    A.  I agree.

10:46:12    10   Q.  Is the size of a DMR radio manufacturer's dealer network

11   also important?

12   A.  Yes.

13   Q.  Why is that?

14   A.  I mean, by definition, if you have more, you have higher

10:46:27    15   sales, and particularly in our industry I think that this is

16   the case.

17   Q.  Mr. Yuan, how many dealers does Hytera have globally?

18   A.  2000-plus.

19   Q.  And how many does Hytera have in the United States?

10:46:40    20   A.  498.

21   Q.  And you mentioned local sales offices.  How many of those

22   does Hytera have globally?

23   A.  Globally, we have 70-plus.

24   Q.  Mr. Yuan, who has -- or, if you know, what DMR manufacturer

10:46:58    25   has the most dealers globally?

Yuan - direct by Stringfield

3393

1  A.  Motorola.

2  Q.  And which DMR manufacturer, if you know, sells the most DMR

3  radios?

4  A.  Motorola.

10:47:08  5  Q.  Which DMR manufacturer has the second most dealers

6  globally?

7  A.  Hytera.

8  Q.  And which DMR manufacturer sells the second most DMR radios

9  globally?

10:47:20  10  A.  Hytera.

11  Q.  And we'll talk a little bit about Hytera's history in a

12  moment, but I understand that Hytera began as a company focused

13  on the Chinese domestic market, is that right?

14  A.  That's correct.

10:47:35  15  Q.  Did there come a time where Hytera began expanding its

16  international presence?

17  A.  We started from 2003.

18  Q.  And is that still continuing today?

19  A.  Yes.

10:47:46  20  Q.  Can you tell us a little bit about Hytera's investment in

21  expanding its global dealer network?

22  A.  Yeah.  I mean, to go to dealer networks, we have to go on

23  site to train our dealers to provide samples, and that we also

24  have to have courses every month in China, in headquarters.  So

10:48:16  25  all of them, there was a cost.

Yuan - direct by Stringfield

3394

1    Q.  Would you consider that cost to be a significant cost?

2    A.  Yes.

3    Q.  Mr. Yuan, is it fair to say that your roles at Hytera,

4    since you began in 2009, have been managing sales of Hytera

10:48:30    5    products?

6    A.  Yes.

7    Q.  And given that responsibility for managing sales, do you

8    have insight into Hytera's product roadmap, product strategy,

9    and development of products?

10:48:41    10    A.  Yes, I do.

11    Q.  Are those things important to your role as managing sales

12    of Hytera products?

13    A.  Yeah.  To enable -- to enable sales, Europe in sales, I

14    have to lend all of this, the roadmap, the strategies, the

10:48:57    15    history from a high-level.

16          MR. STRINGFIELD:  Mr. Montgomery, can you please put

17    up slide DDX 14.8.

18    BY MR. STRINGFIELD:

19    Q.  Mr. Yuan, what have you shown on slide DDX 14.8.

10:49:12    20    A.  This slide is showing the important milestones of Hytera's

21    innovation.

22    Q.  When was Hytera founded?

23    A.  In 1993.

24    Q.  And did there come a time when Hytera began selling its own

10:49:23    25    radio?

Yuan - direct by Stringfield

3395

1    A.  Yeah.  From 1995.

2    Q.  And when did Hytera begin developing that radio?

3    A.  From day one.  From 1993.

4    Q.  And what was the name of that first Hytera radio that it

5    began selling in 1995?

10:49:40

6    A.  C160.  Excuse me (coughing.)  C160.

7    Q.  Can you tell us a little bit about the C160.

8    A.  Back to 1995, it is a very -- it is a fairly basic analog

9    radio; analog.  With good quality, though.  But it does what

10   it's supposed to do, and very shortly it becomes the most

10:50:05

11   popular radio in China.  The best selling radio in China.

12   Q.  And you said it was fairly basic.  Is it basic by today's

13   standards or was it basic by 1995 standards?

14   A.  In 1995, it matched -- it matched all the requirement from

15   the exchange market back to 1995, but if we look at it from

10:50:28

16   today, it is fairly basic.

17   Q.  And I think you mentioned that the C160 was successful.

18   What impact did the success of the C160 have on Hytera?

19   A.  We started as a distributor from C160.  From this radio,

20   from the C160, from this success that gave us the confidence,

10:50:49

21   gave us the confidence to hire more engineers, to develop more

22   products, to go beyond.

23   Q.  And did Hytera thereafter develop more products and go

24   beyond?

25   A.  We did.

10:51:04

Yuan - direct by Stringfield

3396

1    Q.  Can you tell us some of the early products that Hytera

2    began developing after 1995, just generally?

3    A.  Yeah.  In analog, we developed TC500, another radio in

4    China, and NPT --

10:51:13    5         THE COURT REPORTER:  "And NPT"?

6    BY THE WITNESS:

7    A.  NPT 1327 analog trunking system.  T-r-u-n-k-i-n-g.  Thank

8    you.

9         And also, we started to develop the digital radio from

10:51:42   10   1990 -- sorry.  From 2003.

11   BY MR. STRINGFIELD:

12   Q.  When did Hytera launch that digital radio that you just

13   mentioned?

14   A.  In 2006.

10:51:55   15   Q.  And is that shown on your slide here?

16   A.  Yeah.  In 2006, that was Hytera's first.  You see that

17   orange color.  In 2006, Hytera's first digital radio launched.

18   Q.  And what technology was that digital radio?

19   A.  TETRA.

10:52:12   20   Q.  And what is TETRA?  Is that T-E-T-R-A?

21   A.  Yes, T-E-T-R-A.  It was supposed to be a public safety

22   digital standard for Europe.  So the "E" in TETRA stands for

23   Europe.

24   Q.  And earlier we were talking about G.S. Kok.  When did G.S.

10:52:33   25   Kok arrive at Hytera?

Yuan - direct by Stringfield

3397

1    A.  February 2008.

2    Q.  And so was Hytera's 2006 launch of its first digital radio

3    before or after G.S. Kok arrived at Hytera?

4    A.  Before.

10:52:46    5          MR. STRINGFIELD:  Mr. Montgomery, you can take that

6    slide down, please.

7    BY MR. STRINGFIELD:

8    Q.  Mr. Yuan, let's talk more broadly about Hytera's business.

9    What products does Hytera sell in the United States today?

10:52:56    10   A.  We have two perspectives to look at this.  If we talk about

11   the standards, we are selling analog, TETRA, DMR, and LT

12   products in the United States.  If we look at the products, we

13   are selling the terminals, systems, applications and

14   accessories.

10:53:25    15   Q.  And, Mr. Yuan, I think we talked about TETRA.  And then the

16   "LT" that you mentioned, is that the same 4g LTE that we

17   discussed earlier like we have in our cell phones?

18   A.  Correct.

19   Q.  Let's talk a little bit more about those product categories

10:53:42    20   that you mentioned.  I think the first one -- or one of the

21   ones that you mentioned was "terminals."  Can you tell us what

22   a terminal is?

23   A.  In our industry the terminals is equal to radios or equal

24   to devices.  So talk about the radios, we have the hand-held

10:54:02    25   radios and also we have the radios you can fit into the

Yuan - direct by Stringfield

3398

1   vehicle.

2   MR. STRINGFIELD:  Mr. Montgomery, can you put up DDX

3   14.10 for us, please.

4   BY MR. STRINGFIELD:

10:54:17    5   Q.  Mr. Yuan, are the terminals shown on this slide here?

6   A.  Yeah.  This slide is showing our DMR product family.

7   MR. STRINGFIELD:  Mr. Montgomery, you can take that

8   down.

9   BY MR. STRINGFIELD:

10:54:29   10   Q.  And then, Mr. Yuan, another category of products that

11   Hytera sells in the United States I believe you mentioned is

12   systems.  Can you tell us more about what systems are?

13   A.  Okay.  So normally, in our industry, we see systems, that's

14   including three things:  Repeater, broadcasting system, and the

10:54:49   15   base stations, base stations.

16   Q.  And you mentioned "applications," can you tell us what

17   those are?

18   A.  For example, in the command and control center, you need

19   the management software, softwares to manage the situation,

10:55:07   20   like the GPS, GPS tracking or indoor tracking.

21   Q.  So these would be, it sounds like, software programs that

22   you would install on a computer and then those would allow you

23   to track or manage a fleet of radio users, is that fair?

24   A.  That's correct.

10:55:22   25   Q.  And you mentioned accessories.  Can you tell us what

Yuan - direct by Stringfield

3399

1　accessories are?

2　A.　Yes.　Normally with a radio, you have battery, antenna,

3　earphone, or the push-to-talk, microphones, that's typical

4　accessories in our industry.

10:55:41　5　Q.　So those are the products that Hytera sells in the United

6　States.　Does Hytera sell that same group of products outside

7　of the United States?

8　A.　Yes.

9　Q.　Does Hytera sell additional products besides the products

10:55:53　10　you just discussed outside of the United States?

11　A.　Yes.

12　　　　MR. STRINGFIELD:　Mr. Montgomery, can you please --

13　BY THE WITNESS:

14　A.　For example, in China we sell PDT.

10:56:03　15　BY MR. STRINGFIELD:

16　Q.　What is PDT?

17　A.　PDT is another digital standards.　PDT is a standard for

18　the China police.

19　Q.　Those are radios, I assume?

10:56:12　20　A.　(No response.)

21　Q.　Those are radios?

22　A.　Terminals and systems, both.

23　Q.　So the PDT technology that you sell, would those also be

24　the mobiles and the potentials and the repeaters that you

10:56:26　25　discussed earlier?

Yuan - direct by Stringfield

3400

1    A.  On the base stations.

2         THE COURT:  If the Chinese police decide that they

3    want to make a major purchase of your products, do they have to

4    go through a distributor or a dealer or is it handled as a

10:56:37    5    house account by the corporation?

6         THE WITNESS:  They do third.  They do both ways.

7    Sometimes they buy through dealer, sometimes they do directly.

8         THE COURT:  So you do have house accounts?

9         THE WITNESS:  Yes.

10:56:50    10         THE COURT:  Okay.  How large a purchase would have to

11    -- would it have to be to become a house account?

12         THE WITNESS:  I'm not very sure about that, sir.  I'm

13    sorry.  Because I'm not responsible for the domestic market.

14         THE COURT:  Domestic market in --

10:57:05    15         THE WITNESS:  In China.

16         THE COURT:  In China.

17         THE WITNESS:  Yes.  I'm not very familiar with that.

18    Sorry about that.

19         THE COURT:  Proceed.

10:57:12    20         MR. STRINGFIELD:  Thank you, Your Honor.

21         THE COURT:  And maybe we could shift that over.  If

22    the Chicago fire department wanted to purchase your products,

23    would they have to go through a distributor or dealer or could

24    they go directly to the house, house account?  What would they

10:57:31    25    have to do?

Yuan - direct by Stringfield

3401

1    THE WITNESS:  You mean here in Chicago?

2    THE COURT:  Yes.

3    THE WITNESS:  I think they also do it both ways.

4    Motorola sell directly --

10:57:40
5    THE COURT:  I'm asking you, Hytera.  The Chicago Fire

6    Department wants to buy 5,000 of your phones, do they have to

7    go to a distributor and/or a dealer or can they go directly to

8    you?

9    THE WITNESS:  They cannot go direct.  We --

10:57:55
10   THE COURT:  So they get those 5 or 10,000 phones

11   somewhere else through a dealer or distributor?

12   THE WITNESS:  Yeah.  They still need to go through a

13   distributor or dealer because they need local support.

14   THE COURT:  Proceed.

10:58:07
15   MR. STRINGFIELD:  Thank you, Your Honor.

16   Mr. Montgomery, can you please put up DDX 14.9.

17   BY MR. STRINGFIELD:

18   Q.  Mr. Yuan, can you tell us what you've described or shown

19   here on DDX 14.9.

10:58:23
20   A.  Yes.  This page is showing our product family, our product

21   portfolio today.  So on the top left, that's our traditional

22   business.  It's the radio business, system business.  And to

23   the top middle, this is the next generation for 4g products.

24   To the top right, that's the innovation from Hytera.  We

10:58:54
25   developed those products for the emergency and the rescue

Yuan - direct by Stringfield

3402

1  markets.  For example, if there is a disaster that happens --

2  Q.  A disaster?

3  A.  A disaster.  If the public telecommunication, if your cell

4  phone is down, if the radio communication is also down,

10:59:13  5  different people from different departments -- for example,

6  people from police, people from fire departments, or people

7  from the emergency departments, people from the rescue

8  departments -- they go to the disaster, they go on-site, and

9  they can establish and set-up a new network immediately.

10:59:34  10          And after the hurricane, after the hurricane

11  happened --

12  Q.  Hurricane?

13  A.  Hurricane happened in Florida, we donated those products to

14  the local rescue team.  Okay.

10:59:47  15          Below left is the customized command vehicles.

16          In the middle center, middle, this is what we call the

17  command and control center.

18          And to the below right, today we also provide this

19  satellite product.

11:00:17  20  Q.  So the command and control dispatch that's pictured in the

21  middle, is that what we were talking about earlier where you

22  want to manage a group of radios or traffic with radios, is

23  that the purpose of this?

24  A.  It is.  I mean, in those ICC, you have calling in and you

11:00:35  25  have dispatcher functions.  So this is a command and control

Yuan - direct by Stringfield

3403

1    center for the emergency departments.

2    Q.  Mr. Yuan, in addition to these products, does Hytera have

3    any other services that it offers globally?

4    A.  Yes, we also do OEM, "OEM" which is the original equipment

11:00:59   5    manufacturing.  For example, there is another company called

6    Da Jiang --

7    Q.  Can you spell that for the court reporter, please?

8    A.  Yes. "D" for data, "A" for Alpha, "J" for Jack, "I" for

9    integral, "A" for Alpha, "N" for November, and the "G" for

10   golf.

11         Da Jiang.  So they are the number one for the

12   manufacture for drones.  You know, the drones with cameras.

13   Q.  Drones?

14   A.  Yes, drones.  Today if you go down to the north Michigan

11:01:33   15   Avenue, if you go into the Apple store, you will see the

16   drones.  We produce it for Da Jiang.

17         THE COURT:  Which store did you say?

18         THE WITNESS:  Da Jiang.  The drone, the drone with

19   cameras.

11:01:44   20         THE COURT:  But did you mention a specific store on

21   Michigan Avenue?

22         THE WITNESS:  Yeah.  Apple Store.  Apple.

23         THE COURT:  Apple?

24         THE WITNESS:  Yes.

11:01:54   25         THE COURT:  "Apple."

Yuan - direct by Stringfield

3404

1          THE WITNESS:  It is.

2          (Laugher in the courtroom.)

3          THE COURT:  Proceed.

4          Maybe this is a good point to take a little morning

11:02:02    5   break here.

6          Members of the jury, about 10 minutes or so.

7          You may step down, sir.

8          THE WITNESS:  Thank you.

9          (Recess.)

11:16:45    10         THE CLERK:  All rise.

11         (The following proceedings were had in the

12         presence of the jury in open court:)

13         THE CLERK:  The Court is in session.  Please be

14   seated.

11:17:38    15         THE COURT:  Proceed with the witness.

16         MR. STRINGFIELD:  Thank you, Your Honor.

17   BY MR. STRINGFIELD:

18   Q.  Welcome back, Mr. Yuan.

19         Mr. Yuan, I want to go back to a couple of things you

11:17:53    20   mentioned about the drones in the OEM manufacturing business.

21         The drones that you mentioned that are being sold at

22   the Apple Store, those are being sold by Da Jiang?

23   A.  Da Jiang, yeah.

24   Q.  And Hytera -- what's Hytera's role in that relationship

11:18:11    25   with Da Jiang in the OEM business?

Yuan - direct by Stringfield

3405

1  A.  It's purely manufacturing.  OEM, original equipment

2  manufacturing.

3  Q.  So Hytera makes those drones in its factory through a

4  contract with Da Jiang?

11:18:30  5  A.  Yes.

6  Q.  And it's Da Jiang who then imports the radios -- or excuse

7  me, imports the drones --

8  A.  I'll give you another example.  It's like Apple phone made

9  Foxconn, okay.

11:18:45  10  Q.  Okay.  Let me just finish the thought on the Da Jiang

11  drones.

12      So Hytera makes those drones pursuant to a contract

13  with Da Jiang, right?

14  A.  Right.

11:18:54  15  Q.  And then Da Jiang is the company that thereafter imports

16  the radios into the United States and sells them to Apple?

17  A.  No radio.  Drones.

18  Q.  I'm sorry.  Da Jiang imports the drones into the United

19  States and then sells them to Apple, is that right?

11:19:10  20  A.  I'm not sure.

21  Q.  Okay.

22  A.  This is not our business.

23  Q.  But Hytera doesn't import them or sell them to Apple, is

24  that right?

11:19:18  25  A.  No.

Yuan - direct by Stringfield

3406

1    Q.  And is Hytera's OEM business, is it similar for other

2    companies where Hytera manufactures other companies' electronic

3    products on contract for those companies, is that a fair

4    characterization?

11:19:36    5    A.  Yes, we do.

6              MR. STRINGFIELD:  Mr. Montgomery, can you please put

7    up slide DDX 14.10.

8    BY MR. STRINGFIELD:

9    Q.  Mr. Yuan, we talked about this briefly, but can you

11:19:54    10    describe a little bit more about what you've shown on DDX

11    14.10?

12    A.  This slide is showing our DMR portfolio.

13    Q.  And what specifically have you shown on this slide?

14    A.  DMR products.

11:20:12    15    Q.  Can you tell us about some of these products that you've

16    shown on this slide?

17    A.  Yeah.  From left to the right is from the commercial models

18    or what we call low-end DMR models to mid-tier.

19              And then in the middle is the DMR repeaters.

11:20:35    20              To the right is either we call -- either we call

21    professional or high-end DMR terminals.

22              And to the very right is a multimode devise, PDC760.

23    So today in this industry we are the only company in the world

24    has this kind of products, it's an LT plus DMR device.

11:21:07    25    Q.  Mr. Yuan, you have some radios in front of you.  Can you

Yuan - direct by Stringfield

3407

1    hold up DDX 12, which is the PDC760 radio.

2    A.  It's this one (indicating).

3    Q.  Can you tell us just a little bit about that radio.  You

4    told us that Hytera was the first in the world, but tell us

5    what's important about that.

6    A.  Yeah.  In the mission-critical situation, you have to run

7    the voice on a short message through narrow band technology,

8    through DMR.  If you need to transform the picture or big data

9    or radio, we can use 40 broadband.  So it's a two-in-one

10   technology.

11   Q.  You said two-in-one technology?

12   A.  Yes.  Yes.

13   Q.  And, Mr. Yuan, can you remind us again at a high-level what

14   are portables and what are mobiles using DDX14.10 to show us?

15   A.  Yes.  For example, BD352, this is a portable radio or like

16   this (indicating) --

17   Q.  This one here, Mr. Young (indicating)?

18   A.  Yes.  The MD622, it is a mobile radio, because those radios

19   will be faded, will be installed into a vehicle.

20   Q.  And then the repeaters that we've been discussing, those

21   are shown in the middle?

22   A.  In the middle.  In the third column.

23   Q.  And, Mr. Yuan, you told us that DDX 14.10 describes

24   Hytera's DMR terminals, is that right?

25   A.  That's right.

11:21:22

11:21:43

11:22:00

11:22:25

11:22:40

Yuan - direct by Stringfield

3408

1   Q.  What portion of Hytera's business, from a revenue

2   perspective, are DMR terminals?

3   A.  By the end of 2018 that was 12 percent.

4   Q.  And has the portion of Hytera's business that is DMR

5   terminals been higher in the past?

6   A.  It is.  At the peek time, there was 25 percent.

7   Q.  Mr. Yuan, you understand that only certain of Hytera's DMR

8   terminal radios are at issue in this case, is that right?

9   A.  That's correct.

10  Q.  So not all of the radios that are shown on DDX 14.10 are at

11  issue, is that right?

12  A.  Not all of them.

13  Q.  Could you circle for us the radios that are not at issue in

14  this case, that are not accused by Motorola of incorporating

15  trade secrets or source code?

16  A.  Yes (indicating).

17  Q.  So is it all of the commercial or low-end radios?

18  A.  That's correct.

19  Q.  And then in the mid-tier category, what have you circled

20  floor?

21  A.  The mobile radio.

22  Q.  The mobile radio.  Are any of the mid-tier mobiles accused

23  by Motorola in this case?

24  A.  Not here.  All of the mobiles was not accused.

25  Q.  None of the mobiles are accused.  So that includes the

11:22:58
11:23:19
11:23:39
11:24:06
11:24:17

Yuan - direct by Stringfield

3409

1   mobiles that are also in the professional or high-end category,

2   is that right?

3   A.  That's correct.

4   Q.  And then you've also circled the PDC760, the multimode

11:24:29   5   radio that you showed us, that is also not accused by Motorola

6   of incorporating source code or trade secrets in this case, is

7   that right?

8   A.  That's correct.

9   Q.  Mr. Yuan, what portion of Hytera's overall revenue today

11:24:44   10   are the accused products?

11   A.  Around 8 percent.

12          THE WITNESS:  "8," did you hear?

13          THE COURT REPORTER:  Yes.

14          MR. STRINGFIELD:  Mr. Montgomery, you can take that

11:24:58   15   down.

16   BY MR. STRINGFIELD:

17   Q.  Mr. Yuan, based on your nearly 10 years experience selling

18   DMR radios for Hytera, are you aware of who Hytera competes

19   against for DMR radio sales?

11:25:18   20   A.  Yeah.  In the DMR business, we are competing with Motorola,

21   with Kenwood, with Harris, with Tait, with Simoco, with Selex,

22   Kirisun, et cetera.

23   Q.  And let's slow down so the court reporter can get those.

24          It's Kirisun, and I think we heard Simoco?

11:25:33   25   A.  Simoco.

Yuan - direct by Stringfield

3410

1    Q.  Tait?

2    A.  Tait.

3    Q.  Harris?

4    A.  Harris.

11:25:42    5    Q.  And did I miss any?

6    A.  Selex from Italy, S-e-l-e-x.  Kenwood from Japan.

7    Motorola.  That's -- that's in DMR competition.  But also, DMR

8    is competing with dPMR TETRA, P25, POC.  So that's the

9    competition.

11:26:11    10    Q.  So it sounds like DMR competes against other technologies?

11    A.  Yes.

12    Q.  And you mentioned dPMR?

13    A.  Yes.

14    Q.  TETRA?

11:26:20    15    A.  Yes.

16    Q.  P25?

17    A.  Yes.

18    Q.  And you said POC.  Is that P-O-C?

19    A.  It is.

11:26:27    20    Q.  What is POC or P-O-C?

21    A.  It's push-to-talk over cellular.  Push-to-talk over

22    cellular.

23    Q.  Mr. Yuan, do you know who Steven Cragg is?

24    A.  Yes, I know.

11:26:44    25    Q.  Who is Steven Cragg?

Yuan - direct by Stringfield

3411

1    A.   He's our sales VP in Hytera East.

2    Q.   During your deposition in this case you were read some of

3    Mr. Cragg's deposition and you were asked if you agreed with

4    the answer that he gave to a question.  Do you remember that?

11:27:00    5    A.   I remember.

6    Q.   And you were read a question that asked:

7                "Who are other major competitors, if any, in

8                the U.S. DMR market?"

9                Do you remember that?

11:27:12    10   A.   I remember.

11   Q.   And then Mr. Cragg's answer as it was read to you was:

12               "So there's really two major manufacturers.

13               It's really, really a two -- two-player market

14               there."

11:27:25    15               Do you remember that than was read to you?

16   A.   Yes, I do.

17   Q.   And I believe during your deposition you said that you

18   agreed with Mr. Cragg's answer?

19   A.   Yes, I agree.

11:27:33    20   Q.   And you agreed even though you just told us that DMR radios

21   at Hytera compete against other manufacturers and other

22   technologies.  Why, what's the disconnect here?

23   A.   If we limit this question to DMR competition and if we

24   limit this question to United States, it is true.  According to

11:27:56    25   the statistics from IHS, which is a third-party, by the end of

Yuan - direct by Stringfield

3412

1  2017 Motorola has 80 percent of the DMR market in United

2  States, we have 11 percent, and for all of the other players,

3  they share the rest.  So it is correct.

4  Q.  So in the United States --

11:28:16  5  A.  Two players had over 90 percent of the market share.

6  Q.  But there are other players, correct?

7  A.  Yes.

8  Q.  And what are the mix of market shares for DMR product sales

9  outside of the United States, if you know?

11:28:30  10  A.  My best knowledge, I believe Motorola, they have over

11  50 percent and Hytera is around 30 percent.

12  Q.  And then there's other manufacturers that make up the

13  balance, is that right?

14  A.  That's correct.

11:28:42  15  Q.  But that's just for DMR technology, right?

16  A.  Just for DMR.

17  Q.  Mr. Yuan, based on your nearly 10-years' experience selling

18  DMR radios for Hytera, are you aware of how Hytera sets its

19  prices for DMR radios?

11:28:58  20  A.  Yes, I'm familiar.

21  Q.  How does Hytera set its prices for DMR radios?

22  A.  I think there's two steps.  The first step is that we have

23  to understand our labor and the materials cost.  And then we

24  put the R&D cost, the research and development.  And then we

11:29:22  25  put the operational cost -- like marketing, et cetera -- and we

Yuan - direct by Stringfield

3413

1    have to put a higher margin on it to cover our operational

2    cost.  This is the step one.

3          The second step is that we connect the competitive

4    intelligence for market.  We have to understand what is the

11:29:43   5    price from our competitors.  If we set up our price too high,

6    we won't sell; that's it.

7    Q.  So does Hytera aim to be the lowest price radio?

8    A.  Never.  I totally disagree.

9    Q.  Why do you disagree?

11:29:58   10   A.  I -- I keep saying in my life that Hytera is aiming to

11   provide the highest performance price ratio, or you can say the

12   price value ratio, or, let's say, cost-effective.  So at the

13   price, we are aiming to provide the better design, better

14   feature, better function, but Hytera is never cheap.

11:30:28   15   Q.  Do Hytera's prices vary by geography?

16   A.  We do.

17   Q.  Why do they Hytera's prices vary by geography?

18   A.  Because different rating has different economy situation.

19   Different region has different requirements.

11:30:45   20   Q.  Different requirements?

21   A.  From customers; okay, for example.  So, yeah, which we do.

22   Q.  Do competitors vary from geography to geography, which

23   competitors --

24   A.  That's also another reason, yeah.

11:31:00   25   Q.  Mr. Yuan, are there instances where Hytera's radios are

Yuan - direct by Stringfield

3414

1   more expensive than, for example, Motorola's radios?

2   A.  Many, many cases.

3   Q.  Can you give us some instances that you're thinking of?

4   A.  For example, this radio (indicating).

11:31:15   5   Q.  Which one are you holding up?

6   A.  This radio (indicating)?

7   Q.  Does that say "DDX 11" on it?  There's a sticker on the

8   side of it.

9   A.  It says "DDX 11."

11:31:26   10   Q.  Okay.  Can you tell us what that radio is?

11   A.  For example, this radio, X1P, is this the first DMR covert,

12   covert radio.

13   Q.  "Covert"?

14   A.  Yes.  In the world.  So for the high-level executive

11:31:42   15   protection, bodyguards, or some special units in police, if you

16   take this off, put it in, you use it with a microphone, with an

17   earphone, that's very common for the diplomatic markets or

18   high-level executive, high-profile protection market.

19          And this one, with IP67 --

11:32:13   20   Q.  You said "IP67"?

21   A.  Yeah, IP67.

22   Q.  What does that mean?

23   A.  The "6" means the airtight dust level.  Level 6, airtight

24   dust.  Level 7, waterproof.  So if you bring this just into the

11:32:34   25   sea one meter deep, you can still use this radio for

Yuan - direct by Stringfield

3415

1    30 minutes.

2    Q.  And can you tell us about another radio that you have in

3    front of you?

4    A.  Yes.  Sure.  Sure.  I have got another example here.

11:32:46    5    Q.  And what is that?

6    A.  DDX 13.

7    Q.  Tell us about that radio.

8    A.  This is the first DMR safety intrinsic, 2C level in the

9    world.

11:33:00    10    Q.  So is it --

11    A.  2C level.

12    Q.  "2C" like "Charlie"?

13    A.  Charlie, yeah.  2C level, that means you can use this one

14    for the audio and gas industry for the refinery, for the oil

11:33:13    15    and the gas transportation, and also you can use this one in

16    the mining industry.  In the mine, in the mine, underground,

17    okay.  So by using those radio, even if you are using this in

18    the explosive environment, that won't cause the statics to

19    cause the explosion.

11:33:39    20    Q.  Is that like when I touch a light switch when it's cold

21    out, is that the static you're talking about?

22    A.  That's correct.

23    Q.  So that radio doesn't release that static, so it's safe in

24    an explosive environment?

11:33:51    25    A.  Correct.

Yuan - direct by Stringfield

3416

1  Q.  And those radios that you showed us are more expensive than

2  Motorola radios?

3  A.  That's correct.

4  Q.  Mr. Yuan, are you aware of how Hytera calculates its

11:34:03  5  profits for the DMR radios that are accused in this case?

6  A.  Yes.

7       MR. STRINGFIELD:  Mr. Montgomery, can you please put

8  up slide DDX 14.11.

9  BY MR. STRINGFIELD:

11:34:18  10  Q.  Mr. Yuan, what have you shown on DDX 14.11?

11  A.  This is a very briefly calculation chart to show the

12  Hytera's DMR products profit margin.

13  Q.  So let me ask you about the numbers that are shown here.

14  Are these exact numbers, these percentages?

11:34:40  15  A.  It's not exact numbers.  This is proximately numbers.

16  Q.  And where do these numbers come from, if you know?

17       THE COURT:  You mean percentages?

18       MR. STRINGFIELD:  Percentages.

19       THE WITNESS:  Yes, sir.

11:34:53  20       THE COURT:  Proceed.

21  BY MR. STRINGFIELD:

22  Q.  And where are did you get these numbers for the accused DMR

23  radios in this case, the percentages?

24  A.  From -- from our my colleagues in the financial department.

11:35:06  25  Q.  That's where the numbers that are used to calculate these

Yuan - direct by Stringfield

3417

1  percentages came from?

2  A.  Yes.

3  Q.  And do you know who calculated these percentages?

4  A.  We calculated in Hytera.  And also my understanding is that

5  the Motorola damage expert, they calculate as well.

6  Q.  Motorola's damages expert calculated these?

7  A.  Yes.

8  Q.  And did you review and do they generally agree with your

9  understanding of what the profits and costs are for the accused

10  DMR radios?

11  A.  I did.  And I agree.

12  Q.  Okay.  So, Mr. Yuan, can you just at a high-level walk us

13  through what each of these costs or expenses mean?

14  A.  Yeah.  So we started from our sales revenue.  They say OGS,

15  which is the cost of goods sold, including the cost from labor

16  and the materials, that's accounted for 38 percent.  So we

17  deduct this 38 percent first, then we kept our cost margin,

18  which is 62 percent.

19  Q.  Gross margin?

20  A.  Yes.  So 100 percent minus 38 percent, that would be a

21  62 percent as our gross margin.  Based on this gross margin, we

22  then deduct the patent royalty is around 2 percent we pay to

23  Motorola, and then we deduct 20 percent of the sales expenses,

24  2 percent from the asset impairment, 13 percent from the

25  managerial cost, 2 percent from the financial cost, and another

Yuan - direct by Stringfield

3418

1  15 percent which is the R&D cost.

2  Q.  That's research and development?

3  A.  Yes.  And then our operation profit is approximately 8

4  percent.

11:37:05  5  Q.  So for every $100 that Hytera makes on accused DMR radios,

6  your operating profit is $8, is that right?

7  A.  That's right.  And then after that, we have to pay the

8  corporate income tax to the government, that's 15 percent in

9  Shenzhen.  So 8 percent times 85 percent, eventually we got

11:37:24  10  6.8 percent.

11  Q.  And those taxes you pay to which government?

12  A.  The Chinese government.  Shenzhen government.

13  Q.  And just backing up to one of these, the sales cost.  Can

14  you tell us a little bit about what is covered by the sales

11:37:37  15  cost that you listed here?

16  A.  Yeah.  As I explained before, we send our sales rep to the

17  global market, that's traveling cost involved.  They have to

18  stay in a hotel, they have to take an air flight, they have to

19  rent a car.  And also, I mentioned it this morning, when we

11:37:59  20  tried to expand the dealer network or sales network, we have to

21  keep our dealers or we have to provide the training to them,

22  there is a cost for that.

23  Q.  And you also list shipping and distribution on here.  I

24  understand that it's probably expensive to bring radios over

11:38:25  25  from China, is that why the sales cost represents such a large

Yuan - direct by Stringfield

3419

1   portion of the overall costs?

2   A.  The shipping, for sure, is part of the cost, but it is not

3   all of them.

4   Q.  Sure.

11:38:35   5   A.  Because we are expanding globally.  So from Shenzhen to

6   Africa, to America.  Technically, shipping insurance, there's a

7   cost, but that is not all of them.

8   Q.  Sure.

9          MR. STRINGFIELD:  You can take that down, Mr.

11:38:49   10   Montgomery.

11   BY MR. STRINGFIELD:

12   Q.  Mr. Yuan, Hytera collected and produced certain financial

13   information in this case, is that right?

14   A.  That's right (coughing).  Yeah, that's right.

11:39:05   15   Q.  How did Hytera produce that information over to Motorola?

16   A.  We collected the data from our accounting system

17   (coughing).

18   Q.  Do you need a drink of water?

19   A.  I'm okay.

11:39:16   20   Q.  And were these large spreadsheets?

21   A.  Oh, very large.  Tens of thousands of lines.

22   Q.  And can you give us some broad categories of what types of

23   information were in the spreadsheets that Hytera produced to

24   Motorola?

11:39:33   25   A.  Yeah.  First of all, regarding to the sales and the costs,

Yuan - direct by Stringfield

3420

1    we produced the spreadsheets to a line-to-line basis, okay.

2    And every time when we locate the sales by using the model

3    name, it comes together, it comes together with the cost.  They

4    say "OGS," labor and the materials.  So this come out at the

11:40:08    5    same time.

6    Q.  So that first category is the revenue and the COGS, cost of

7    goods sold, and I think you told us that was in a sale-by-sale

8    basis, is that right?

9    A.  Correct.  And then that, for the R&D cost, that's two

11:40:25    10    categories.  The first category is direct R&D cost, and the

11    second category is indirect; okay.

12        The direct R&D cost, it is very easy to locate.

13    Again, you use the project code plus the model name.

14    Q.  Okay.

11:40:45    15    A.  That is line-to-line basis again.  You know, tens of

16    thousands of lines for the last 10 years.

17    Q.  So let's stop there for a moment.  So you have research and

18    development costs that are direct.  What does "direct cost"

19    mean?

11:40:59    20    A.  "Direct" means those costs are only used for DMR products,

21    for accused DMR products.

22    Q.  And you mentioned project codes, what's the significance of

23    the project codes in the research and development data?

24    A.  Because in Hytera we have TETRA, dPMR, DMR, LTE, PDT.  So

11:41:22    25    the project code is used to locate DMR projects.

Yuan - direct by Stringfield

3421

1  Q.  And then you also mentioned that you used model names?

2  A.  Yeah.

3  Q.  How did you use those in the contents of the research and

4  development data?

11:41:36  5  A.  Yeah.  The direct R&D cost you can locate directly to, for

6  example, PD7, MD7, MD6.  So from day one, that's already logged

7  into that product, those projects, products.

8  Q.  So to close out the direct R&D costs, your data will show

9  the research and development expense, isolated to the accused

11:42:02  10  DMR radios in this case, is that right?

11  A.  For direct, yes.

12  Q.  What about the indirect research and development cost, can

13  you tell us what those are?

14  A.  Because, you know, the R&D department, we have some

11:42:13  15  indirect cost that would be shared for all of the products,

16  TETRA, DMR, PDT, analog, LTE.

17  Q.  You are saying "analog," is that right?

18  A.  Yeah.  So in the R&D department, it will be this kind of

19  indirect cost to be shared with all of the projects.  So to

11:42:38  20  calculate this part of the indirect cost, we have to allocate

21  them with an allocator from the sales revenue.

22  Q.  You're saying "allocate" and "allocator," right?

23  A.  Yes.

24  Q.  And who, if you know, will do that allocation?

11:42:56  25  A.  Our damage expert.

Yuan - direct by Stringfield

3422

1  Q.  And then what's the third category of financial information

2  at a high-level that Hytera produced in this case?

3  A.  The managerial financial operational cost.

4  Q.  Some of the other costs that we saw on the slide that we

5  were just looking at?

6  A.  Yes.

7  Q.  Are those costs direct or indirect costs?

8  A.  Again, it's the same theory.  It's the same approach like

9  the R&D cost.  If it's direct, then it's direct.  If it's

10  indirect, then that has to be allocated.

11  Q.  And who will do that allocation?

12  A.  Our damage expert.

13  Q.  So focusing on the research and development data, and

14  specifically the project codes and product names that you

15  mentioned, how do Hytera engineers doing research and

16  development record their time at Hytera?

17  A.  Most of them, they belong to a project.  So they have the

18  project codes.  And they are working hour, it's recorded by a

19  weekly basis.

20  Q.  On a weekly basis?

21  A.  Yes.

22  Q.  And you said "working hour"?

23  A.  Yes.

24  Q.  So they record every week the time that they spend on

25  certain projects at Hytera?

11:43:11 (line 5)

11:43:24 (line 10)

11:43:40 (line 15)

11:43:59 (line 20)

11:44:08 (line 25)

Yuan - direct by Stringfield

3423

1   A.  Yes.

2   Q.  And some of those projects are directly related to the DMR

3   radios that are accused in this case?

4   A.  Yes.

11:44:17  5        THE COURT:  Where is it recording?

6        THE WITNESS:  The recorder is in the front door of the

7   R&D department.  Every time if they go in or come out, they

8   have to target the project.

9        THE COURT:  Proceed.

11:44:31  10  BY MR. STRINGFIELD:

11  Q.  Mr. Yuan, for this litigation, you understand that Hytera

12  had to isolate it's revenue and its costs, to the extent it

13  could, to the accused DMR radios in this case, do you

14  understand that?

11:44:54  15  A.  Yes.

16  Q.  In the normal ordinary course of how Hytera keeps its data

17  outside of this litigation, did Hytera isolate its data in that

18  way?

19  A.  Could you please repeat your question?

11:45:07  20  Q.  Sure.  In Hytera's normal business, outside of the context

21  of this litigation, did Hytera, for example, keep its DMR or

22  the revenue for its accused DMR radios isolated and separate

23  from the rest of its revenue tracking?

24  A.  No.  No.  This is the first time we are having the legal

11:45:30  25  activity in the United States.  Before that, we don't have this

Yuan - direct by Stringfield

3424

1    kind of experience.  And particularly, there is no reason to

2    keep those separately for the accused DMR.  We do not.

3    Q.  Okay.  So you have to separate those out specifically for

4    the purposes of this litigation, is that right?

11:45:48    5    A.  That's right.

6    Q.  And then I think you told us this, but I want to be clear:

7    So for the revenue and COGS, you were able to isolate those

8    based on the model names, right?

9    A.  Right.

11:46:02    10    Q.  And that was based on the accused model names that Motorola

11    had accused in this case?

12    A.  Yes.

13    Q.  And then for the DMR research and development data, you

14    used project codes and also model names to isolate the accused

11:46:15    15    DMR components of that research and development data, is that

16    also right?

17    A.  Right.

18    Q.  Mr. Yuan, did the radios, the DMR radios that Motorola

19    accused in this case, did those change at all during the course

11:46:33    20    of the litigation?

21    A.  Yes, it did.

22        MR. STRINGFIELD:  Mr. Montgomery, can you put back up

23    DDX 14.10 for us.

24    BY MR. STRINGFIELD:

11:46:44    25    Q.  And if you know, Mr. Yuan, originally in this lawsuit, what

Yuan - direct by Stringfield

3425

1    DMR products did Hytera accuse in this case?

2    A.  All of them.

3    Q.  Everything shown on DDX 14.10?

4    A.  Yes.

11:46:55   5    Q.  And then over time, during the course of the litigation,

6    did Motorola remove products that it accused in this case?

7    A.  Yes.

8    Q.  And so did you thereafter have to change the financial data

9    that Hytera had produced to match what Motorola was accusing in

11:47:17   10   this case?

11   A.  Yes.

12   Q.  Can you give us an example of an instance or two where

13   Hytera had to do that?

14   A.  Yeah.  For example, at the beginning the PDC760 was

11:47:28   15   included.

16   Q.  The PDC760?

17   A.  Yes.  The multimode DMR, LTE plus DMR device, the PDC760

18   was included and later on it was removed.  So we had to remove

19   the sales and the cost accordingly.

11:47:54   20   Q.  And when you say remove the sales and the costs, are you

21   changing the underlying data in any way or are you filtering it

22   differently?

23   A.  When I was preparing this trial, when I was checking that

24   data, I found that wasn't correct.

11:48:15   25   Q.  What wasn't correct?

Yuan - direct by Stringfield

3426

1   A.  The cost, the R&D cost.

2   Q.  Why wasn't it correct?

3   A.  Because in the sales revenue, we have already removed out

4   the sales revenue for PDC760, but we didn't remove the cost for

11:48:31   5   this model.

6   Q.  So what did you do then because you found that the cost

7   included the PDC760?

8   A.  So I called our financial department to correct it.

9   Q.  And so they then removed the research and development

11:48:47   10   expenses related to the PDC760, is that right?

11   A.  That's correct.

12   Q.  Were there any other products that you discovered were

13   inadvertently included -- or incorrectly included in the

14   research and development cost data that you asked to be

11:49:00   15   removed?

16   A.  Yes.

17   Q.  And what was that?

18   A.  In the tens of thousands of lines I found out, you know,

19   some small number of lines, projects like TETRA or OEM, putting

11:49:13   20   that, I also asked them to take it out.

21   Q.  And was there another category of DMR terminal products

22   that was previously accused and then not accused, and then you

23   had to remove the research and development expenses related to

24   those products?

11:49:28   25   A.  I think that's to all the mobile radios removed.

Yuan - direct by Stringfield

3427

1  Q.  The mobiles, is that the MD products that are shown at the

2  bottom of DDX 14.10?

3  A.  Yes.

4  Q.  Okay.

11:49:40  5  A.  And also the first column to the left, the very left,

6  commercial or low-end product line was removed.

7  Q.  Okay.  And, Mr. Yuan, since Hytera deducts research and

8  development costs when it calculates its profits, if you deduct

9  less research and development, doesn't that mean that Hytera's

11:50:07  10  profits appear to go up?

11  A.  Yes.

12  Q.  And so when Hytera took those research and development

13  expenses that were incorrectly included out, the profit that

14  was shown for the accused products went up, is that right?

11:50:21  15  A.  Yes.  We found it and corrected it.

16  Q.  You're aware, Mr. Yuan, that Motorola in this case seeks

17  all of Hytera's profits for the accused DMR radios, is that

18  your understanding?

19  A.  I understand.

11:50:34  20  Q.  And so the net result of Hytera taking or filtering out

21  research and development data, isn't that, in fact, increasing

22  the total dollars that Motorola seeks in this case?

23  A.  Yes.

24  Q.  Why would Hytera do that?

11:50:49  25  A.  We have to be honest.

Yuan - direct by Stringfield

3428

1    Q.  You want to be accurate, is that right?

2    A.  Accurate and honest.

3         MR. STRINGFIELD:  You can take that down, Mr.

4    Montgomery.

11:51:08    5         (Brief pause.)

6         MR. STRINGFIELD:  I apologize, Mr. Montgomery.  Can

7    you put that one back up.  I'd like to talk a little bit more

8    about DDX 14.10.

9    BY MR. STRINGFIELD:

11:51:18   10    Q.  Mr. Yuan, the professional models that are shown in the box

11   second from the right, do you know when Hytera launched those?

12   A.  PD782 that was released in 2010.

13   Q.  Okay.

14   A.  MD782 also released in 2010.  PD982 was released in 20 --

11:51:44   15   either '16 or '17.  PD882, that was released either in 2016 or

16   2017.

17   Q.  It sounds like the first of the professional category of

18   radios was launched in 2010, is that right?

19   A.  Some of them.  Not all of them.

11:52:06   20   Q.  Understood.

21        When was the first of the mid-tier category products

22   launched?

23   A.  2016 -- 2013.  2013.  They finished launching in 2016, they

24   started in 2013.  Sorry.  I didn't get your question right.

11:52:26   25   Q.  That's okay.  So the first of the mid-tier products was

Yuan - direct by Stringfield

3429

1   launched in 2013, is that right?

2   A.  Yes.  Yes.

3   Q.  Mr. Yuan, you're aware that Motorola's damages expert

4   asserts that if Hytera delayed the 2010 launch of its high end

5   DMR products by 6 months or 12 months, there would be a

6   corresponding and identical delay in the 2013 launched mid-tier

7   products.  If the high end products were delayed by 6 months,

8   the 2013 launch products would also be delayed by 6 months.  Do

9   you agree with that?

10  A.  I disagree.

11  Q.  How are the launch dates for Hytera product lines decided?

12  A.  From many years ago.  From the very beginning.  The --

13  Q.  Go ahead.  I'm sorry.  Didn't mean to interrupt.

14  A.  We set up from PD 0 to 3 will be low-end commercial DMR

15  radios.  From PD5 -- from PD 4 to PD 6 would be mid-end.  From

16  PD 7 to PD 9 will be high end.

17         But we decided to release the PD 7 and above first,

18  because in the mission-critical industry, the first group of

19  the radio users will be the first responders.  And we are doing

20  this globally.  So, of course, we would be looking at base

21  market first.  And after we released the PD 7 and MD 7, then we

22  come back to match the requirements that they demand for the

23  commercial market.  So the roadmap was set up long, long ago.

24  Q.  How far in advance of the launch of a DMR product line is

25  the launch date decided?

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 64 of 204 PageID #:55265
Yuan - direct by Stringfield
3430

1  A.  Normally 2, 3 years, but in some extreme cases, it could be
2  4, 5 years.
3  Q.  Mr. Yuan, does Hytera collect feedback from its customers
4  about its DMR products?
5  A.  We do.
6  Q.  And does that customer feedback feed into Hytera's research
7  and development?
8  A.  Yes.
9  Q.  Is customer feedback important for research and
10  development?
11  A.  It is important, but not all of them.
12       THE COURT:  When you say "customer," do you mean the
13  ultimate user?
14       MR. STRINGFIELD:  That was the intent of my question,
15  Your Honor.
16  BY MR. STRINGFIELD:
17  Q.  Mr. Yuan, did you understand when I said "customer
18  feedback" to refer to the ultimate --
19  A.  My understanding is user.
20  Q.  And, Mr. Yuan, then for the launch date of a product like
21  -- that I think you told us was decided years in advance, would
22  customer feedback dictate the launch date of, for example, the
23  mid-tier product line in 2013?
24  A.  Yes.  If it's any device or suggestion, it's valuable from
25  our end-users.

Yuan - direct by Stringfield

3431

1    Q.  My question was, would it impact the launch date of the --

2    A.  No.

3    Q.  Let me finish my question.

4            Would the customer feedback impact the launch date of

5    the mid-tier 2013 products?

11:55:42

6    A.  No.  The launch date set up long ago.  The important devise

7    or suggestion from the customers, we will use it in the

8    features or functionalities, but that would not impact, that

9    would not influence the launching date.

11:56:01

10   Q.  Mr. Yuan, backing up to 2009, when you started at Hytera,

11   did you have any awareness as to Hytera's DMR research and

12   development?

13   A.  Could you please repeat the question?

14   Q.  Sure.  When you started at Hytera in 2009, did you have any

11:56:21

15   awareness of Hytera's DMR research and development?

16   A.  Yes; of course.  I was told even in my interview.

17   Q.  Did you have any awareness, in 2009, whether Hytera had a

18   DMR prototype?

19   A.  Yes.

11:56:37

20   Q.  When did you hear about that prototype?

21   A.  From 2009, and over the last more than 10 years, 11 years,

22   a lot of people told me that.  I saw documentation, I learned

23   from the company history, that was long, long before this

24   lawsuit.  So, yes.

11:57:04

25   Q.  You never saw the prototype?  Or did you ever see the

Yuan - direct by Stringfield

3432

1    prototype?

2    A.  I haven't seen that in person.

3    Q.  But the other information that you just described, that

4    confirmed in your mind that there was, in fact, a prototype?

11:57:14    5    A.  Yes.

6    Q.  Mr. Yuan, you're aware that Hytera could not locate the

7    prototype itself for this litigation, do you know that?

8    A.  I understand.

9    Q.  Does that surprise you in any way?

11:57:28    10    A.  No.

11    Q.  Why does that not surprise your?

12    A.  We keep the testing documentation, but, you know, for

13    prototype we keep improving, but we don't reserve it.  We -- we

14    don't keep any of them.

11:57:46    15         MR. STRINGFIELD:  Mr. Montgomery, can you put up for

16    us DDX 14.2.

17    BY MR. STRINGFIELD:

18    Q.  Mr. Yuan, this is the product showcase or museum that you

19    told us about earlier this morning?

11:57:59    20    A.  Yes.

21    Q.  How many prototypes does Hytera display in its showcase in

22    its showcase medium?

23    A.  Zero.

24         MR. STRINGFIELD:  Mr. Montgomery, you can take that

11:58:09    25    down.

Yuan - direct by Stringfield

3433

BY MR. STRINGFIELD:

Q.  Mr. Yuan, we're talking about DMR.  What is the intended market, if any, for DMR radios?

A.  It works on the popular utility and the commercial market.

Q.  And just for a clarity on linguistics.  We've heard commercial used a few different ways.  We've heard it used in the context of a customer base, and we've also heard the Hytera low-end radios called "commercial."  So when you said "commercial" just now, were you talking about a customer base or were you talking about the low-end radios?

A.  The customer base.

Q.  Can you describe for us some examples of the types of industries that would fall within that commercial customer base?

A.  It's like a location market.  The school, on a school bus; the highest care market, like hospitals; the hospitality markets, like hotel resorts; entertainment, movie making; sporting events; et cetera.

Q.  And can you similarly provide us some examples of industries that are within the public utility market that you mentioned?

A.  Yeah.  It's like public transportation, like airports, Metra, you know, the El in Chicago.

Q.  Did you say the El?

A.  Yeah.

Yuan - direct by Stringfield

3434

1   Q.  The elevated train?

2   A.  Yeah.  And water supply, oil and gas, electricity, for

3   example.

4           MR. STRINGFIELD:  Mr. Montgomery, can you put back up

11:59:57    5   for us DDX 14.8.

6   BY MR. STRINGFIELD:

7   Q.  This is your timeline slide.  When did Hytera begin it's

8   DMR development, if you know?

9   A.  2005.

12:00:10   10   Q.  And I think you told us this before, but when did Hytera

11   launch it's DMR radios?

12   A.  2010.

13   Q.  Around the time that Hytera was developing DMR, were there

14   any other digital radio standards that were also intended for

12:00:26   15   the commercial and public utility markets that you just

16   described for us?

17   A.  Yes.

18   Q.  And what standard are you thinking of?

19   A.  Here was dPMR.

12:00:40   20   Q.  DPMR?

21   A.  Yes.

22   Q.  What is dPMR?

23   A.  DPMR is another digital technology.  It's another digital

24   open standards in this industry and target also to the utility

12:00:50   25   and commercial market.

Yuan - direct by Stringfield

3435

1    Q.  Mr. Yuan, given the inside knowledge that you have into

2    Hytera's roadmap and history that you described earlier, did

3    you also have an awareness as to whether Hytera was developing

4    a dPMR radio?

12:01:06    5    A.  Could you please repeat the question?

6    Q.  Sure.  Given your historical insight to the company that

7    you described for us earlier, were you aware whether Hytera was

8    developing a dPMR radio?

9    A.  Yes.

12:01:19    10    Q.  Did Hytera develop a dPMR radio?

11    A.  We had a prototype.

12    Q.  Well, when did Hytera start developing its dPMR radio?

13    A.  That was from 2007.

14    Q.  You mentioned that Hytera launched its DMR radio in 2010.

12:01:42    15    Did Hytera launch a dPMR radio?

16    A.  Could you please clarify your question?  It's commercially

17    launched or prototype?

18    Q.  Commercial launch.

19    A.  For dPMR?

12:01:59    20    Q.  For dPMR.

21    A.  Never.

22    Q.  Well, what about a prototype.  I think you told us this,

23    but did Hytera have a prototype for its dPMR radios?

24    A.  Yes, we did.

12:02:07    25    Q.  And do you know about when Hytera had a prototype for its

Yuan - direct by Stringfield

3436

1  dPMR radios?

2  A.  2009.

3  Q.  So it sounds like Hytera was developing DMR and dPMR

4  technologies at the same time, is that right?

12:02:23   5  A.  That's correct.

6         THE COURT:  Counsel, let's leave it there.  It's noon.

7         Members of the jury, please return at 1:00 o'clock.

8         Counsel, remain, if you will.

9         (The following proceedings were had out of the

12:02:34  10         presence of the jury in open court:)

11         THE COURT:  The witness may leave the stand.  You may

12  leave the stand.  Come back at 1:00 o'clock.

13         THE WITNESS:  I will.

14         THE COURT:  The interpreters can leave as well.

12:02:57  15  Please come back at 1:00.

16         You may be seated.

17         Here's another note.  A volunteer reading.

18         MR. CLOERN:  (Reading:)

19         "Your Honor, could we please be excused today at

12:03:27  20         4:00 in order to make appointments in Mokena,

21         Illinois, and a family event in Plainfield,

22         Illinois.  Thank you.  Carol Dohrn and Elizabeth

23         Ashby."

24         THE COURT:  All right.  May I have that back.

12:03:45  25         (Document tendered to the Court.)

Yuan - direct by Stringfield

3437

1    THE COURT:  When do you think would be a routine and

2    appropriate time to stop asking questions of this witness, for

3    the day I mean?  What would be a good stopping point for this

4    witness routinely today?

12:04:07    5    MR. CLOERN:  We should be done with direct we think by

6    2:00 o'clock.

7    THE COURT:  So what I'm thinking about, it might come

8    about just naturally and ordinarily that we would stop at 4:00,

9    because what I don't want to do is start over-accommodating

12:04:23    10    individual jurors, which would be counterproductive for all of

11    us.  And what's missing here is some sense of gravitas.  But if

12    we would end at 4:00 o'clock routinely, we'll just let it end

13    there with no response to this individual juror.  If you

14    approve of or agree with my way of dealing with this, you may

12:04:48    15    say so or you may object.

16    MR. ALPER:  No objection for Motorola.

17    MR. CLOERN:  No objection, Your Honor.

18    THE COURT:  So we will be thinking in terms of a

19    routine stopping point at about 4:00 o'clock and leave it

12:04:59    20    there, and then continue the witness until the following

21    morning, if necessary.

22    MR. ALPER:  Yes, Your Honor.

23    THE COURT:  If unnecessary.

24    MR. ALPER:  Yes, Your Honor.

12:05:07    25    THE COURT:  Thank you, counsel.

Yuan - direct by Stringfield

3438

1         THE CLERK:  All rise.  The Court is adjourned.

2

3         (Luncheon recess taken from 12:05 o'clock p.m.

4         to 1:00 o'clock p.m.)

12:05:19   5

6              *    *    *    *    *    *    *    *

7

8

9    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

10        RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER

11

12   /s/Blanca I. Lara          December 18,2019.

13

14

15

16

17

18

19

20

21

22

23

24

25

3439

1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION

3   MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
    SOLUTIONS MALAYSIA SDN. BHD,              )
4                                             )
                 Plaintiffs,                  )
5   vs.                                       ) Chicago, Illinois
                                              )
6   HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) December 19, 2019
    HYTERA AMERICA, INC., and HYTERA          )
7   COMMUNICATIONS AMERICA (WEST), INC.,      )
                                              )
8                 Defendants.                 ) 1:00 p.m.

9                           TRIAL
                  TRANSCRIPT OF PROCEEDINGS
10       BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
                        and a jury
11

    APPEARANCES:
12

    For the Plaintiffs:    KIRKLAND & ELLIS, LLP
13                         BY:  MR. ADAM R. ALPER
                                MR. BRANDON HUGH BROWN
14                         555 California Street
                           Suite 2700
15                         San Francisco, California 94104
                           (415) 439-1400
16
                           KIRKLAND & ELLIS, LLP
17                         BY:  MR. MICHAEL W. DE VRIES
                                MR. CHRISTOPHER M. LAWLESS
18                         333 South Hope Street
                           Suite 2900
19                         Los Angeles, California 90071
                           (213) 680-8400
20

21

22
    Court Reporter:        BLANCA I. LARA
23                         Official Court Reporter
                           219 South Dearborn
24                         Room 2342
                           Chicago, Illinois 60604
25                         (312) 435-5895
                           blanca_lara@ilnd.uscourts.gov

3440

1    APPEARANCES (Continued:)

2    For the Plaintiffs:        KIRKLAND & ELLIS, LLP
                                BY:  MS. MEGAN MARGARET NEW
3                               300 North LaSalle Street
                                Chicago, Illinois 60654
4                               (312) 862-7439

5                               KIRKLAND & ELLIS, LLP
                                BY:  MS. LESLIE M. SCHMIDT
6                               601 Lexington Avenue
                                New York, New York 10022
7                               (212) 446-4763

8    For the Defendants:        STEPTOE & JOHNSON, LLP
                                BY:  MR. BOYD T. CLOERN
9                                    MR. MICHAEL J. ALLAN
                                     MS. JESSICA ILANA ROTHSCHILD
10                                   MS. KASSANDRA MICHELE OFFICER
                                1330 Connecticut Avenue NW
11                              Washington, DC 20036
                                (202) 429-6230
12
                                STEPTOE & JOHNSON, LLP
13                              BY:  MR. DANIEL S. STRINGFIELD
                                227 West Monroe Street
14                              Suite 4700
                                Chicago, Illinois 60606
15                              (312) 577-1300

16

17

18

19

20

21

22

23

24

25

Yuan - direct by Stringfield

3441

```
              1        (Proceedings in open court.  Jury in.)

              2            THE COURT:  Good afternoon, members of the jury.

              3            Please recall the witness.

              4            MR. STRINGFIELD:  Hytera recalls Andrew Yuan to the

00:03:15      5    stand.

              6            THE COURT:  Yes, proceed.

              7            MR. STRINGFIELD:  Thank you, Your Honor.

              8        ANDREW YUAN, DEFENDANT'S WITNESS, PREVIOUSLY SWORN

              9                DIRECT EXAMINATION (Resumed)

00:03:17     10    BY MR. STRINGFIELD:

             11    Q.  Welcome back, Mr. Yuan.

             12        Before the break we were talking about DMR and dPMR.

             13    Do you remember that?

             14    A.  Yes.

00:03:27     15    Q.  And we briefly talked about the development timelines.

             16            MR. STRINGFIELD:  Mr. Montgomery, can you put up

             17    14.8, please.

             18    BY MR. STRINGFIELD:

             19    Q.  So, Mr. Yuan, before the break I think we were discussing

00:03:41     20    that Hytera had started DMR development in 2005 and had

             21    launched its DMR radios in 2010.  Do you remember that?

             22    A.  Yes.

             23    Q.  And then we were talking about Hytera's dPMR development,

             24    which I believe we said started in 2007, and by 2009 Hytera

00:04:00     25    had a prototype; is that accurate?
```

Yuan - direct by Stringfield

3442

A.   Correct.

Q.   So, Mr. Yuan, I think I asked the question right before

the break, and I forget if we got an answer or not, it sounded

like Hytera was developing dPMR and DMR at the same time, is

00:04:16   that right?

A.   Yes.

Q.   Were DMR and dPMR radios compatible with each other?

A.   No.   They cannot talk to each other.

Q.   Why would Hytera develop both a DMR and dPMR radio at the

00:04:35   same time if those standards were intended for the same

markets, but they weren't compatible with each other?

A.   Because back to 2005, 2007, the market wasn't very clear,

that it wasn't very clear that which standard in the utility

and commercial market will prevail.

00:05:00   Q.   Mr. Yuan, in your sales management roles in 2009, did you

observe competition in the market between DMR and dPMR?

A.   Yes, I do.

Q.   Can you tell us a little bit about what you observed?

A.   When I joined this industry in 2009, the first time I went

00:05:18   to Europe, in some particular market, like France and Belgium,

dPMR was beating DMR.

Q.   Was beating DMR?

A.   Yes.   Kenwood was doing extremely well in the countries

like France and Belgium.   And in some other continental

00:05:41   European market, such as Germany, Switzerland, Austria,

Yuan - direct by Stringfield

3443

1   Luxembourg and Scandinavia, I believe back to then at least

2   DMR and dPMR, they were in equal position.

3   Q.  How many manufacturers were selling dPMR radios in

4   2009/2010?

00:06:06   5   A.  Two.

6   Q.  And who were those manufacturers?

7   A.  Kenwood and Icom.  They're both from Japan.

8   Q.  And I think you mentioned that Hytera launched its DMR

9   radio in 2010.  Prior to Hytera launching its DMR radio in

00:06:24   10   2010, how many manufacturers were selling dPMR radios?

11   A.  dPMR?

12   Q.  Excuse me.  DMR.

13   A.  One.

14   Q.  One.  Thank you.

00:06:34   15         Do you know when Motorola launched its DMR radio?

16   A.  2007.

17   Q.  So from 2007, when Motorola launched, to 2010, when Hytera

18   launched a DMR radio, Motorola was the only company selling a

19   DMR radio, is that right?

00:06:53   20   A.  Yes, correct.

21   Q.  Earlier you mentioned that Hytera launched a DMR radio in

22   2010, but it did not launch a dPMR radio, is that right?

23   A.  That's right.

24   Q.  When Hytera launched its DMR radio in 2010, did it stop

00:07:12   25   development of dPMR radios at that time?

Yuan - direct by Stringfield

3444

1   A.   No.

2   Q.   Why not?

3   A.   I went back to HQ the second half of 2011.  I still

4   remember, we still had a huge debate in the meeting because

00:07:30   5   one group of the people supporting to continue dPMR research,

6   and another group, they disagreed.

7        So even at the second half of 2011, inside,

8   internally in Hytera, we're still having a huge debate.

9   Q.   So nearly a year after launching or over a year after

00:07:57   10   launching DMR, Hytera was still debating whether it should

11   keep its dPMR development going?

12   A.   That's correct.

13   Q.   The group that was advocating continuing dPMR, why did

14   they advocate for that?

00:08:11   15   A.   Because they believe, they believe dPMR still have a

16   chance to be the dominant standard in the commercial and the

17   utility market.

18   Q.   So at that point in late 2011, it wasn't clear to Hytera

19   whether DMR or dPMR was the dominant standard, is that right?

00:08:31   20   A.   That's correct.

21   Q.   Did Hytera have concerns about launching into the DMR

22   market --

23   A.   Yes.

24   Q.   -- in 2010?

00:08:38   25   A.   Yes, we have.

Yuan - direct by Stringfield

3445

1    Q.  Can you tell us some of those concerns?

2    A.  First of all, you know, after 2007, in three years' time,

3    nobody was following DMR.

4    Q.  Only Motorola?

00:08:53    5    A.  Only Motorola.  And the secondly, back to 2008, 2009,

6    2010, Motorola was in a very difficult financial situation.

7    They cut off thousands of employees.  If we followed DMR, and

8    Motorola was champion, the standard, if Motorola fails --

9    Q.  Fails?

00:09:18    10    A.  Yes -- then we have a problem.

11    Q.  Did there come a point when Hytera stopped its dPMR

12    development?

13    A.  I think there was either the end of 2011 or the beginning

14    of 2012.

00:09:34    15    Q.  Mr. Yuan, in 2010, when Hytera entered the DMR

16    marketplace, it sounds like there were two radio manufacturers

17    selling DMR radios when Hytera entered, is that right?

18    A.  That's right.

19    Q.  It was Hytera and Motorola?

00:09:51    20    A.  Correct.

21    Q.  And at that same time there were two dPMR manufacturers,

22    is that right?

23    A.  Right.

24    Q.  And remind us who those were.

00:10:01    25    A.  Kenwood and Icom.

Yuan - direct by Stringfield

3446

Q.   How did Hytera compare to other, in size, how did Hytera compare to other two-way radio manufacturers who had not yet launched either a DMR or dPMR radio?

A.   Apart from Motorola, Kenwood and Icom, Hytera was the largest radio manufacturer, had not yet, had not yet chosen a standard.  And among those companies had not yet made the decision, Hytera has the largest dealer network in the world.

And also, back to 2009/2010, the Chinese market was the fastest growing market in the world, was the fast -- the Chinese economy was the fastest growing economy in the world.  So this is my answer.

Q.   In 2010/2011, after Hytera launched its DMR radio, did Hytera attend trade shows to meet with other radio manufacturers?

A.   Yes, we do.

Q.   How did other two-way radio manufacturers who had not yet launched a DMR or dPMR radio view the fact that Hytera had launched a DMR radio?

A.   The other manufacturers, they were waiting and see.  And because we have a large base of the dealer network globally, so we can promote DMR in the fast way and in a greater volume.  So we made DMR as the standard in the critical mass, and then everybody, they can follow.

THE COURT:  All ships rise with the tide?

THE WITNESS:  I'm sorry, sir?

Yuan - direct by Stringfield

3447

1        THE COURT:  All ships rise with the tide?

2        THE WITNESS:  Yes.

3        THE COURT:  Yes?

4        THE WITNESS:  Yes.

00:12:21    5   BY MR. STRINGFIELD:

6    Q.  Would you agree with me that when Hytera launched its DMR

7    radio in 2010 that the DMR market went from a one-supplier

8    market to a two-supplier market?

9    A.  Until 2010, yes.

00:12:40   10   Q.  Was that important to any of the other two-way radio

11   manufacturers who had not yet picked either a DMR or a dPMR

12   standard?

13   A.  Yes.  After we made DMR as the critical mass of the

14   standard, the other manufacturers like Tait, Kirisun, Simoco,

00:13:04   15   Selex, they can follow, and they followed.  And even Kenwood,

16   one of the leading companies in dPMR, they showed their first

17   DMR radio in IWCE in 2014.

18   Q.  So by 2014, even Kenwood had launched a DMR radio?

19   A.  Yes.

00:13:25   20   Q.  We talked about other radio manufacturers.  In your

21   experience and history selling DMR radios to customers at

22   around this time, how did the ultimate purchasers of DMR

23   radios view Hytera's decision to launch a DMR radio?

24   A.  Just, just the same as the manufacturers.

00:13:51   25   Q.  How so?

Yuan - direct by Stringfield

3448

A.   The end users, they were waiting, you know, some of the

potential digital customers, they were waiting and seeing

which standard would be the dominant standard.  When the

market getting clearer and clearer, then they can invest.

Q.   Why would a purchaser be concerned about which standard

would be the dominant standard?

A.   If they choose the wrong standard, they have a risk to

lose their investment.

Q.   How would they lose their investment if they picked the

wrong standard?

A.   Because if they choose wrong, then their investment in

radio, in system, in application, in accessories, that they

will be locked, they will be locked into one standard.

Q.   Because the two standards aren't compatible, is that why?

A.   That's right.

Q.   Back to when DMR was a one-company standard, Motorola

only, was there any risk to customers from buying radios in a

one-provider market?

A.   Yes.

Q.   What was that?

A.   First of all, if any standard, if there is only one

supplier, the prize will be very high.  And if the customer be

locked in, the supplier, they can even increase the price.

And as I mentioned it before, the accessories, applications,

everything cannot be compatible with other technology.  That's

Yuan - direct by Stringfield

3449

1    the risk.

2    Q.   Did Hytera and the other companies that you mentioned who

3    followed Hytera into the DMR market impact the prices for DMR

4    radios in any way?

00:15:48    5    A.   Yes.  By definition, competition will bring the price

6    down, and that's, that is the case.  Over a year, two years,

7    the standard is getting more and more matured.  And the more

8    and more suppliers joined the market, the price dropped.

9    Q.   Which today is the dominant standard as between DMR and

00:16:17    10    dPMR?

11    A.   DMR.

12    Q.   And that's the standard that Motorola is advancing, is

13    that right?

14    A.   That's right.

00:16:23    15    Q.   Mr. Yuan, when we were talking about Hytera's radios --

16            MR. STRINGFIELD:  Mr. Montgomery, can you please put

17    up DDX-14.10.

18    BY MR. STRINGFIELD:

19    Q.   Mr. Yuan, I believe earlier you mentioned that the

00:16:40    20    professional line of radios on the right side of the slide,

21    those were targeted toward mission critical level customers,

22    is that right?

23    A.   More professional customers.

24    Q.   And would those include what we call mission critical?

00:16:52    25    A.   Yes, you can say that.

Yuan - direct by Stringfield

3450

1  Q.  Can you give us an example of mission critical customers

2  that would purchase Hytera's high-end radios?

3  A.  Yeah.  Like policemen, like fire departments, like the

4  security agents.

00:17:10  5  Q.  And DMR is a standard, is that right?

6  A.  That's right.

7  Q.  And one of the principles of the DMR standard is that the

8  radios are supposed to be interoperable with each other.  Do

9  you understand that?

00:17:22  10  A.  Yes.

11  Q.  Are radios under the DMR standard, in fact, completely

12  interoperable with each other?

13  A.  Not completely.  DMR is an open standard.  But if you look

14  into some enhanced features or if you look into some

00:17:40  15  accessories, it is not.

16  Q.  And so if you have enhanced features on, let's say for

17  example a Kenwood DMR radio, those might not work on, for

18  example, a Hytera radio?

19  A.  Yes.

00:17:57  20  Q.  Is that like if I enjoy using FaceTime on my iPhone, and

21  then I got a Samsung phone, even though they are both under

22  the same standard, there is an application or an enhanced

23  feature that I wouldn't be able to use anymore?

24  A.  Yes, that's correct.

00:18:14  25  Q.  Mr. Yuan, if Hytera had to stop providing its accused DMR

Yuan - direct by Stringfield

3451

1   radios, which would include the high-end radios, how would

2   that impact the mission critical customers that you just

3   mentioned?

4   A.   As I just answered in the last question, regarding to the

00:18:35   5   compatibility, regarding to the enhanced features, regarding

6   to the accessories, they would not be compatible.  And the

7   mission critical customers, they are responsible for safety,

8   and the life is count on seconds.

9   Q.   Are users of Hytera radios, including the high-end radios,

00:18:56   10   are they trained to use those radios?

11   A.   Yes.  Different radios, they have different way to

12   operate.

13   Q.   And so if an existing Hytera customer could no longer get

14   replacement or expansion Hytera radios, and they had to add

00:19:13   15   radios from other manufacturers, they wouldn't be trained on

16   those other manufacturers' radios, is that right?

17   A.   Not immediately.

18   Q.   And so in the situation that you described where seconds

19   count for lives, could that make a difference?

00:19:27   20   A.   Yes.  The safety is the biggest concern, is the most

21   important concern for us.

22   Q.   What would happen if Hytera could no longer service its

23   existing customers' radios, what would happen in that

24   instance?

00:19:43   25   A.   That's also a problem because as I introduced this

Yuan - direct by Stringfield

3452

|  |  |
|---|---|
| | 1 |
morning, the mission critical communication is a 24/7 thing.

2   Q.   Mr. Yuan --

3        MR. STRINGFIELD:   Mr. Montgomery, you can take that

4   slide down.

00:19:58   5   BY MR. STRINGFIELD:

6   Q.   Mr. Yuan, Motorola has suggested that DMR was critical to

7   Hytera's success and survival.  Do you agree with that?

8   A.   I disagree.

9   Q.   Why do you disagree with that?

00:20:11   10   A.   DMR, it is important.  But we have many, many products,

11   such as TETRA, analog, PDC, LTE, satellite, OEM.  It is

12   important, but I wouldn't agree it is critical for survival.

13   Q.   Motorola points to a possible change in the FCC guidelines

14   and that they were putting pressure on Hytera to develop DMR.

00:20:47   15   Was Hytera concerned or worried about these FCC guidelines in

16   the 2007 to 2010 timeframe?

17   A.   No, no.

18   Q.   Why do you say that?

19   A.   Because the first group of the user of the mission

00:21:01   20   critical radios, they were first responders.  The first

21   responders, they started a switch, a transition from analog to

22   digital.  That was started from the 1990s.

23   Q.   The shift from analog to digital radios?

24   A.   Yeah.  And even today, even in the United States,

00:21:25   25   sometimes we still see the policemen, they carry analog radio.

Yuan - direct by Stringfield

3453

1    So this transition curve is not, is not a cliff, it's

2   not overnight, it's like a ramp.  And FCC, they have never

3   banned, they have never outlawed analog.  They gave the

4   guideline, they gave the instruction, but they never banned

00:21:53   5   analog technology.

6   Q.   And I think earlier when we were talking about Hytera's

7   history of product developments, we saw that Hytera began

8   developing its first digital radio in 2003, isn't that right?

9   A.   Yes.

00:22:09   10   Q.   So in 2007, were these FCC guidelines any sort of surprise

11   that Hytera needed to be alerted to?

12   A.   No.  The FCC, they gave the guideline not to lease any new

13   frequency to analog technology by the end of 2016.  But that

14   was (indiscernible).  So even today the U.S. customers, they

00:22:36   15   are still buying and they are still using analog.

16   Q.   Mr. Yuan, does Hytera compete successfully for DMR sales?

17   A.   Yes, I believe so.

18   Q.   How has Hytera been successful in competing for DMR sales?

19   A.   That's many reasons.  For example, today we have more than

00:23:00   20   70 sales areas or sales office all around the world, and

21   globally we have more than 2,000 dealers.  And I, also, I

22   think Hytera was built on innovation.  Every year we reinvest

23   double digits of our sales revenue into R&D.

24       THE COURT:  Did you testify earlier that in the

00:23:24   25   United States you had about 400 dealers?

Yuan - direct by Stringfield

3454

1       THE WITNESS:  More than that.

2       THE COURT:  More than 400.  How many?

3       THE WITNESS:  498.

4       THE COURT:  498?

00:23:33    5       THE WITNESS:  Yes.

6       THE COURT:  Proceed.

7    BY MR. STRINGFIELD:

8    Q.   Mr. Yuan, is the size of Hytera's dealer network, is that

9    important for all of the reasons that you discussed this

00:23:40   10    morning?

11   A.   Yes.

12   Q.   And you said that Hytera uses innovation to be successful?

13   A.   Yes.

14   Q.   Can you expand on that?

00:23:49   15   A.   There is many reasons.  Again, every year we reinvest

16   double digits of our sales revenue into R&D.  At the peak time

17   we reinvest 15 percent of our sales revenue into our R&D.

18   Q.   15, one five?

19   A.   One five, yeah.  And globally we have the R&D facilities

00:24:17   20   in Harbin; in Shenzhen; in Cambridge, England; in Zaragoza,

21   Spain.

22   Q.   Zaragoza, Spain?

23   A.   Yeah.  In Hanover, Germany; in Vancouver, Canada.  And

24   also that was because of the human resource.

00:24:38   25       We are not just hiring the experienced engineers from

Yuan - direct by Stringfield

3455

1    the industry.  Every year we recruit hundreds, hundreds of the

2    new graduates from the top university from China.

3    Q.   And, Mr. Yuan, just to be clear, you mentioned a number of

4    global research and development facilities.  Which of those

00:24:58    5    facilities do the research and development for the DMR radios

6    we are talking about?

7    A.   Shenzhen.

8    Q.   Mr. Yuan, has Hytera ever been the first to develop any --

9    back to the research facilities, is there any part of DMR

00:25:17    10   that's -- I understood that DMR development had begun in

11   Harbin.  Is any part of that still done in Harbin today?

12   A.   Today, no.

13   Q.   Okay.  Has Hytera ever been the first to develop any DMR

14   features, any features for DMR radios before other DMR radio

00:25:35    15   manufacturers?

16   A.   Yes.  I can give you some examples.

17   Q.   Please.

18   A.   Like I mentioned this morning, the IP67.

19   Q.   That's the dust-proof and waterproof?

00:25:46    20   A.   Yeah, the anti-dust and waterproof.  In 2010, even our

21   first PD7, and the PD7, our first DMR radio, we have the IP67

22   back to then from our competitors, that was IP55 or even

23   lower.

24   Q.   So in 2010, Hytera was ahead of the market in the

00:26:04    25   dust-proof and waterproof?

Yuan - direct by Stringfield

3456

1    A.   This is just one example.  And, for example, the first

2    large color screen on DMR radios.

3    Q.   Color screen?

4    A.   Yeah.  The first compact DMR repeater, the first ATEX

00:26:22    5    Intrinsic Safety IIC DMR radio.

6    Q.   That's static-proof so it doesn't make an explosion radio?

7    A.   Yeah, yeah.  That's a lot of examples.

8    Q.   Mr. Yuan, does Hytera respect intellectual property

9    rights?

00:26:36    10    A.   Yes, we do.

11    Q.   Does Hytera pay for intellectual property rights?

12    A.   Yes, we are paying.

13          THE COURT:  When you are speaking of rights and

14    duties, with respect to the laws, of which countries?

00:26:47    15          THE WITNESS:  I'm sorry, sir, could you please?

16          THE COURT:  Could you read that back, please.

17        (Question read.)

18          THE WITNESS:  In United States.

19    BY MR. STRINGFIELD:

00:27:05    20    Q.   Mr. Yuan, who does Hytera pay for intellectual property

21    rights related to DMR technology specifically?

22    A.   Motorola.

23    Q.   And what is Hytera paying for as part of that license?

24    A.   It's paying for the royalties.  It's for license for

00:27:25    25    practising DMR standard.

Yuan - direct by Stringfield

3457

1   Q.   Is that license for any particular type of intellectual

2   property, like patents or trademarks or copyrights?

3   A.   Patents.

4   Q.   Patents.  And are those patents necessary in any way for

00:27:42   5   making a DMR radio?

6   A.   Yes.  It is essential to practise in DMR.  Without that,

7   we cannot make a DMR.

8   Q.   Who, if anyone, contends that those particular patents are

9   essential to making a DMR radio?

00:27:56   10   A.   Motorola.

11   Q.   So Hytera then licences those patents from Motorola, is

12   that right?

13   A.   That's correct.

14   Q.   And do you know how much Hytera is obligated to pay to

00:28:05   15   Motorola under the terms of that license?

16   A.   Yes, I know.

17   Q.   Can you tell us what you know?

18   A.   We pay $3 U.S. dollars for each radio, and we pay $15 U.S.

19   dollars for each repeater.

00:28:18   20   Q.   And by "radios," are you talking about the portables that

21   you hold in your hand and the mobiles that install in a car?

22   A.   Yes.

23   Q.   And then repeaters are repeaters that we've heard about

24   before?

00:28:28   25   A.   Yes.

Yuan - direct by Stringfield

3458

1    Q.   Mr. Yuan, you're aware that Motorola accuses some of

2    Hytera's DMR radios of including Motorola source code and

3    Motorola trade secrets, right?

4    A.   I'm aware of that.

00:28:45    5    Q.   But as we discussed in the context of your slide 10 when

6    you were circling what wasn't accused, Motorola does not

7    accuse all of Hytera's DMR radios, is that also right?

8    A.   That's correct.

9    Q.   When did you find out that Motorola was accusing Hytera of

00:29:02    10   trade secret misappropriation?

11   A.   In March 2017.

12   Q.   Is that when Motorola filed the complaint in this case?

13   A.   Yes.

14   Q.   What was your reaction?

00:29:12    15   A.   I was shocked.   I was upset.

16   Q.   Prior to the lawsuit, were you aware that any former

17   Motorolans were using confidential Motorola information?

18   A.   No.

19   Q.   Prior to the lawsuit, could you tell if anyone else at

00:29:30    20   Hytera was aware that the former Motorolans were using

21   confidential Motorola information?

22   A.   No.

23   Q.   Since the lawsuit, have you seen anything that shows or

24   indicates that anyone in Hytera management knew the former

00:29:46    25   Motorolans were using confidential Motorola information?

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 93 of 204 PageID #:55294
Yuan - direct by Stringfield
3459

1    A.   No.

2    Q.   Earlier when we were discussing DMR and dPMR, I think you

3    mentioned that Hytera was developing both of those

4    technologies at the same time?

00:30:00    5    A.   Yes.

6    Q.   And I believe that you also mentioned that Hytera had a

7    DMR prototype by 2007 and a dPMR prototype by 2009, is that

8    right?

9    A.   That's right.

00:30:13    10   Q.   So in 2010 and 2011, Hytera could have launched either a

11   DMR radio or a dPMR radio, is that right?

12   A.   That's correct.

13   Q.   When did G.S. Kok come to Hytera?

14   A.   February 2008.

00:30:28    15   Q.   When did Sam Chia and Y.T. Kok come to Hytera?

16   A.   Later 2008.

17   Q.   Was it any secret to the DMR industry in 2008/2009 that

18   G.S. Kok worked for Hytera?

19   A.   Could you please repeat your question?

00:30:44    20   Q.   Was it known to the DMR industry in 2008 and 2009 that

21   G.S. Kok worked at Hytera?

22   A.   Could you please repeat that?  I don't understand your

23   question.

24   Q.   Sure.  In 2008/2009 in the DMR industry, did others in the

00:31:01    25   DMR industry known that G.S. Kok worked at Hytera?

Yuan - direct by Stringfield

3460

1    A.   Yes, of course.

2    Q.   How did they know that?

3    A.   He was the company interface to join the DMR Association

4    meeting.  He joined all of the important industry event

00:31:22    5    globally, like the PMRExpo in Cologne every year in November

6    in Germany.

7    Q.   That's PMR?

8    A.   PMR.

9    Q.   What is PMR?  Just let me pause you there.

00:31:34    10   A.   You can understand the PMR as a redocumentation.  It's a

11   professional mobile radio.  In our industry we use PMR.

12   Q.   Is DMR a category under PMR?

13   A.   Yes, yes, yes.

14   Q.   Okay.

00:31:47    15   A.   And in America, North and South America, the most

16   important event is the IWCE every year in March, either in Las

17   Vegas or in Orlando.  So it is not a secret, everybody knows

18   him.  Everybody knows him.

19   Q.   Earlier you mentioned the DMR patent license between

00:32:09    20   Hytera and Motorola, do you remember that?

21   A.   Yes.

22   Q.   When were Hytera and Motorola negotiating that license?

23   A.   That's a long period.

24   Q.   When did that period start and end?

00:32:22    25   A.   I think we started from 2007 and eventually we signed

Yuan - direct by Stringfield

3461

1    agreement with Motorola in 2010.

2    Q.   So between 2007 and 2010, representatives from Motorola

3    and representatives from Hytera were having ongoing

4    discussions regarding the licensing of intellectual property

00:32:45    5    related to DMR radios, is that fair?

6    A.   That's correct.

7    Q.   If Motorola had said anything during those discussions

8    between 2010 -- or excuse me, between 2007 and 2010 about

9    suspicions that any former Motorola employee was using

00:33:02    10   confidential Motorola information or source code to develop

11   Hytera's DMR radios, what would Hytera have done?

12   A.   No, never.

13   Q.   What would Hytera have done if it weren't during those

14   discussions that the former Motorolans were using confidential

00:33:17    15   information to develop Hytera's DMR radios?

16   A.   It's zero tolerance.  We will immediately suspend and stop

17   it.  And also we have also launched the dPMR radio.

18   Q.   Prior to the lawsuit, did anyone from Motorola ever

19   contact Hytera between 2010, when Hytera launched its radio,

00:33:42    20   and 2017, when Motorola filed this lawsuit, did anyone from

21   Motorola ever contact Hytera to alert them that they suspected

22   the former Motorolans were using confidential Motorola

23   information?

24   A.   No, never.

00:33:55    25   Q.   Mr. Yuan, Motorola has asserted that G.S. Kok's salary of

Yuan - direct by Stringfield

3462

1  ¥85,000 yuan per month was unusually high.

2  A.  No.

3  Q.  What is your -- your reaction is no, it's not high?

4  A.  ¥85,000 RMB per month is roughly equal to $140,000 U.S.

00:34:20  5  dollars per year.  So in the radio communication industry, and

6  particularly for an international hire, for a foreign hire, I

7  think that's reasonable.

8  Q.  Motorola says that allowing G.S. Kok to purchase 300,000

9  shares of Hytera stock was unusual.  What is your reaction to

00:34:43  10  that?

11  A.  First of all, this is not a gift.  This is an allocation,

12  it's a right that you can buy.

13  Q.  You said "allocation"?

14  A.  Yes.  But you have a risk.  You have to pay first.  Only

00:34:58  15  if the share price increased, then you get profit.  If the

16  share price dropped, you lost.  And also back to then, nobody

17  knows whether Hytera could be listed or not.

18  Q.  How many Hytera employees were permitted to buy Hytera

19  stock before its IPO?

00:35:21  20  A.  About 188.

21      MR. STRINGFIELD:  Mr. Montgomery, can you please put

22  up slide DDX-14.6.

23  BY MR. STRINGFIELD:

24  Q.  And Mr. G.S. Kok, he's at the bottom of this.  How many

00:35:38  25  shares was he permitted to purchase?

Yuan - direct by Stringfield

3463

A.   300,000.

Q.   Dr. Tang at the top of the R&D structure in 2008/2009, how many shares was he permitted to purchase?

A.   Over 2 million.

00:35:50    THE COURT:  What was the source of the capital each person used to purchase the stock?

THE WITNESS:  They paid themselves.

THE COURT:  They what?

THE WITNESS:  They paid themselves.  They had to use
00:35:59    their saving to pay.

THE COURT:  It was their own capital?

THE WITNESS:  Own capital.

THE COURT:  Not advanced by the corporation?

THE WITNESS:  It's not a gift.

00:36:06    THE COURT:  Or Mr. Chen?

THE WITNESS:  No.

THE COURT:  Or anyone else?

THE WITNESS:  No.

THE COURT:  From savings?

00:36:11    THE WITNESS:  I'm telling the truth.

THE COURT:  Or other opportunities to borrow money to purchase the stock?

THE WITNESS:  That, I don't know.  You can, you can get a loan from bank or you can borrow money from somebody
00:36:22    else.

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 98 of 204 PageID #:55299
Yuan - direct by Stringfield
3464

1       THE COURT:  Proceed.

2       MR. STRINGFIELD:  You can take that down,

3  Mr. Montgomery.  Actually, I'm sorry, Mr. Montgomery, let's

4  leave it up for another minute.

00:36:31    5  BY MR. STRINGFIELD:

6  Q.  Mr. Yuan, you're aware that --

7       THE COURT:  What was the price of the stock when they

8  purchased it?

9       THE WITNESS:  I remember when I purchased it there

00:36:41   10  was --

11       THE COURT:  Not you.  Not you.

12       THE WITNESS:  Everybody.

13       THE COURT:  The Motorolans.

14       THE WITNESS:  You mean today?

00:36:49   15       THE COURT:  Then.

16       THE WITNESS:  Back to then?

17       THE COURT:  Yes.

18       THE WITNESS:  When we got listed?

19       THE COURT:  Who purchased 300 shares of stock?

00:36:56   20       THE WITNESS:  G.S. Kok.

21       THE COURT:  Okay.  At what price?

22       THE WITNESS:  I remember I paid ¥3 RMB per share, ¥3

23  RMB.

24       THE COURT:  On the same day and time?

00:37:10   25       THE WITNESS:  Yeah, in 2009 I paid.

Yuan - direct by Stringfield

3465

|       |    |                                                                   |
|-------|----|-------------------------------------------------------------------|
|       | 1  | THE COURT: And he purchased it when?                              |
|       | 2  | THE WITNESS: Either, either 2008 or 2009.                         |
|       | 3  | THE COURT: You really don't know what he paid, do                |
|       | 4  | you?                                                               |
| 00:37:27 | 5  | THE WITNESS: I don't know how much he paid, but I            |
|       | 6  | remember --                                                        |
|       | 7  | THE COURT: You do not really know the source of his              |
|       | 8  | capital, do you?                                                   |
|       | 9  | THE WITNESS: I do not.                                            |
| 00:37:35 | 10 | THE COURT: All right. Proceed.                                |
|       | 11 | BY MR. STRINGFIELD:                                                |
|       | 12 | Q. Mr. Yuan, you're aware that Mr. Chen was involved in           |
|       | 13 | interviewing G.S. Kok to come to Hytera?                          |
|       | 14 | A. Yes.                                                            |
| 00:37:44 | 15 | Q. And on slide 6 here, where we saw where G.S. Kok fit in    |
|       | 16 | the hierarchy when he arrived, he's two levels below the CEO,     |
|       | 17 | Mr. Chen, is that right?                                          |
|       | 18 | A. That's right.                                                  |
|       | 19 | Q. G.S. Kok, would you consider him a sort of a mid-level        |
| 00:38:00 | 20 | manager?                                                       |
|       | 21 | A. Mid level.                                                     |
|       | 22 | Q. Is it unusual for the CEO of a big company like Hytera to    |
|       | 23 | be interviewing a mid-level manager like G.S. Kok?               |
|       | 24 | A. No.                                                            |
| 00:38:09 | 25 | Q. Why isn't that unusual?                                     |

Yuan - direct by Stringfield

3466

1    A.   First of all, you know, Mr. Chen, he doesn't speak

2    English.  So for every international interface who was sent to

3    overseas, he would like to interview them.

4         And the secondary, really, I think this is cultural

00:38:28    5    difference, it is not very common in the western civility, but

6    in China it is the case.  For example, myself, I was applying

7    a regional sales director position, but Mr. Chen interviewed

8    me.

9    Q.   Were you sort of a mid-level manager when you started at

00:38:46    10    Hytera?

11    A.   Mid level.

12    Q.   But you were going to be an international face of the

13    company?

14    A.   I was going to Europe.

00:38:52    15    Q.   And you spoke English?

16    A.   Yes.

17    Q.   And G.S. Kok was going to be an international face of the

18    company?

19    A.   Yes.

00:38:58    20    Q.   And he spoke English?

21    A.   Yeah.

22    Q.   And Mr. Chen interviewed both of you?

23    A.   Yes.

24         MR. STRINGFIELD:  You can take that down,

00:39:07    25    Mr. Montgomery.

Yuan - direct by Stringfield

3467

BY MR. STRINGFIELD:

Q.   Mr. Yuan, Motorola asserts that Hytera took documents and source code to develop a DMR product.  Do you agree with that?

A.   I disagree.

Q.   Why do you disagree?

A.   Because by 2007, and I believe Professor Sun, he has already testified, we already got the prototype DMR radio.

Q.   Do you agree with Motorola's assertion that Hytera took documents and source code?

A.   Hytera, Hytera didn't.

Q.   Well, who took documents and source code?

A.   There was a small group of Malaysians, they took the document when they were still in Motorola.

Q.   While they were Motorola employees, they took documents from Motorola?

A.   I don't know.

Q.   That's the allegation.

A.   Yeah, I aware this allegation.

Q.   Did Hytera know when these former Motorolan employees came over that these former Motorola employees took Motorola confidential information from Motorola while they were Motorola employees?

A.   We do not know.

Q.   Has Motorola during the course of this litigation ever revealed to Hytera what specific source code was alleged to

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 102 of 204 PageID #:55303
Yuan - direct by Stringfield
3468

 1    have been copied into the Hytera radios?

 2    A.  It wasn't until this summer.

 3    Q.  Do you know approximately what month?

 4    A.  June.

 5    Q.  What did Hytera do in June of 2019 upon finally learning

 6    what specific source code was alleged to have been copied into

 7    the Hytera radios?

 8    A.  We reacted immediately.  We hired the lawyers and the

 9    experts to look at it.  And follow the instruction from the

10    experts, we start fixing loss immediately.

11    Q.  You said "fixing"?

12    A.  Yes.

13    Q.  And has Hytera released source code that it has fixed and

14    removed the Motorola copy source code from?

15    A.  Yes.

16    Q.  Is that process done?

17    A.  It's almost done.  But it will be done very, very shortly.

18    Q.  Would you say that Hytera is working hard on that?

19    A.  We are doing everything we could.  We are doing the best

20    we can.

21    Q.  Motorola asserts that Hytera took Motorola technology, and

22    then avoided upfront research and development expense, and

23    then used what it saved from that upfront expense to invest in

24    making advanced features, like the color screens and so forth

25    that you talked about, to compete with Motorola in the

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 103 of 204 PageID #:55304
Yuan - direct by Stringfield
3469

1    marketplace.

2            Do you agree with that?

3    A.   I disagree.

4    Q.   Why do you disagree?

00:41:57    5    A.   Before this small group of Malaysians arrived, we have

6    already spent $13 million US dollars to develop our DMR.

7    Q.   13, one three.

8    A.   One three.  And after that, 'til today, we have invested

9    another $70 million U.S. dollars, seven zero.  So in total, we

00:42:19    10   have already invested nearly $100 million U.S. dollars to

11   develop our DMR products.

12           And also this, I mean today Hytera's DMR business

13   cannot be just build up by R&D.  There is thousands of people

14   from sales, marketing, human resource, legal, finance, supply

00:42:45    15   chain, manufacturing center to build up this business.  So I

16   disagree with that.

17   Q.   Compared to the thousands of people in the other roles

18   that you just mentioned, how many research and development

19   engineers worked on Hytera DMR radios before and after the

00:43:04    20   former Motorolans showed up at Hytera?

21   A.   In 2007, we have more than 100 engineers working on DMR.

22   And after that we have 7 or even 800 engineers works on DMR.

23   I mean, in the total R&D, that's more than 2,000.  But focus

24   on DRM terminal, that's 7 or 800, at the peak time, there was

00:43:31    25   7 or 800 engineers.

Yuan - direct by Stringfield

3470

1   Q.   7 or 800 engineers?

2   A.   Yes.

3   Q.   And there was only a handful of former Motorolans, is that

4   right?

00:43:39   5   A.   Everybody knows that story today.

6   Q.   So how did the contributions of a handful of former

7   Motorolans compare to the hundreds of Hytera research and

8   development employees and the thousands of supply chain,

9   marketing, sales, distribution, and other Hytera employees

00:43:58   10   that you just discussed?

11   A.   It's minor.  It's a small piece.

12   Q.   Mr. Yuan, you're aware that Motorola seeks all of the

13   profits that Hytera has ever made on the accused DMR radios.

14   Do you think that's fair?

00:44:17   15   A.   It is not fair.

16   Q.   Why isn't that fair?

17   A.   Just as I just explained before, there is hundreds of

18   engineers before and after this small group of Malaysians

19   arrived, focused, dedicated, contributed on this project.  And

00:44:39   20   we have thousands of people in Hytera to build up this

21   business.

22         And without Hytera, the DMR standard wouldn't be so

23   successful today.  It is totally unfair.  We are supporting

24   7,000 plus families globally.  And in the United States we

00:44:57   25   created 80-plus jobs.  If that's the case, what can we do?

Yuan - cross by Brown

3471

1    THE COURT:  Just a minute.  80 what, what was that?

2  You created what?

3    THE WITNESS:  In the United States, in Hytera East

4  and Hytera West, we have more than 80 local staff here, local

00:45:17    5  employees.

6    THE COURT:  All right.  Proceed.

7  BY MR. STRINGFIELD:

8  Q.  Mr. Yuan, you're aware that Hytera contends that the

9  former Motorolans concealed their conduct, their theft,

00:45:29   10  alleged theft of the Motorola materials.  Why would the former

11  Motorolans conceal their theft?

12  A.  Because they understand, Hytera as a company, there will

13  be zero tolerance to that.  You know, every time when they

14  passed information in the company, that was disguised.  Hytera

00:45:50   15  as a company, we didn't know anything about that.

16  Q.  Thank you, Mr. Yuan.

17    MR. STRINGFIELD:  I pass the witness.

18    THE COURT:  You have cross-exam?

19    MR. BROWN:  Yes, Your Honor.

00:46:02   20    CROSS-EXAMINATION

21  BY MR. BROWN:

22  Q.  Good afternoon, Mr. Yuan.

23  A.  Good afternoon.

24  Q.  I'm Brandon Brown.  I represent Motorola.

00:46:25   25    So I want to pick up where you sort of left off

Yuan - cross by Brown

3472

```
              1    there.  I'm going to put on the slide, put your org chart on

              2    the slide here.

              3           Now, what you did here is you're trying to present to

              4    the jury a simplified version of what the organization

00:46:50      5    structure looked like at Hytera in 2008/2009, right?

              6    A.  Right.

              7    Q.  And this is a demonstrative, right?  This is something

              8    that you worked to draw together, right?

              9    A.  Right.

00:47:01     10    Q.  It's a PowerPoint?  It's a PowerPoint presentation?

             11    A.  Yes.

             12    Q.  And you worked with counsel to prepare that, right?

             13    A.  Right.

             14    Q.  And you prepared it for this trial?

00:47:13     15    A.  Right.

             16    Q.  You didn't use a document that actually described this,

             17    right?

             18    A.  Yes, part.  This is a very simplified organization chart.

             19    If we show the whole organization chart, they won't fit on one

00:47:32     20    page.  But it does not mean we didn't use it in the

             21    organization.  That's not true.

             22    Q.  So you did have a chart of the R&D structure in 2008 and

             23    2009 at Hytera, right?

             24    A.  Yes.

00:47:43     25    Q.  Of course, you would need one, right?  There are valuable
```

Yuan - cross by Brown

3473

1    documents that show who reports to who, right?

2    A.   Right.

3    Q.   And who is responsible for what, right?

4    A.   Right.

00:47:51    5    Q.   But you didn't use that, the actual document.  You drew

6    one for the jury?

7    A.   We used this simplified one.

8    Q.   And you used the simplified one -- well, withdrawn.

9         Where is the actual chart?

00:48:08    10    A.   In the company.  If we, if we need it, I can find out for

11    you.

12    Q.   You didn't use it during your direct examination?

13    A.   As I just explained, we used this simplified version to be

14    more clear to show to the trial.

00:48:24    15    Q.   And you're representing that this is an accurate depiction

16    of the research and development structure at Hytera in 2008

17    and 2009?

18    A.   I'm sorry, I just missed one word.  What did you say, the

19    depiction?

00:48:39    20    Q.   This is an accurate depiction.  I'll repeat the question

21    so you have it.

22         So you're saying this is an accurate depiction of

23    Hytera's research and development structure in 2008 and 2009,

24    right?

00:48:52    25    A.   This is a simplified version.  But that's the truth.

Yuan - cross by Brown

3474

1    Q.   Does "simplified" mean not accurate?

2    A.   No.

3    Q.   Okay.  So then let me ask you, there is a couple blanks on

4    here, so let's just maybe fill in some of the blanks.

00:49:06    5         Who was in charge of the analog terminal products in

6    2008/2009?

7    A.   Zhou Ring.

8    Q.   Okay.  How do you that spell?

9    A.   Z-H-O-U, this is the family name, surname.

00:49:20    10   Q.   Okay.

11   A.   Then R-I-N-G, Zhou Ring.

12   Q.   Okay.  And what about the TETRA products in 2008/2009, who

13   was in charge of that?

14   A.   Guo Qiang.

00:49:33    15   Q.   Okay.  How do you spell that?

16   A.   G-U-O, G-U-O.

17   Q.   Oh, G-U-O?

18   A.   Yeah, G-U-O Q-I-A-N-G, Q-I-A-N-G.

19   Q.   Got it, okay.

00:49:52    20        And you weren't at Hytera in 2008, right?

21   A.   I wasn't.

22   Q.   And you weren't ever part of the research and development

23   structure, correct?

24   A.   Personally, I wasn't.

00:50:02    25   Q.   Right.  And you played no role whatsoever in the design or

Yuan - cross by Brown

3475

1    development of Hytera's products, right?

2    A.   That's correct.

3    Q.   And one of the points that you are trying to make is you

4    are trying to show that in the pecking order here, the

00:50:16    5    structure, Mr. Kok, he's all the way at the bottom, right?

6    A.   This is a simplified version.  Below this level we have

7    more layers, but we didn't show here.

8    Q.   You showed a chart that put Mr. G.S. Kok at the very

9    bottom --

00:50:33    10   A.   No.

11   Q.   -- of your depiction?

12   A.   He's placed in the middle range of the management.

13   Q.   Okay.  And you also showed this diagram, which is

14   DDX-14.5, right?

00:50:43    15   A.   Right.

16   Q.   And what you are showing here is the CEO in 2008 and 2009

17   has six direct reports, right?

18   A.   Yes.

19   Q.   And you're saying here the CEO reports to -- or the head

00:50:56    20   of R&D reports to the CEO, right?

21   A.   Right.

22   Q.   And that would be Dr. Tang.  That was the point you were

23   trying to make, right?

24   A.   Correct.

00:51:04    25   Q.   And you testified that those would be the only people who

Yuan - cross by Brown

3476

1    would report directly to Mr. Chen, right?

2    A.  Right.

3    Q.  Is Dr. Tang still at Hytera?

4    A.  No.  He left at the end of 2012.

00:51:20    5    Q.  Okay.  And what about the head of R&D at Shenzhen, is he

6    still at Hytera?

7    A.  No.  He had a heart attack.

8    Q.  Oh, okay.

9    A.  Yeah.

00:51:29    10    Q.  And so between the CEO and G.S. Kok was Dr. Tang and the

11    head of R&D, right?

12    A.  The head of the Shenzhen R&D center.

13    Q.  And we can't ask either of them whether or not Mr. G.S.

14    Kok ever reported to Mr. Chen, right?  They're not available

00:51:52    15    to talk to?

16    A.  They quit, they left the job, they quit the job.

17    Q.  They're not here anymore?  They're not at Hytera?

18    A.  They're not here today.

19    Q.  And so the only two people left here that could answer

00:52:09    20    whether or not G.S. Kok reported to Mr. Chen would be Mr. Chen

21    up here at the top and Mr. Kok down here, because these

22    gentlemen aren't at the company anymore, right?

23    A.  I disagree.

24    Q.  Okay.  But Mr. Chen could answer that question, couldn't

00:52:25    25    he?

Yuan - cross by Brown

3477

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | A.   He could.  He was here waiting for the testify.  He was |
|       | 2  | back and forth three times in the last one month.           |
|       | 3  | Q.   And just so everybody remembers, this is Mr. Chen on the |
|       | 4  | screen right now, right?                                     |
| 00:52:41 | 5  | A.   Yes.                                                    |
|       | 6  | Q.   And you're saying that he was here in Chicago to testify, |
|       | 7  | right?                                                        |
|       | 8  | A.   Yes.                                                    |
|       | 9  | Q.   But he's not here anymore, is he?                       |
| 00:52:49 | 10 | A.   He has to go home, he has to go back to Shenzhen to run |
|       | 11 | company.  This is the end of the year.  It is very busy      |
|       | 12 | season.  But it is true that he was waiting here for more than |
|       | 13 | one month.  And during while he was waiting, he was back and |
|       | 14 | forth three times.                                          |
| 00:53:09 | 15 | Q.   And he didn't come to testify, right?                  |
|       | 16 | A.   He was waiting for testify.  But, you know, this trial is |
|       | 17 | longer than everybody here expected.                        |
|       | 18 | Q.   And he's back in China now, right?                      |
|       | 19 | A.   Yes.                                                    |
| 00:53:23 | 20 | Q.   And is he going to come back to United States to testify? |
|       | 21 | A.   I don't know his schedule.                             |
|       | 22 | Q.   Now, since we don't have Mr. Chen and we don't have Mr. |
|       | 23 | Kok, you're explaining the relationship between Mr. Chen and |
|       | 24 | Mr. Kok, right?                                             |
| 00:53:42 | 25 | A.   Right.                                                  |

Yuan - cross by Brown

3478

1  Q.  Now, you know that Mr. Chen and Mr. Kok exchanged a lot of

2  emails in the 2008 timeframe, don't you?

3  A.  I don't.

4  Q.  You don't know that?

00:53:53    5  A.  I don't know that.

6  Q.  Your testimony is Mr. Kok did not report to Mr. Chen,

7  right?

8  A.  Right.

9  Q.  You didn't review the emails between Mr. Kok and Mr. Chen?

00:54:04   10  A.  I did not.

11  Q.  Did you know that, for example, Mr. Chen spent months

12  negotiating with Mr. Kok over Mr. Kok's salary and employment

13  agreement before he came?

14  A.  I do not know that.

00:54:18   15  Q.  You've never seen any email exchange?

16  A.  I haven't.

17  Q.  Have you seen email exchanges from Mr. Kok to Mr. Chen

18  reporting on the status of research and development in the DMR

19  group in the 2008 time frame?

00:54:33   20  A.  I haven't.

21  Q.  Have you seen emails from Mr. Kok to Mr. Chen specifically

22  reporting on the state of the research and development of when

23  Mr. Kok arrived at Hytera?

24  A.  I have not.

00:54:47   25  Q.  You didn't review any of these emails?

Yuan - cross by Brown

3479

1    A.  I have not.

2    Q.  Wouldn't that have informed you whether or not Mr. Kok

3    actually reported to Mr. Chen?

4    A.  I would be very surprised, because in between G.S. Kok and

00:54:59    5    Mr. Chen, that's still two layers, Dr. Tang and Guo Qiang.

6    Q.  But you didn't look at the emails to see?

7    A.  I have not.

8    Q.  Now, instead of using the simplified version of the org

9    chart, why don't we look at some of the actual org charts that

00:55:25    10   were produced in this case.  Can we do that?

11   A.  Yes, please.

12   Q.  Okay.

13          MR. BROWN:  May I approach, Your Honor?

14          THE COURT:  Yes.

00:55:34    15   BY MR. BROWN:

16   Q.  Now, I've handed you what has been marked as PTX-1103,

17   which and you'll see from the very bottom right corner has a

18   Hytera Bates number.  Do you see that?

19   A.  You mean this number (indicating)?

00:56:09    20   Q.  Exactly, exactly.  Do you see that?

21   A.  Yes.

22   Q.  Okay.  And you understand that this was produced from

23   Hytera's files, correct?

24   A.  Let me take a look.

00:57:02    25   Q.  Actually, I've been told it's already been admitted, so we

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 114 of 204 PageID #:55315
Yuan - cross by Brown
3480

1   can look at it together.  I am going to put it up on the slide

2   here for you.  This is PTX-1113 that I am showing.

3        I am going to go to English version.  And I know you

4   speak English, and you have been speaking it quite well.  But

00:57:19   5   there is a Chinese version as well, if that makes it easier,

6   okay?

7        So you had explained to the jury that the group of

8   folks who came over from Motorola represented, I think you

9   said, a small group of Malaysians, right?

00:57:30   10   A.   Yes.

11   Q.   Now --

12        THE COURT:  Counsel, who was on the stand when this

13   document was received in evidence, if you recall?

14        MR. BROWN:  Dr. Wicker.  I apologize.

00:58:01   15        THE COURT:  Who called Dr. Wicker?

16        MR. BROWN:  I did.

17        THE COURT:  All right.  The document itself has been

18   received and it has been published and has been the subject of

19   inquiry by several attorneys?

00:58:12   20        MR. BROWN:  Yes, Your Honor.

21        THE COURT:  All right.  With that representation, you

22   may proceed with this witness.

23        MR. BROWN:  Thank you, Your Honor.

24   BY MR. BROWN:

00:58:17   25   Q.   Now, when you were explaining to the jury the arrival of

Yuan - cross by Brown

3481

```
          1    the former Motorolans, you described them as a small group of

          2    Malaysians who came over, correct?

          3    A.  Yes.

          4    Q.  And I think you used a word a relatively, that they

00:58:30  5    represent a relatively small group of the work that was being

          6    done at Hytera, right?

          7    A.  That's correct.

          8    Q.  Yeah.  Relatively unimportant in the scheme of things at

          9    Hytera, right?

00:58:39 10    A.  That's correct.

         11    Q.  Right.  Now, if we look at this organization chart, you'll

         12    see it's titled "Organizational Chart of Central Research

         13    Department."  Do you see G.S. Kok there right at the top?

         14    A.  Yes.

00:58:51 15    Q.  So G.S. Kok was the director of the Central Research

         16    Department, correct?

         17    A.  Hang on.  My understanding is this department, if you go

         18    back to our chart, that fits into that DMR terminal chart

         19    department.

00:59:09 20    Q.  Okay.  We'll start with that.

         21         So what you are saying, let me make sure that we're

         22    all on the same page of what you are saying, you are saying

         23    that this box here, this box right at the very bottom of your

         24    chart --

00:59:20 25    A.  Yeah, yeah.
```

Yuan - cross by Brown

3482

1   Q.  -- is sort of where this chart starts?

2   A.  Yes.

3   Q.  Okay.  So let's go through this chart first.  And this is

4  the group of people who were responsible for the DMR products

00:59:34    5  at Hytera, right?

6   A.  DMR terminal products.

7   Q.  Okay.

8   A.  We have another group responsible for the DMR trunking

9  product.

00:59:42   10  Q.  And the DMR terminal products, that's what is accused in

11  this case, right?

12   A.  Right.

13   Q.  So that's what we should be looking at, okay.

14        So G.S. Kok, listed as the director, right?

00:59:53   15  A.  Right.

16   Q.  And he's a Hytera employee at this time, right?

17   A.  Yes.

18   Q.  And the assistant director is Y.T. Kok, right?

19   A.  Right.

01:00:03   20  Q.  He's another one of the former Motorolans?

21   A.  Correct.

22   Q.  But he's now assistant director of the DMR group at

23  Hytera, right?

24   A.  Right.

01:00:11   25  Q.  And then if we go down here, we have Sam, and that's

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 117 of 204 PageID #:55318
Yuan - cross by Brown
3483

1    Samuel Chia, right?

2    A.  Sam Chia.

3    Q.  Chia, okay.

4    A.  Chia, Chia.

01:00:25    5    Q.  Okay.

6    A.  Sam Chia.

7    Q.  Okay.  I'm probably going to call it Sam Chia.  Could we

8    --

9    A.  Okay.  That's fine.

01:00:31    10    Q.  Do you understand what I'm talking about?

11    A.  That's fine.

12            THE COURT:  Maybe "Sam" would suffice.

13            MR. BROWN:  Sam sounds better, too.  Yes, Your Honor.

14            THE WITNESS:  Agree.

01:00:39    15    BY MR. BROWN:

16    Q.  So Sam was now the director of Hytera's DSP and voice

17    technology for the DMR products, right?

18    A.  Yes.

19    Q.  And then Y.T. Kok over here also took over as the director

01:00:51    20    of overall architecture for Hytera's DMR product development,

21    fair?

22    A.  Yes.

23    Q.  And that was a decision made by executives at Hytera,

24    correct, to put those individuals in charge?

01:01:07    25    A.  Could you please repeat the question?  I was not clear.

Yuan - cross by Brown

3484

1    Q.   The decision to make -- to put G.S. Kok, Y.T. Kok and Sam

2    in senior leadership positions in the Hytera DMR research and

3    development group, that was a decision made by senior

4    executives at Hytera, correct?

01:01:25    5    A.   They are not at the senior management position.

6    Q.   In the DMR group?  Let me withdraw.  Maybe there is too

7    many --

8    A.   No.  I've got a question, I've got a question.

9    Q.   Okay.

01:01:37    10    A.   The DMR terminal R&D department is there is three, there

11    is four department.  So this is the organizational chart

12    inside that department.  So they were not in the senior

13    position in Hytera.

14    Q.   My question was a little different.  My question was, the

01:01:54    15    way that they got those positions in the DMR terminal research

16    and development group at Hytera was because senior management

17    at Hytera put them in that position, right?

18    A.   Yes, but, but Hytera as a company, we employee, we hire

19    experienced people.  This is nothing wrong, because back to

01:02:18    20    then nobody understand what they did.

21              MR. BROWN:  May I approach, Your Honor?

22              THE COURT:  Yes.

23    BY MR. BROWN:

24    Q.   I've handed you what has been marked and previously

01:02:42    25    admitted as PTX-77.  Again, I am going to go to the English

Yuan - cross by Brown

3485

1    version.

2           But you see that this is an internal release from

3    Hytera, correct?

4    A.   Correct.

01:02:59    5    Q.   Did you see this document in preparing to give your

6    testimony to the jury?

7    A.   No, I haven't.

8    Q.   And it says, "According to the decision made by the

9    company's operations management committee, we hereby appoint

01:03:12    10   the following cadres of the Central Research Department."  Do

11   you see that?

12   A.   I do.

13   Q.   And that leads to the appointment of G.S. Kok as the

14   director, Y.T. Kok as the deputy director, and then the other

01:03:23    15   positions that we talked about on the previous organization

16   chart, right?

17   A.   Right.

18   Q.   Okay.  And that was approved by Chairman Chen, correct?

19   A.   All of this kind of appointment, there must be approval by

01:03:38    20   Mr. Chen.

21   Q.   Mr. Chen approved this?

22   A.   But all of the people I can see here, they are working,

23   only working on the DMR terminal R&D.

24   Q.   Did they ever work on more at Hytera?

01:03:52    25   A.   I'm sorry?

Yuan - cross by Brown

3486

1    Q.   Did they ever work on more at Hytera?

2    A.   I didn't get your question.

3    Q.   Did they ever go on to work on more than just the DMR

4    terminal at Hytera?

01:04:03    5    A.   No, I cannot recall this.  This, all of the people here,

6    they work on terminal, on DMR terminal.

7    Q.   So there is never a point in time where G.S. Kok, for

8    instance, took over more than just the DMR terminal?

9    A.   They have asked to improve some LMR radios as well, as

01:04:27    10    well.

11    Q.   So you are saying, if I understand you right, according to

12    your simplified organization chart, Mr. Kok and his team --

13    A.   Yeah.

14    Q.   -- they always stayed in this box, right?

01:04:39    15    A.   Yes.

16    Q.   2010, 2011, 2012, never left that box, is that your

17    testimony?

18    A.   This is my best knowledge.

19         MR. BROWN:  May I approach, Your Honor?

01:05:04    20         THE COURT:  Yes.

21    BY MR. BROWN:

22    Q.   I've handed you what has been marked as PTX-412.  This is

23    also already admitted.  And it's another organizational chart

24    from Hytera, right from Hytera's files.  It's not, it's not a

01:05:33    25    simplified version.  This is actually from Hytera's files.

Yuan - cross by Brown

3487

1    And this is a 2010 depiction of this proposed hierarchy at

2    Hytera.  Do you recognize that?

3    A.   This is first time I have seen this documentation.

4    Q.   You've never seen this organization chart?

01:05:55    5    A.   I have not.

6    Q.   In preparing your simplified version, you didn't look

7    through the organization charts that were produced in this

8    case?

9    A.   This is the first time I have seen this documentation.

01:06:03    10   Q.   Now, if you look at this organization chart, I'll flip it

11   around, here again we've got G.S. Kok as the PDMR general

12   manager.  Do you see that?

13   A.   In the box, because I took the Chinese version.

14   Q.   I'm sorry?

01:06:27    15   A.   I'm taking, I'm holding the Chinese version.

16   Q.   Yes.

17   A.   So if I translate this from Chinese to English, this is

18   the terminal product line general manager for governmental and

19   the industry market.

01:06:43    20   Q.   Okay.  And is that just DMR or does that go beyond DMR?

21   A.   This in the governmental and industry terminal product

22   line, that including analog, the high-end analog like the T67

23   series or DP -- I'm sorry, DMR or TETRA, yeah.

24   Q.   And so that's actually exactly what the organization chart

01:07:11    25   says.  We see G.S. Kok over here.  And, again, we've got Y.T.

Yuan - cross by Brown

3488

1    Kok here as the assistant general manager.

2         But then we look over here, we've got DMR software

3    director is Sam, right?

4    A.   PDMR.

01:07:29    5    Q.   PDMR.

6    A.   If you go back to the first box.

7    Q.   This one?

8    A.   PDMR here.  If I translate this Chinese into English, to

9    be precisely, it should be the terminal product line

01:07:45    10   department of governmental and industry market.

11        THE COURT:  If you want to recite your answer in your

12   native tongue, you may do that because we have an interpreter.

13        THE WITNESS:  Okay.

14        (Through interpreter)  I totally have no idea why it

01:08:25    15   was translated as PDMR.  I do not know why or how it is

16   translated in that way.  But if we are to translate the

17   department name, it should be the government and industry

18   terminal product line.

19   BY MR. BROWN:

01:08:45    20   Q.   And like you said, that -- okay.  You can't leave yet.

21   A.   Okay.  I didn't know that.

22   Q.   So that also, as you said, covers DMR, TETRA, and analog,

23   right?

24   A.   Yeah.

01:09:02    25   Q.   So now Mr. Kok is responsible for more than just this one

Yuan - cross by Brown

3489

1     box.  He's now responsible --

2     A.  Hang on a second, please, please.

3     Q.  Okay.

4     A.  This chart we use, 2008 and 2009.

01:09:19    5     Q.  And I asked you whether or not --

6     A.  This one you just hand over, that's not in 2008 and 2009.

7     Q.  Okay.  So after 2008 and 2009, Mr. Kok then started to get

8     more responsibility at Hytera, fair?

9     A.  Yes.

01:09:33    10    Q.  And he now, instead of staying in the DMR box, started to

11    take over TETRA and analog, correct?

12    A.  For the, for the governmental and industrial market, not

13    for the commercial market.

14    Q.  Okay.  And that's the -- is the commercial market, are you

01:09:54    15    referring to the low-end products that you talked about in

16    your deposition, or do you mean commercial in a different --

17    in your testimony?

18    A.  Yeah, we can understand it like that.

19    Q.  So Mr. Kok was responsible for the medium and high-end

01:10:06    20    products?

21    A.  Terminal products.

22    Q.  Terminal products, okay.

23         And he continued to be promoted over time, didn't he?

24    A.  Yes.

01:10:24    25         MR. BROWN:  May I approach, Your Honor?

Yuan - cross by Brown

3490

THE COURT:  Yes.

BY MR. BROWN:

Q.  I've handed you what has been marked as PTX-2232.  Do you recognize this as an email between Hytera engineers and Hytera

01:10:57

employees?  Do you recognize this as an email between Hytera employees?

A.  This is the first time I have seen this email.

Q.  Do you recognize it?  Is it an email between Hytera employees?

01:12:11

A.  Yes.

Q.  And do you see the Bates number on the bottom that indicates it was produced from Hytera's files?

A.  Yes.

Q.  Okay.

01:12:18

MR. BROWN:  Plaintiff moves to admit PTX-2232, Your Honor.

MR. STRINGFIELD:  No objection.

THE COURT:  It is received and may be published.

(Exhibit PTX-2232 was received in evidence.)

01:12:24

BY MR. BROWN:

Q.  So 2232 is an email from 2011.  Do you see that?

A.  Yes.

Q.  And it says it attaches a document called "Terminal PL Organization Structure," right?  I'm sorry, right here is what

01:12:43

I was reading.

Yuan - cross by Brown

3491

1    A.   Mm-mm.

2    Q.   Do you see that?

3    A.   I see that.

4    Q.   Okay.  Now if we go to the attachment, there is another

01:12:51    5    organization chart from Hytera's files, correct?

6    A.   Again, this is the organization chart only for the

7    terminal product line.

8    Q.   Okay.  And you agree this is an organizational chart that

9    describes Hytera's structure for the terminal product line,

01:13:14    10   right?

11   A.   In 2011.

12   Q.   In 2011.

13        And so now G.S. Kok is listed as a general manager

14   and a vice-president, right?

01:13:21    15   A.   In 2011, yes.

16   Q.   Mr. Kok was a vice-president in 2011, right?

17   A.   Right.

18   Q.   Vice-presidents report to Mr. Chen, correct?

19   A.   From 2011, yes.

01:13:35    20   Q.   And there is a few other folks here.  Now Sam is labeled

21   the product chief architect, right?

22   A.   Yeah.

23   Q.   And that's not just for DMR terminals, is it?

24   A.   For, yeah, for terminal product lines.

01:13:51    25   Q.   All of the terminal product lines?

Yuan - cross by Brown

3492

1   A.  I'd have to confirm this because I'm not very familiar

2   with this.

3   Q.  Well, let's walk through it.

4       Mr. Sam and G.S. are on top of the structure here,

01:14:06   5   and they're listed as being on top of all of these

6   departments.  Do you see that?

7   A.  I do.

8   Q.  Let's start with analog.  They were in charge of the

9   analog products, right?

01:14:18   10  A.  Yes.

11  Q.  They were in charge of ODM.  What is that?

12  A.  Back in 2011 we do ODM before ADS.  It was TETRA radios.

13  Q.  So that's a form of TETRA radios for other companies?

14  A.  Yeah.  We producing, we manufacturing TETRAs radios for

01:14:39   15  ADS.

16  Q.  Okay.  And then they're also in charge of dPMR?

17  A.  Yes.

18  Q.  And DMR?

19  A.  Yes.

01:14:47   20  Q.  And TETRA?

21  A.  Yes.

22  Q.  And then generally the software department, right?

23  A.  Right.

24  Q.  And you see Sam has been listed as the director right

01:14:54   25  there, right?

Yuan - cross by Brown

3493

1    A.   Yes.

2    Q.   And the assistant director is P.E.  Do you know who that

3    is?

4    A.   Yes.

01:15:01    5    Q.   Peiyi Huang?

6    A.   I know.

7    Q.   You understand that Peiyi Huang is one of the other folks

8    who at Hytera had a lot of Motorola source code and documents

9    on her computer?

01:15:14    10    A.   Yes.

11    Q.   And so the individuals that we've been talking about in

12    this case, G.S. Kok, Mr. Chia, Peiyi are at the very top in

13    2011 of all of the terminal product lines at Hytera, right?

14    A.   No.  Wait a second.  The name you mentioned, the G.S.,

01:15:34    15    Y.T., Sam, Peiyi, I think there is still very much focus on

16    DMR products.

17    Q.   That's not what this organizational chart says though,

18    does it?

19    A.   No.  The organizational chart shows the organization in

01:15:47    20    the terminal product line.  But those names you just named,

21    they are still very much focused on the DMR products.  You can

22    see that, Peiyi, where is Peiyi?  Peiyi one.

23    Q.   Peiyi is right here if you look at the screen.

24    A.   Right, software department under Sam.

01:16:08    25    Q.   So let's pause.  Peiyi is in charge of the software for

Yuan - cross by Brown

3494

1    the DMR, TETRA and dPMR products, right?

2    A.  No.  In the TETRA software box, I saw it's Gary Ji.

3    Q.  Can you spell that again?  Sorry.

4    A.  In the TETRA SW box.

01:16:30    5    Q.  You see somebody else's name there?

6    A.  The minister is Gary Ji.

7    Q.  But the assistant director of the software department

8    which is in charge of DMR, TETRA and dPMR software was Peiyi

9    Huang, right?  It says it right here.

01:16:43    10    A.  It says on this page Peiyi was the assistant director in

11    that department.

12    Q.  Sam was the director?

13    A.  Yes.

14    Q.  And G.S. was at the very top?

01:16:54    15    A.  In the terminal product line.

16    Q.  So let's talk about, switching gears, talk about some of

17    the work that was done before they arrived.

18         You put DDX-14.8 up.  This was your timeline, right?

19    A.  Yes.

01:17:18    20    Q.  And to be clear, you arrived, you said, February 2nd,

21    2009, right?

22    A.  Me?

23    Q.  Yeah.

24    A.  No.  The 2nd of September.

01:17:26    25    Q.  Okay.  So September, maybe right around here, right?

Yuan - cross by Brown

3495

1    A.   Yes.

2    Q.   So you have personal knowledge because you were there of

3    stuff happening after that, right?

4    A.   Yes.

01:17:38    5    Q.   But in this box, you weren't there for any of that, right?

6    A.   I wasn't there.  But this was a notice I have learned.

7    Q.   And Mr. Chen, he was there during all this, right?

8    A.   What was your question?  Sorry.

9    Q.   Mr. Chen, he was at Hytera from the beginning here all the

01:17:58    10   way through when you arrived, right?

11   A.   Yes.

12   Q.   And so previously to selling the DMR radios, Hytera sold

13   analog radios as you pointed out here, right?

14   A.   Yes.

01:18:13    15   Q.   And when Hytera made a decision to start selling DMR

16   radios, one of the biggest groups of customers you wanted to

17   target were those who were going to be using -- who were going

18   to switch from using analog to digital, right?

19   A.   Right.

01:18:31    20   Q.   And around 2010, more and more customers were choosing DMR

21   radios, right?

22   A.   Yes.  But, you know, I would say more and more customers,

23   they were waiting and seeing to switch from analog to digital.

24   But either to go DMR or dPMR, there was a huge uncertainty.

01:18:58    25   Q.   And one of the reasons that folks were switching was

Yuan - cross by Brown

3496

1   because in many, many countries, the governments had already

2   decided not to lease or not to sell the frequency or the

3   spectrum for those analog products, right?

4   A.  It is not very precisely.

01:19:14   5   Q.  That is not correct?

6   A.  It's not very precisely.

7   Q.  Okay.  Let me show you -- do you remember being deposed in

8   this case?

9   A.  Yes.

01:19:21   10       The government decide by a certain timeline they are

11   not going to lease or sell the new frequency to register the

12   new analog products.  But they have never banned, they have

13   never outlawed the analog technology.

14   Q.  But they decided, you'd agree with me what I said?

01:19:43   15   A.  I disagree.

16   Q.  Many, many people -- let me ask the question again, we'll

17   see where we disagree.

18       Many, many countries, in many, many countries the

19   government had decided not to lease or sell the frequency or

01:19:56   20   spectrum for analog products.  Do you agree with that or not?

21   A.  I'm going to repeat my answer one last time.

22   Q.  Can you --

23   A.  From none of the governments they have outlawed or banned

24   the analog technology.  They give instruction, they give the

01:20:16   25   guideline to the market, by a certain timeline we are not

1      going to lease or sell the frequency to any new analog

2      products.  That was the case.

3      Q.  And so we're all on the same page --

4      A.  Okay.

01:20:34    5      Q.  -- do you agree or disagree with the statement that in

6      many, many countries the governments had decided not to lease

7      or sell the frequency or spectrum for analog products?  Is

8      that a true statement or is it an incorrect statement?

9      A.  I think we'll have to add one word, "new."  New, N-E-W,

01:20:54   10      the new analog products.

11      Q.  Do you remember being deposed in this case?

12      A.  Yes.  That, that was, that was my deposition, in the last

13      deposition.

14      Q.  Yes.  In May of --

01:21:05   15      A.  I totally realized that.  To be precisely, you need to put

16      a "new" there.

17      Q.  So in your deposition, you were asked the question:

18            "And let me ask you this.  In 2010 was the DMR market

19      in a phase of rapid adoption?"

01:21:23   20            And you said --

21            MR. STRINGFIELD:  Could we have page number, please?

22            MR. BROWN:  I'm sorry.  Yes.  It's 224 from 1 to 19.

23            MR. STRINGFIELD:  Thanks.

24      BY MR. BROWN:

01:21:30   25      Q.  "In our industry" - your answer - "In our industry, I

Yuan - cross by Brown

3498

1    mean, people switch from analog to digital.  In that time

2    phase for the commercial market or utility market, you know,

3    people only have a few options:  Either they go DMR or they go

4    dPMR or they go TETRA.

01:21:45    5        So to answer your question, I believe in 2010 it is

6    true that more and more customers they choose DMR, because in

7    many, many countries the government, they have already decided

8    not to lease or not to sell the frequency or spectrum for

9    analog products."

01:22:00    10        You then continued, so I'll keep reading it just to

11    be fair.

12        MR. CLOERN:  Your Honor, we object.  This is improper

13    impeachment.  He's not testified inconsistent with what --

14        THE COURT:  There is enough in terms of a foundation

01:22:12    15    to give the issue to the jury.  You may proceed.

16    BY MR. BROWN:

17    Q.  To finish your answer here:

18        "In the very, very extreme cases like Brazil or China

19    or some other countries, we have very clear regulation from

01:22:24    20    the government that starting for example by 2016, we will not

21    issue any more license for analog radios.  So this is

22    background information.

23        So I believe in 2010 that was a very important time

24    point for customers to switch from analog to digital and they

01:22:40    25    only have three or four options."

Yuan - cross by Brown

3499

1           Did I read that correctly?

2     A.   You read that correctly.  We did put it the "new" in

3     between, in front of the "digital products."

4     Q.   Now, there were many advantages to digital radios over

01:22:59    5     analog radios, right?

6     A.   Right.

7     Q.   Some of them are you can use more digital applications,

8     right?

9     A.   Yes.

01:23:04    10    Q.   Better audio quality?

11    A.   Yes.

12    Q.   There is better battery life?

13    A.   Uh-huh.

14    Q.   And there is a possibility for digital trunking, right?

01:23:14    15    A.   Right.

16    Q.   And so when we look at the products that Hytera rolled out

17    on DMR, this was your slide DDX-14.10, right?

18    A.   Yes.

19    Q.   And you divided it up into multiple categories.  You've

01:23:35    20    got the commercial or low end, right?

21    A.   Right.

22    Q.   And then you've got the mid-tier, the repeaters, the

23    high-end and the multi-mode, right?

24    A.   Right.

01:23:44    25    Q.   And do you know who Junping Luo is?  He testified

Yuan - cross by Brown

3500

1   yesterday.

2   A.  Yes.

3   Q.  And he testified about the Sicomm chip that was in certain

4   products, right?

01:23:57   5   A.  Right.

6   Q.  Do you know about that generally?

7   A.  At a high level.

8   Q.  And those, the products that had the Sicomm chip in it are

9   the commercial or the low-end products, right?

01:24:07   10  A.  Right.

11  Q.  And you understand that those products are not accused in

12  this case, right?

13  A.  Right.

14  Q.  Because Hytera received the chip, the Sicomm chip from a

01:24:19   15  third party?

16  A.  Yes.

17  Q.  Now, you did testify that there were a number of products

18  on this slide that are, other than the low end, that are not

19  accused, right?

01:24:31   20  A.  I'm sorry, could you please repeat your question?

21  Q.  No problem.  You testified that other than the low-end

22  products, there are a couple products, particularly you

23  pointed to the MD652, the MD782 and PDC760 as not being

24  accused in this case, right?

01:24:48   25  A.  Right.

Yuan - cross by Brown

3501

1    Q.   Now, you weren't here in court during Motorola's technical

2    expert testimony, were you?

3    A.   Could you please repeat your question?

4    Q.   You weren't here in court when Motorola's technical

01:25:02    5    expert, Dr. Wicker, testified about how the Hytera products

6    used Motorola's trade secrets, right?

7    A.   I wasn't here.

8    Q.   And so you didn't hear that when Dr. Wicker specifically

9    said that the source code that's in the MD652 and the MD782

01:25:21   10    contains Motorola's trade secrets, right?

11   A.   I wasn't here.

12   Q.   And you also weren't here --

13        MR. STRINGFIELD:  Your Honor, we object to him

14   representing what other witnesses have said in this case when

01:25:30   15   he wasn't --

16        THE COURT:  Are you going to tie this up somehow?

17        MR. BROWN:  Well, yes, Your Honor, I can.

18        THE COURT:  Okay.  You can try to tie it up.  If you

19   don't, I'll entertain your motion to strike it.

01:25:41   20        MR. STRINGFIELD:  Thank you.

21   BY MR. BROWN:

22   Q.   And you also weren't here for when Dr. Wicker specifically

23   identified the source code in the PDC760, did you?

24   A.   I wasn't here.

01:25:49   25   Q.   Okay.  Do you know what source code is used in the PD782?

Yuan - cross by Brown

3502

1    A.   Could you please specify your question?

2    Q.   Sorry.  Do you know what source code was used in the

3    PD782?

4    A.   I do not know.  I am not from R&D background.

01:26:07    5    Q.   Okay.  Do you know whether or not the source code in the

6    782 is the same for the PD product and the MD product?

7    A.   I do not know because I'm not from the R&D side.

8    Q.   Okay.  And the same for the PD, the 652, the 602, do you

9    know whether the same software is used in the MD652?

01:26:26    10    A.   I do not know because I am not from R&D.

11    Q.   Okay.  So --

12         MR. STRINGFIELD:  Your Honor, the representations

13    from Mr. Wicker's testimony have nothing to do with the

14    testimony.

01:26:36    15         THE COURT:  Sustained.

16         Members of the jury, disregard the references to the

17    testimony of Dr. Wicker put by counsel.

18    BY MR. BROWN:

19    Q.   Now, Hytera separates these in its business into tiers.

01:26:48    20    There is the mid-tier, low-tier and high end, right?

21    A.   Right.

22    Q.   And a lot of that has to do with the features that are in

23    various products, fair?

24    A.   Fair.

01:27:00    25    Q.   For instance, the PD products have far more features than

1    the BD or PD products, right -- sorry, the PD four or the BD

2    products?

3    A.  Not just features.

4    Q.  But there were other things or distinctions?

01:27:12    5    A.  Design, the waterproof, anti-dust, because different

6    products facing different markets.

7    Q.  And the software, the way that the software works on the

8    BD products, when you are experiencing the device is different

9    than the way that you experience the device with one of the PD

01:27:30   10    products, right?

11    A.  That's correct.

12    Q.  And you know that the way that you experience the MD7 is

13    similar to how you experience the PD7 in that same tier,

14    right?

01:27:40   15    A.  You mean the software or you mean the operation?

16    Q.  The operation.

17    A.  Because the PD7 is a handheld.  MD7 is the mobile radio.

18    Q.  And when you interact with the device and use the

19    operating system, the software looks the same from a user's

01:28:03   20    perspective, right?

21    A.  I don't say -- I mean, in the radio industry, even the

22    radios from different makers, you can still say that they are

23    similar.  So I don't know what is your definition.

24    Q.  So then they're similar between the PD782 and the MD782,

01:28:23   25    right?

Yuan - cross by Brown

3504

A.   They are all from Hytera.  Of course they are similar.

Q.   But they have differences as we just talked about between
the low end and the high end, right?

A.   In which accent?

01:28:40   Q.   I'm sorry?

A.   In which accent?  How different?  What is your definition?

Q.   The way that you interact with the device and the menus
and the way that the user interface is presented to the user.

A.   No.  I have to say from the all of the Hytera radios, they
01:28:59   are very close, they are very similar.

Q.   Now, the key though for Hytera to beat Motorola in the
marketplace really comes down to the mid-tier and high-end
products, right?

A.   Could you please clarify your question?

01:29:13   Q.   The key to beating Motorola in the marketplace is really
about beating them in the middle-tier market and the high-end
market, right?

A.   This is a very broad question.  You know --

          THE COURT:  Sustained.  Rephrase the question.

01:29:29   BY MR. BROWN:

Q.   Do you agree --

          MR. STRINGFIELD:  Objection, Your Honor.

          THE COURT:  Sustained.

          Rephrase the question, counsel.

01:29:37   BY MR. BROWN:

Yuan - cross by Brown

3505

1    Q.   Do you agree that the success of DMR for Hytera means

2    defeating Motorola at the tiers for the middle-tier products

3    and the high-end products?

4    A.   I understand the question, but this is not a "yes" or "no"

01:29:54    5    question because DMR --

6              THE COURT:  Just a minute.  Do you want to give your

7    answer once again in your native tongue?

8              THE WITNESS:  No.

9              THE COURT:  Okay.  I just want to provide that

01:30:04   10    opportunity at any time.

11             THE WITNESS:  Thank you, sir.

12             THE COURT:  If you want to respond in your native

13    tongue, you have that option.

14             THE WITNESS:  I will do.

01:30:11   15             THE COURT:  Okay.  Proceed.

16             THE WITNESS:  Thank you.

17    BY THE WITNESS:

18    A.   The competition with Motorola DMR is not just competing

19    with Hytera middle and the high-end DMR.

01:30:23   20             Many, many competitors using P25, dPMR, even analog,

21    ^^^Hook IOTE DMR, they're competing with Motorola DMR.  So I

22    think this question is too broad.

23             MR. BROWN:  May I approach, Your Honor?

24             THE COURT:  Yes.

01:30:45   25    BY MR. BROWN:

Yuan - cross by Brown

3506

1 Q. I've handed you what has been marked as PTX -- did you --

2 I've handed you what has been marked as PTX-416. And have you

3 seen PTX-416 before?

4   I'll take you to -- I'll withdraw the question and

01:31:27 5 try to proceed more efficiently. I'm going to take you to

6 slide PTX-416.29. Do you see that the numbers are there on

7 the side?

8 A. Which case?

9 Q. Yes. Do you see the numbers are on the side here, 416.29?

01:31:44 10 That looks right.

11   So there is a Chinese version and there is an English

12 version.

13 A. Yeah. I've got the Chinese version.

14 Q. Okay. So you see that it says there under "III,

01:32:21 15 Declaration of Manager Chen on the DMR product." Do you see

16 that?

17 A. I do.

18 Q. And he's talking about the DMR products that we're here to

19 talk about, right?

01:32:29 20 A. Right.

21 Q. And he says, "The DMR project is a new opportunity and

22 entry point for our entry," meaning Hytera's entry, "into

23 professional wireless communication middle and high-end

24 market." Do you see that?

01:32:47 25 A. I do. But he said that to TETRA as well.

Yuan - cross by Brown

3507

1    Q.   And he says -- he doesn't say that here, does he?

2    A.   He's not here.

3    Q.   Okay.  He says, "The project is characterized by a tense

4    schedule, a high degree of importance, and a wide range and is

01:33:03    5    critical to the future development of the company."

6         Do you see that?

7    A.   I do.

8    Q.   And then he comments on the competition at Motorola --

9    that Hytera has, and he says, "Motorola has launched the first

01:33:15   10    generation of DMR products."  Do you see that?

11   A.   I do.

12   Q.   He says, "We need to directly develop the second

13   generation of products."  Do you see that?

14   A.   I do.

01:33:23   15   Q.   And I'll take you down to the last sentence of that bullet

16   point.  He says, "The success of DMR will mean defeating

17   Motorola in the middle and high-end market."  Right?

18   A.   Right.

19   Q.   He doesn't say the low-end market.  He says the middle and

01:33:40   20   high-end markets, correct?

21   A.   This is what -- yes.  But this is what they put here.  But

22   I can tell you, when we're having TETRA meeting, they put even

23   more importance on TETRA.  This is from the CEO.  He's trying

24   to encourage people.  I believe this is a competitive

01:34:00   25   intelligence.

Yuan - cross by Brown

3508

1    Q.  Are you testifying about what Mr. Chen meant when he said

2    this?

3    A.  No.

4    Q.  Okay.  Mr. Chen said this, right?

01:34:12    5    A.  But this is my best knowledge.  I understand that in

6    Hytera back to 2008/2009, among, among the digital technology,

7    Mr. Chen treat TETRA even more, even more important than DMR.

8         So this is the information I can give you, because

9    TETRA is very -- it's even more focusing on the public safety

01:34:41    10   market.  And, you know, TETRA was popular in Chinese police

11   market, in the Chinese Metro, the underground, the Tube

12   market, and TETRA was popular in EMEA in the public safety

13   market.

14        So the wording here does not mean TETRA was the

01:35:01    15   number one important project in Hytera.  As in my direct I

16   said DMR, it is important, but DMR is not everything.

17   Q.  This case is about DMR terminals, fair, and repeaters?

18   A.  It is fair, this is for DMR terminals.

19   Q.  And Mr. Chen is making a comment here about DMR products,

01:35:24    20   correct?

21   A.  Correct.

22   Q.  And what he's saying about DMR products, the products

23   we're here to talk about in this case, that the success of DMR

24   will mean defeating Motorola in the middle and high-end

01:35:37    25   market, right?

Yuan - cross by Brown

3509

1   A.   Commercial market, because DMR was not targeting to the

2   public safety market, which we put, which we put here in the

3   middle and the high commercial market and utility market.

4   Q.   So Mr. Chen didn't put that there, right?

01:35:57   5   A.   That's right.

6   Q.   And so you haven't spoken to him specifically about this

7   document, right?

8   A.   I haven't.

9   Q.   Right.  So you can't start editing what he's saying in

01:36:06   10   this document, fair?

11   A.   But I'm telling you my knowledge and my understanding.

12   Q.   So you are talking about TETRA.  We've talked about DMR.

13   We've talked about the mid-tier and the high-end products that

14   are accused in this case.

01:36:21   15        You also discussed another standard, that dPMR

16   standard, right?

17   A.   Yes.

18   Q.   And I believe that you testified that in 2007, it wasn't

19   clear which of the standards was going to succeed, right?

01:36:39   20   A.   Correct.

21   Q.   And I believe you also said, and correct me if I have this

22   wrong, that it was because of Hytera that DMR actually was

23   able to become a successful standard, is that right?

24   A.   Hytera contributed a lot.  Hytera helped the DMR to become

01:37:00   25   the dominant standard.  This was what I said.

1          MR. BROWN:  May I approach, Your Honor?

2          THE COURT:  Yes.

3   BY MR. BROWN:

4   Q.  I've handed you what has been marked as PTX-2270.  And you

01:37:31   5   see it's titled "Hytera America Meeting Summary."  Do you see

6   that?

7   A.  I do.

8   Q.  And it has a Bates number on the very bottom indicating

9   that it was produced from Hytera?

01:37:43   10   A.  Yes.

11          MR. BROWN:  Your Honor, plaintiff moves PTX-2270 into

12   evidence.

13          MR. CLOERN:  No objection.

14          THE COURT:  It is received and may be published.

01:37:53   15      (Exhibit PTX-2270 was received in evidence.)

16   BY MR. BROWN:

17   Q.  So PTX-2270 is a meeting summary.  Do you see that?

18   A.  I do.

19   Q.  And it's at Hytera America, right?

01:38:04   20   A.  Yes.

21   Q.  And you're in charge of Hytera America now, right?

22   A.  Now, yes.

23   Q.  Yes.  Not in 2007?

24   A.  No.

01:38:11   25   Q.  And it lists a couple folks.  Frank, you know who that is,

Yuan - cross by Brown

3511

1    right?

2    A.   I heard about his name.  But there was a meeting summary

3    from 2007, okay.

4    Q.   Does Francisco Noyola sound right?

01:38:29    5    A.   I'm not sure.

6    Q.   You're not sure?

7    A.   I'm not sure.

8    Q.   You don't know who the former president of Hytera America

9    was in 2007?

01:38:35    10   A.   I don't know.  I joined in 2009.  But that was -- this

11   organization was from acquisition.  So I really don't know who

12   is Francisco.

13   Q.   And it was Marketronics that you purchased, right?

14   A.   For all of the names here, I only recognize two names.

01:38:52    15   Q.   Are those names Carlos here?

16   A.   Yeah, Carlos.

17   Q.   Who is currently a VP at Hytera America, right?

18   A.   For logistics.

19   Q.   And what is the other name you recognize?

01:39:04    20   A.   Simon.

21   Q.   And who is Simon?

22   A.   Simon is one of the sales engineer.

23        THE COURT:  Can you tell from the document where the

24   meeting took place?

01:39:18    25        THE WITNESS:  Wednesday, August 22nd, 2007, 1:00

Yuan - cross by Brown

3512

1    o'clock p.m. at the eastern time.

2    BY MR. BROWN:

3    Q.   And it took place in a conference room at Hytera America?

4    A.   The conference room, so that should be in Miami.

01:39:35    5         THE COURT:  Florida?

6         THE WITNESS:  Florida.

7    BY MR. BROWN:

8    Q.   And was Wayne Grin -- do you know who that is?

9    A.   I don't know.

01:39:45   10    Q.   So in this meeting summary, this is in 2007, right?  So

11    that's before Hytera had released its DMR product, right?

12    A.   Before, yeah.

13    Q.   And it was right around the exact same time that Mr. Chen

14    was negotiating with Mr. G.S. Kok to hire him to come work at

01:40:06   15    Hytera, right?

16    A.   I'm not sure when Mr. Chen started negotiating with G.S.

17    I'm not sure.

18    Q.   You know that Mr. Kok was hired in February of 2008?

19    A.   That's correct.

01:40:19   20    Q.   And you don't know anything about the negotiation process.

21    Do I understand that right?

22    A.   I only understand one thing, the offer, the final offer.

23    Q.   When was that offer made?

24    A.   I don't know the exact -- I cannot remember the exact

01:40:33   25    time.   But I understand, I have learned the contents of his

Yuan - cross by Brown

3513

1        offer.

2        Q.   And so in 2007, Hytera had been working on the DMR radios

3        for about two and a half years, right?  Professor Sun's team

4        had been working on them, right?

01:40:53    5    A.   Yes.   They started from 2005.

6        Q.   And they are -- the plan is to release the product in the

7        2009/2010 time frame, right?

8        A.   We were aiming to release in 2009.

9        Q.   And you'll see that there is some discussion about how

01:41:15   10    Hytera America is going to need individuals from Hytera

11       Shenzhen to support the sales.  Do you see that?

12       A.   Which line?

13       Q.   I'm sorry, it's right here.

14       A.   Which line did you mean?  Yes, I see that.

01:41:29   15    Q.   And so there had been a discussion of Hytera technical

16       support personnel in the U.S., right?

17       A.   Yes.

18       Q.   They want to send engineers from Hytera China to come to

19       the U.S. to help educate Hytera America employees?

01:41:42   20    A.   What is clear in our industry, when we, when we, when we

21       see the technical support personnel, in the next line if you

22       see the others, it's the other sales engineer, one is the

23       prototype marketing engineer, the other is the after sales

24       engineer.

01:42:00   25               The engineer here is totally, totally different with

Yuan - cross by Brown

3514

1    the engineers in R&D.

2    Q.  They're not R&D engineers?

3    A.  They are not.

4    Q.  But they're technical folks from the Shenzhen office who

01:42:11    5    can help you understand how the products work?

6    A.  The product marketing engineer, the major responsibility

7    is to train, to introduce, to do the pre-sales for the

8    dealers, working dealers.

9         The second one, the other is the after sales

01:42:31    10    engineer.  This is after sales.  So basically we will be

11    focusing very much on the repair, repair or customer care.

12    Q.  And they're pointing out that they want to make sure

13    Hytera R&D -- I'm down here now, do you see it -- designs the

14    right product line for the Hytera America market.  Do you see

01:42:53    15    that?

16    A.  I see.

17    Q.  And they're talking about, among other things, the DMR

18    portable mobile repeater line, right?

19    A.  Yes.

01:43:00    20    Q.  So Hytera America is thinking about the upcoming DMR

21    product in a few years and trying to get ready for it, fair?

22    A.  Because we started from 2005.  Everybody knows it.

23    Q.  Right.

24    A.  We started from 2005.

01:43:13    25    Q.  And so Hytera America was getting ready for the

Yuan - cross by Brown

3515

1    possibility of a DMR product release?

2    A.   They were expecting.

3    Q.   And if we go to the second page here, there is a note here

4    about DMR.  Do you see number 3?

01:43:34    5    A.   Let me take some time to read it.

6    Q.   Sure.  We can read it together.

7    A.   Okay.

8    Q.   So at Hytera America in 2007, right before G.S. Kok is

9    hired, they're noting that the main priority is DMR.  Do you

01:43:49    10    see that?

11    A.   I see that.

12    Q.   "It is our way to catch to Motorola and become a leader."

13    Do you see that?

14    A.   I see that.

01:43:57    15    Q.   And it says, "We need a portable, a mobile and a

16    repeater/base station.  And they have to be compatible with

17    the existing products."  And then it goes and talks about

18    Motorola and it says, "Motorola is opening the door in the

19    U.S. for us."  Do you see that?

01:44:14    20    A.   I see.

21    Q.   And Hytera America then writes, "They are going through

22    the big expense of introducing the technology."  Do you see

23    that?

24    A.   Let me read it.

01:44:32    25              Yes.

Yuan - cross by Brown

3516

1    Q.   And then they go on to say, "We have to come right behind

2    them and ride the wave," right?

3    A.   Right.

4    Q.   So a little bit about like the rising tide that we were

01:44:42    5    talking about, that you were talking about during your direct,

6    right?

7    A.   But I have a few comments on this.

8    Q.   Sure.  But you agree with me, I'll give you room to make

9    your comments, but you would agree with me that this is what

01:44:53    10    Hytera America executives are writing as they are getting

11    ready for the DMR product, right?

12    A.   Can I make some comments?

13          First of all, this is a meeting manual.  This is a

14    meeting summary from Hytera America team.

01:45:09    15          But globally, globally that wasn't the case.  As I

16    mentioned in my direct, in European market, DMR and dPMR were

17    fighting, I say, equal position.  And in some countries like

18    France and Belgium, DMR was even beating dPMR.  That's the

19    first thing.

01:45:35    20          Secondly, I believe this is a competitive

21    intelligence.  By definition, in the market, to be successful,

22    you have the methodology or approach to be a leader, or also

23    you can be in the very, very developed market like United

24    States, and particularly our competitor is from United States,

01:46:02    25    there is another approach could follow.  I don't see anything

Yuan - cross by Brown

3517

1   wrong from here.

2   Q.  I wasn't asking if there is anything wrong.

3   A.  These are my comments to that.

4   Q.  The question is merely, this is what Hytera America

01:46:17   5   executives were writing in 2007, right?

6   A.  We are doing business in more than 120 countries.  This is

7   a meeting manual from one of the country.

8   Q.  It just happens to be the country that we're in right now,

9   right?

01:46:32   10  A.  Yes.

11  Q.  So can we focus on my question, please?

12  A.  Yes.

13  Q.  Hytera America executives were saying that they wanted to

14  come right behind Motorola and ride the wave, referring to the

01:46:44   15  big expense Motorola is making issuing DMR technology, fair?

16  A.  United States was one of the countries that DMR is selling

17  well than dPMR back to them.  But that's not the case all

18  around the world.  That's my comments.

19  Q.  But Hytera America executives wrote that Motorola is going

01:47:11   20  through the big expense of introducing DMR technology and that

21  they wanted to come right behind them and ride the wave, is

22  that correct?

23  A.  That's correct.  I agree with that.

24      And to make DMR as a dominant standard, Hytera

01:47:27   25  invested a big expense as well, not just Motorola.

Yuan - cross by Brown

3518

1   Q.   Now, in addition to Hytera America, which is what we are

2   looking at here, Hytera in China also was very interested in

3   working with Motorola to promote DMR, right?

4   A.   Actually, it's the way around.  I think Motorola was

01:47:49   5   welcome Hytera to join DMR's situation, because back to 2009,

6   there was only one company in that market.

7   Q.   It was the other way around.  Your testimony is that

8   Hytera wasn't keen to work with Motorola on the DMR standard

9   to promote DMR.  It was Motorola who was interested in working

01:48:10   10   with Hytera.  Is that your testimony?

11   A.   We have to make all decision.  But in the meantime,

12   Motorola was encouraged and welcomed Hytera to join DMR.

13   That's the case.

14          MR. BROWN:  May I approach, Your Honor?

01:48:21   15          THE COURT:  Yes.

16   BY MR. BROWN:

17   Q.   I've handed you what has been marked as DTX-3109.  Do you

18   recognize this as an email from a Hytera engineer W.F. Tay or

19   Dr. Tay?

01:48:46   20   A.   Yes.

21   Q.   And it's got a Hytera Bates number at the bottom

22   indicating it came from Hytera's files?

23   A.   I'm sorry?

24   Q.   It has a Hytera Bates number on it indicating that it came

01:48:57   25   from Hytera's files, correct, on the very bottom?

Yuan - cross by Brown

3519

1  A.  Here?  Yeah.

2  Q.  Yeah.

3         MR. BROWN:  Your Honor, plaintiff moves in DTX-3109.

4         MR. STRINGFIELD:  No objection.

01:49:06  5         THE COURT:  It is received and may be published.

6      (Exhibit DTX-3109 was received in evidence.)

7  BY MR. BROWN:

8  Q.  So just to set the timeline, in August 2007, Hytera

9  America executives wrote the sentence in the paragraphs we've

01:49:20  10  been talking about.

11         And then in April 2008, Hytera through W.F. Tay --

12  let me start there.  Who is W.F. Tay?

13  A.  He represents who is in charge of the dPMR.

14  Q.  Okay.  And he is emailing somebody named Bryan Potratz,

01:49:45  15  who is at Motorola, do you see that?

16  A.  I see that.

17  Q.  And he says, "Dear Mr. Potratz Bryan, with the issue on

18  the TETRA agreement closed, we can now focus on DMR cross

19  license agreement."  Do you see that?

01:49:59  20  A.  Yes, I do.

21  Q.  It says "Please send us your cross license proposal asap,"

22  right?

23  A.  Right.

24  Q.  And then he says "Hytera, HYT" -- that's Hytera, right?

01:50:09  25  A.  Right.

Yuan - cross by Brown

3520

1  Q.  -- "is keen to work with Motorola to promote the DMR

2  standard on a worldwide" -- I think that should say "basis,"

3  right?

4  A.  Yeah.

01:50:20  5  Q.  And he says, "I understand that Motorola is also

6  developing a digital trunking system based on DMR."  And he

7  asks whether or not Motorola is going to release that standard

8  as well, right?

9  A.  Right.

01:50:30  10  Q.  And then he also says, "Also Hytera is now helping China

11  Government to define the digital radio standard for China, and

12  we would like to explore any possibility of working with

13  Motorola on this issue."  Do you see that?

14  A.  I see that.

01:50:45  15  Q.  So Dr. Tay says that Hytera is "keen to work with Motorola

16  to promote the DMR standard on a worldwide basis," correct?

17  A.  I think this is a two-way system.  Back to this half, this

18  line, in DMR there was only Motorola offering DMR.  But in

19  dPMR, there's already Kenwood and Icom.  So Hytera is keen to

01:51:09  20  work with Motorola to negotiate the license.  But in the

21  meantime, Motorola was encouraging and welcoming Hytera to

22  join DMR.  That's both the truth.

23  Q.  And the parties then, as you are saying, worked together

24  to sign a patent license agreement, right?

01:51:30  25  A.  Right.

Yuan - cross by Brown

3521

1    Q.  Right.  Not a trade secret agreement, a patent license

2    agreement, right?

3    A.  Patent.

4    Q.  Right.  And you weren't involved in the negotiations, were

01:51:40   5    you?

6    A.  I wasn't.

7    Q.  Now, you don't know -- well, withdrawn.

8         Nobody in those negotiations said to Motorola, "Hey,

9    we're using your trade secrets.  So let's make sure that's

01:51:54  10    included in the license agreement," right?  That never

11    happened?

12    A.  I don't understand your question.  Could you please

13    repeat?

14    Q.  When Hytera was negotiating with Motorola for the patent

01:52:02  15    license that we're talking about, nobody ever said, "Hey,

16    we're using your trade secrets.  Let's include that in the

17    agreement," right?  That was never a conversation that

18    happened?

19    A.  I totally disagree with your statement.

01:52:14  20    Q.  Right.  That sentence, nobody --

21    A.  Hytera has never taken any trade secret from Motorola.

22    Q.  Right.  So nobody ever said that during the negotiation,

23    right?

24    A.  I even disagree with your statement.

01:52:26  25    Q.  Okay.  At no point in those negotiations did anybody ever

Yuan - cross by Brown

3522

1    bring up that Hytera might be using Motorola's trade secrets,

2    right?

3    A.   Nobody said that from Motorola.

4    Q.   Nobody said that at Motorola and nobody said that at

01:52:41   5    Hytera, right?

6    A.   Right.

7    Q.   And so when Mr. Chen signed the agreement, he didn't say,

8    "Hey, I should pay you more because I'm also using your trade

9    secrets," right, because that was never something he said?

01:52:53   10   A.   I don't even go further to that imagination.

11   Q.   And so at no point did the value of the trade secrets get

12   worked into that agreement that the parties signed, because

13   that was never something anybody talked about, right?

14   A.   That's never happened.

01:53:10   15   Q.   Right.

16            THE COURT:  What is the number of the licensing

17   agreement to which you refer?

18            MR. BROWN:  The exhibit number, Your Honor?

19            THE COURT:  Yes.

01:53:24   20            MR. BROWN:  It is DTX-3058, which is already in

21   evidence.

22            THE COURT:  Proceed.

23            MR. BROWN:  Thank you, Your Honor.

24   BY MR. BROWN:

01:53:39   25   Q.   Now, we were just discussing, you just said that Hytera

Yuan - cross by Brown

3523

1    has never used any of Motorola's trade secrets, right?  Did

2    you just say that?

3    A.   My best understanding is that even today, Motorola is

4    claiming 78 trade secrets in 21 files.  So Motorola has never

01:54:05    5    clearly told Hytera what kind of trade secrets has been used.

6    This is my understanding.

7    Q.   It's the other way around.  It's 21 trade secrets in 78

8    documents.

9    A.   Okay.

01:54:16    10   Q.   Yeah.  So you aren't entitled -- you understand there is a

11   protective order in this case, and you are not allowed to see

12   a lot of the confidential materials that the parties, the

13   lawyers exchange, right?

14   A.   Mm-mm.

01:54:28    15   Q.   That's correct?

16   A.   That the lawyers do exchange what?

17   Q.   You understand that there is material in this case that

18   you are not allowed to see because of the protective order?

19   A.   That's correct.  We cannot see it.

01:54:40    20   Q.   Right.

21   A.   Only the lawyer and the outside experts, they can see it.

22   Q.   And that's who you rely on in coming to conclusions here,

23   right?

24   A.   Right.

01:54:50    25   Q.   And at the time of your deposition in May of this year,

Yuan - cross by Brown

3524

1   you didn't know whether or not Hytera had copied source code

2   into its own source code, right?

3   A.   Back to May in deposition in London, I didn't know.

4   Q.   And you also didn't know whether or not Hytera had seen

01:55:12   5   any of those 78 confidential documents in May?

6   A.   No.

7   Q.   But you know now that the investigation, Hytera has

8   conducted an investigation into this, right?

9   A.   Right.

01:55:24   10   Q.   And so you know now that there is some Motorola source

11   code in Hytera's source code, right?

12   A.   Right.

13   Q.   And you know that there are some Hytera documents --

14   sorry, some Motorola documents in Hytera's files, right?

01:55:36   15   A.   I understand that.  And also I understand that as soon as

16   Motorola gave us the focus, we started to fix it immediately.

17   Q.   And you learned that there was actually some amount of

18   source code copying and confidential documents, you learned

19   that sometime between May of 2019 and today, right?

01:56:01   20   A.   Right.

21   Q.   Before then, you didn't know whether or not Hytera was

22   actually using Motorola source code?

23   A.   We were investigating.

24   Q.   You didn't know the answer?

01:56:11   25   A.   I didn't know the answer.  Even today for the trade

Yuan - cross by Brown

3525

1  secret, we still don't know the answer.

2  Q.  And I think at some point during your direct, you had said

3  that if Motorola had mentioned during those negotiations in

4  2010 that Hytera was using its trade secrets, you would have

01:56:30  5  immediately stopped selling DMR products and would have

6  switched to dPMR, right?

7  A.  No.  We will immediately suspend or stop that project.

8  Q.  You would have stopped the DMR projects?

9  A.  Which is polluted by the Malaysians.

01:56:47  10  Q.  But you didn't do that in this instance when you learned

11  that there actually was, as you said, pollution in Hytera's

12  products, right?  You didn't suspend the products?

13  A.  We consider this all the times.  We didn't do it because

14  of reason.

01:57:08  15  Q.  Because of what?

16  A.  Because of reason.  It is a recent decision.

17  Q.  You made a reasoned decision?

18  A.  No.  We have a recent decision.

19  Q.  You have a recent decision?

01:57:17  20  A.  Yes.

21  Q.  Not to suspend, not to stop selling products that are

22  polluted by Motorola's trade secrets?

23  A.  No.  We got the focus -- all right.  I will address this

24  question from two aspects.  The first aspect is a source code,

01:57:28  25  the second aspect is the trade secret.

Yuan - cross by Brown

3526

1          Let's talk about the trade secret first.  Even today

2     we still, we still do not understand what is the accurate

3     claim from Motorola about trade secret.  As you just

4     mentioned, that's 21 trade secrets in 78 documents.  And, you

01:57:52    5     know, the scope of the claims kept changing time to time.

6          Regarding to the source codes, it wasn't until this

7     summer eventually and finally Motorola told us, and we reacted

8     immediately.  We started fixing it, we hired the expert and

9     the lawyers from outside.  And this is already done.

01:58:14   10     Q.   Just to be clear, you didn't hire the experts in the

11     summer of 2019.  They were working on the case for a long

12     time, weren't they?

13     A.   That's different things you need to discuss with our legal

14     department and our lawyer.  My best understanding is, as soon

01:58:30   15     as we get the focus from Motorola, we reacted it and we

16     started fixing.  And this is on -- this is already almost

17     done.  In November 2019, we have already released our new

18     version of our software.

19     Q.   Let me ask you a question.  If the lawyers had told you in

01:58:51   20     the summer of 2018 that there were changes that you had to

21     make to your product, would that have caused you to stop

22     selling the product?

23     A.   Again, we cannot look at the source code.  Only the lawyer

24     and the experts, they can look at the source code.  So I

01:59:13   25     cannot answer this question.  This is not a simple "yes" or

1      "no" question.

2      Q.  So regardless of what your lawyers have told you about the

3      state of things or what you think you understand from the

4      materials you have been able to see, let's focus back on the

01:59:32    5      results of the investigation.

6           You learned very recently that Motorola's contention

7      that there was source code that had been copied was true,

8      right?

9      A.  My best understanding is this Malaysian team, they used a

01:59:50    10     small piece of the source code, polluted our DMR products.

11     Q.  And like we said, prior to knowing, hearing that recently,

12     you didn't know whether or not the DMR products that you've

13     been selling for a decade were polluted, right?  That's your

14     testimony?

02:00:10    15     A.  As a sales VP, I do not know.

16     Q.  But that didn't stop you from telling customers something

17     different, did it?

18     A.  What do you mean?

19     Q.  Did you ever tell customers that:  We are investigating

02:00:30    20     Motorola's claims and we don't know whether they're true?

21     A.  I did.

22     Q.  Did you also just deny to customers that Hytera was using

23     any of Motorola's source code?

24     A.  I cannot recall.  But I did customers:  We are

02:00:47    25     investigating.

Yuan - cross by Brown

3528

1    MR. BROWN:  Permission to approach, Your Honor.

2    THE COURT:  Yes.  But we'll take a stand-up break

3  before we do that.

4    (Pause.)

02:01:28    5    THE COURT:  Please be seated.

6  BY MR. BROWN:

7  Q.  I've handed you what has been marked as PTX-2277.  Do you

8  see the title is "Talking Points Hytera Team Members"?

9  A.  Yes.

02:01:55   10  Q.  And you see on the bottom there is a Bates number

11  indicating it was produced from Hytera's files?

12  A.  Yes.

13  Q.  Correct?

14    MR. BROWN:  Your Honor, plaintiff moves to admit

02:02:04   15  PTX-2277.

16    THE COURT:  It is received and may be published.

17    (Exhibit PTX-2277 was received in evidence.)

18  BY MR. BROWN:

19  Q.  Do you recall when Hytera was sued in this case?

02:02:14   20  A.  Yeah, March 2017, just two weeks before IWCE.

21  Q.  You jumped ahead to my next question.  So remind me what

22  is IWCE, for the jury?

23  A.  It is the largest industrial exhibition in North America

24  in our industry.

02:02:32   25  Q.  And this is a place where Hytera can talk to its dealers

Yuan - cross by Brown

3529

1    and its partners and its customers, right?

2    A.   Right.

3    Q.   And your team at Hytera America distributes some talking

4    points for Hytera's employees who are at this trade show on

02:02:57    5    how to talk about the Motorola allegations, right?

6    A.   Right.

7    Q.   And it says here, "For use by Hytera sales team members

8    and other Hytera employees at the 2017 IWCE show in Las

9    Vegas."  Do you see that?

02:03:16    10   A.   I see that.

11   Q.   So it starts with an introduction, and it says, "The

12   lawsuits filed by Motorola within the past two weeks and the

13   publicity that resulted mean that you may get questions on the

14   topic from dealers, partners, and others attending IWCE."

02:03:33    15          Do you see that?

16   A.   I see that.

17   Q.   And then you gave a little bit of advice.  You said, "IWCE

18   is the show at which we can feature our products and project

19   confidence in our company."  And it says, "If questions arise

02:03:48    20   about these legal matters, the following talking points will

21   be useful in reassuring people that you talk to that here at

22   IWCE it's business as usual for Hytera, our dealers, our

23   partners and our end customers."

24          Do you see that?

02:04:05    25   A.   I see that.

Yuan - cross by Brown

3530

1    Q.   So after being sued for trade secret misappropriation, you

2    had your employees go to a trade show and say:  Business as

3    usual, no problem, right?

4    A.   But after, after the allegation, before the investigation,

02:04:21    5    what is wrong with that?

6    Q.   At this point you'd agree you didn't know whether the

7    allegations were true or not?

8    A.   Nobody knows.

9    Q.   And, well, Motorola knew, didn't they?

02:04:36    10   A.   I don't know.

11   Q.   Okay.  So you can't say nobody knows, fair?

12   A.   I don't know.

13   Q.   And Mr. Kok, he knew, right?

14   A.   I know Kok.

02:04:46    15   Q.   Mr. G.S. Kok, he knew --

16   A.   I don't know.

17   Q.   -- that the allegations were true?

18   A.   I don't know.

19   Q.   Mr. Sam Chia knew, right?

02:04:54    20   A.   Nobody knows when Motorola sued Hytera.  And I don't see

21   any problem from this talking points.  It is totally correct.

22   Q.   A number of Hytera executives, including G.S. Kok, Y.T.

23   Kok, Sam Chia, Peiyi Huang, they knew that the allegations

24   were correct, didn't they?

02:05:16    25   A.   Just, just back up a little bit.  Again, they did some

Yuan - cross by Brown

3531

1  wrongdoing when they were in Motorola.  Motorola trained them.

2  They were still working for Motorola.

3          So I disagree with your statement to put Hytera

4  executives.  This is unfair.  Hytera did not know what they

02:05:36  5  did.

6  Q.  I'm going to just put back on the screen PTX-2232, which

7  is one of those org charts we talked about.  Mr. Kok was a

8  vice-president at Hytera, correct?

9  A.  From 2011.

02:05:49  10 Q.  And he was in charge of the products that are accused in

11 this case starting from the middle of 2008, wasn't he?

12 A.  He was, he was.

13 Q.  And he knew, didn't he?  He knew that Motorola's

14 allegations were true?

02:06:02  15 A.  What do you mean he knew?  He knew what?

16 Q.  You said nobody at Hytera knew.  Mr. Kok, Mr. Chia,

17 Mr. Y.T. Kok knew what they had done, right?

18 A.  Those individuals, if they did wrong thing, they knew.

19 Hytera didn't know.

02:06:16  20 Q.  And they were employees, managers and executives of

21 Hytera, correct?

22 A.  They joined Hytera after they did those things in

23 Motorola.

24 Q.  They didn't put -- you agree with me they couldn't have

02:06:35  25 put Motorola source code in Hytera's products while they were

Yuan - cross by Brown

3532

1   at Motorola, right?

2   A.   They couldn't.

3   Q.   They did that when they were Hytera managers, executives

4   and employees, correct?

02:06:46   5   A.   But Hytera didn't know it.

6   Q.   But they did, and they were managers, executives and

7   employees; fair?

8   A.   That, I agree.

9   Q.   So going back to your talking points, you started off with

02:06:59   10   "Hytera cannot comment on specifics of a matter that is before

11   the courts," right?

12   A.   Could you please move it?

13   Q.   Sure, yeah.  It's right here.  "Hytera cannot comment on

14   the specifics of a matter that is before the courts," right?

02:07:15   15   A.   Right.

16   Q.   A lot of people say that when they're sued, right, "No

17   comment"?

18   A.   I'm sorry, could you please repeat?

19   Q.   You've seen on the news when companies are sued for

02:07:26   20   something, often, or people are sued, they'll often say "No

21   comment," right?

22   A.   Some companies do.

23   Q.   Yeah.  And that's what you are saying here, "Hytera cannot

24   comment on the specifics of a matter that is before the

02:07:39   25   courts"?

Yuan - cross by Brown

3533

1    A.  When you time to do investigation.

2    Q.  And that would have been a perfectly acceptable place to

3    stop, wouldn't it have been?

4    A.  I do not understand your question.

02:07:49    5    Q.  You could have just stopped at we can't --

6    A.  What do you mean "stopped"?

7    Q.  You could have just said to customers who have asked about

8    the lawsuit, "No comment.  We're investigating.  We don't want

9    to talk about it."  You could have said that, right?

02:08:01    10   A.  Right.

11   Q.  But you said more, didn't you?

12   A.  What do you mean I said more?

13   Q.  You said, "We believe that the allegations in these

14   lawsuits are without merit."  That's what you told customers,

02:08:17    15   right?

16   A.  Right.  Back to March 2017, this is our best

17   understanding.  There is nothing wrong, sir.

18   Q.  Your investigation hadn't even started yet.

19   A.  We said "we believe that."

02:08:29    20   Q.  And you hadn't completed the investigation, right?

21   A.  Yes.  We believe there is no merit on that.  We need more

22   time to do the investigation.  That was our attitude.  It's

23   nothing wrong with it.

24   Q.  Well, you didn't say "we need more time to investigate."

02:08:46    25   You just said "they're without merit," correct?

Yuan - cross by Brown

3534

1    A.   Correct.

2    Q.   And then you did more, didn't you?  You went on and you

3    blamed Motorola.  Isn't that what you instructed your

4    employees to do at the trade show?

02:09:03    5    A.   What is wrong with that?  Please read it.  I think the

6    talking points here back to March 2017 is all correct.

7    Q.   You, instead of saying "we're going to investigate," you

8    blamed Motorola by accusing them of choosing the courtroom

9    over the marketplace and running from legitimate competition.

02:09:24    10   That's what you told your employees to tell customers at IWCE,

11   correct?

12   A.   Correct.

13   Q.   And you said that Motorola was simply trying to intimidate

14   competitors, correct?

02:09:36    15   A.   Correct.

16   Q.   Even though it turns out, as you now know sitting on the

17   stand, that Hytera actually was using Motorola source code,

18   right?

19   A.   We didn't know.  Back to March 2017, nobody in Hytera

02:09:50    20   knows what it is.

21   Q.   And so instead of waiting to find out whether or not it

22   was true, you just blamed Motorola, right?

23   A.   No, this is not blame Motorola.  This is our opinion.

24   Q.   And --

02:10:05    25   A.   We have, we have our right to talk out, to speak out.

Yuan - cross by Brown

3535

1    IWCE is one of the most important event in our industry.

2    Motorola choose two weeks before IWCE to file this lawsuit.

3    And then we have to talk to and explain to our dealers, to our

4    customers.  So to be frankly, I don't see anything wrong from

02:10:34    5    here.

6    Q.   Now, you personally actually said these things to

7    customers at IWCE, too, right?  It wasn't just the employees

8    that you were directing to do this.  You personally said the

9    same things at IWCE, didn't you?

02:10:51    10    A.   I cannot recall.

11            MR. BROWN:  May I approach, Your Honor?

12            THE COURT:  Yes.

13    BY MR. BROWN:

14    Q.   I've handed you what has been marked as PTX-2278, which

02:11:22    15    you see is a document entitled "Let's Grow Together" and

16    presented by Andrew Yuan.

17            MR. STRINGFIELD:  Brendon, can we have a copy,

18    please?

19            MR. BROWN:  Oh, gosh.  I'm sorry.

02:11:35    20    BY MR. BROWN:

21    Q.   Is that correct, do you see it's --

22    A.   That's correct.

23    Q.   You put on and called "Let's Grow Together"?

24    A.   Yes.

02:11:41    25    Q.   And you see on the bottom there is a Bates number

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 170 of 204 PageID #:55371
Yuan - cross by Brown
3536

1    indicating it was produced from Hytera?

2    A.  Yes.

3            MR. BROWN:  Good.  Plaintiff moves to admit PTX-2278.

4            THE COURT:  It is received and may be published.

02:11:54    5        (Exhibit PTX-2278 was received in evidence.)

6    BY MR. BROWN:

7    Q.  Now, this is a document that you presented at IWCE 2017,

8    the same event that we were just talking about, correct?

9    A.  Yes.

02:12:02    10           MR. STRINGFIELD:  Your Honor, briefly, we would renew

11   our objection to materials that were produced outside of this

12   litigation.  We have not seen this document before in this

13   case.

14           THE COURT:  Let's have a brief sidebar on the point.

02:12:26    15        (Discussion at sidebar on the record.)

16           MR. CLOERN:  Your Honor, I've never seen this before.

17   This was produced in another case, a case in Ohio.  We've

18   never had a chance to --

19           THE COURT:  What does it purport to be?

02:12:32    20           MR. BROWN:  It's a document produced by Hytera in a

21   case in this district.  And there is a joint use agreement.

22           MR. CLOERN:  There is not a joint use agreement.

23   There is not.  I never agreed.  You asked me to agree many

24   times, and I said no, repeatedly said no.  I'll dig out a

02:12:45    25   hundred emails, and you know it.

1          THE COURT:  What was requested to the witness

2     regarding the exhibit?

3          MR. BROWN:  So he's agreed that this is a

4     presentation that he presented.  I'm going to take him to a

02:12:54    5     statement that he made on the record showing this to

6     customers.

7          THE COURT:  What did he say according to you?

8          MR. BROWN:  Right.  So he said what's here on the

9     slide, "We're disappointed."  He said, "We're going to respond

02:13:06   10     vigorously, and we'll be vindicated" and then claims Hytera is

11     built on innovation and again challenges that Motorola is

12     filing this suit for reasons not having merit --

13          THE COURT:  How long have you had this exhibit?

14          MR. BROWN:  This has been --

02:13:22   15          THE COURT:  How long has Motorola had this exhibit?

16          MR. CLOERN:  Years, Your Honor.

17          MR. BROWN:  I don't think that's right, because it

18     says it looks like just --

19          THE COURT:  You were taken by surprise?

02:13:30   20          MR. CLOERN:  We've never seen it.

21          THE COURT:  Sustained.

22          MR. ALPER:  Your Honor, we produced this document.

23     We have a joint use agreement.

24          THE COURT:  It just becomes redundant at some point.

02:13:38   25     The witness has been subjected to zealous cross-examination.

1    And as for the exhibit, that's of relative use.  I thank you

2    for explaining it.  Certainly, you've put a dozen questions on

3    the point the jury.  So for two reasons, it takes counsel by

4    surprise, its use now here today, it comes as a surprise, and

02:14:02    5    it would be redundant.  The jury has heard enough on this

6    particular point.

7           But if you want to ask one or two questions beyond

8    what you have already asked without reference to this exhibit,

9    you may do that.

02:14:20    10    (End of discussion at sidebar.)

11    BY MR. BROWN:

12    Q.  You agree that you made similar statements to those that

13    you were instructing your employees to make at IWCE to

14    customers, correct?

02:14:30    15    A.  I did that presentation.

16           THE COURT:  Can you put that down for a moment.

17           THE WITNESS:  Okay.

18    BY THE WITNESS:

19    A.  I did that presentation.

02:14:41    20    BY MR. BROWN:

21    Q.  I couldn't --

22    A.  I did that presentation at IWCE.

23    Q.  And so is the answer to my question yes, you made similar

24    statements to customers personally?

02:14:47    25    A.  Yes.

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 02:14:51 | 5 |

THE COURT:  All right.  Move on to another point
then, counsel.

MR. BROWN:  Yes, Your Honor.

BY MR. BROWN:

Q.  Now, one of the reasons that you were willing to, you were
willing to deny these claims is because Hytera is here to
stay, right?  That's a position that you have taken?

A.  Well, of course we are going to stay.  We are, we are
going to grow.  This is my job.

Q.  And regardless of what happens in this lawsuit, Hytera is
not going to leave the DMR marketplace according to you,
correct?

A.  Without investigation, why should we?

Q.  And the goal that Hytera has is to become the world number
one DMR provider sooner rather than later, right?

A.  We never put "sooner rather than later."  We put we are
going to be the number one in DMR market.

Q.  And the reason that you put out these talking points is
because, at the end of the day, you personally believe that
this lawsuit is the best advertisement for Hytera, right?

A.  Could you please repeat the question?

Q.  You believe that this lawsuit and this trial is the best
advertisement for Hytera, correct?

A.  Because I trust Hytera, because I believe Hytera has never
done any wrongdoing.  So if Motorola tries to attacking Hytera

Yuan - cross by Brown

3540

1    by using the Court, then I believe this is an advertisement of

2    Hytera, personally.

3    Q.  And even a two month trial is a great advertisement for

4    Hytera, correct?

02:16:44    5    A.  No.  I have never said -- I have never treated this trial

6    as an advertisement of Hytera.

7            What I am saying is back to March 2017, when this

8    lawsuit happened, everybody in Hytera trusted Hytera.  We had

9    the confidence in Hytera.  So we believe Motorola was

02:17:06    10    competing unfairly.

11    Q.  Now, let's --

12    A.  I'm very serious, I'm very seriously here in this trial.

13    I'm not treating this trial as an advertisement.

14    Q.  So let's talk about --

02:17:20    15            THE COURT:  Have you completed your answer?

16            THE WITNESS:  Yes.

17            THE COURT:  All right.  Move on.

18            MR. BROWN:  Thank you, Your Honor.

19    BY MR. BROWN:

02:17:25    20    Q.  So let's talk about the attacking in the marketplace.

21    You'd agree obviously that Hytera wants to take business away

22    from Motorola, right?

23    A.  I disagree with your statement.

24    Q.  Hytera doesn't --

02:17:40    25    A.  We're competing with Motorola, with everybody in the DMR

Yuan - cross by Brown

3541

market.  We are not just want to get that market share from

Motorola.

Business is business.  Business is competition.  We

are, we are doing DMR business not targeting to anybody else.

02:17:57  Q.  And Hytera targets existing large Motorola dealers every

year, right?

A.  Not just Hytera.  Kenwood, Tait, Harris, Kirisun.  This is

a competition.  This is a marketplace.

Q.  I'm asking about Motorola and Hytera.  Can we focus on

02:18:18  that?

A.  But I disagree with your statement.

Q.  You disagree that Hytera targets existing large Motorola

dealers in the United States every year?

A.  My answer is yes.  But everybody, like Kenwood, Tait,

02:18:33  Kirisun, they are also targeting to Motorola dealers.

Business is business.  It is competition.  It is a

marketplace.

Q.  And it's competition and a marketplace even if Motorola

has to compete against products from Hytera that have Motorola

02:18:50  source code in it, right?

A.  This is what we have learned since it's not until this

summer.  And Hytera didn't know it.  That was a wrongdoing

from a small group of people, and they polluted our product.

Q.  And that isn't fair competition though, right?

02:19:07  A.  We reacted immediately and we fixed it.

Yuan - cross by Brown

3542

1    Q.  And as Hytera has competed with Motorola over the last

2    decade in this market, they always try to be about 8 to 15

3    percent, priced 8 to 15 percent below Motorola, fair?

4    A.  No.  In my last deposition I said very clearly this is a

02:19:33   5    result, this is a phenomenon, this is not the reason.  I think

6    this statement is unfair.

7    Q.  I'm going to show you your deposition transcript.

8    A.  Yeah.

9    Q.  You were asked the question, "And just to make sure I have

02:19:47   10   a clear record."

11         MR. STRINGFIELD:  Brandon, can we have a page number?

12         MR. BROWN:  182, 11 to 16 of the 5 May 2019.

13   BY MR. BROWN:

14   Q.  "And just to make sure I have a clear record.  Is it

02:20:02   15   correct that Hytera's DMR products are always priced 10

16   percent lower than Motorola's DMR products?"

17         And you said, "I think my quote is more precisely

18   it's always 8 to 15 percent with the varies."

19   A.  Could you please move it up.

02:20:18   20   Q.  This way?

21   A.  Yeah, this way.  Let's read everything.  Okay.  Let's read

22   it completely.

23   Q.  "Let's mark this as Exhibit 13"?  I don't think that that

24   was about --

02:20:27   25         MR. CLOERN:  Your Honor, it sound like Mr. Yuan is

1    requesting a copy of his transcript so he can give further

2    context.

3               THE COURT:  Yes.  And you have the opportunity with

4    respect to Rule 106, if not others, to expand the questions

02:20:42    5    and answers being put to the witness, questions that might

6    precede the issue and questions that might follow the issue in

7    order to have a more comprehensive answer to the various

8    questions being asked in order to develop the point more

9    comprehensively.

02:21:01    10               And I think that is what the witness himself is

11    trying to do.

12               MR. BROWN:  Is there a section that you would like me

13    to read to the witness?

14               MR. STRINGFIELD:  No.  Thank you.

02:21:09    15               MR. BROWN:  Okay.

16    BY MR. BROWN:

17    Q.  Maybe your counsel will find -- what I have on the page

18    doesn't look like it gets to what you are --

19    A.  Okay.  Can I explain something?

02:21:18    20    Q.  Yes, please, yes.

21               THE COURT:  Yes.  Go on.

22               THE WITNESS:  In the deposition, what I said was

23    because --

24               THE COURT:  Do you have a copy of the deposition in

02:21:25    25    your hand here?

             1              THE WITNESS:  I cannot bring anything here today.

             2              THE COURT:  No.  Do you have it on your screen?

             3              THE WITNESS:  I have a screen here.

             4              THE COURT:  Okay.  Can you read it in the language,

02:21:33     5     in its language?

             6              THE WITNESS:  I can.

             7              THE COURT:  All right.  You can explain your

             8     answer --

             9              THE WITNESS:  Yeah.

02:21:37    10              THE COURT:  -- by reference to exhibit or you can go

            11     beyond the exhibit.

            12              THE WITNESS:  Okay.  Thank you, sir.

            13     BY THE WITNESS:

            14     A.  I mentioned 8 to 15 percent lower on price.  And in the

02:21:50    15     same depo I explained very clearly this is the phenomenon,

            16     this is the result, this is not a reason.

            17              The reason the product from Hytera is 8 to 15 percent

            18     lower than Motorola is because the efficiency, it's because of

            19     the competitive cost.

02:22:10    20     BY MR. BROWN:

            21     Q.  And so if I understand your testimony --

            22     A.  I think --

            23     Q.  Sorry.

            24     A.  I think there is some problem caused because of language,

02:22:22    25     because English is not my native language.

Yuan - cross by Brown

3545

1          I realized that immediately in my depo and I

2     explained.  I'm very disappointed that you are not showing the

3     whole story.

4     Q.   Okay.  Well, let's -- we want to get the whole story.

02:22:34    5     A.   Okay.

6     Q.   So let me --

7     A.   All right.

8     Q.   Let me try to replay what you are saying.  You are saying

9     that it is incorrect that Hytera has lowered its prices, has

02:22:44   10     basically offered lower product prices to attract customers in

11     the U.S., and that is not Hytera's strategy?

12     A.   It is incorrect.

13     Q.   Okay.

14          MR. BROWN:  May I approach, Your Honor?

02:22:53   15          THE COURT:  Yes.

16     BY MR. BROWN:

17     Q.   I've handed you what has been marked as PTX-2296.  This is

18     a document.  Do you see on the very bottom it's got the Hytera

19     Bates number?

02:23:27   20     A.   Yes.

21     Q.   And so it's produced from Hytera's files?

22     A.   I'm sorry?

23     Q.   So the Bates number, it has the Bates number indicating

24     it's from Hytera's files?

02:23:38   25     A.   Yes, yes.

Yuan - cross by Brown

3546

|  | 1 | MR. BROWN:  Plaintiff moves to admit PTX-2296. |
|---|---|---|

                    MR. BROWN:  Plaintiff moves to admit PTX-2296.

2                    THE COURT:  It is received and may be published.

3                    (Exhibit PTX-2296 was received in evidence.)

4    BY MR. BROWN:

02:23:45    5    Q.  PTX-2296 is a document sent by Hytera to the Internal

6    Revenue Service.  Do you see that?

7    A.  Can I have some time to have a quick look?

8    Q.  Of course.

9    A.  Yes, sorry.

02:24:37    10   Q.  If you need more time, just ask.

11   A.  Please.  What is your question?

12   Q.  So we'll start with the basics.  It's a letter from May

13   23, 2018, right?

14   A.  Right.

02:24:47    15   Q.  From the accountancy that Hytera uses, right?

16   A.  Right.

17   Q.  Crowe Horwath?

18   A.  Yes.

19   Q.  And it's essentially challenging a determination made by

02:25:00    20   the IRS in terms of how much in taxes Hytera America owed,

21   right?

22   A.  What do you mean "determination"?

23   Q.  The IRS made a determination that Hytera owed more taxes,

24   and so Hytera was providing details as to why they didn't owe

02:25:15    25   those taxes.  Does that sound right?

A.   That was, yeah, that was a discussion between Hytera

finance department and the accountancy firm.

MR. CLOERN:  Your Honor, can we have a brief sidebar?

THE COURT:  Yes.

02:25:41   (Proceedings at sidebar on the record.)

MR. CLOERN:  I'm sorry, Your Honor, we just don't

know where this is going.  To the extent this is not a tax

dispute that could reflect -- I don't know how it reflects,

because this has never been an issue in this case.  But I'm

02:25:51 not saying anything.  I just don't know where you are going.

THE COURT:  Part of the issue is whether you've got

the right person on the stand to answer the questions you

intend to put to him.

MR. BROWN:  This is from his files.  He was

02:26:02 personally involved in this.  He is making factual statements

to the IRS about Hytera.

THE COURT:  So it's offered as a statement of a

party?

MR. BROWN:  Yes, absolutely.

02:26:09 THE COURT:  I will exclude it in terms of Rule 403.

The probative value is substantially outweighed by the danger

of unfair prejudice, confusion of the issues and additional

time in a trial already 23 days long and working towards two

or three more weeks.

02:26:23 So the objection to its use is sustained.

1    MR. BROWN:  Your Honor, if I may, it impeaches a

2  statement the witness recently just made.

3    THE COURT:  The motion to reconsider the ruling is

4  denied.

02:26:34   5    (End of discussion at sidebar.)

6  BY MR. BROWN:

7  Q.  Okay.  Now, you have a slide that you were showing earlier

8  here about Hytera's headquarters, right?

9  A.  Yes.

02:26:59  10  Q.  And Hytera recently laid a foundation for a new

11  headquarters building in Shenzhen, right?

12  A.  Right.

13  Q.  And that building, is that -- are these pictures here of

14  the new building?

02:27:10  15  A.  No.

16  Q.  These are the older building?

17  A.  The old building.

18  Q.  Okay.  And the new building, has it opened yet?

19  A.  No.

02:27:17  20  Q.  Okay.  When does it open?

21  A.  It was expected in 2021.

22  Q.  And you know that the building, the investment that Hytera

23  made in that building was over ¥3 billion yuan, right?

24  A.  Not yet, not yet.  We just bought the land yet, okay.

02:27:33  25  Q.  The total investment though to buy the land, build

Yuan - cross by Brown

3549

1  everything is going to be about ¥3 billion Chinese yuan,

2  right?

3  A.  I don't have the accurate number.  But I can tell you, we

4  bought the land, but we haven't invest that much so far.

02:27:48  5  Q.  But you intend to?

6  A.  If we are capable.

7  Q.  Now, we've talked about how DMR is an important product to

8  Hytera in the United States, right?

9  A.  It is important.

02:28:02  10  Q.  And you've worked for Hytera for a very long time, about a

11  decade?

12  A.  Ten years plus.

13  Q.  And you've climbed through the corporate ladder at Hytera,

14  right?

02:28:14  15  A.  I did.

16  Q.  And you moved all over the world for Hytera, right?

17  A.  Three continents:  Europe, North America, South America.

18  Q.  And did you -- and China as well?

19  A.  But, you know, when, when I joined Hytera, it's already

02:28:31  20  international department, so I always do business overseas.

21  Q.  Okay.  And you're loyal to the company, right?

22  A.  Yes, I am.

23  Q.  You want the company to do well?

24  A.  Yes, I am.

02:28:45  25  Q.  And one of your jobs, your primary job is to make sure the

1    company can sell its products; fair?

2    A.  Yes.  That's my job.

3    Q.  And in the United States at least, that's a lot of that

4    are the DMR products right?

02:29:00    5    A.  I'm sorry?

6    Q.  In the United States at least, a lot of those sales are

7    DMR products, right?

8    A.  In the United States, yes.

9    Q.  And the company obviously compensates you for your time

02:29:12    10   with the company, right?

11   A.  Yes.  I'm working for the company.  The company pay me.

12   Q.  And one form of compensation that you get is through

13   stock, right?

14   A.  Through stock.

02:29:22    15   Q.  Stock, shares of Hytera.

16   A.  Yes.

17   Q.  Right.  And you had some shares that you purchased when

18   Hytera IPO'd, right?

19   A.  Yes.

02:29:32    20   Q.  And you also have a chance if you hit certain targets to

21   get another approximately half a million shares of Hytera,

22   right?

23   A.  Yes, but hang on.  This kind of incentive plan is not just

24   to a small group of people.  The beneficial, this covered,

02:29:53    25   this scheme covered hundreds of people.

Yuan - cross by Brown

3551

1    Q.   And --

2    A.   It's just like other public companies.  It's nothing

3    special.

4    Q.   And the sales targets that you have to hit in order to get

02:30:06    5    the 500,000 shares, those include sales of DMR in the U.S.,

6    right?

7    A.   Why don't you -- why don't we change to talk about this

8    scheme, not just myself.  It sounds weird.  This is not a

9    scheme particularly for me to sell DMR in the United States.

02:30:26    10   Q.   I'm not calling --

11   A.   This is a scheme for hundreds of the beneficials, only,

12   only if the company, the company can hit target.  Let's, let's

13   make this right.

14   Q.   Okay.  If the company hits a target, you will receive

02:30:41    15   500,000 shares?

16   A.   In five or six years' time.

17   Q.   In five or six years?

18   A.   In five or six years' time.  And I am only one of them.

19   Q.   Of course.  And right now Hytera's stock is valued at

02:30:56    20   about ¥9 yuan per share, right?

21   A.   You mean U.S. dollars or RMB?

22   Q.   RMB.

23   A.   RMB is around 9.  So it's something like 1.4, 1.3 quarters

24   per share.

02:31:10    25   Q.   And so if you make the sales target, that 500,000 shares

Yuan - cross by Brown

3552

1   would be about $800,000 U.S., correct?

2   A.  It's like 1 point --

3   Q.  1.25?

4   A.  1.3, so 500,000 is like $650,000 U.S. dollars in six

02:31:30   5   years.  And you have to hit a target every year.

6   Q.  They're making you work for it?

7   A.  They make it difficult.

8   Q.  And Hytera's stock has hit much higher than what it is

9   right now, right?

02:31:43   10   A.  At the peak time, yes.

11   Q.  It was 22 at the peak time, right?

12   A.  Stock market is always changed.  So I'm working hard, but

13   I'm not just working for that.  Let me make it sure.

14   Q.  And so at the peak time, Hytera's stock hit about ¥22 RMB?

02:32:02   15   A.  Yes.  At a lower time it was 6.2.  In last year, in 2018,

16   the lowest point was 6.2.

17   Q.  And if it were to hit ¥22 RMB again, then your shares, the

18   500,000 that you get in five or six years, that would be worth

19   $1.5 million U.S. dollars approximately, right?

02:32:24   20   A.  To achieve that, the whole company, we have to hit a

21   target consistently in five or six years, okay.  There is a

22   precondition there.  And today the share price is $1.3 per

23   share.

24   Q.  And if it goes up to where it was before, your share is to

02:32:46   25   be worth 1.5 million, right?

Yuan - cross by Brown

3553

A.   I don't do that speculation.  I'm not going to do this
speculation.

Q.   Is it speculation or is it just math?

A.   Speculation.  I don't do this imagination, because today
the price is 9.  It's not 22.

Q.   And if it was 22 though, if you had half a million shares
of Hytera stock at ¥22 RMB a share, that would be worth
approximately 1.5 million?

A.   And the precondition is I have to consistently hit a
target for five or six years.  This is not a one-year thing.
This is not a one off.  So, again, this is an allocation.
This is a right to buy, but there is a risk.  So far I don't
have $1 million U.S. dollars.

Q.   So far.

A.   I wish, I wish I have.

Q.   So my question is simply, is that right, that half a
million shares --

A.   I'm not going to answer that question because this is
imagination.  I wish I have, but I do not.

Q.   So you won't, you won't answer my question?

A.   No.  Okay.  Yes, if that happens, okay.  Let me put it
this way, yes, if that happens.  But so far it has not
happened.

         MR. BROWN:  No further questions for this witness.
Thank you, Your Honor.

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 188 of 204 PageID #:55389
Yuan - redirect by Stringfield
3554

1           THE COURT:  Redirect?

2           MR. STRINGFIELD:  May I proceed, Your Honor?

3           THE COURT:  Proceed.

4           MR. CLOERN:  Dan Stringfield on behalf of Hytera.

02:34:33    5                 REDIRECT EXAMINATION

6    BY MR. STRINGFIELD:

7    Q.  Mr. Yuan, just before I stepped up here, you were speaking

8    with counsel about the potential to earn stock based on

9    certain performance of the company.  Do you remember that?

02:34:44    10   A.  I remember.

11   Q.  I think on direct you testified about the portion -- let

12   me back up.

13           Your ability to get stock is based on the overall

14   company performance, is that right?

02:34:55    15   A.  That's right.

16   Q.  And I think on direct you testified that today DMR

17   terminals are about 12 percent of the company's revenue?

18   A.  Yes.

19   Q.  And I think you also told us that the DMR terminal

02:35:10    20   products that are specifically accused in this case are 8

21   percent --

22   A.  Yes.

23   Q.  -- of the company's overall revenue?

24   A.  8 percent.

02:35:16    25   Q.  Less than 10 percent of the company's revenues based on

Yuan - redirect by Stringfield

3555

1    what is accused in this case, is that right?

2    A.   Correct.

3    Q.   Mr. Yuan, you were also talking with counsel about the

4    IWCE bulletin in 2017.  Do you remember that?

02:35:37    5    A.   Yes.

6    Q.   And I'll put it on the Elmo.  It was PTX-2277.  Do you

7    remember discussing that with counsel?

8    A.   Yes, I remember.

9    Q.   And I think you told us that this IWCE announcement was

02:35:57    10   right around the time that Motorola filed the lawsuit in this

11   case, isn't that right?

12   A.   In 10 days or two weeks' time.  You know, the IWCE

13   normally is like, I remember we were sued in the middle of

14   March, normally the IWCE is at the end of March.

02:36:18    15   Q.   And, Mr. Yuan, is the -- so the timing of the lawsuit, was

16   it, I think you just told us was just before the IWCE

17   conference, is that right?

18   A.   About 10 days before IWCE.

19   Q.   Is IWCE an important conference in your industry?

02:36:35    20   A.   In our industry, in this niche market, in the radio

21   communication niche market, IWCE is the most event in North

22   and South America.  And also the customers from Europe, from

23   Asia, from Africa come, come to join.  So the visitors of IWCE

24   is from all around the world.

02:37:00    25   Q.   And the accused products that Motorola, or at least a good

1    portion of the accused products that Motorola asserts in this

2    case were first sold by Hytera in March of 2010, is that

3    right?

4    A.   Yes.

02:37:15    5    Q.   And G.S. Kok, who is accused of bringing Motorola

6    confidential information over to Hytera, he started at Hytera

7    in February of 2008, is that right?

8    A.   Correct.

9    Q.   And Motorola filed this lawsuit not until March of 2017,

02:37:35    10    is that right?

11    A.   Correct.

12    Q.   Right before one of the most important conferences in your

13    industry?

14    A.   Yes.

02:37:41    15    Q.   Are you aware, Mr. Yuan, that Motorola has asserted that

16    it intends to, at least in May of 2016, that Motorola had an

17    internal communication where they stated that they wanted to

18    play unfair in competition with Hytera?  Are you aware of

19    that?

02:38:07    20    A.   I'm not.

21          MR. STRINGFIELD:  Mr. Montgomery, can we have

22    DTX-4362, please.

23    BY MR. STRINGFIELD:

24    Q.   It's an internal Motorola communication, May 2016.  It

02:38:41    25    says, "The status quo doesn't work anymore."

Yuan - redirect by Stringfield

3557

1          THE COURT:  Was this produced by Motorola, counsel?

2          MR. STRINGFIELD:  This was produced by Motorola and

3    this has already been an admitted exhibit in this case and has

4    already been published to the jury.

02:38:51    5          THE COURT:  Proceed.

6          MR. STRINGFIELD:  Thank you, Your Honor.

7          MR. BROWN:  Your Honor, we'd just make a foundation

8    objection.  It's an internal Motorola document.

9          THE COURT:  It's already in.

02:38:55   10          MR. BROWN:  But the witness has never seen it, so no

11   questions were --

12          THE COURT:  You can ask questions of the witness.

13          MR. STRINGFIELD:  Thank you, Your Honor.

14   BY MR. STRINGFIELD:

02:39:00   15   Q.  Mr. Yuan, do you see where this document says "The status

16   quo doesn't work anymore - we have to play unfair, go harder

17   at the low end, business as usual results in growing Hytera -

18   if there are opportunities to erode MSI business, it's better

19   it's Vertex" -- which you understand is a Motorola subsidiary

02:39:23   20   now, right?

21   A.  Yes, I see that.

22   Q.  -- "versus a competitor."

23          Did you know that Motorola was making statements

24   along these lines in May 2016 before it filed a lawsuit

02:39:33   25   against Hytera in this case in March 2017?

Yuan - redirect by Stringfield

3558

1    A.   Now I understand it.

2         MR. STRINGFIELD:   You can take that down.

3    BY MR. STRINGFIELD:

4    Q.   Back to the IWCE document, PTX-2277, counsel was asking

02:40:04    5    why Hytera was denying these allegations just after receiving

6    the lawsuit.  Do you remember him asking you about that?

7    A.   Because IWCE is one of the most important event in our

8    industry, Motorola started this lawsuit, Motorola filed this

9    lawsuit 10 days before IWCE.  So for sure our customers, our

02:40:28    10    dealers and our employees, they will ask us about this lawsuit

11    during the IWCE.

12    Q.   And --

13    A.   So we were seriously treating this suit before any

14    investigation.  Those are the talking points.  That's just

02:40:46    15    simple like that.

16    Q.   And in these talking points, it sounds like Hytera just

17    received these allegations, was going to deny the allegations,

18    is that fair?

19    A.   It is not deny.

02:40:57    20    Q.   Okay.

21    A.   We needed time to do investigation.  This is not denied.

22    Q.   And I think you told us on cross-examination that at the

23    time you received these allegations, that Hytera didn't know

24    whether Motorola's allegations were true or not.  Do you

02:41:12    25    remember that?

Yuan - redirect by Stringfield

3559

A.   That's correct.

Q.   And then counsel said, I think he asked you if G.S. Kok,

if he knew whether these allegations were true.  Do you

remember him asking that?

02:41:22   A.   I remember.

Q.   Are you aware that Mr. G.S. Kok was actually personally

named in that complaint that was filed, not named as party,

but named within the body of the complaint against Hytera that

was filed by Motorola in March 2017?  Are you aware of that?

02:41:39   A.   I understand.

Q.   And I think you told us on direct that the former

Motorolans over the course of their bad conduct at Hytera had

actively concealed and disguised their bad conduct from

Hytera, isn't that also right?

02:41:55   A.   That's true.

Q.   So when this complaint was filed against Hytera in March

2017, specifically naming G.S. Kok, Sam Chia and Y.T. Kok,

would you have expected any of them to you have put their

hands up and said, "Hey, guys, they're right, we did it"?

02:42:15   A.   It is not possible.

          MR. STRINGFIELD:  You can take that down,

Mr. Montgomery.

BY MR. STRINGFIELD:

Q.   You remember on cross-examination counsel was pointing to

02:42:33   questions in your deposition where it was talking about an 8

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 194 of 204 PageID #:55395
Yuan - redirect by Stringfield
3560

1    to 15 percent lower price range.  And I think you were asking

2    for more of your deposition so you could more fully explain

3    what the discussion was.  Do you remember that?

4    A.  I remember.

02:42:49    5    Q.  It's page 156 of Mr. Yuan's May 14, 2019 deposition

6    starting at line 17:

7              Question:  "I remember you saying that in the ITC.

8    I'm just talking about price for the moment.  I'm not asking

9    about who wins the market and why.  I'm just asking about

02:43:20    10   price."

11             This is the Motorola lawyer asking you a question,

12   right?

13   A.  Yes.

14   Q.  "In terms of price, the 8 to 15 percent range that you

02:43:28    15   just described as a target, that applies to Hytera's DMR

16   products; is that right?"

17             Your answer:  "No.  As the result.  It's not a

18   target.  It's a result.  It's the statistics post-sales."

19             Do you see that written here?

02:43:43    20   A.  I do.

21   Q.  What did you mean by "It's not a target.  It's a result"?

22   A.  As I explained in my direct, we used two steps to set up

23   our price.  The first step is to use the cost of labor and the

24   materials, plus the cost from R&D, plus the operational cost.

02:44:03    25   And we have put a high margin.

Yuan - redirect by Stringfield

3561

1        And the second step is to use the competitive

2   intelligence to set up a correct price, because if we set it

3   too low, we lost margin; if we set it too high, we won't be

4   competitive.

02:44:19    5        So we don't use 8 to 15 percent as our strategy to

6   set up price.  That's wrong.  This is a result.  This is a

7   statistics.  Why?  Because, because of the difference of the

8   companies, you have different efficiency, and you have

9   different competitive advantage.

02:44:43   10   Q.  And would those differences include global macroeconomics

11   and the price of labor and materials in China versus other

12   places in the world?

13   A.  Yes or no.  Yes, the cost in different places is

14   different.  But this is not the only reason.  Motorola, they

02:45:01   15   also have a factory in Asia, in Malaysia, in China.

16   Q.  Mr. Yuan, I am going to show you a document you discussed

17   on direct -- or excuse me, on cross-examination with counsel.

18   It's DTX-3109.

19        This was regarding the license negotiations between

02:45:25   20   Motorola and Hytera for the DMR license.  Do you remember

21   discussing this with counsel on cross?

22   A.  Yes, I remember.

23   Q.  So the first sentence in this email -- and you weren't

24   copied on this email, were you?

02:45:43   25   A.  I wasn't.  That was April 2008.

Yuan - redirect by Stringfield

3562

1    Q.   Before?

2    A.   I joined in 2009.

3    Q.   Do you understand whether besides the DMR license between

4    Motorola and Hytera there are other intellectual property

02:45:57    5    licenses between Motorola and Hytera related to other digital

6    technology?

7    A.   Yes, TETRA.

8    Q.   TETRA?

9    A.   TETRA.

02:46:04    10   Q.   So the first sentence of this email says, "With the issue

11   on TETRA agreement closed."  Do you see that?

12   A.   I do.

13   Q.   Does that indicate to you that Hytera had recently closed

14   or signed off on the license for the TETRA technology with

02:46:20    15   Motorola?

16   A.   Yes.

17   Q.   And then the sentence continues, "We can now focus on the

18   DMR cross license agreement."  Do you see that?

19   A.   I do.

02:46:29    20   Q.   And I think on direct you and I discussed that Hytera was

21   negotiating this license for the DMR technology for a period

22   of years.  Do you remember that?

23   A.   Yes.

24   Q.   It was over the course of, I think you told us 2007 to

02:46:41    25   2010?

Yuan - redirect by Stringfield

3563

A.   Yes.

Q.   And when you're negotiating for something, I think that
means you are trying to get better terms, you know, negotiate
a better price or better other sort of contract terms with the

02:46:54    other side, is that accurate?

A.   Yes.

Q.   And so in the spirit of negotiating better terms, the
email continues, "Hytera is keen to work with Motorola to
promote the DMR standard."  That's the standard that in 2008

02:47:12    Motorola was seeking to make the dominant standard, is that
right?

A.   That's right.

Q.   And Hytera was going to work with Motorola to promote that
Motorola DMR standard on a worldwide basis.  Is that what it

02:47:26    says here?

A.   Yes.

Q.   And I think you told us in cross-examination with counsel
that Motorola desired Hytera's help to assist with promoting
DMR on a worldwide basis, isn't that right?

02:47:42    A.   That's right.

Q.   And then I think, you know, we talked about the license
earlier, and when we were talking about the terms of the DMR
license, I think you told us Hytera pays to Motorola $3 per
portable --

02:48:10    A.   Repeater.

Yuan - redirect by Stringfield

3564

1      Q.   -- or mobile and then $15 per repeater?

2      A.   Yes.

3      Q.   But you're aware in this lawsuit for the trade secrets

4      Motorola is seeking 100 percent, all of the profits that

02:48:26    5      Hytera makes on its DMR radios.  Do you understand that?

6      A.   I'm aware.

7      Q.   And then just before discussing that document with

8      counsel, you discussed PTX-2270.  Do you remember that?

9      A.   I remember.

02:49:10   10      Q.   And so this was, I think you told us, a meeting of Hytera,

11      in Hytera United States of Hytera U.S. sales executives?

12      A.   I can only recall two names.

13      Q.   Okay.

14      A.   Carlos and Simon.

02:49:28   15      Q.   And it's captioned "Hytera America Meeting Summary,"

16      right?

17      A.   Yeah.  The venue was conference room.  So that's in Miami

18      in Miramar.

19      Q.   Okay.  And so this is a communication written by United

02:49:43   20      States-based salespeople about the United States two-way radio

21      market, would you agree with that?

22      A.   Some of them, for example, Carlos, he is not even from

23      sales.  He's responsible for logistics.

24      Q.   But these are employees of the United States entity who

02:50:00   25      are concerned about two area sales in the United States

Yuan - redirect by Stringfield

3565

1    market.  Do you agree with that?

2    A.  I agree.

3    Q.  Okay.

4         THE COURT:  Those are statements made by somebody who

02:50:08   5    is employed by your wholly owned subsidiary?

6         THE WITNESS:  Sir, okay, let me explain.

7         THE COURT:  You can say "yes" or "no" to that one.

8         THE WITNESS:  I'm sorry?

9         THE COURT:  You may answer that one "yes" or "no."

02:50:22   10   It's fairly simple.

11        THE WITNESS:  You mean --

12        THE COURT:  Read back the question if you will.

13        (Record read.)

14        THE WITNESS:  Yes.

02:50:33   15        THE COURT:  Proceed.

16        MR. STRINGFIELD:  Thank you, Your Honor.

17   BY MR. STRINGFIELD:

18   Q.  So in this memo by U.S. based sales executives, they're

19   talking about catching Motorola.  Do you see that?

02:50:43   20   A.  "To catch to."

21   Q.  Right.  So these are U.S. sales executives trying to catch

22   Motorola in the United States where Motorola is the dominant

23   two-way radio manufacturer, right?

24   A.  Right.

02:50:55   25   Q.  And so to catch Motorola, they're talking about DMR.  Do

Case: 1:17-cv-01973 Document #: 804 Filed: 12/20/19 Page 200 of 204 PageID #:55401
Yuan - redirect by Stringfield
3566

1    you see that?

2    A.    I see that.

3    Q.    Why would U.S. sales executives trying to catch Motorola

4    in the United States be focused on DMR?

02:51:06    5    A.    That's correct.

6    Q.    Why would they, why would they be focused on DMR?

7    A.    Back to 2007, the best market for DMR was in United

8    States.   The best market for dPMR is in Mexico and Europe.   So

9    for any company, for any company, if you are trying to be

02:51:32    10   successful in the United States, DMR is your choice.   But,

11   again, that does not mean back in 2007 DMR is already the

12   mainstream dominant standard for the world.

13   Q.    So it's --

14   A.    That's wrong.

02:51:49    15   Q.    So it sounds like the competitive environment for DMR

16   versus dPMR is different depending on what part of the world

17   you are considering just inside of the United States or the

18   rest of the world?

19   A.    Exactly, exactly.   In Mexico, in Japan, in Europe, Kenwood

02:52:06    20   and Icom, they were doing extremely well.   They were doing

21   very well.

22   Q.    And you mentioned the -- one last question.   You mentioned

23   product marketing engineers?

24   A.    Yes.

02:52:26    25   Q.    Just to be clear, these are not engineers who are doing

Yuan - recross by Brown

3567

1    research and development?

2    A.   They are not.  They are pre-sales engineers.

3            MR. CLOERN:  I pass the witness, Your Honor.

4            Thank you, Mr. Yuan.

02:52:37    5        MR. BROWN:  Very briefly, Your Honor.

6            THE COURT:  You have a few more questions?

7            MR. BROWN:  Yes, Your Honor.

8                    RECROSS-EXAMINATION

9    BY MR. BROWN:

02:52:43   10    Q.   I just want to ask you two follow-up questions.

11           Is it a correct statement that while Hytera U.S.

12   offers a quality reliable product, Hytera United States

13   entities, it is not sufficiently differentiated from its

14   competitors' products, which coupled with low brand

02:53:19   15   recognition means that competing on the nature of its products

16   is not an effective strategy?  Do you agree with that

17   statement?

18   A.   I have never seen that statement.  Could you please show

19   me?

02:53:28   20   Q.   I'm just asking whether you agree with it.  Do you agree

21   with the statement that Hytera's product is not sufficiently

22   differentiated from its competitors' products?

23   A.   I need translator for that.  It's a long question.  I need

24   translator for that one.

02:53:41   25   Q.   Yeah.  Do you want me to ask that again?

Yuan - recross by Brown

3568

1   A.   Yes.

2   Q.   So why don't I break it down.

3        Is it correct that Hytera's product in the United

4   States is not sufficiently differentiated from its

02:53:53   5   competitors' products?

6   A.   (Through interpreter)  I do not agree with that.

7   Q.   And is it correct that in order to develop its market in

8   the United States, Hytera offered lower product prices to

9   attract customers?

02:54:18   10   A.   (Through interpreter)  I totally disagree with that.

11             MR. BROWN:  No further questions, Your Honor.

12             MR. STRINGFIELD:  No questions, Your Honor.

13             THE COURT:  You may step down.

14        Is this gentlemen going to be recalled for any

02:54:37   15   reason?

16             MR. CLOERN:  We do not believe so, Your Honor.  We

17   have no plans.

18             THE COURT:  So we wish you well and a safe trip back

19   to China.

02:54:45   20             THE WITNESS:  No.  I'm going to Florida.  Thank you,

21   sir.

22             THE COURT:  No good deed goes unpunished.

23        (Witness excused.)

24             THE COURT:  Yes, I've looked at the schedule for

02:54:56   25   tomorrow.  I think we can start at 10 o'clock.

Yuan - recross by Brown

3569

1        So members of the jury, tomorrow at 10:00.  And there

2    are a few unrelated matters that won't take too much time.  So

3    10:00 o'clock tomorrow.  You are free.

4        (Jury out.)

02:55:30    5        THE COURT:  All right.  Will we need the interpreters

6    for tomorrow?

7        MR. CLOERN:  No, Your Honor.

8        THE COURT:  Is that right?

9        MR. ALPER:  No, Your Honor.

02:55:37   10        THE COURT:  Did you hear that?

11        THE INTERPRETER:  Yes.

12        THE COURT:  Thank you very much for being here.

13        THE INTERPRETER:  Thank you, Your Honor.

14        THE COURT:  And who is the next witness tomorrow, I

02:55:42   15    mean?

16        MR. CLOERN:  Jeff Spaeth by deposition.

17        THE COURT:  By deposition.  And do you have a live

18    witness lined up after that.

19        MR. CLOERN:  Dale Rublaitus, who is a Motorola

02:55:55   20    employee that we'll be calling.

21        THE COURT:  Okay.  So one on film and one live?

22        MR. CLOERN:  That's right.

23        THE COURT:  All right.  Tomorrow at 10:00.

24        Thank you, counsel.

02:56:09   25        Mr. Fulbright, file this note from the juror.

1          THE CLERK:  Thank you.

2      (Adjournment 3:55 p.m. until 10 a.m., December 20, 2019.)

3

4                    *  *  *  *  *  *  *  *  *

5

6                          CERTIFICATE

7

8          I certify that the foregoing is a correct transcript

9      from the record of proceedings in the above-entitled

10     matter.

11     /s/ JENNIFER COSTALES, CRR, RMR      12/18/19

12

13

14

15

16

17

18

19

20

21

22

23

24

25