3571

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

MOTOROLA SOLUTIONS, INC., and MOTOROLA  ) No. 17 CV 1973
SOLUTIONS MALAYSIA SDN. BHD,            )
                                        )
          Plaintiffs,                   )
vs.                                     ) Chicago, Illinois
                                        )
HYTERA COMMUNICATIONS CORPORATION, LTD.,) December 19, 2019
HYTERA AMERICA, INC., and HYTERA        )
COMMUNICATIONS AMERICA (WEST), INC.,    )
                                        )
          Defendants.                   ) 10:01 o'clock a.m.

                      TRIAL - VOLUME 24 A
                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE CHARLES R. NORGLE, SR.
                         and a jury


For the Plaintiffs:    KIRKLAND & ELLIS LLP
                       BY:  Mr. Adam R. Alper
                            Mr. Brandon Hugh Brown
                            Mr. Reza Dokhanchy
                            Ms. Barbara Nora Barath
                            Mr. Kyle Calhoun
                       555 California Street
                       27th Floor
                       San Francisco, California 94104
                       (415) 439-1400

                       KIRKLAND & ELLIS LLP
                       BY:  Mr. Michael W. De Vries
                       333 South Hope Street
                       Los Angeles, California 90071
                       (213) 680-8400


Court reporter:            BLANCA I. LARA
                       Official Court Reporter
                       219 South Dearborn Street
                            Room 2342
                       Chicago, Illinois 60604
                          (312) 435-5895
                    blanca_lara@ilnd.uscourts.gov
```

```
 1    Appearances:  (Continued:)

 2
      For the Plaintiffs:    KIRKLAND & ELLIS LLP
 3                           BY: Ms. Megan Margaret New
                             300 North LaSalle Street
 4                           Chicago, Illinois 60654
                             (312) 862-7439
 5
                             KIRKLAND & ELLIS LLP
 6                           BY:  Ms. Leslie M. Schmidt
                             601 Lexington Avenue
 7                           New York, New York 10022
                             (212) 446-4763
 8
      Motorola Corporate Representative:   Mr. Russ Lund
 9

10
      For the Defendants:    STEPTOE & JOHNSON LLP
11                            BY: Mr. Boyd T Cloern
                                  Mr. Michael J. Allan
12                                Ms. Jessica Ilana Rothschild
                                  Ms. Kassandra Michele Officer
13                           1330 Connecticut Avenue., Nw
                             Washington, DC 20036
14                           (202) 429-6230

15                           STEPTOE & JOHNSON LLP
                             BY:  Mr. Daniel Steven Stringfield
16                           227 West Monroe Street
                             Suite 4700
17                           Chicago, Illinois 60606
                             (312) 577-1267
18
19    Hytera Corporate Representative:  Michele Ning

20

21

22

23

24

25
```

1  (The following proceedings were had out of the
2  presence of the jury in open court:)
3  THE COURT: Good morning, counsel. The coffee just
4 arrived. We'll call the case in a few minutes.
5  MR. ALPER: Yes, Your Honor.
6  THE COURT: He also forgot the bagels.
7  THE CLERK: But not the cream cheese.
8  THE COURT: But not the cream cheese.
9  (Brief pause.)
10  THE COURT: Before the jury comes in, counsel, can you
11 double-check your recollection, which is to say that when the
12 jury leaves this afternoon they will then return on
13 January 13th.
14  MR. ALPER: Yes, Your Honor.
15  MR. CLOERN: Yes, Your Honor.
16  THE COURT: Okay. Thank you.
17  (Brief pause.)
18  MR. CLOERN: Your Honor, one small change in plans.
19 We had planned to play some deposition videos along with a live
20 witness today, but because of the agreement between counsel
21 about not talking to witnesses once they've got on the stand,
22 we decided just to play out the day with videos and bring the
23 witnesses back so it wouldn't isolate them over a long break.
24  THE COURT: If that's your agreement, it is acceptable
25 to the Court.

10:01:18 (line 5)
10:02:14 (line 10)
10:02:28 (line 15)
10:02:45 (line 20)
10:03:02 (line 25)

Case: 1:17-cv-01973 Document #: 805 Filed: 12/20/19 Page 4 of 18 PageID #:55409
videotape deposition of Jefrey Spaeth
3574

|  |  |
|---|---|
| 1 | MR. ALPER:  Yes. |
| 2 | MR. CLOERN:  Thank you, Your Honor. |
| 3 | THE CLERK:  All rise. |
| 4 | (The following proceedings were had in the |
| 10:03:24  5 | presence of the jury in open court:) |
| 6 | THE CLERK:  The Court is in session.  Please be |
| 7 | seated. |
| 8 | THE COURT:  Good morning, members of the jury. |
| 9 | Please call the witness. |
| 10:03:31  10 | MR. CLOERN:  Good morning, Your Honor. |
| 11 | THE COURT:  Good morning. |
| 12 | MR. CLOERN:  Hytera Corporation and the Hytera America |
| 13 | entities call Jeffrey Spaeth by video deposition. |
| 14 | THE COURT:  Please proceed. |
| 10:03:46  15 | (The following partial videotape deposition of |
| 16 | Jeffrey Spaeth heard in open court:) |
| 17 | THE COURT:  Counsel, this might be a good opportunity |
| 18 | for a morning break. |
| 19 | Members of the jury, we'll take a short break and then |
| 11:00:04  20 | return to this testimony. |
| 21 | THE CLERK:  All rise.  The Court will take a brief |
| 22 | recess. |
| 23 | (Recess.) |
| 24 | THE CLERK:  All rise. |
| 11:19:54  25 |  |

Case: 1:17-cv-01973 Document #: 805 Filed: 12/20/19 Page 5 of 18 PageID #:55410
videotape deposition of Jefrey Spaeth
3575

1               (The following proceedings were had in the
2          presence of the jury in open court:)
3               THE CLERK:  The Court is in session.  Please be
4    seated.
11:19:57    5               MR. ALPER:  Your Honor, we have an objection 402 basis
6    that is coming up in the testimony.  May we have a brief
7    sidebar?
8               THE COURT:  Yes.
9               (Proceedings heard at sidebar on the record.)
11:20:15   10               MR. ALPER:  So in just a moment, the witness is going
11   to be asked a question -- about some questions about employment
12   discrimination --
13               THE COURT REPORTER:  Counsel, I cannot hear you.
14               MR. ALPER:  I'm sorry.  I'll do that one more time.
11:20:24   15               There will be testimony coming up shortly, questions
16   about employment discrimination claim.  The witness is unaware
17   of the claim but he does say the woman indicated to him that
18   she had been treated unfairly as a woman at Motorola.
19               That is completely irrelevant to any issue under 402,
11:21:00   20   it's prohibited by 404(b) as improper character evidence, and
21   it is highly prejudicial and incredibly inflammatory under 403,
22   to the extent that we would be irreparably prejudiced if they
23   start talking about employment discrimination, gender
24   discrimination with this jury.  That's not an issue that's ever
11:21:18   25   been part of this case.

Case: 1:17-cv-01973 Document #: 805 Filed: 12/20/19 Page 6 of 18 PageID #:55411
videotape deposition of Jefrey Spaeth
3576

1  THE COURT: What is your response?

2  MR. CLOERN: Your Honor, it relates to the -- it's the
3  facts involving the termination of Nickie Petratos, a witness
4  that Hytera relies on. So Nickie Petratos is a Motorola -- was
5  a Motorola employee. It's one of the witnesses that we're
6  calling by deposition video. And this is about why she's not
7  employed at Motorola anymore and it goes to her credibility.

8  MR. ALPER: Your Honor, this is a witness that they're
9  calling, if anything it would be --

10  THE COURT: Well, we'll deal with that when and if she
11  is called, but for now I would sustain your objection on 403
12  grounds.

13  MR. ALPER: Yes, Your Honor.

14  (Proceedings resumed in open court:)

15  THE COURT: You may proceed.

16  (The following videotape deposition of Jeffrey
17  Spaeth continued and heard in open court:)

18  MS. ROTHSCHILD: Your Honor, at this time Hytera would
19  like to admit the exhibits that were referenced in the
20  deposition.

21  THE COURT: Proceed.

22  MS. ROTHSCHILD: Spaeth Exhibit 1 is DTX 4123. Spaeth
23  Exhibit 2 is DTX 4142. Spaeth Exhibit 3 is DTX 4137. Spaeth
24  Exhibit 5 is DTX 4149. Spaeth Exhibit 6 and 7 are DTX 4153.
25  Spaeth Exhibit 15 is PTX 1209. Spaeth Exhibit 12 is DTX 4173.

1  Spaeth Exhibit 30 is DTX 4189.  Spaeth Exhibit 32 is DTX 4191.
2  Spaeth Exhibit 37 is PTX 3.  Spaeth Exhibit 38 is PTX 1383.
3  Spaeth Exhibit 39 is PTX 1382.  Spaeth Exhibit 40 is DTX 4517.
4  Spaeth Exhibit 44 is DTX 3058.  Spaeth Exhibit 45 is PTX 1228.
5  Spaeth Exhibit 47 is DTX 4124.  Spaeth Exhibit 48 is DTX 4088.
6  Spaeth Exhibit 49 is DTX 4143.  Spaeth Exhibit 50 is DTX 4536.
7  Spaeth Exhibit 51 is DTX 4126.  Spaeth Exhibit 52 is DTX 4537.
8  Spaeth Exhibit 53 is DTX 4541.  Spaeth Exhibit 61 is DTX 4179.
9  Spaeth Exhibit 66 is DTX 4274.  Spaeth Exhibit 75 is DTX 4128.
10 And finally, Spaeth Exhibit 79 is PTX 1355.
11         MR. ALPER:  Your Honor, almost no issues.  We don't
12 believe Exhibit 66 was part of the testimony, but if we're
13 incorrect, we will confer.
14         MS. ROTHSCHILD:  It is already admitted.  If it wasn't
15 used, I apologize, but it is admitted.
16         MR. ALPER:  Okay.  Then that should not be an issue.
17 And then lastly, I think you said DTX 4173 was Exhibit 12.  For
18 the record, our notes show it's Exhibit 22.
19         MS. ROTHSCHILD:  22, I misspoke.  Thank you.
20         THE COURT:  Is this motion consistent with the Court's
21 403 ruling at the sidebar?
22         MR. ALPER:  Yes, Your Honor.
23         MS. ROTHSCHILD:  Yes, Your Honor.
24         THE COURT:  Then they are received, and, indeed, have
25 been published to the jury, yes.

Case: 1:17-cv-01973 Document #: 805 Filed: 12/20/19 Page 8 of 18 PageID #:55413
videotape deposition of Jefrey Spaeth
3578

|  |  |
|---|---|
|  | 1    (Defendants' Spaeth Exhibit 1, DTX 4123.  Spaeth |
|  | 2    Exhibit 2, DTX 4142.  Spaeth Exhibit 3, DTX |
|  | 3    4137.  Spaeth Exhibit 5, DTX 4149.  Spaeth |
|  | 4    Exhibit 6 and 7, DTX 4153.  Spaeth Exhibit 15, |
| 11:57:43 | 5    PTX 1209.  Spaeth Exhibit 22, DTX 4173.  Spaeth |
|  | 6    Exhibit 30, DTX 4189.  Spaeth Exhibit 32, DTX |
|  | 7    4191.  Spaeth Exhibit 37, PTX 3.  Spaeth |
|  | 8    Exhibit 38, PTX 1383.  Spaeth Exhibit 39, PTX |
|  | 9    1382.  Spaeth Exhibit 40, DTX 4517.  Spaeth |
| 11:58:12 | 10   Exhibit 44, DTX 3058.  Spaeth Exhibit 45, PTX |
|  | 11   1228.  Spaeth Exhibit 47, DTX 4124.  Spaeth |
|  | 12   Exhibit 48, DTX 4088.  Spaeth Exhibit 49, DTX |
|  | 13   4143.  Spaeth Exhibit 50, DTX 4536.  Spaeth |
|  | 14   Exhibit 51, DTX 4126.  Spaeth Exhibit 52, DTX |
| 11:58:44 | 15   4537.  Spaeth Exhibit 53, DTX 4541.  Spaeth |
|  | 16   Exhibit 61, DTX 4179.  Spaeth Exhibit 66, DTX |
|  | 17   4274.  Spaeth Exhibit 75, DTX 4128.  Spaeth |
|  | 18   Exhibit 79, PTX 1355 were received in evidence.) |
|  | 19      THE COURT:  And once again, this is incredible, it is |
| 11:59:51 | 20   high noon.  Good timing here.  This can't be any better. |
|  | 21      (Laughter in the courtroom.) |
|  | 22      THE COURT:  Members of the jury, please return at 1:00 |
|  | 23   o'clock. |
|  | 24      (Luncheon recess taken from 12:00 o'clock p.m. |
| 12:00:19 | 25   to 1:00 o'clock p.m.) |

videotape deposition of Jefrey Spaeth

3579

1
2           *     *     *     *     *     *     *     *
3
4
5   I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE
6          RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER
7
8   /s/Blanca I. Lara                          December 19, 2019
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3580

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   MOTOROLA SOLUTIONS, INC., and MOTOROLA  ) No. 17 CV 1973
     SOLUTIONS MALAYSIA SDN. BHD,            )
 4                                           )
              Plaintiffs,                    )
 5   vs.                                     ) Chicago, Illinois
                                             )
 6   HYTERA COMMUNICATIONS CORPORATION, LTD.,) December 19, 2019
     HYTERA AMERICA, INC., and HYTERA        )
 7   COMMUNICATIONS AMERICA (WEST), INC.,    )
                                             )
 8            Defendants.                    ) 1:00 o'clock p.m.

 9                     TRIAL - VOLUME 24-B
                    TRANSCRIPT OF PROCEEDINGS
10
              BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
11                          and a jury

12   APPEARANCES:

13   For the Plaintiffs:    KIRKLAND & ELLIS, LLP
                            BY:  MR. ADAM R. ALPER
14                               MR. BRANDON HUGH BROWN
                            555 California Street
15                          Suite 2700
                            San Francisco, California 94104
16                          (415) 439-1400

17                          KIRKLAND & ELLIS, LLP
                            BY:  MR. MICHAEL W. DE VRIES
18                               MR. CHRISTOPHER M. LAWLESS
                            333 South Hope Street
19                          Suite 2900
                            Los Angeles, California 90071
20                          (213) 680-8400

21

22   Court Reporter:        AMY M. SPEE, CSR, RPR, CRR
                            Official Court Reporter
23                          United States District Court
                            219 South Dearborn Street, Room 1728
24                          Chicago, Illinois  60604
                            Telephone:  (312) 818-6531
25                          amy_spee@ilnd.uscourts.gov
```

```
 1   APPEARANCES (Continued:)

 2   For the Plaintiffs:    KIRKLAND & ELLIS, LLP
                            BY:  MS. MEGAN MARGARET NEW
 3                          300 North LaSalle Street
                            Chicago, Illinois 60654
 4                          (312) 862-7439

 5                          KIRKLAND & ELLIS, LLP
                            BY:  MS. LESLIE M. SCHMIDT
 6                          601 Lexington Avenue
                            New York, New York 10022
 7                          (212) 446-4763

 8   For the Defendants:    STEPTOE & JOHNSON, LLP
                            BY:  MR. BOYD T. CLOERN
 9                               MR. MICHAEL J. ALLAN
                                 MS. JESSICA ILANA ROTHSCHILD
10                               MS. KASSANDRA MICHELE OFFICER
                            1330 Connecticut Avenue NW
11                          Washington, DC 20036
                            (202) 429-6230
12
                            STEPTOE & JOHNSON, LLP
13                          BY:  MR. DANIEL S. STRINGFIELD
                            227 West Monroe Street
14                          Suite 4700
                            Chicago, Illinois 60606
15                          (312) 577-1300

16

17   ALSO PRESENT:          MR. RUSS LUND and
                            MS. MICHELE NING
18

19

20

21

22

23

24

25
```

1    (Proceedings heard in open court.  Jury in.)

2        THE COURT:  Good afternoon, members of the jury.

3        Please call the witness.

4        MR. CLOERN:  Thank you, Your Honor.

5        Hytera Communications Corporation Limited and Hytera

6    America and Hytera America (West) call KwaiSin Lokang --

7        THE COURT:  Proceed.

8        MR. CLOERN:  -- by deposition video.

9        THE COURT:  Yes.

10        (Videotaped deposition of KwaiSin Lokang played in open

11    court.)

12        MS. ROTHSCHILD:  Your Honor, at this time Hytera

13    would like to admit Lokang Exhibit 3, which is DTX-4392;

14    Lokang Exhibit 4, which is DTX-4455; Lokang Exhibit 5, which

15    is DTX-4492; Lokang Exhibit 44, DTX-4635; Lokang Exhibit 45,

16    which is DTX-4459; and Lokang Exhibit 48, which is DTX-4409.

17        MR. ALPER:  No objection.

18        THE COURT:  They are received.

19        (Exhibit Nos. DTX-4392, DTX-4455, DTX-4492, DTX-4635,

20          DTX-4459, and DTX-4409 were received in evidence.)

21        MS. ROTHSCHILD:  And Hytera Communications

22    Corporation Limited, Hytera America, Inc., and Hytera America

23    (West) would like to call Solomon Lorthu by deposition.

24        THE COURT:  In terms of the publications of exhibits

25    that have been received, how will the jury see them?  Are they

1  waiting until they deliberate in terms of their publication?

2  MR. CLOERN: Yeah. At this point, Your Honor, it
3  would be waiting until they, I think, deliberate, unless -- we
4  could certainly work with counsel to put together notebooks or
5  something.

6  MR. ALPER: I think Hytera objected to the exhibits
7  being shown with the video, so I think we're assuming that
8  they would be presented --

9  THE COURT: For example, there's a reference to a
10 manual that is not depicted on the screen. The jury has no
11 way to look at it, unless it is somehow published to the jury
12 during the course of the trial or ultimately when they
13 deliberate and may consider these exhibits along with all of
14 the other exhibits which had been received in evidence.

15 But no one is moving for publication at the moment;
16 is that right?

17 MR. ALPER: Yes, that was my understanding. That was
18 Hytera's understanding.

19 THE COURT: All right. So if in due course they are
20 not published by way of some other witness, ultimately they
21 will be given to the jury at the end of the case when the
22 matter is before the jury for deliberations.

23 MR. ALPER: Yes, Your Honor.

24 THE COURT: Proceed.

25 (Videotaped deposition of Solomon Lorthu played in open

1  court.)

2          MS. ROTHSCHILD:  Your Honor, at this time Hytera
3  seeks to admit Lorthu Exhibit 9 as DTX-4249, Lorthu Exhibit 10
4  as DTX-4625, Lorthu Exhibit 14 as DTX-4697, Lorthu Exhibit 26
5  as DTX-4263, Lorthu Exhibit 32 as DTX-4647, Lorthu Exhibit 33
6  as DTX-4459, Lorthu Exhibit 34 as DTX-4488, and Lorthu
7  Exhibit 35 as DTX-4633.

8          MR. ALPER:  No objection, Your Honor.

9          THE COURT:  The exhibits are received.

10       (Exhibit Nos.  DTX-4249, DTX-4625, DTX-4697, DTX-4263,
11       DTX-4647, DTX-4459, DTX-4488, and DTX-4633 were received
12       in evidence.)

13         MS. ROTHSCHILD:  Next, the Hytera defendants called
14  Hun Weng Khoo by video deposition.

15         (Videotaped deposition of Hun Weng Khoo played in
16  open court.)

17         THE COURT:  The objection to shouting at the witness
18  is sustained.  That's a serious ruling.

19         Proceed.

20      (Videotaped resumed.)

21         MS. ROTHSCHILD:  Your Honor, Hytera seeks to admit
22  Khoo Deposition Exhibit 16 as DTX-4823, Khoo Exhibit 17 as
23  DTX-4822, Khoo Exhibit 18 as DTX-4821, Khoo Exhibit 19 as
24  DTX-4287, Khoo Exhibit 26 as DTX-4561, Khoo Exhibit 27 as
25  DTX-4560, Khoo Exhibit 28 as DTX-4300, Khoo Exhibit 29 as

1  DTX-4301, and Khoo Exhibit 30 as DTX-4459.
2          MR. ALPER:  No objection, Your Honor.
3          THE COURT:  They are received.
4      (Exhibit Nos. DTX-4823, DTX-4822, DTX-4821, DTX-4287,
5       DTX-4561, DTX-4560, DTX-4300, DTX-4301, DTX-4459 were
6        received in evidence.)
7          MR. CLOERN:  Hytera Communications Corporation
8   Limited, Hytera America, Inc., and Hytera America (West) call
9   Randall Helm by video deposition.
10         THE COURT:  Please call.
11     (Videotaped deposition of Randall Helm played in open
12  court.)
13         THE COURT:  Could you stop the equipment for a
14  moment?  At least one individual wants to take a break.
15     (Recess had.)
16         THE COURT:  Proceed with the witness.
17     (Videotaped resumed.)
18         MR. CLOERN:  Your Honor, just a side posting, we have
19  two more video witnesses, one is four minutes and the other is
20  14 minutes.
21         THE COURT:  Proceed with both.
22         MR. CLOERN:  Thank you, Your Honor.
23         MS. ROTHSCHILD:  Exhibits.  The exhibits from the
24  deposition that we just listened of Randall Helm, Exhibits 9
25  and 10 from the deposition are DTX-4407, Exhibit 14 is

1   DTX-4118, Exhibit 18 is DTX-4715, Exhibit 19 is DTX-4393,
2   Exhibit 20 is DTX-4391, and Exhibit 24 is DTX-4678.
3           MR. ALPER:  No objection, Your Honor.
4           THE COURT:  During the course of the questioning,
5   there was a reference to one exhibit that had Page 700 and
6   another Page 60.  So are you moving the admissibility of these
7   exhibits totaling thousands of pages.
8           MS. ROTHSCHILD:  Your Honor, I believe that's a
9   reference to the Bates number and not the actual page number
10  of the document.
11          THE COURT:  So about how many pages on average do
12  these exhibits consist of?
13          MS. ROTHSCHILD:  I don't know, but dozens, not
14  hundreds of pages.
15          THE COURT:  In any event, you're moving the
16  admissibility in their entirety, not selective pages.
17          MS. ROTHSCHILD:  Yes, Your Honor.
18          THE COURT:  And you have no objection?
19          MR. ALPER:  No objection, Your Honor.
20          THE COURT:  All right.  They are received.
21     (Exhibit Nos. DTX-4407, DTX-4118, DTX-4715, DTX-4393,
22       DTX-4391, and DTX-4678 were received in evidence.)
23          THE COURT:  Members of the jury, you will have much
24  to look at when you go in to deliberate.
25          MS. ROTHSCHILD:  Hytera calls Jason Winkler.

1      (Videotaped deposition of Jason Winkler played in open
2  court.)
3           THE COURT:  Was that the four-minute?
4           MS. ROTHSCHILD:  That was the four-minute one, yes,
5  Your Honor.
6           Hytera seeks to admit Winkler Deposition Exhibit
7  No. 7 as PTX-1436.
8           MR. ALPER:  No objection.
9           THE COURT:  They are received.
10     (Exhibit No. PTX-1436 was received in evidence.)
11          MS. ROTHSCHILD:  And Hytera calls Kimberly Corso.
12     (Videotaped deposition of Kimberly Corso played in open
13  court.)
14          MS. ROTHSCHILD:  Your Honor, we seek to admit Corso
15  Deposition Exhibit 14 is DTX-4851, Corso Exhibit 15 is
16  DTX-4852, Corso Exhibit 16 is DTX-4853, and then the documents
17  that were received from the hard drive that Ms. Corso retained
18  after she departed Motorola as DTX-4729 through DTX-4755.
19  That's 27 documents.
20          MR. ALPER:  No objection, Your Honor.
21          THE COURT:  All right.  They are received.
22     (Exhibit Nos. DTX-4851, DTX-4852, DTX-4853, and DTX-4729
23       through DTX-4755 were received in evidence.)
24          THE COURT:  Members of the jury, I hope you will
25  recall that on an earlier occasion I told you of the schedule.

1   I have reviewed it.  And, once again, you will be excused from
2   jury service on this trial until Monday, January 13th at
3   10:00 a.m.
4              Does anyone have any questions about that?
5              No hands have gone up.  But with a further
6   precaution, because we are expecting snow on that date, you
7   may come in at 10:15.  So that's the change of the order, from
8   10:00 to 10:15.  The day remains the same, Monday,
9   January 13th, 2020.
10             And you are excused.
11             The trial is adjourned.
12             THE CLERK:  Trial is adjourned until --
13             THE COURT:  January 13th, 10:15.
14             THE CLERK:  -- January 13th, 10:15.  Weather depends.
15        (Court adjourned at 4:28 p.m.)
16                    *   *   *   *   *   *
17                          CERTIFICATE
18       I certify that the foregoing is a correct transcript from
19   the record of proceedings in the above-entitled matter.
20
21   /s/ *Amy Spee*                              12/19/2019
     _____            _____
22   Amy Spee, CSR, RPR, CRR                     Date
     Official Court Reporter
23
24
25