**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and <br> MOTOROLA SOLUTIONS MALAYSIA <br> SDN. BHD. <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS <br> CORPORATION LTD., <br> HYTERA AMERICA, INC., AND <br> HYTERA COMMUNICATIONS <br> AMERICA (WEST), INC. <br><br> Defendants. | Civil Action No.: 1:17-cv-01973 <br><br> Honorable Charles R. Norgle Sr. |

**NOTICE OF MOTOROLA'S AMENDED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM**

On October 1, 2019, the parties submitted proposed jury instructions in accordance with the deadline for the joint pretrial order. Motorola has amended the proposed jury instructions and verdict form based on the conduct of trial and to attempt to limit disputes before the Court. Specifically, Motorola proposes the following revisions to address the conduct of trial:

- Adding instructions on Summary of the Parties' Claims, No Inference from the Judge's Questions, Prior Inconsistent Statements, No License Defense, and a separate Fraudulent Concealment Instruction with related revision to Burden of Proof (No. 19);

- Removing instructions on Note-Taking (No. 5), Limited Purpose of Evidence (No. 7), Number of Witnesses (No. 11), and Absence of Evidence (No. 12).

- Revising instructions on What is Evidence (No. 2) to reference stipulated facts; Deposition Testimony (No. 3) to reference the reading of deposition testimony; and Translated Language (No. 14) to say check interpreter was present and adopt Hytera's proposal;

Motorola also proposes revisions to the following instructions to attempt to address Hytera's objections or limit disputes before the Court:

- Spoliation (No. 16), Fifth Amendment (No. 17), Specific Elements of Definition of a Trade Secret No. 22), Combination Trade Secrets (No. 23); Definition of Misappropriation (No. 24), Modifications or Improvements (No. 28), Trade Secret/Damages Generally (No. 29); Trade Secret/Actual Loss (No. 31); Punitive Damages (No. 35); References to Other Trade Secrets (No. 37); Copyright Infringement (No. 39); Copyright/Defendants' Profits (No. 44)

Finally, Motorola has revised the following instructions to align with the claims and defenses in the case as they have been presented at trial:

- *Respondeat Superior* (No. 18); Misappropriation of Trade Secrets (No. 20); Improper Means (No. 25); Trade Secret/Compensatory Damages (No. 30); Trade Secret/Unjust Enrichment (No. 32); Head Start Period (No. 34); Trade Secret/Statute of Limitations (No. 36); Copying (No. 41); and Copyright Damages Generally (No. 43).

Attached to this notice are: Motorola's amended proposed jury instructions (Exhibit A); a redline comparing Motorola's amended proposed jury instructions to the jury instructions filed on October 1, 2019 (table of contents and preliminary instructions excluded) (Exhibit B); and Motorola's amended proposed verdict form (Exhibit C).

DATED: February 3, 2020

Respectfully submitted,

*/s/ Justin Singh*
Adam Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Brandon H. Brown (IL Bar No. 266347 CA)
brandon.brown@kirkland.com
Barbara Barath (*admitted pro hace vice*)
barbara.barath@kirkland.com
Reza Dokhanchy (*admitted pro hac vice*)
reza.dokhanchy@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (*admitted pro hac vice*)
michael.devries@kirkland.com
Christopher Lawless (*admitted pro hac vice*)
christopher.lawless@kirkland.com
Justin Singh (*admitted pro hac vice*)
justin.singh@kirkland.com

Benjamin A. Herbert *(admitted pro hac vice)*
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
Megan M. New (IL SBN 6300422)
megan.new@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Plaintiffs*
*Motorola Solutions, Inc. and Motorola*
*Solutions Malaysia SDN. BHD.*

## CERTIFICATE OF SERVICE

      I, Justin Singh, an attorney, hereby certify that on February 3, 2020, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: February 3, 2020

*/s/ Justin Singh*
Justin Singh