UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.<br> Case No. 1:17-CV-01973<br>　　　　　　　Plaintiffs,<br>　v.<br>HYTERA COMMUNICATIONS CORPORATION LTD.,<br>HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC.<br>　　　　　　　Defendants. | Honorable Charles R. Norgle Sr. |

**DEFENDANTS' RULE 50(a) MOTION FOR DIRECTED VERDICT
ON COUNTS I AND II BASED ON STATUTE OF LIMITATIONS**

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, Defendants ("Hytera") respectfully move for directed verdict on Counts I and II. The grounds for this motion are set forth and detailed in the attached supporting brief.

As a matter of law, Motorola's trade secret claims are barred by the statute of limitations, and Motorola's fraudulent concealment defense fails. Accordingly, Hytera respectfully requests that the Court enter judgment in its favor on Counts I and II.

Date: February 4, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Boyd Cloern*
　　　　　　　　　　　　　　　　　　　bcloern@steptoe.com
　　　　　　　　　　　　　　　　　　　Boyd Cloern (pro hac vice)
　　　　　　　　　　　　　　　　　　　Michael Allan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　mallan@steptoe.com

Jessica Rothschild (*pro hac vice*)
jrothschild@steptoe.com
Kassandra Officer (*pro hac vice*)
kofficer@steptoe.com David
Bettwy (*pro hac vice*)
dbetwy@stepteo.com Brian
Johnson (*pro hac vice)*
bjohnso@steptoe.com Alice
Loughran (*pro hac vice*)
aloughran@steptoe.com Scott
Richey (*pro hac vice)*
srichey@steptoe.com
Christopher Suarez
csuarez@steptoe.com
John William Toth (*pro hac vice*)
btoth@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-300
Facsimile: (202) 429-3902

Daniel Stringfield
dstringfield@steptoe.com Tron
Fu
tfu@steptoe.com
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

Mark McDougall (*pro hac vice*)
mmcdougall@calfee.com
Joshua Ryland (*pro hac vice*)
jryland@calfee.com Todd
Tucker (*pro hac vice*)
ttucker@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200

Facsimile:  (216) 241-0816

*Attorneys for Defendants Hytera Communications Corp., Hytera America, Inc., and Hytera Communications (West), Inc.*

**CERTIFICATE OF SERVICE**

    I, Boyd Cloern, an attorney, hereby certify that on February 4, 2020, I caused a true and correct copy of the foregoing motion to be served via the Court's ECF system upon all counsel of record.

_/s/Boyd Cloern_
Boyd Cloern
