## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MOTOROLA SOLUTIONS, INC., and )
MOTOROLA SOLUTIONS MALAYSIA )
SDN. BHD., )
                              )     Civil Action No.: 1:17-cv-01973
           Plaintiffs )
                              )     Honorable Charles R. Norgle Sr.
    v. )
                              )
HYTERA COMMUNICATIONS )
CORPORATION LTD., )
HYTERA AMERICA, INC., AND )
HYTERA COMMUNICATIONS )
AMERICA (WEST), INC., )
                              )
           Defendants )
                              )

## MOTOROLA'S RESPONSE TO HYTERA'S MOTION TO STRIKE MOTOROLA'S AMENDED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

The parties submitted initial proposed jury instructions on October 1, 2019, and trial began on November 6, 2019. During the course of trial, a number of issues raised in the parties' initial instructions became moot, new issues arose that were not addressed by the parties' previous instructions, and the parties' presentation of evidence related to their claims and defenses did not fully match the instructions previously proposed. Accordingly, as the trial appeared to be reaching a conclusion, Motorola proposed revisions to the jury instructions to take into account those changed circumstances and limit the number of disputes before the Court. Motorola provided these revised instructions in an effort to aid the Court in finalizing the instructions to be read to the jury, and Motorola is prepared to do whatever the Court would find most helpful to finalize the jury instructions, including by participating in a charge conference (as Hytera's motion suggests) if that would be beneficial.

Before Motorola filed its proposed amended instructions, Motorola exchanged those proposed instructions with Hytera and offered to meet and confer. Ex. 1 (Feb. 2 Email from Barath to Suarez). Starting with the proposed jury instructions submitted by the parties on October 1, 2019, Dkt. 845 at 1, Motorola proposed changes to those instructions in redline form, to allow Hytera to quickly identify any changes Motorola proposed. Ex. 1 (Feb. 2 Email from Barath to Suarez). Motorola further identified each instruction that had been removed, added, or changed, and explained the basis for the proposed revisions. *Id.* Motorola further offered to walk through each instruction with Hytera to reach agreement wherever possible. Ex. 2 (Feb. 3 Email from Barath to Suarez).

To the extent Hytera wishes to take Motorola up on its offer to meet and confer about proposed instructions to further reduce the number of disputes between the parties, Motorola remains standing by to meet and confer with Hytera. And as noted above, Motorola is also standing by and ready to proceed in any way that would be most helpful to the Court as it prepares the final instructions, and does not oppose Hytera's request to submit a response on February 10 and hold a charge conference on February 11 to the extent the Court approves of that proposed procedure. Dkt. 845 at 3.

DATED: February 6, 2020

Respectfully submitted,

*/s/ Justin Singh*
Adam Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Akshay S. Deoras (*admitted pro hac vice*)
akshay.deoras@kirkland.com
Brandon H. Brown (IL Bar No. 266347 CA)
brandon.brown@kirkland.com
Reza Dokhanchy (*admitted pro hac vice*)
reza.dokhanchy@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street

2

San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (*admitted pro hac vice*)
michael.devries@kirkland.com
Christopher Lawless (*admitted pro hac vice*)
christopher.lawless@kirkland.com
Justin Singh (*admitted pro hac vice*)
justin.singh@kirkland.com
Ali-Reza Boloori (*admitted pro hac vice*)
ali-reza.boloori@kirkland.com
Benjamin A. Herbert (*admitted pro hac vice*)
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680 8500

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
Megan M. New (IL SBN 6300422)
megan.new@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Leslie M. Schmidt (*admitted pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

Attorneys for Plaintiffs
*Motorola Solutions, Inc. and Motorola
Solutions Malaysia SDN. BHD.*

## **CERTIFICATE OF SERVICE**

I, Justin Singh, an attorney, hereby certify that on February 6, 2020, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED:  February 6, 2020                 */s/ Justin Singh*
                                                              Justin Singh