**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., | Civil Action No.: 1:17-cv-01973 |
| Plaintiffs, | |
| v. | Honorable Charles R. Norgle Sr. |
| HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC., | |
| Defendants. | |

**Hytera's [Proposed] Verdict Form**

1

1.      Did Hytera prove:

a.  That Motorola had suspicions that it had been harmed on or before March 14, 2012?

YES                                              NO

_____                                    _____

b.  That Motorola could have discovered evidence to support its suspicions on or before March 14, 2012?

YES                                              NO

_____                                    _____

*If you have answered "Yes" to Question Nos. 1a and 1b, then skip ahead to Question No. 9. Otherwise, continue to the next question.*

2.      Did Hytera prove:

a.  That Motorola had suspicions that it had been harmed on or before March 14, 2014?

YES                                              NO

_____                                    _____

b.  That Motorola could have discovered evidence to support its suspicions on or before March 14, 2014?

YES                                              NO

_____                                    _____

3.      Separately as to each Alleged Trade Secret, state whether or not Motorola has proven the following elements of its claim for misappropriation against Hytera, answering "Yes" or "No" based on the instructions of law I have given you.  To sustain such a claim as to any Alleged Trade Secret, you must find that Motorola has proven all of the elements represented by the three columns below, meaning "Yes" in both columns.  If you answer

"No" as to any column, then you need not consider any other element for that particular

Alleged Trade Secret.

| | MOTOROLA PROVED ENFORCEABLE TRADE SECRET? | HYTERA MISAPPROPRIATED THE TRADE SECRET? |
|---|---|---|
| NO. 21: XCMP | _____ | _____ |
| NO. 39: VOX | _____ | _____ |
| NO. 50: APPLICATION LAYER | _____ | _____ |
| NO. 51: OPERATING SYSTEM ARCHITECTURE | _____ | _____ |
| NO. 52: HARDWARE ABSTRACTION LAYER | _____ | _____ |
| NO. 53: DMR SOFTWARE ARCHITECTURE | _____ | _____ |
| NO. 54: NOISE SUPPRESSION | _____ | _____ |
| NO. 55: SQUELCH | _____ | _____ |
| NO. 56: CARRIER DETECTION | _____ | _____ |
| NO. 58: VRIS | _____ | _____ |
| NO. 60: DSP FRAMEWORK | _____ | _____ |
| NO. 64: L1 TIMER, FRAMER, AND FRAME SCHEDULER | _____ | _____ |
| NO. 67: ERGONOMIC LAYER | _____ | _____ |
| NO. 79: CONNECTIVITY | _____ | _____ |
| NO. 111: TESTING & BENCHMARKING | _____ | _____ |
| NO. 134: ALL DMR SOURCE CODE | _____ | _____ |
| NO. 136: DMR MOBILE SOURCE CODE | _____ | _____ |
| NO. 137: DSP SOURCE CODE | _____ | _____ |
| NO. 139: DMR PROTOCOL STACK | _____ | _____ |
| NO. 141: REPEATER | _____ | _____ |
| NO. 142: HARDWARE | _____ | _____ |

*If you have answered "Yes" in both columns for at least one of the Alleged Trade Secrets, then continue to the next question. Otherwise, continue to Question No. 9.*

4.      For any trade secret for which you answered "Yes" in both columns, do you find that Motorola has proven that Hytera Communications Corporation Ltd. misappropriated those trade secrets?

Y<small>ES</small>         N<small>O</small>

_____       _____

5.      For any trade secret for which you answered "Yes" in both columns, do you find that Motorola has proven that Hytera America, Inc. misappropriated those trade secrets?

Y<small>ES</small>         N<small>O</small>

_____       _____

6.      For any trade secret for which you answered "Yes" in both columns, do you find that Motorola has proven that Hytera Communications America (West), Inc. misappropriated those trade secrets?

Y<small>ES</small>         N<small>O</small>

_____       _____

7.      State the total amount of compensatory damages attributable to misappropriation of the trade secrets for which you answered "Yes" in all three columns, if any, being sure to avoid any double counting:

$_____

8.      Has Motorola proved that Hytera acted willfully and maliciously with respect to any misappropriation?  If "Yes," state the amount of any exemplary damages you award, not to exceed two times the amount you award in response to Question No. 7.

Y<small>ES</small>    N<small>O</small>    A<small>MOUNT</small>

_____  _____  $_____

9.      Separately as to each asserted copyright, state whether Motorola has proven the following elements of its claim for infringement against Hytera, answering "Yes" or "No"

4

based on the instructions of law I have given you. To sustain such a claim as to any asserted copyright, you must find that Motorola has proven all of the elements represented by the two columns below, meaning "Yes" in both columns. If you answer "No" as to any column then you need not consider any other element for that particular asserted copyright.

| | VALID/OWNED BY MOTOROLA? | INFRINGED? |
|---|---|---|
| MOTOTRBO MOBILE SUBSCRIBER FW PACKAGE R01.00.01 | _____ | _____ |
| MOTOTRBO PORTABLE SUBSCRIBER FW PACKAGE R01.00.01 | _____ | _____ |
| MOTOTRBO CYPHER R01.00.01 | _____ | _____ |

*If you have answered "No" in at least one column for each of the three Asserted Works, then you are done. Otherwise, continue to the next question as to the Asserted Works for which you answered "Yes" in both columns.*

10. For any asserted copyright for which you answered "Yes" in both columns, do you find that Motorola has proven that Hytera Communications Corporation Ltd. infringed that copyright?

YES                                             NO

_____                                       _____

11. For any asserted copyright for which you answered "Yes" in both columns, do you find that Motorola has proven that Hytera America, Inc., infringed that copyright?

YES                                             NO

_____                                       _____

12.     For any asserted copyright for which you answered "Yes" in both columns, do you find that Motorola has proven that Hytera Communications America (West), Inc., infringed that copyright?

YES                                    NO

_____                         _____

13.     State the total amount of actual damages and profits attributable to any copyright infringement, being sure to avoid any double counting between those measures of damages and with regard to your response to Question No. 6.

$_____

*Your answer to all of the foregoing questions must be unanimous.*

*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. Each of you should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict.*

_____

_____

_____

_____

_____

_____

Dated: _____, 2020     _____
                                        Presiding Juror