IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:17-cv-1973 |
| v. ) | |
| ) | |
| HYTERA COMMUNICATIONS CORP. ) | |
| LTD., et al., ) | Hon. Charles R. Norgle |
| ) | |
| Defendants. ) | |

## ORDER

Defendants' motion for partial summary judgment [701] is denied. Rule 56(c) provides that the trial judge shall [] grant summary judgment if there is no genuine issue as to any material fact and if the moving party is entitled to judgment as a matter of law." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250, 106 S. Ct. 2505, 2511, 91 L. Ed. 2d 202 (1986). Plaintiffs have demonstrated that material issues of fact exist precluding summary judgment on the issue of statute of limitations.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: February 10, 2020