# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Motorola Solutions, Inc., et al.

                      Plaintiff,

v.

Hytera Communications Corporation Ltd., et al.

                      Defendant.

Case No.: 1:17−cv−01973
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2020:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to limit closing argument [889] is denied. Jury trial held on 2/12/2020. Closing arguments begun. Jury trial is continued to 2/13/2020 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.