IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORP. LTD., et al., | Case No. 1:17-cv-1973 <br><br> Judge Charles R. Norgle |

## ORDER

Plaintiffs' motion for directed verdict [877] remain under advisement consistent with Fed. R. Civil P. 50(b) ("If the court does not grant a motion for judgment as a matter of law made under Rule 50(a), the court is considered to have submitted the action to the jury subject to the court's later deciding the legal questions raised by the motion. No later than 28 days after the entry of judgment- or if the motion addresses a jury issue not decided by a verdict, no later than 28 days after the jury was discharged-the movant may file a renewed motion for judgment as a matter of law and may include an alternative or joint request for a new trial under Rule 59. In ruling on the renewed motion, the court may: (1) allow judgment on the verdict, if the jury returned a verdict; (2) order a new trial; or (3) direct the entry of judgment as a matter of law.")

IT IS SO ORDERED.

ENTER: _____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: February 13, 2020