# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Motorola Solutions, Inc., et al.

                                    Plaintiff,

v.                                                   Case No.: 1:17−cv−01973

                                                            Honorable Charles R. Norgle Sr.

Hytera Communications Corporation Ltd., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2020:

       MINUTE entry before the Honorable Charles R. Norgle:Jury trial held on 2/14/2020. Jury deliberations commence. Jury verdict returned in favor of Plaintiffs and against the Defendants. Trial ends. Motion and status hearing is set for 2/21/2020 at 11:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.