3589

```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

MOTOROLA SOLUTIONS, INC., and MOTOROLA    ) No. 17 CV 1973
SOLUTIONS MALAYSIA SDN. BHD,              )
                                          )
            Plaintiffs,                   )
vs.                                       ) Chicago, Illinois
                                          )
HYTERA COMMUNICATIONS CORPORATION, LTD.,  ) January 13, 2020
HYTERA AMERICA, INC., and HYTERA          )
COMMUNICATIONS AMERICA (WEST), INC.,      )
                                          )
            Defendants.                   ) 10:00 a.m.

                    TRIAL - VOLUME 25-A
                  TRANSCRIPT OF PROCEEDINGS

         BEFORE THE HONORABLE CHARLES R. NORGLE, SR.,
                          and a jury

APPEARANCES:

For the Plaintiffs:    KIRKLAND & ELLIS, LLP
                       BY:  MR. ADAM R. ALPER
                            MR. AKSHAY DEORAS
                            MR. BRANDON HUGH BROWN
                       555 California Street
                       Suite 2700
                       San Francisco, California 94104
                       (415) 439-1400

                       KIRKLAND & ELLIS, LLP
                       BY:  MR. MICHAEL W. DE VRIES
                            MR. CHRISTOPHER M. LAWLESS
                       333 South Hope Street
                       Suite 2900
                       Los Angeles, California 90071
                       (213) 680-8400


Court Reporter:        JENNIFER COSTALES, CRR, RMR
                       Official Court Reporter
                       219 South Dearborn Street, Room 2342
                       Chicago, Illinois 60604
                       (312) 435-5895
                       jenny.uscra@yahoo.com
```

```
 1  APPEARANCES (Continued:)

 2  For the Plaintiffs:    KIRKLAND & ELLIS, LLP
                           BY:  MS. MEGAN MARGARET NEW
 3                         300 North LaSalle Street
                           Chicago, Illinois 60654
 4                         (312) 862-7439

 5                         KIRKLAND & ELLIS, LLP
                           BY:  MS. LESLIE M. SCHMIDT
 6                         601 Lexington Avenue
                           New York, New York 10022
 7                         (212) 446-4763

 8  For the Defendants:    STEPTOE & JOHNSON, LLP
                           BY:  MR. SCOTT M. RICHEY
 9                              MR. MICHAEL J. ALLAN
                                MS. JESSICA ILANA ROTHSCHILD
10                              MS. KASSANDRA MICHELE OFFICER
                           1330 Connecticut Avenue NW
11                         Washington, DC 20036
                           (202) 429-6230
12
                           STEPTOE & JOHNSON, LLP
13                         BY:  MR. DANIEL S. STRINGFIELD
                           227 West Monroe Street
14                         Suite 4700
                           Chicago, Illinois 60606
15                         (312) 577-1300

16

17  ALSO PRESENT:          MR. RUSS LUND and
                           MS. MICHELE NING
18

19

20

21

22

23

24

25
```

|   |   |   |
|---|---|---|
|            | 1  | (Proceedings heard in open court.  Jury out) |
|            | 2  | THE CLERK:  17 C 1973, Motorola versus Hytera. |
|            | 3  | THE COURT:  We're a little short on the right here. |
|            | 4  | MR. ALPER:  Yes, I think we're still waiting for |
| 00:00:16   | 5  | Hytera's counsel. |
|            | 6  | THE COURT:  Okay. |
|            | 7  | (Pause) |
|            | 8  | MR. ALLAN:  Good morning, Your Honor. |
|            | 9  | THE COURT:  Good morning. |
| 00:03:09   | 10 | I want to certainly give you time to deal with this |
|            | 11 | issue, but once again to advise you that one juror has called |
|            | 12 | in and said she will not be here because there has been a |
|            | 13 | death in the family.  She indicated that there might be a |
|            | 14 | problem even in coming in tomorrow or with respect to a |
| 00:03:27   | 15 | funeral. |
|            | 16 | So I wanted to bring that to your attention so that |
|            | 17 | you can advise the Court in terms of what you are asking the |
|            | 18 | Court to do, whether to continue the trial or to proceed with |
|            | 19 | seven rather than eight jurors. |
| 00:03:45   | 20 | So if you need time to confer with your |
|            | 21 | decision-making parties, we'll pass the matter for 10 minutes |
|            | 22 | or so, unless you are ready to deal with it immediately.  Do |
|            | 23 | you need time to work this over? |
|            | 24 | MR. ALLAN:  Just one question, Your Honor.  Do we |
| 00:04:04   | 25 | know how long the juror, the juror would need to be out? |

|  |  |
|---|---|
| 1 | THE COURT: I haven't spoken to her. Mr. Fulbright |
| 2 | did. |
| 3 | THE CLERK: She said a couple of days at least. |
| 4 | MR. ALLAN: I think if it's a couple days, from our |
| 5 | perspective, obviously the trial has been going on for some |
| 6 | time, there is still some time left, and if we lose another |
| 7 | juror, we're down to -- |
| 8 | THE COURT: Seven. |
| 9 | MR. ALLAN: Yeah, we're down to seven, which is a |
| 10 | little risky. I think our preference would be to continue |
| 11 | until the juror can come back. |
| 12 | THE COURT: All right. So here is what we are |
| 13 | dealing with in terms of a continuance, however. I have said |
| 14 | we would not proceed on Fridays. Other jurors are relying on |
| 15 | that. And Monday happens to be a holiday. |
| 16 | But in any event, what is Motorola's position? |
| 17 | MR. ALPER: May we ask Your Honor which juror? |
| 18 | THE COURT: Do you know? |
| 19 | THE CLERK: I'm not absolutely certain, but I think |
| 20 | it's Elizabeth Ashby. I'll know when they sign in. |
| 21 | MR. ALPER: Ms. Ashby. |
| 22 | THE COURT: We will know for sure when the other |
| 23 | jurors do arrive. We have not been in touch with the other |
| 24 | jurors. We had assumed that they were en route. |
| 25 | MR. ALPER: May we have just a couple moments to |

Timestamps:
00:04:17 (line 5)
00:04:29 (line 10)
00:04:40 (line 15)
00:04:51 (line 20)
00:05:06 (line 25)

```
                1   confer?
                2           THE COURT:  Certainly.  And when we return we will
                3   know what jurors are here.
                4           All right.  We'll pass the case.
00:05:14        5           MR. ALPER:  Thank you, Your Honor.
                6        (Recess.  Jury out)
                7           THE COURT:  Good morning again, counsel.
                8           Blame the partner.
                9        (Pause)
00:15:44       10           THE COURT:  Good morning, counsel.
               11           The juror who called is Elizabeth Ashby.
               12           MR. ALPER:  Thank you, Your Honor.
               13           So for Motorola we'd like to not excuse the juror,
               14   and that obviously means that we can't have court today and it
00:16:02       15   sounds like at least one or maybe other days this week.
               16           Our recommendation would be, just so we know what our
               17   schedule this week is, that if Mr. Fulbright could reach out
               18   again to the juror, we could, with your permission of course,
               19   we could figure out which days she needs to take off and then
00:16:19       20   we could inform the rest of the jury as to which day they
               21   should come back.
               22           That's one way to do it.  Of course, if you have
               23   another way you would prefer to proceed, that's --
               24           THE COURT:  I want to hear what Hytera has to say.
00:16:31       25           MR. ALLAN:  Thank you, Your Honor.
```

3594

| | | |
|---|---|---|
| | 1 | We agree.  There has obviously been a number -- |
| | 2 | THE COURT:  You understood all that? |
| | 3 | MR. ALLAN:  I did.  I think I did, Your Honor. |
| | 4 | THE COURT:  What did he say? |
| 00:16:39 | 5 | MR. ALLAN:  He said he would like to keep the juror |
| | 6 | on the jury.  He'd like to have Mr. Fulbright go check about |
| | 7 | her schedule so we understand when we resume. |
| | 8 | THE COURT:  Okay.  I think we have to take a |
| | 9 | realistic attitude here.  It isn't just to deal with the death |
| 00:16:52 | 10 | and go to a funeral, come back and be on a jury.  There is a |
| | 11 | little more to it, one would think -- |
| | 12 | MR. ALPER:  Certainly, Your Honor. |
| | 13 | THE COURT:  -- in terms of basic courtesy -- |
| | 14 | MR. ALPER:  Absolutely. |
| 00:17:03 | 15 | THE COURT:  -- and recognition of what has happened |
| | 16 | in her life. |
| | 17 | MR. ALPER:  Certainly, Your Honor, we agree, we |
| | 18 | agree.  And so we want to accommodate, from Motorola's |
| | 19 | perspective, we want to accommodate that. |
| 00:17:10 | 20 | THE COURT:  Well, let me press you on this.  Neither |
| | 21 | party agrees to proceed with seven, is that right? |
| | 22 | MR. ALPER:  Correct, Your Honor. |
| | 23 | THE COURT:  Is that right? |
| | 24 | MR. ALLAN:  That's correct, Your Honor. |
| 00:17:19 | 25 | THE COURT:  All right.  I think the simple way to |

|  |  |
|---|---|
|  | 1 deal with this would be to continue the case until next |
|  | 2 Tuesday because, as I've said, we want to accommodate the |
|  | 3 juror, give her time to deal with the issue.  And I've told |
|  | 4 other jurors that they can make plans in accordance with not |
| 00:17:40 | 5 being here on Fridays.  Monday happens to be a holiday.  So |
|  | 6 the simple solution as I see it would be to bring in the |
|  | 7 jurors and tell them of this event and tell them to return on |
|  | 8 Tuesday.  That would be the 21st. |

1 deal with this would be to continue the case until next
2 Tuesday because, as I've said, we want to accommodate the
3 juror, give her time to deal with the issue.  And I've told
4 other jurors that they can make plans in accordance with not
00:17:40  5 being here on Fridays.  Monday happens to be a holiday.  So
6 the simple solution as I see it would be to bring in the
7 jurors and tell them of this event and tell them to return on
8 Tuesday.  That would be the 21st.
9             MR. ALPER:  That makes sense to us, Your Honor.
00:17:58 10             THE COURT:  Do you agree?
11             MR. ALLAN:  Agreed, Your Honor.
12             Just one thing to note.  Obviously it adjusts the
13 schedule.  We have one of our experts that has a scheduling
14 issue toward the end of the month.  We are going to see if we
00:18:11 15 can shuffle some of the witness order to address that.  But we
16 may be coming to the Court for an accommodation to the extent
17 it's required because of this.
18             THE COURT:  Well, that's why I'm here.  Very well.
19             MR. ALLAN:  Thank you.
00:18:22 20             THE COURT:  Okay.  Mr. Fulbright, please ask the
21 jurors to come in.
22         (Pause)
23             THE COURT:  This may take a few minutes.  Please be
24 seated.
00:19:33 25         (Jury in)

1      THE COURT:  All right.  Good morning, members of the
2 jury.
3      We are sad to tell you that there has been a death in
4 the family of one of your fellow jurors, Elizabeth Ashby.
5      In light of that event, it is necessary for the case
6 to be continued.  So the Court is exercising discretion.  And
7 I've conferred with counsel.  As I told you earlier, we would
8 not proceed on Fridays.  And some of you have probably made
9 plans in that regard, and we are well aware of that.  Monday
10 happens to be a holiday.  And of course it will take at least
11 several days for Elizabeth Ashby to deal with the tragedy in
12 her family.
13      So all said and done, the Court is ordering that the
14 trial will be continued until next Tuesday.  As I say, we have
15 conferred regarding this matter.  It's an exercise of
16 discretion on my part.  So you are to return Tuesday, the
17 21st, at 10:00 o'clock.  Tuesday, the 21st, 10:00 o'clock.
18      If any of you have any questions, you may raise your
19 hand and I'll try to deal with that.
20      No hands have gone up.  You are excused.
21      Put your question in writing, put your question in
22 writing, and if it requires bringing everybody back, we will
23 come back.  But put the question in writing.
24      Would you remain for a minute or two, counsel.
25      (Jury out)

|   |   |
|---|---|
| 00:22:18 | 1  THE COURT: Please be seated. |
|   | 2  We know what the question will be. Are you ready to |
|   | 3 answer it? |
|   | 4  THE CLERK: No question. |
|   | 5  THE COURT: No question. Thank you, counsel. |
|   | 6 Tuesday. |
|   | 7  MR. ALPER: Thank you, Your Honor. |
|   | 8  MR. ALLAN: Thank you, Your Honor. |
|   | 9  THE COURT: Let me say if this issue regarding |
| 00:22:32 | 10 rescheduling is of any significance, you can come in routinely |
|   | 11 and bring the matter to the Court's attention. |
|   | 12  MR. ALLAN: Very good. Thank you, Your Honor. |
|   | 13  THE COURT: Okay. Thank you. |
|   | 14  THE CLERK: I'll contact the juror and let her know. |
| 00:22:42 | 15  THE COURT: Yes, immediately, with our condolences of |
|   | 16 the Court, her fellow jurors and all concerned. Thank you. |
|   | 17  (Adjournment 10:25 a.m. to 10:00 a.m., January 21, 2020) |

C E R T I F I C A T E

I, Jennifer S. Costales, do hereby certify that the foregoing is a complete, true, and accurate transcript of the proceedings had in the above-entitled case before the Honorable CHARLES R. NORGLE, one of the judges of said Court, at Chicago, Illinois, on January 13, 2020.

*/s/ Jennifer Costales, CRR, RMR*
Official Court Reporter
United States District Court
Northern District of Illinois
Eastern Division