PK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Civil Action No.: 1:17-cv-01973 <br><br> Honorable Charles R. Norgle Sr. |

## **FINAL JUDGMENT**

A jury trial commenced in this case on November 6, 2019, and the jury reached a verdict on February 14, 2020. In accordance with the jury verdict, FINAL JUDGMENT is hereby ENTERED in favor of Plaintiffs and against Defendants for $345,761,156 in compensatory damages and $418,800,000 in punitive damages.

SO ORDERED this __5TH__ day of __MARCH__, 2020.

_____
The Honorable Charles R. Norgle Sr.
United States District Judge