IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br><br>    Plaintiffs<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC.,<br><br>    Defendants | Civil Action No.: 1:17-cv-01973<br><br>Honorable Charles R. Norgle Sr.<br><br>**REDACTED – PUBLIC VERSION** |

## PLAINTIFFS' MOTION FOR SUPPLEMENTAL DAMAGES AND INTEREST ON THE MONETARY AWARD

Plaintiffs Motorola Solutions, Inc., and Motorola Solutions Malaysia SDN. BHD. ("Motorola") respectfully request that the Court award Motorola (i) supplemental damages/an accounting, (ii) prejudgment interest, and (iii) postjudgment interest.

*First*, Motorola respectfully requests an accounting of Hytera Communications Corporation Ltd., Hytera America, Inc., and Hytera Communications America (West), Inc.'s ("Hytera") profits to fully compensate Motorola for Hytera's misappropriation and copyright infringement. To date, Hytera has not produced financial data after June 30, 2019. Accordingly, Motorola respectfully requests the Court to compel Hytera to produce its worldwide financial data from July 1, 2019, through entry of an injunction, and to modify the judgment to include Hytera's profits from its misappropriation of Motorola's trade secrets and infringement of its copyrights during that period. In the alternative, Motorola respectfully requests that it be awarded ▮▮▮▮▮ in supplemental compensatory damages and ▮▮▮▮▮ in supplemental punitive

damages through April 2, 2020, and also additional supplemental compensatory and punitive damages at a rate of ▇▇▇▇ /unit for every adjudicated product sold from April 3, 2020 until judgment is entered or Hytera is enjoined.

*Second*, Motorola respectfully requests that the Court award prejudgment interest, which, as a rule, should be presumptively available to Motorola. Prejudgment interest should be calculated on the jury's compensatory damages awarded, using the prime interest rate, compounded annually, in the amount of ▇▇▇▇▇▇ through April 2, 2020 and in a daily amount of ▇▇▇▇ until judgment is entered.

*Finally*, as the prevailing party, Motorola should be awarded post-judgment interest in accordance with 28 U.S.C. § 1961(a). This interest award should be calculated on the full amount of the judgment, including the jury's compensatory damages award, the jury's punitive damages award, supplemental damages, and any fee or costs award.

\*   \*   \*

DATED: April 2, 2020

Respectfully submitted,

*/s/ Michael W. De Vries*
Adam Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Brandon H. Brown (IL Bar No. 266347 CA)
brandon.brown@kirkland.com
Reza Dokhanchy (*admitted pro hac vice*)
reza.dokhanchy@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (*admitted pro hac vice*)

michael.devries@kirkland.com
Christopher Lawless (*admitted pro hac vice*)
christopher.lawless@kirkland.com
Justin Singh (*admitted pro hac vice*)
justin.singh@kirkland.com
Ali-Reza Boloori (*admitted pro hac vice*)
ali-reza.boloori@kirkland.com
Benjamin A. Herbert (*admitted pro hac vice*)
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680 8500

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
Megan M. New (IL SBN 6300422)
megan.new@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Plaintiffs
*Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN. BHD.*

**CERTIFICATE OF SERVICE**

  I, Michael W. De Vries, an attorney, hereby certify that on April 2, 2020, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: April 2, 2020      */s/ Michael W. De Vries*
               Michael W. De Vries