**Appendix F - Demonstrative Printing**

| Invoice No. | Event Date | Vendor | Narrative | Total Cost |
|---|---|---|---|---|
| 295 | 10/31/2019 | Precision Core Graphics | **$315.00**<br>1 Board @ $315.00/board<br>37.5" x 60" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam) ($21.00 per square foot)<br>**$20.00**<br>Delivery (In Area) | $369.34 |
| 296 | 11/1/2019 | Precision Core Graphics | **$630.00**<br>2 Boards @ $315.00/board<br>37.5" x 60" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)($21.00 per square foot)<br>**$20.00**<br>Delivery (In Area) | $716.63 |
| 297 | 11/3/2019 | Precision Core Graphics | **$1,008.00**<br>3 Boards @ $336.00/board<br>36" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam) ($21.00 per square foot)<br>**$20.00**<br>Delivery (In Area)<br>**$195.00**<br>3 Hours @ $65.00/hour<br>(Weekend Hours) | $1,348.36 |
| 298 | 11/5/2019 | Precision Core Graphics | **$336.00**<br>1 Board @ $336.00/board<br>36" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam) ($21.00 per square foot)<br>**$20.00**<br>Delivery (In Area) | $392.49 |
| 299 | 11/10/2019 | Precision Core Graphics | **$252.00**<br>1 Board @ $252.00/board<br>36" x 48" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam) ($21.00 per square foot)<br>**$20.00**<br>Delivery (In Area)<br>**$65.00**<br>1 Hour @ $65.00/hour<br>(Weekend Hours) | $371.54 |
| 300 | 11/13/2019 | Precision Core Graphics | **$332.43**<br>1 Board @ $332.43/board<br>38" x 60" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam) ($21.00 per square foot)<br>**$165.00**<br>38" X 60" Printed Overlay<br>**$20.00**<br>Delivery (In Area) | $570.47 |

**Appendix F - Demonstrative Printing**

| Invoice No. | Event Date | Vendor | Narrative | Total Cost |
|---|---|---|---|---|
| 305 | 11/17/2019 | Precision Core Graphics | $672.00<br>2 Boards @ $336.00/board<br>36" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam) ($21.00 per square foot)<br>$350.07<br>3 Boards @ $116.69/board<br>40" X 60" 1/4" Blank Gator Foam Boards (Dry-Erase Laminated)<br>$195.00<br>1 Hour @ $65.00/Hour<br>(Weekend Hours)<br>$20.00<br>Delivery (In Area) | $1,363.87 |
| 306 | 11/18/2019 | Precision Core Graphics | $336.00<br>1 Board @ $336.00/board<br>38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminated on Gator Foam) ($21 per square foot)<br>$20.00<br>Delivery (In Area) | $392.49 |
| 310 | 11/22/2019 | Precision Core Graphics | $336.00<br>1 Board @ $336.00/board<br>38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam) ($21 per square foot)<br>$20.00<br>Delivery (In Area) | $392.49 |
| 311 | 11/24/2019 | Precision Core Graphics | $336.00<br>1 Board @ $336.00/board<br>38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam) ($21 per square foot)<br>$20.00<br>Delivery (In Area)<br>$130.00<br>2 Hours @ $65.00/hour<br>(Weekend Hours) | $535.82 |
| 319 | 12/3/2019 | Precision Core Graphics | $336.00<br>1 Board @ $336.00/board<br>38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam) ($21 per square foot)<br>$20.00<br>Delivery (In Area) | $392.49 |
| | **TOTAL** | | | **$6,845.99** |



# INVOICE

# 295

**PCG**
333 N. Oakley Blvd Suite 106
Chicago, IL 60612

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T: 1 415 439 1883
E: jbueno@kirkland.com

Date: Oct 31, 2019
Payment Terms: Net 14
Due Date: Nov 14, 2019

**Balance Due:** **$369.34**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **37.5" x 60" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)**  $21 per square foot | 1 | $315.00 | $315.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

Subtotal: $335.00
Tax (10.25%): $34.34
Total: $369.34

Notes:

Case:

Thank you for your business

Send Payments to:
PCG
333 N. Oakley Suite #106
Chicago, IL 60612



# INVOICE

# 296

**PCG**
333 N. Oakley Blvd Suite 106
Chicago, IL 60612

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T: 1 415 439 1883
E: jbueno@kirkland.com

Date: Nov 1, 2019
Payment Terms: Net 14
Due Date: Nov 15, 2019

**Balance Due:** **$716**.63

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **37.5" x 60" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)** $21 per square foot | 2 | $315.00 | $630.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

Subtotal: $650.00
Tax (10.25%): $66.63
Total: $716.63

Notes:

Case:

Thank you for your business

Send Payments to:
PCG
333 N. Oakley Suite #106
Chicago, IL 60612



# INVOICE

# 297

**PCG**
333 N. Oakley Blvd Suite 106
Chicago, IL 60612

Date: Nov 3, 2019
Payment Terms: Net 14
Due Date: Nov 18, 2019

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T: 1 415 439 1883
E: jbueno@kirkland.com

**Balance Due:** $1,348.36

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **36" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)** $21 per square foot | 3 | $336.00 | $1,008.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |
| **Weekend Hours** | 3 | $65.00 | $195.00 |

Subtotal: $1,223.00
Tax (10.25%): $125.36
Total: $1,348.36

Notes:

Case:

Thank you for your business

Send Payments to:
PCG
333 N. Oakley Suite #106
Chicago, IL 60612



# INVOICE

# 298

**PCG**
333 N. Oakley Blvd Suite 106
Chicago, IL 60612

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T: 1 415 439 1883
E: jbueno@kirkland.com

| | |
|---|---|
| Date: | Nov 5, 2019 |
| Payment Terms: | Net 14 |
| Due Date: | Nov 19, 2019 |
| **Balance Due:** | **$392**.49 |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **36" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)** <br> $21 per square foot | 1 | $336.00 | $336.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $356.00 |
| Tax (10.25%): | $36.49 |
| Total: | $392.49 |

Notes:

Case:

Thank you for your business

Send Payments to:
PCG
333 N. Oakley Suite #106
Chicago, IL 60612



# INVOICE

# 299

**PCG**
333 N. Oakley Blvd Suite 106
Chicago, IL 60612

Date: Nov 10, 2019
Due Date: Nov 24, 2019

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T: 1 415 439 1883
E: jbueno@kirkland.com

**Balance Due:** **$371**.54

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **36" x 48" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)**<br><br>$21 per square foot | 1 | $252.00 | $252.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |
| **Weekend Hours** | 1 | $65.00 | $65.00 |

Subtotal: $337.00
Tax (10.25%): $34.54
Total: $371.54

Notes:

Case Reference: 12615-33

Thank you for your business

Send Payments to:
PCG
333 N. Oakley Suite #106
Chicago, IL 60612



# INVOICE

# 300

**PCG**
333 N. Oakley Blvd Suite #106
Chicago, IL 60612
312.473.7000
production@pcgchi.com

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1883
julie.bueno@kirkland.com

Date: Nov 13, 2019
Payment Terms: Net 14
Due Date: Nov 27, 2019

**Balance Due:** **$570**.47

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **38" x 60" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on GatorFoam)** <br> $21 per sqft | 1 | $332.43 | $332.43 |
| **38" x 60" Printed Overlay** | 1 | $165.00 | $165.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

Subtotal: $517.43
Tax (10.25%): $53.04
Total: $570.47

Notes:

Case Reference: 12615-33

Thank you for your business

Send Payments to:
PCG
333 N. Oakley Suite #106
Chicago, IL 60612



# INVOICE

# # 305

**PCG**
P.O. Box 12041
Chicago, IL 60612
312.473.7000
production@pcgchi.com

| | |
|---|---|
| Date: | Nov 17, 2019 |
| Due Date: | Dec 2, 2019 |
| **Balance Due:** | **$ 1,363.87** |

Bill To:

**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
T +1 415 439 1883
julie.bueno@kirkland.com

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **36" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam)** <br> $21 per square foot | 2 | $336.00 | $672.00 |
| **40"x 60" 1/4" Blank Gator Foam Boards (Dry-Erase Laminate)** | 3 | $116.69 | $350.07 |
| **Weekend Hours** | 3 | $65.00 | $195.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $1,237.07 |
| Tax (10.25%): | $126.80 |
| Total: | $1,363.87 |

:
Case: 12615-33

Thank you for your business
Send Payments to:

PCG
P.O. Box 12041
Chicago, IL 6061



# INVOICE

# 306

**PCG**
P.O. Box 12041
Chicago, IL 60612
312.473.7000
production@pcgchi.com

Bill To:

**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
T +1 415 439 1883
julie.bueno@kirkland.com

| | |
|---|---|
| Date: | Nov 18, 2019 |
| Payment Terms: | Net 14 |
| Due Date: | Dec 2, 2019 |
| **Balance Due:** | **$392.49** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam)** | 1 | $336.00 | $336.00 |
| $21 per square foot | | | |
| **Delivery (In Area** | 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $356.00 |
| Tax (10.25%): | $36.49 |
| Total: | $392.49 |

Notes:
Case: 12615-33

Thank you for your business

Send Payments to:
PCG
P.O. Box 12041
Chicago, IL 60612



# INVOICE

# 310

**Precision Core Graphics / PCG**
1140 West Cermak Rd Suite 310
Chicago, IL 60608
312.374.1036 / 312.473.7000
production@pcgchi.com

| | |
|---|---|
| Date: | Nov 22, 2019 |
| Due Date: | Dec 6, 2019 |
| **Balance Due:** | **$392.49** |

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T +1 415 439 1883
julie.bueno@kirkland.com

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam)** <br> $21 per square foot | 1 | $336.00 | $336.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $356.00 |
| Tax (10.25%): | $36.49 |
| Total: | $392.49 |

Notes:
Case: 12615-33

Send Payments to:

Precision Core Graphics / PCG
1140 West Cermak Rd Suite 310
Chicago, IL 60608
312.374.1036 / 312.473.7000
production@pcgchi.com

Thank you for your business



# INVOICE

# 311

**Precision Core Graphics / PCG**
1140 West Cermak Rd Suite 310
Chicago, IL 60608
312.374.1036 / 312.473.7000
production@pcgchi.com

| | |
|---|---|
| Date: | Nov 24, 2019 |
| Due Date: | Dec 9, 2019 |
| **Balance Due:** | **$535.82** |

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T +1 415 439 1883
julie.bueno@kirkland.com

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam)** $21 per square foot | 1 | $336.00 | $336.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |
| **Weekend Hours (2 Hrs)** | 2 | $65.00 | $130.00 |

| | |
|---|---|
| Subtotal: | $486.00 |
| Tax (10.25%): | $49.82 |
| Total: | $535.82 |

Notes:

Case: 12615-33


Send Payments to:

Precision Core Graphics / PCG
1140 West Cermak Rd Suite 310
Chicago, IL 60608
312.374.1036 / 312.473.7000
production@pcgchi.com

Thank you for your business



# INVOICE

# 319

**Precision Core Graphics / PCG**
1140 West Cermak Rd Suite 310
Chicago, IL 60608
312.374.1036
production@pcgchi.com

Bill To:

**Julie Bueno**
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T +1 415 439 1883
julie.bueno@kirkland.com

| | |
|---|---|
| Date: | Dec 3, 2019 |
| Payment Terms: | Net 14 |
| Due Date: | Dec 17, 2019 |

**Balance Due:** $392.49

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **38" x 64" 1/4 Color Graphics Mounted and Laminated (Dry-Erase Laminate on Gator Foam)** $21 per square foot | 1 | $336.00 | $336.00 |
| **Delivery (In Area)** | 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $356.00 |
| Tax (10.25%): | $36.49 |
| Total: | $392.49 |

Notes:
Case: 12615-33

Send Payments to:

Precision Core Graphics / PCG
1140 West Cermak Rd Suite 310
Chicago, IL 60608
312.374.1036
production@pcgchi.com

Thank you for your business