# Declaration of Ni Huang

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Case No.: 1:17-cv-01973 <br><br> Honorable Charles R. Norgle Sr. |

## DECLARATION OF NI HUANG
## IN SUPPORT OF HYTERA US INC.'S MOTION TO INTERVENE AND
## QUASH THE THIRD PARTY CITATION TO DISCOVER ASSETS

NI HUANG, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the President of Hytera US Inc. ("HUS"). I respectfully submit this declaration in support of HUS's motion to intervene and quash the Third Party Citation to Discover Assets (the "Citation") issued to HUS in this action by Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN. BHD.

2. HUS is a Delaware corporation that was formed on May 15, 2020 – years after the 2008 events that gave rise to this 2017 case. HUS's principal place of business is in California. HUS is wholly-owned by Hytera Co., Ltd., a company that is wholly owned by Hytera Communications Corporation Ltd. ("Hytera China"). HUS's funding comes from loans that were made by another subsidiary of Hytera China.

3. HUS has a supply agreement with a company, Shenzhen Qiding Industries Co., LTD. Shenzhen Qiding Industries Co., LTD is not affiliated with HUS or Hytera China.

4. HUS has no agreements with Hytera China, holds no assets belonging to Hytera China, and owes no debt to Hytera China. HUS has no information about assets or income of Hytera China.

5. HUS has no connection in Illinois to Hytera China or to either of the Bankruptcy Debtors. HUS transacts no business with them in Illinois, holds no assets for them in Illinois, and owes no debts to them in Illinois.

Dated: March 3, 2021
Irvine, California

_____
Ni Huang