IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Case No.: 1:17-cv-01973 <br><br> Honorable Charles R. Norgle Sr. |

### DECLARATION OF NI HUANG
### IN FURTHER SUPPORT OF HYTERA US INC.'S MOTION TO INTERVENE AND QUASH THE THIRD PARTY CITATION TO DISCOVER ASSETS

NI HUANG, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the President of Hytera US Inc. ("HUS"). I respectfully submit this declaration in further support of HUS's motion to intervene and quash the Third Party Citation to Discover Assets issued to HUS in this action by Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN. BHD. ("Motorola") and in response to assertions that Motorola made in opposition to the motion regarding HUS's website and sale of products as well as the website of a third party.

2. HUS sells its products only to independent dealers, which in turn sell products from HUS and other companies to consumers. While HUS might consider selling certain

products in the future directly to a subset of customers, it does not do so now, and the products under consideration are not accused products in this litigation.

3. HUS's website lists HUS's products, but HUS does not offer those products for sale on the website. Instead, as described above, end customers can purchase HUS's products only from dealers.

4. While HUS has signed dealer agreements with dealers that previously served Hytera America, Inc. ("Hytera East") and Hytera Communications America (West), Inc. ("Hytera West"), HUS has not entered into any dealer agreements with dealers that HUS believes supply customers in Illinois.

5. Warner Communications, which is based in Missouri, was a dealer for Hytera East and West as well as for many other companies. I am not aware of any sales by Warner Communications of HUS products in Illinois.

Dated: April 16, 2021
Irvine, California

_____
Ni Huang