# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HYTERA COMMUNICATIONS )<br>CORPORATION LTD. AND )<br>HYTERA COMMUNICATIONS )<br>AMERICA (WEST), INC. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Civil Action No. 1:17-cv-01972<br><br>Hon. District Judge Franklin U. Valderrama<br>Hon. Magistrate Judge Jeffrey Cummings |

**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF XINHUA FAN**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Plaintiff Motorola Solutions, Inc. ("Plaintiff" or "Motorola"), by and through undersigned counsel of record will take the deposition of Xinhua Fan upon oral examination. The deposition will commence on April 15, 2021 at 9:00 a.m. China Standard Time (April 14, 2021 at 5:00 p.m. Pacific Standard Time) via remote video, or at such other time and place as may be agreed by counsel. This deposition will be conducted via a secure, web-based platform wherein the court reporter will also be remote for the purposes of reporting the proceeding and administering oaths. The deposition will be before a Notary Public or other officer authorized by law to administer oaths and will be recorded using video, audio, stenographic means, or a combination of those means.

Please contact the deposing attorney prior to the deposition so that the necessary credentials, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceedings. In addition, we also reserve the right to utilize instant visual display technology.

The deposition will be taken for the purposes of discovery, for use at any evidentiary hearing in this litigation, and for any other purposes permitted under the Federal Rules of Civil Procedure, or any applicable local rule or court order.

To the extent the deponent will rely on documents or information not yet produced in this litigation, Hytera Communications Corp. Ltd. is further directed to produce those documents or that information as soon as it is available, and no less than ten calendar days prior to the date for the expected testimony.

DATED: April 12, 2021                                      Respectfully submitted,


                                                           /s/ Ali-Reza Boloori
                                                           Adam Alper (admitted *pro hac vice*)
                                                           adam.alper@kirkland.com
                                                           Akshay S. Deoras (admitted *pro hac vice*)
                                                           akshay.deoras@kirkland.com
                                                           Brandon H. Brown (IL Bar No. 266347 CA)
                                                           brandon.brown@kirkland.com
                                                           KIRKLAND & ELLIS LLP
                                                           555 California Street
                                                           San Francisco, CA 94104
                                                           Telephone: (415) 439-1400
                                                           Facsimile: (415) 439-1500

                                                           Michael W. De Vries (admitted *pro hac vice*)
                                                           michael.devries@kirkland.com
                                                           Ali-Reza Boloori (admitted *pro hac vice*)
                                                           ali-reza.boloori@kirkland.com
                                                           KIRKLAND & ELLIS LLP
                                                           555 South Flower Street
                                                           Los Angeles, CA 90071
                                                           Telephone: (213) 680-8400
                                                           Facsimile: (213) 680-8500

                                                           David Rokach (IL SBN: 6279703)
                                                           david.rokach@kirkland.com
                                                           KIRKLAND & ELLIS LLP
                                                           300 North LaSalle
                                                           Chicago, IL 60654
                                                           Telephone: (312) 862-2000
                                                           Facsimile: (202) 862-2200

                                                           Joshua L. Simmons (admitted *pro hac vice*)
                                                           joshua.simmons@kirkland.com
                                                           KIRKLAND & ELLIS LLP
                                                           601 Lexington Avenue
                                                           New York, NY 10022-4611
                                                           Telephone:  (212) 446-4800
                                                           Facsimile:  (212) 446-4900

                                                           Attorneys for Plaintiff
                                                           Motorola Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a true and correct copy of **PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF XINHUA FAN** was served via email as on the following counsel of record:

Boyd Cloern (admitted *pro hac vice*)
bcloern@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Daniel Stringfield
dstringfield@steptoe.com
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

Todd Tucker (admitted *pro hac vice*)
ttucker@calfee.com
John S. Cipolla (admitted *pro hac vice*)
jcipolla@calfee.com
Joshua M. Ryland (admitted *pro hac vice*)
jryland@calfee.com
Mark McDougall (admitted *pro hac vice*)
mmcdougall@calfee.com
John L. Reulbach (admitted *pro hac vice*)
jreulbach@calfee.com
Andrew W. Alexander (admitted *pro hac vice*)
aalexander@calfee.comCALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816

DATED: April 12, 2021

*/s/ Ali-Reza Boloori*
Ali-Reza Boloori