# Exhibit 2

Query    Reports    Utilities    Help    Log Out

APPEAL,CASREF,COLE,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:17-cv-01973

| | |
|---|---|
| Motorola Solutions, Inc. et al v. Hytera Communications Corporation Ltd. et al | Date Filed: 03/14/2017 |
| Assigned to: Honorable Martha M. Pacold | Date Terminated: 03/05/2020 |
| Demand: $9,999,000 | Jury Demand: Both |
| related Case: 1:19-cv-03371 | Nature of Suit: 890 Other Statutory Actions |
| Case in other court:  21-02635 | Jurisdiction: Federal Question |

Case in other court:  21-02635
                   21-02721
                   21-03054
                   22-01114
                   22-01839
                   22-01919
                   22-02370
                   22-02413
Cause: 28:1331 Federal Question

**Plaintiff**

**Motorola Solutions, Inc.**          represented by    **Benjamin A. Herbert**
Kirkland & Ellis LLP
555 South Flower Street
Los Angeles, CA 90071
(213) 680-8400
Fax: Pro Hac Vice
Email: benjamin.herbert@kirkland.com
*TERMINATED: 12/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Brandon Hugh Brown**
Kirkland & Ellis LLP
555 California Street
Suite 2700
San Francisco, CA 94104
(415) 439-1670
Fax: Active
Email: brandon.brown@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4989
Email: joshua.simmons@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam R. Alper**

Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
(415) 439-1400
Fax: Pro Hac Vice
Email: adam.alper@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Akshay S. Deoras**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400
Fax: Pro Hac Vice
Email: akshay.deoras@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ali-Reza Boloori**
Kirkland & Ellis LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
(213) 680-8400
Fax: Pro Hac Vice
Email: ali-reza.boloori@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amir Freund**
Kirkland & Ellis LLP
3330 Hillview Avenue
Palo Alto, CA 94304
(650) 859-7004
Fax: Pro Hac Vice
Email: amir.freund@kirkland.com
*TERMINATED: 01/06/2022*
*PRO HAC VICE*

**Barbara Nora Barath**
Kirkland and Ellis, LLP
555 California Street
Suite 2700
San Francisco, CA 94104
(415) 439-1448
Fax: Pro Hac Vice
Email: barbara.barath@kirkland.com
*TERMINATED: 11/22/2022*
*PRO HAC VICE*

**Benjamin Aaron Yaghoubian**
Kirkland & Ellis LLP
2049 Century Park East
Los Angeles, CA 90067
(310) 552-4200
Fax: Not a member
Email: benjamin.yaghoubian@kirkland.com
*TERMINATED: 09/30/2021*
*PRO HAC VICE*

**Christopher Lawless**
Kirkland & Ellis LLP
555 South Flower Street
Los Angeles, CA 90071
(213) 680-8400
Fax: Pro Hac Vice
Email: christopher.lawless@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Rokach**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312)862-2000
Fax: Not a member
Email: drokach@kirkland.com
*ATTORNEY TO BE NOTICED*

**Joseph Kuan Liu**
One LLP
4000 Macarthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
(949) 502-2870
Fax: Pro Hac Vice
Email: jliu@onellp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Singh**
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
(213) 680-8400
Fax: Pro Hac Vice
Email: justin.singh@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine M. Burke**
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202) 879-5000
Fax: Pro Hac Vice
Email: kburke@kirkland.com
*TERMINATED: 10/17/2017*
*PRO HAC VICE*

**Leslie M. Schmidt**
Kirkland & Ellis Llp
601 Lexington Ave
New York, NY 10022
(212) 446-4763
Fax: Pro Hac Vice
Email: leslie.schmidt@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Margaret New**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-7439
Fax: Active
Email: megan.new@kirkland.com
*TERMINATED: 10/26/2021*

**Michael W. De Vries**
Kirkland & Ellis LLP
555 South Flower Street
Los Angeles, CA 90071
(213) 680-8400
Fax: Pro Hac Vice
Email: michael.devries@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Flechsig**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400
Fax: Pro Hac Vice
Email: natalie.flechsig@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reza Dokhanchy**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1469
Fax: Pro Hac Vice
Email: reza.dokhanchy@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Motorola Solutions Malaysia SDN. BHD.**    represented by    **Benjamin A. Herbert**
(See above for address)
*TERMINATED: 12/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Brandon Hugh Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4989
Fax: Pro Hac Vice
Email: joshua.simmons@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam R. Alper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Akshay S. Deoras**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ali-Reza Boloori**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amir Freund**
(See above for address)
*TERMINATED: 01/06/2022*
*PRO HAC VICE*

**Benjamin Aaron Yaghoubian**
(See above for address)
*TERMINATED: 09/30/2021*
*PRO HAC VICE*

**Christopher Lawless**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Rokach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Marina**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Fax: Pro Hac Vice
Email: JMarina@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Kuan Liu**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine M. Burke**
(See above for address)
*TERMINATED: 10/17/2017*
*PRO HAC VICE*

**Leslie M. Schmidt**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Margaret New**
(See above for address)
*TERMINATED: 10/26/2021*

**Michael W. De Vries**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Flechsig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reza Dokhanchy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hytera Communications Corporation Ltd.**                represented by    **Boyd T Cloern**
Steptoe & Johnson Llp
1330 Connecticut Ave., Nw
Washington, DC 20036
(202) 429-6230
Fax: Pro Hac Vice
Email: bcloern@steptoe.com
*ATTORNEY TO BE NOTICED*

**Brian Peter Johnson**
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3068
Fax: Pro Hac Vice
Email: bjohnson@steptoe.com
*TERMINATED: 03/10/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher T Blackford**
Finnegan, Henderson, Farabow, Garrett & Dunner,
LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000
Fax: Pro Hac Vice
Email: christopher.blackford@finnegan.com
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Christopher Alan Suarez**
Steptoe & Johnson LLP
1330 Connecticut Ave. NW

Washington, DC 20036
202-429-8131
Fax: Active
Email: csuarez@steptoe.com
*ATTORNEY TO BE NOTICED*

**Daniel Steven Stringfield**
Nixon Peabody LLP
70 W. Madison St
Ste 5200
Chicago, IL 60602-4378
312-977-4130
Fax: Active
Email: dstringfield@nixonpeabody.com
*TERMINATED: 11/14/2022*

**David Shea Bettwy**
Steptoe & Johnson LLP
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20016
(619) 602-8863
Fax: Pro Hac Vice
Email: shea.bettwy@gmail.com
*TERMINATED: 10/29/2021*
*PRO HAC VICE*

**E. Robert Yoches**
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
Fax: Pro Hac Vice
Email: bob.yoches@finnegan.com
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Erik Raymond Puknys**
Finnegan, Henderson, Farabow, Garrett & Dunner,
LLP
3300 Hillview Avenue
Palo Alto, CA 94304
(650) 849-6600
Fax: Pro Hac Vice
Email: erik.puknys@finnegan.com
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Evan Glassman**
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3909
Fax: Pro Hac Vice
Email: eglassman@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hillary August**
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive

Chicago, IL 60601
(312) 324-1000
Fax: Not a member
*TERMINATED: 06/26/2017*

**Jacob Adam Schroeder**
Finnegan, Henderson, Farabow, Garrett & Dunner
LLP
3300 Hillview Avenue
Palo Alto, CA 94034
(650) 849-6600
Fax: Pro Hac Vice
Email: jacob.schroeder@finnegan.com
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Jared Robert Butcher**
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-3000
Fax: Pro Hac Vice
Email: jbutcher@steptoe.com
*TERMINATED: 04/06/2021*
*PRO HAC VICE*

**Jessica Ilana Rothschild**
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-1370
Fax: Pro Hac Vice
Email: jrothschild@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Schriver**
Duane Morris LLC
190 S. LaSalle St.
Suite 3700
Chicago, IL 60603
(312) 499-6785
Fax: Active
Email: jtschriver@duanemorris.com
*TERMINATED: 10/04/2018*

**John William Toth**
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(908) 902-4062
Fax: Pro Hac Vice
Email: btoth@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Ryland**
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114

216-622-8437
Fax: Pro Hac Vice
Email: jryland@calfee.com
*TERMINATED: 03/17/2023*
*PRO HAC VICE*

**Kassandra Michele Officer**
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-6487
Fax: Pro Hac Vice
Email: kofficer@steptoe.com
*TERMINATED: 01/08/2021*
*PRO HAC VICE*

**Leah Margaret Quadrino**
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-8012
Fax: Pro Hac Vice
Email: LQuadrino@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Guo**
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-1322
Fax: Pro Hac Vice
Email: lguo@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Wallace McDougall**
Calfee, Halter & Griswold LLP
1405 East Sixth Street
The Calfee Building
Cleveland, OH 44114
(216) 622-8524
Fax: Pro Hac Vice
Email: mmcdougall@calfee.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas D Petrella**
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600
Fax: Pro Hac Vice
Email: Nicholas.Petrella@finnegan.com
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Rachel Marie Cannon**
Steptoe & Johnson LLP
227 W Monroe St

Ste 4700
Chicago, IL 60606
312 577-1270
Fax: Active
Email: rcannon@steptoe.com
*ATTORNEY TO BE NOTICED*

**Scott M. Richey**
Steptoe & Johnson Llp
1330 Connecticut Ave., Nw
Washington, DC 20036
(202) 429-6436
Fax: Pro Hac Vice
Email: srichey@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaobin Zhu**
Morgan, Lewis & Bockius LLP
5th Floor, The Center, 989 Changle Road
Shanghai 200031
China
021-80228588
Fax: Pro Hac Vice
Email: shaobin.zhu@morganlewis.com
*TERMINATED: 10/17/2017*
*PRO HAC VICE*

**Steven K Davidson**
Steptoe & Johnson
1330 Connecticut Ave., N.W.
Washington, DC 20036
(202) 429-3000
Fax: Pro Hac Vice
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd R Tucker**
Calfee, Halter & Griswold
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200
Fax: Not a member
Email: ttucker@calfee.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tron Yue Fu**
Steptoe & Johnson LLP
227 West Monroe
Suite 4700
Chicago, IL 60606
312-577-1257
Fax: Active
Email: tfu@steptoe.com
*ATTORNEY TO BE NOTICED*

**William G. Pecau**
Steptoe & Johnson
1330 Connecticut Ave., N.W.

Washington, DC 20036
202-429-3000
Fax: Pro Hac Vice
Email: wpecau@steptoe.com
*TERMINATED: 01/09/2020*

**William Charles Staes**
Duane Morris LLP
190 S. Lasalle Street
Suite 3700
Chicago, IL 60603
(312) 499-6766
Fax: Not a member
Email: wcstaes@duanemorris.com
*TERMINATED: 10/04/2018*

**Defendant**

**Hytera America, Inc.**                    represented by  **Adam Louis Marchuk**
Perkins Coie LLP
131 S. Dearborn St.
Suite 1700
Chicago, IL 60603
312-324-8407
Fax: Not a member
Email: AMarchuk@perkinscoie.com
*TERMINATED: 05/03/2017*

**Alice Elizabeth Loughran**
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6202
Fax: Pro Hac Vice
Email: aloughran@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Boyd T Cloern**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Peter Johnson**
(See above for address)
*TERMINATED: 03/10/2023*
*PRO HAC VICE*

**Christopher T Blackford**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Christopher Alan Suarez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Steven Stringfield**
(See above for address)
*TERMINATED: 11/14/2022*

**Douglas Lawrence Sawyer**

Paul Hastings LLP
71 S. Wacker
Ste 45th Floor
Chicago, IL 60606
312-499-6060
Email: dougsawyer@paulhastings.com
*TERMINATED: 05/03/2017*

**E. Robert Yoches**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Erik Raymond Puknys**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Hillary August**
(See above for address)
*TERMINATED: 06/26/2017*

**Jacob Adam Schroeder**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Jared Robert Butcher**
(See above for address)
*TERMINATED: 04/06/2021*
*PRO HAC VICE*

**Jeffrey John Catalano**
Smith, Gambrell Russell LLP
311 South Wacker Drive
Ste 3000
Chicago, IL 60606
312-360-6000
Fax: Active
Email: jcatalano@sgrlaw.com
*TERMINATED: 05/03/2017*

**Jessica Ilana Rothschild**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Schriver**
(See above for address)
*TERMINATED: 10/04/2018*

**John William Toth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Ryland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kassandra Michele Officer**
(See above for address)
*TERMINATED: 01/08/2021*
*PRO HAC VICE*

**Li Guo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Wallace McDougall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Allan**
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6749
Fax: Pro Hac Vice
Email: mallan@steptoe.com
*ATTORNEY TO BE NOTICED*

**Nicholas D Petrella**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Scott M. Richey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaobin Zhu**
(See above for address)
*TERMINATED: 10/17/2017*
*PRO HAC VICE*

**Todd R Tucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tron Yue Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William G. Pecau**
(See above for address)
*TERMINATED: 01/09/2020*

**William Charles Staes**
(See above for address)
*TERMINATED: 10/04/2018*

**Defendant**

**Hytera Communications America (West), Inc.**        represented by  **Adam Louis Marchuk**
(See above for address)
*TERMINATED: 05/03/2017*

**Boyd T Cloern**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Peter Johnson**
(See above for address)
*TERMINATED: 03/10/2023*
*PRO HAC VICE*

**Christopher T Blackford**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Christopher Alan Suarez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Steven Stringfield**
(See above for address)
*TERMINATED: 11/14/2022*

**Douglas Lawrence Sawyer**
(See above for address)
*TERMINATED: 05/03/2017*

**E. Robert Yoches**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Erik Raymond Puknys**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Evan Glassman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hillary August**
(See above for address)
*TERMINATED: 06/26/2017*

**Jacob Adam Schroeder**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Jared Robert Butcher**
(See above for address)
*TERMINATED: 04/06/2021*
*PRO HAC VICE*

**Jeffrey John Catalano**
(See above for address)
*TERMINATED: 05/03/2017*

**Jessica Ilana Rothschild**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Schriver**
(See above for address)
*TERMINATED: 10/04/2018*

**John William Toth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Ryland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kassandra Michele Officer**
(See above for address)
*TERMINATED: 01/08/2021*
*PRO HAC VICE*

**Li Guo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Wallace McDougall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas D Petrella**
(See above for address)
*TERMINATED: 10/04/2018*
*PRO HAC VICE*

**Scott M. Richey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaobin Zhu**
(See above for address)
*TERMINATED: 10/17/2017*
*PRO HAC VICE*

**Todd R Tucker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tron Yue Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William G. Pecau**
(See above for address)
*TERMINATED: 01/09/2020*

**William Charles Staes**

(See above for address)
*TERMINATED: 10/04/2018*

**Third Party Defendant**

**POWERTRUNK, INC.**

**Third Party Defendant**

**POWERTRUNK, INC.**

**Third Party Defendant**

**Texas Instruments Incorporated**                    represented by  **Howard Kevin Jeruchimowitz**
                                                    Greenberg Traurig, LLP.
                                                    77 West Wacker Drive
                                                    Suite 3100
                                                    Chicago, IL 60601
                                                    (312) 456-8400
                                                    Fax: Active
                                                    Email: jeruchimowitzh@gtlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Aaron Seth Klein**
                                                    Greenberg Traurig, Llp
                                                    77 West Wacker
                                                    Suite 3100
                                                    Chicago, IL 60654
                                                    (312) 456-1017
                                                    Fax: Not a member
                                                    Email: kleina@gtlaw.com
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Dealers Industry Viability Group**                 represented by  **Jennifer Griffith Black**
                                                    JGBLAW PC
                                                    4104 Bellaire Blvd
                                                    Houston, TX 77025
                                                    (713) 804-4200
                                                    Fax: Not a member
                                                    Email: jennifer.black@jgblaw.com
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**V.**

**Intervenor**

**Hytera US Inc.**                                   represented by  **Daniel H. Tabak**
                                                    Cohen & Gresser LLP
                                                    800 Third Avenue, 21st Floor
                                                    New York, NY 10022
                                                    (212) 957-7606
                                                    Fax: Pro Hac Vice
                                                    Email: dtabak@cohengresser.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jeffrey Kierstead Lamb**
                                                    Honigman Miller Schwartz and Cohn LLP
                                                    660 Woodward Avenue
                                                    #2290
                                                    Detroit, MI 48226

313-465-7404
Fax: Not a member
Email: jlamb@honigman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Enid Litt**
Honigman LLP
155 North Wacker Drive
Suite 3100
Chicago, IL 60606-1734
(312) 701-9300
Fax: Active
Email: plitt@honigman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jad Sheikali**
Honigman LLP
155 N Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 701-9300
Fax: Not a member
Email: jsheikali@honigman.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2017 | 1 | COMPLAINT filed by MOTOROLA SOLUTIONS, INC.; Jury Demand. Filing fee $ 400, receipt number 0752-12955863.(Brown, Brandon) (Entered: 03/14/2017) |
| 03/14/2017 | 2 | CIVIL Cover Sheet (Brown, Brandon) (Entered: 03/14/2017) |
| 03/14/2017 | 3 | ATTORNEY Appearance for Plaintiff MOTOROLA SOLUTIONS, INC. by Brandon Hugh Brown (Brown, Brandon) (Entered: 03/14/2017) |
| 03/14/2017 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by MOTOROLA SOLUTIONS, INC. (Brown, Brandon) (Entered: 03/14/2017) |
| 03/14/2017 | 5 | ATTORNEY Appearance for Plaintiff MOTOROLA SOLUTIONS, INC. by David Rokach (Rokach, David) (Entered: 03/14/2017) |
| 03/14/2017 | | CASE ASSIGNED to the Honorable Samuel Der-Yeghiayan. Designated as Magistrate Judge the Honorable Jeffrey Cole. (daj, ) (Entered: 03/14/2017) |
| 03/14/2017 | | SUMMONS Issued as to Defendants Hytera America, Inc., Hytera Communications America (West), Inc., Hytera Communications Corporation Ltd. (pg, ) (Entered: 03/14/2017) |
| 03/20/2017 | 6 | SUMMONS Returned Executed by Motorola Solutions Malaysia SDN. BHD., Motorola Solutions, Inc. as to Hytera Communications America (West), Inc. on 3/14/2017, answer due 4/4/2017. (Brown, Brandon) (Entered: 03/20/2017) |
| 03/20/2017 | 7 | SUMMONS Returned Executed by Motorola Solutions Malaysia SDN. BHD., Motorola Solutions, Inc. as to Hytera America, Inc. on 3/15/2017, answer due 4/5/2017. (Brown, Brandon) (Entered: 03/20/2017) |
| 03/21/2017 | 8 | ATTORNEY Appearance for Defendants Hytera America, Inc., Hytera Communications America (West), Inc. by Douglas Lawrence Sawyer (Sawyer, Douglas) (Entered: 03/21/2017) |
| 03/21/2017 | 9 | ATTORNEY Appearance for Defendants Hytera America, Inc., Hytera Communications America (West), Inc. by Adam Louis Marchuk (Marchuk, Adam) (Entered: 03/21/2017) |
| 04/03/2017 | 10 | ATTORNEY Appearance for Defendants Hytera America, Inc., Hytera Communications America |