# Exhibit 3

| | |
|---|---|
| **From:** | Cloern, Boyd |
| **To:** | Alper, Adam R. |
| **Cc:** | De Vries, Mike W. |
| **Subject:** | RE: Extension |
| **Date:** | Thursday, July 20, 2023 3:14:22 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Adam. We plan to file our motion in the morning, and to ask for 60 days. Hytera needs this time to work with its banks to see if it can comply with the order, and failing that, will need the time to prepare for the hearing. Particularly given my medical issues. Please let me know if you have time to meet and confer this evening.

Best,

Boyd


**Boyd Cloern**
Partner
bcloern@steptoe.com
+1 202 429 6230 direct | +1 202 256 6227 mobile | +1 202 429 3902 fax

**Steptoe**

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW | Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.


**From:** Alper, Adam R. <aalper@kirkland.com>
**Sent:** Wednesday, July 19, 2023 1:18 AM
**To:** Cloern, Boyd <bcloern@steptoe.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>
**Subject:** [EXTERNAL] RE: Extension

Hi Boyd,

At this time Motorola does not agree to the extension, including because we haven't had an opportunity to discuss it with you. It appears Hytera is going to move forward with its motion, and if

it does, we can review your motion and respond to the Court.

**Adam R. Alper**

---

**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104
**T** +1 415 439 1876  **M** +1 650 867 4697
**F** +1 415 439 1500

---

aalper@kirkland.com

**From:** Cloern, Boyd <bcloern@steptoe.com>
**Sent:** Tuesday, July 18, 2023 1:39 PM
**To:** Alper, Adam R. <aalper@kirkland.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>
**Subject:** RE: Extension

Hi Adam. And Mike! Thanks for getting back to me. I'll be out of commission starting Monday, so I need to get the motion on file this week. Also, the hearing is set for August 8, so I'd be worried about waiting to file the motion until next week anyway. I hate to push you guys, being in the middle of a mock, but we need to get the motion on file in the next day or two. If you guys can't get to this in time, no worries. We'll just let the court know that you guys were tied up for a few days, but we felt we needed to move forward under the circumstances. Happy to talk anytime if you guys free up for a few minutes between now and end of day tomorrow.

Good luck at the mock!

Boyd

**From:** Alper, Adam R. <aalper@kirkland.com>
**Sent:** Tuesday, July 18, 2023 4:04 PM
**To:** Cloern, Boyd <bcloern@steptoe.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>
**Subject:** [EXTERNAL] RE: Extension

Hi Boyd,

Sorry to hear about your surgery and hope everything is ok. Mike and I are tied up in a mock trial through Thursday night -- could we talk on Friday or Monday?

**Adam R. Alper**

---

**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104
**T** +1 415 439 1876  **M** +1 650 867 4697
**F** +1 415 439 1500

---

aalper@kirkland.com

**From:** Cloern, Boyd <bcloern@steptoe.com>
**Sent:** Monday, July 17, 2023 6:30 PM
**To:** Alper, Adam R. <aalper@kirkland.com>
**Subject:** Extension

Hi Adam. I hope all is well on your end. I'm writing to see if Motorola will consent to an extension of the August 8 date for the contempt hearing. There are two grounds. Also, I just sent this email to you because, as you'll see, one of the grounds is personal to me, so I'd rather not blast it across both email aliases.

First, I'm having abdominal surgery next week and I'll be in the hospital for about a week and out of the office for another two weeks after that. Assuming things go as planned.

Second, we plan to put on evidence about Hytera's financial situation and establish an inability to pay defense. This will include live fact witnesses and probably also expert witnesses. We need time to prepare for such an evidentiary hearing. Including getting visas for witnesses and other logistical issues. We also need to update financial data from when we filed the motion to modify a year or so ago.

We request 90 days.

I'm happy to discuss if you think that would be helpful.

Best,

Boyd

Sent from my iPad

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.