# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Case No. 1:17-CV-01973 <br><br> Honorable Martha M. Pacold |

**DEFENDANT HYTERA COMMUNICATIONS CORPORATION LTD.'S NOTICE REGARDING CONFIRMATION OF RECEIPT OF PAYMENT**

Defendant Hytera Communications Corporation, Ltd, files this notice to inform the Court that JP Morgan has confirmed receipt of three wires: $342,637.74, $22,851.85, $38,079.75. After deducting $30 ($10 per wire), a total of $403,539.33 in additional funds has been deposited in the escrow account, the amount Motorola claims is owed by applying compounding, rather than simple interest. *See* Dkt. 1466 at 7. Exhibit F attached hereto (labeling continued following HCC's brief filed this morning) is an email exchange in which JP Morgan, the bank responsible for the escrow account, confirming receipt of this payment. Exhibit G attached hereto is a screen shot of the escrow account showing a current balance of $58,855,703.15, which reflects that JP Morgan has deposited the $403,539.33 it received this morning to the escrow account. Exhibits F and G were not available at the time of HCC's earlier filing this morning.

HCC will promptly work with Motorola to submit a joint status report.

Date: September 7, 2023

Respectfully submitted,

/s/ Boyd Cloern
Boyd Cloern (*pro hac vice*)
bcloern@steptoe.com
Michael Allan (*pro hac vice*)
mallan@steptoe.com
John William Toth (*pro hac vice*)
btoth@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Tron Fu
tfu@steptoe.com
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606

1

Telephone: (312) 577-1300
Facsimile: (312) 577-1370

2

**CERTIFICATE OF SERVICE**

      I, Boyd Cloern, an attorney, hereby certify that on September 7, 2023, I caused a true and correct copy of the foregoing submission to be served via the Court's ECF system upon all counsel of record.

                                                */s/ Boyd Cloern*
                                                Boyd Cloern