IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br>       Plaintiffs,<br>  v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC.,<br><br>       Defendants. | Civil Case No. 1:17-cv-01973 |

## ANTISUIT INJUNCTION ORDER

This court has considered Motorola's motion to open contempt proceedings and enter an antisuit injunction to protect this court's jurisdiction. [1482]. Having considered the matter, the court issues this order pursuant to Fed. R. Civ. P. 65(d)(1). The court finds good cause exists, as requested in Motorola's motion, to restrain Hytera from continuing to pursue the litigation it filed in the Shenzhen Intermediate People's Court in China in June 2022 seeking a declaratory judgment that the H-Series products do not infringe Motorola's trade secrets or copyrights. The court finds that the parties and the issues are the same, the first action (this action, which was filed in 2017 and in which the court has opened contempt proceedings regarding the H-Series products) is potentially dispositive of the Shenzhen action, and parallel proceedings allowing the two suits to proceed

1

simultaneously would be gratuitously duplicative and vexatious and oppressive. The motion to open contempt proceedings and enter an antisuit injunction to protect this court's jurisdiction [1482] is granted and the court issues this antisuit injunction.

**IT IS ORDERED THAT**, effective immediately, and until the contempt proceedings in this case regarding the H-Series have concluded, Hytera Communications Corp. Ltd. ("Hytera"), and all of its affiliates, officers, directors, shareholders, and employees, or those in active concert with it, shall refrain from further pursuing or enforcing in any way (including but not limited to any request, claim, application, or motion) the litigation it filed in the Shenzhen Intermediate People's Court in China in June 2022 seeking a declaratory judgment that the H-Series products do not infringe Motorola's trade secrets and copyrights.

The court further finds that no bond is required and instead should be waived pursuant to Fed. R. Civ. P. 65(c), because this antisuit injunction will prevent gratuitously duplicative parallel litigation.

This antisuit injunction shall expire on its own terms at the conclusion of the contempt proceedings in this case regarding the H-Series, unless further extended by order of this court.

For good cause shown and upon written application to the court, this order may be extended for a longer period determined by the court.

DATED: March 25, 2024           IT IS SO ORDERED.

                                /s/Martha M. Pacold
                                Martha M. Pacold

3