UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC.,<br><br>    Defendants. | Case No. 1:17-CV-01973<br><br>Honorable Martha M. Pacold |

**HYTERA COMMUNICATIONS CORPORATION LTD.'S NOTICE REGARDING
PROPOSED LANGUAGE FOR FILING IN SHENZHEN COURT**

Attached as Exhibit A is Hytera's proposed renewed application to withdraw the case and evidence from the China Action. Hytera met and conferred with Motorola throughout last night and this morning. The parties have been unable to reach agreement on the proposed language. Hytera's proposal adopted all of Motorola's proposed language, to the extent that it is true. Motorola's proposed language is attached as Exhibit B. Motorola's proposed language also includes, however, assertions that are false and directly contrary to Hytera's positions in this case and its appeal of this Court's order. For example, Motorola proposed us to include the language below:

> Specifically with respect to Hytera's H-series products, the United States court is presently overseeing proceedings to determine whether Hytera's H-series products are subject to that court's Royalty Order, which itself was the subject of proceedings in the United States court beginning in 2021—also well before Hytera filed this action here. Additionally, the current proceedings over the H-Series in the United States court was specifically envisioned by the United States court's orders in December 2021 and early 2022—before this action was filed in June 2022. The substantive issues involved in this declaratory judgment action fall within the scope of those United States court orders, which were issued before this declaratory judgment action was filed.

Hytera does not agree with Motorola's proposed statement. It is improper for Hytera to file a statement that is demonstrably false. Moreover, making statements that are inconsistent with Hytera's positions Before this Court, before the Seventh Circuit, or in the Shenzhen Court, will be counter-productive to the goal here, which is to convince the Shenzhen Court to withdraw the case, in compliance with this Court's orders and due respect of this Court's authority. Hytera expects the Shenzhen Court will see the inconsistent statements in filings in different courts, which will lead the Shenzhen Court to determine Hytera is being coerced, again counter-productive to the present goals.

We request that this Court review the proposed language and give Hytera consent to file with the Shenzhen Court.

Date: April 5, 2024

Respectfully submitted,

/s/ *Boyd Cloern*
Boyd Cloern (*pro hac vice*)
bcloern@steptoe.com
Chris Suarez
csuarez@steptoe.com
John William Toth (*pro hac vice*)
btoth@steptoe.com
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

## CERTIFICATE OF SERVICE

I, Boyd Cloern, an attorney, hereby certify that on April 5, 2024, I caused a true and correct copy of the foregoing submission to be served via the Court's ECF system upon all counsel of record.

*/s/ Boyd Cloern*
Boyd Cloern