# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Civil Action No.: 1:17-cv-01973 <br><br> Honorable Martha M. Pacold |

## DEFENDANT HYTERA COMMUNICATIONS CORPORATION LTD.'S MOTION TO FILE UNDER SEAL PORTIONS OF HYTERA'S EVIDENCE OF COMPLIANCE WITH CONTEMPT SANCTIONS

Pursuant to Local Rule 26.2 and this Court's confidentiality order, Dkt. 358,[1] Defendant Hytera Communications Corporation Ltd. ("Hytera") respectfully moves this Court to seal portions of Hytera's evidence of its compliance with the Court's contempt sanctions, specifically, Exhibits A, B, D, E, F, G, and H.

In support of this Motion, Hytera states as follows:

1. Exhibit A contains confidential information, including the names, email addresses, and other personal identifiers of Hytera's subsidiaries, agents, affiliates, and customers.

---

[1] Under the confidentiality order, "Confidential Information" includes "information concerning a person's or entity's business operations, processes, or technical and development information within the scope of Rule 26(c)(1)(G), the disclosure of which is likely to harm that person's or entity's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third person or to a court." Dkt. 358, ¶ 2.

2. Exhibit B contains confidential information, including the names and email addresses of Hytera employees.

3. Exhibit D contains confidential information, including the names, email addresses, and other identifiers of Hytera employees, subsidiaries, and dealers.

4. Exhibit E contains confidential information, including the names and email addresses of Hytera employees and agents. Exhibit E also contains sensitive, internal details about product shipments.

5. Exhibit F contains confidential information, including the names and emails of Hytera employees and agents. Exhibit F also contains sensitive information about Hytera's internal business platforms.

6. Exhibits G and H contain sensitive information about Hytera's internal business platforms.

7. Public disclosure of this information would pose both a genuine risk of breaching legal duties owed by Hytera to its subsidiaries, agents, affiliates, and customers, and may result in competitive harm.

WHEREFORE, Hytera respectfully moves this Court to seal those portions of its evidence of compliance with the Court's contempt sanctions, specifically, Exhibits A, B, D, E, F, G, and H.

Date: April 7, 2024

Respectfully submitted,

/s/*Boyd Cloern*
Boyd Cloern (pro hac vice)
bcloern@steptoe.com
Chris Suarez
csuarez@steptoe.com
John William Toth (pro hac vice)
btoth@steptoe.com
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036

Telephone: (202) 429-3000
Facsimile: (202) 429-3902

## Certificate of Service

I, Boyd Cloern, an attorney, hereby certify that on April 7, 2024, I caused a true and correct copy of the foregoing submission to be served via the Court's ECF system upon all counsel of record.

/s/*Boyd Cloern*
Boyd Cloern