UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.<br><br>       Plaintiffs,<br><br>    v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD.<br><br>       Defendants. | Case No. 1:17-CV-01973<br><br>Honorable Martha M. Pacold |

**HYTERA'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2, Defendant Hytera Communications Corporation Ltd. ("Hytera") respectfully moves this Court for leave to file under seal the status report and Exhibit A.

In support of this Motion, Hytera states as follows:

1. The status report and Exhibit A to the report contain confidential communications with a Chinese Court. Hytera accordingly seeks to file them under seal.

2. Pursuant to Local Rule 26.2, Hytera moves to file the entirety of the status report and Exhibit A under seal.

WHEREFORE, HCC respectfully moves this Court to seal the status report and Exhibit A in its entirety.

Date: April 8, 2024            Respectfully submitted,

                      /s/ *Boyd Cloern*

1

Boyd Cloern (*pro hac vice*)
bcloern@steptoe.com
Chris Suarez
csuarez@septoe.com
John William Toth (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

      I, Boyd Cloern, an attorney, hereby certify that on April 8, 2024, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be served via the Court's ECF system upon all counsel of record.

                                              */s/ Boyd Cloern*
                                              Boyd Cloern