# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Case No. 1:17-cv-01973 <br><br> Honorable Martha M. Pacold |

## ORDER REGARDING CONTEMPT PROCEEDINGS SCHEDULE

Pursuant to the Court's order (Dkt. 1503) to open contempt proceedings regarding whether Hytera is in contempt for not paying royalties on the H-Series products under the royalty order, the Court enters the following deadlines:

| **Item** | **Length** | **Date** |
|---|---|---|
| Hytera deadline to produce H-Series source code | | 4/12/2024 |
| End of Fact Discovery <br><br> (To allow for production of source code and documents and for depositions) | 10 weeks | 6/14/2024 |
| Expert Discovery <br>     (Simultaneous exchange of opening reports) | 1 week | 6/21/2024 |
| Expert Discovery <br>     (Simultaneous exchange of rebuttal reports) | 2 weeks | 7/5/2024 |
| End of Expert Discovery <br>     (To allow for expert depositions) | 1 week | 7/12/2024 |
| Briefing: Motorola opening | 2 weeks | 7/26/2024 |
| Briefing: Hytera opposition | 2 weeks | 8/9/2024 |
| Briefing: Motorola reply | 1 week | 8/16/2024 |

1

| Item | Length | Date |
|---|---|---|
| Contempt hearing (if desired by the Court) | | 8/26/2024 (and, if necessary, 8/27/2024) |

**SO ORDERED** on this 11th day of April, 2024.

/s/Martha M. Pacold
Honorable Martha M. Pacold
United States District Judge