# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Case No. 1:17-cv-01973 <br><br> Honorable Martha M. Pacold |

## JOINT STATUS REPORT REGARDING CONTEMPT PROCEEDINGS

The parties respectfully submit the following additional joint status report regarding (i) the currently outstanding issues regarding the scope of discovery in the H-Series contempt proceedings, and (ii) the status of Hytera's production of a communication log reflecting its ex parte communications with the Shenzhen Court and a witness for deposition on that topic.

**Motorola's Source Code and Document Discovery Requests**

**Motorola's Request Category #1 (all versions of the H-Series source code):** The parties have not yet been able to reach agreement regarding which and how many versions of the code should be produced. Hytera contends that its agreement to produce the first commercially available version (which it states is version 1.5), the most recent version, and a middle version (the first release numbered as version "2"), is sufficient. As a compromise, Motorola proposed that Hytera should produce every major version of the H-Series source code and the versions reflecting the development of the code leading up to version 1.5 (which Hytera has stated is the first commercially available version). Motorola believes that versions of the H-Series source code prior

1

to version 1.5 are particularly relevant to evaluating Hytera's development process for that version, including whether and how it is materially different than or derived from the code in Hytera's previous products that the jury determined was derived from Motorola's source code and other trade secrets. As of this filing, Hytera states that it is still investigating which versions of the H-Series source code may exist prior to version 1.5 as well as whether any "major versions" exist beyond the versions proposed to be produced. Motorola has requested any documentation that may summarize which versions may exist prior to version 1.5, as well as major releases thereafter, as that may help Motorola narrow its request to only certain prior versions, and Hytera states that it is investigating whether such information exists.

Given the limited time period of discovery of these proceedings, if the parties are not able to reach agreement by the close of business tomorrow, Friday, April 12, during which time Motorola believes Hytera will have had an adequate opportunity to investigate and report back, Motorola respectfully requests that any remaining disputes on this issue should be promptly presented to the Court for resolution. Hytera believes that any dispute is not yet ripe; Motorola should inspect the versions to be produced next week as well as review any additional information Hytera can identify regarding the H-Series version histories before Motorola determines it needs more.

**Motorola Request Category #6 (financial data):** The parties have reached an impasse regarding whether Hytera should produce its H-Series sales financial data as part of these proceedings. The parties respectfully request that this dispute be resolved by the Court and are at the Court's disposal regarding how best to submit their respective positions.

### Hytera's Communication Log and Deposition

Hytera states that it provided an update on the status of preparing the requested log and

deposition during today's status hearing, and that consistent with the statements at the hearing, Hytera continues to work to resolve Chinese law issues relating to that information. Hytera states that it will inform Motorola and the Court of any updates to the status regarding the provision of that log and deposition.  It is Motorola's position that Hytera has not substantiated why Chinese law should override this Court's determination that this information should be provided, or addressed this issue with sufficient alacrity in light of this Court's directives.  Motorola further states that it has been requesting an update as to the expected timing of the communication log and deposition for several days, yet still has not received any concrete information from Hytera; Motorola remains available to take the deposition as soon as possible.

Respectfully submitted this 11th of April, 2024,

| | |
|---|---|
| **STEPTOE LLP** | **KIRKLAND & ELLIS LLP** |
| /s/ Boyd Cloern | /s/ Adam Alper |
| Boyd Cloern (pro hac vice) | Adam Alper (*admitted pro hac vice*) |
| bcloern@steptoe.com | adam.alper@kirkland.com |
| Chris Suarez | Akshay S. Deoras (*admitted pro hac vice*) |
| csuarez@septoe.com | akshay.deoras@kirkland.com |
| John William "Bill" Toth (pro hac vice) | Brandon H. Brown (IL Bar No. 266347 CA) |
| STEPTOE LLP | brandon.brown@kirkland.com |
| 1330 Connecticut Avenue NW | KIRKLAND & ELLIS LLP |
| Washington, DC 20036 | 555 California Street |
| Telephone: (202) 429-3000 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| Attorneys for Defendant | Facsimile: (415) 439-1500 |
| *Hytera Communications Corp. Ltd.* | |
| | Michael W. De Vries (*admitted pro hac vice*) |
| | michael.devries@kirkland.com |
| | Christopher Lawless (*admitted pro hac vice*) |
| | christopher.lawless@kirkland.com |
| | Justin Singh (*admitted pro hac vice*) |
| | justin.singh@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 555 South Flower Street |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 680-8400 |
| | Facsimile: (213) 680-8500 |

Ali-Reza Boloori (*admitted pro hac vice*)
ali-reza.boloori@kirkland.com
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Leslie M. Schmidt (*admitted pro hac vice*)
leslie.schmidt@kirkland.com
Joshua L. Simmons (*admitted pro hac vice*)
Joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Plaintiffs
*Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN. BHD.*

## CERTIFICATE OF SERVICE

I, Adam Alper, an attorney, hereby certify that on April 11, 2024, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: April 11, 2024

*/s/ Adam Alper*
Adam Alper