**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and<br>MOTOROLA SOLUTIONS MALAYSIA<br>SDN. BHD.,<br><br>       Plaintiffs,<br><br>    v.<br><br>HYTERA COMMUNICATIONS<br>CORPORATION LTD.,<br>HYTERA AMERICA, INC., AND<br>HYTERA COMMUNICATIONS<br>AMERICA (WEST), INC.,<br><br>       Defendants. | Civil Action No.: 1:17-cv-01973<br><br>Honorable Martha M. Pacold |

## DEFENDANT HYTERA COMMUNICATIONS CORPORATION LTD.'S NOTICE OF FILING OF CHINESE LAW DECLARATIONS AND DECISIONS

Hytera hereby submits the declarations of Song Ke, Xiufeng Gong, and Liuqing Yang, who are experienced practitioners of Chinese law, all explaining that a written decision following an oral ruling of withdrawal serves to formalize the verbal ruling. The declarants state that they have never seen a written ruling that was inconsistent with a verbal ruling for withdrawal.

Date: April 15, 2024

Respectfully submitted,

   /s/Boyd Cloern
Boyd Cloern (pro hac vice)
bcloern@steptoe.com
Chris Suarez
csuarez@steptoe.com
John William Toth (pro hac vice)
btoth@steptoe.com
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

## CERTIFICATE OF SERVICE

I, Bill Toth, an attorney, hereby certify that on April 15, 2024, I caused a true and correct copy of the foregoing submission to be served via the Court's ECF system upon all counsel of record.

                                                                           /s/Bill Toth  
                                                                           Bill Toth