IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., AND HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Civil Action No.: 1:17-cv-01973 <br><br> Honorable Martha M. Pacold <br> Provisionally Filed Under Seal |

**DEFENDANT HYTERA COMMUNICATIONS CORPORATION LTD.'S NOTICE REGARDING DECLARATION AND EVIDENCE ON MEDIA COVERAGE IN CHINA**

As discussed during yesterday's status hearing, Hytera hereby files a declaration from its Marketing Director, Dylan Liu, describing the Chinese media coverage of this case, including reference to specific news articles, which are attached as Exhibits A–G.

Date: April 16, 2024

Respectfully submitted,

/s/ Boyd Cloern
Boyd Cloern (pro hac vice)
bcloern@steptoe.com
Chris Suarez
csuarez@steptoe.com
John William Toth (pro hac vice)
btoth@steptoe.com
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

**CERTIFICATE OF SERVICE**

      I, Boyd Cloern, an attorney, hereby certify that on April 16, 2024, I caused a true and correct copy of the foregoing submission to be served via the Court's ECF system upon all counsel of record.

*/s/ Boyd Cloern*
Boyd Cloern