UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC., <br><br> Defendants. | Case No. 1:17-CV-01973 <br><br> Honorable Martha M. Pacold |

**DECLARATION REGARDING MEDIA COVERAGE OF THE SANCTIONS AGAINST HYTERA IN CHINA**

I, Dylan Liu, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto.

2. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set below is based on my personal knowledge. If called to testify as a witness thereto, I could do so competently under oath.

3. I am the Marketing Director of Hytera Communication Corp. Ltd. The Marketing Department of Hytera is responsible for Hytera's global marketing communication, including public relationship management and media coverage monitoring. We have also engaged third parties, such as PR Newswire APAC, to help us monitor media coverage of the company.

4. The Order for Contempt Sanctions was issued on April 2 U.S. time, and Hytera posted the notice to public on its websites on April 6 (China Time), notifying the public that Hytera is prohibited from selling any products containing two-way radio technology anywhere in the world. April 6 was still holiday in China, the Qingming Festival, also known as the Tomb Sweeping Day. On April 8, the first Monday after the Order for Contempt Sanctions was issued, Hytera issued an announcement with the Shenzhen Stock Exchange, again disclosing the sanctions it is facing and notifying investors of the risks, according to the relevant PRC laws.

5. Since then, the news that Hytera was sanctioned by a U.S. Court, with global sales ban and USD 1 million fine per day, has been reported and reprinted by both traditional media and social media, causing widespread attraction and concern in China.

6.        According to PR Newswire APAC, from 11:47:47 am on April 8 (China Time) to 9:21:16 am April 16 (China Time), the news of Hytera being sanctioned had been reported or reposted as 19,795 articles in China.

7.        On April 8th, Beijing Time, the news of "Hytera is banned globally by US Court" was ranked as top one news on Tik Tok, Shenzhen List. Such news has been viewed, commented, or reposted for "6,068,000" times. A screenshot of the Tik Tok Hot List with Hytera sanction on the top is provided as Exhibit A.

8.        Almost all of the major media in China are reporting the news about Hytera's sanctions. I have prepared Exhibit B, a list of the most pertinent articles from the most influential media in China. Among the reports, I would like to highlight that China.com, which is equivalent or similar to USA Today, reported that "Leading two-way radio vendor Hytera banned by US court globally fined 1 million USD per day."[1] Beijing News, which is equivalent or similar to New York Times, reported that "Globally banned, 1 million USD penalty per day, China's king of two-way radio doomed."[2] CLS.com, which is equivalent or similar to Bloomberg, reported that "Hytera on US court's 1 million USD fine: actively seek resolution."[3] I have attached Exhibit C, the article on CLS.com in Chinese and a copy of Google translation. Guancha.cn, which is equivalent or similar to Washington Post, reported that "Banned by US court globally in

---

[1] https://3g.china.com/act/news/10000169/20240410/46351372.html.

[2] https://www.bjnews.com.cn/detail/1712822590129284.html.

[3] https://www.cqcb.com/shuzijingji/2024-04-08/5542249.html.

two-way radio sale, Hytera stock price drops to limit."[4] I have attached Exhibit D, the article on Guancha.cn in Chinese and a copy of Google translation.

9. Other media published articles in English. For example, Global Times published an article on April 8, entitled "Hytera announces withdrawal of legal action against Motorola in Shenzhen court, after US court suspends its products" and mentioned that "[t]he stock of Hytera dived by its maximum limit during opening at 4.24 yuan per share on Monday."[5] The article is attached as Exhibit E. South China Morning Post published an article on April 8, and commented "[t]he fact that a Chinese company has been banned from sales globally by a US court has triggered another heated debate on Chinese social media, with some calling the sanctions against Hytera harsher than the US action against Huawei Technologies." The article also mentioned that "[t]he sanctions represent a significant blow to Hytera's business, as the firm makes a large chunk of its revenue from developing and selling two-way radio products." The full article is attached as Exhibit F.

10. The news also attracted attention from the intellectual property industry of China. One of the most popular IP blogs in China, Enterprise Patent Observation, published a series of articles on Hytera's sanctions—Behind the heavy fine imposed on Hytera, the case is far more complicated than what it seems (Part I, published on April 7); Hytera, Motorola, who is being "vexatious"? (Part II, published on April 8); and the Ban on Hytera has not yet been lifted, why can the U.S. court issue a global ban on Hytera? (Part III, published on April 11). This series of articles has been viewed for more than 100,000 times. The author of this series articles commented that, "this case fully embodies the confrontation and contest at three levels: first is

---

[4] https://www.guancha.cn/economy/2024_04_08_730925.shtml?s=zwyxgtjbt.

[5] https://www.globaltimes.cn/page/202404/1310195.shtml.

4

enterprise-level competition, which is between Hytera and Motorola, each is fighting for the defense of their respective source codes and trade secrets; second is the court-level contest, which is the secret contest between Chinese and American courts on jurisdiction and adjudication rules; and the third is the national level competition, and the respective positions of China and the United States on key intellectual property issues." The author also commented that "the ban on other sovereign countries beyond their jurisdiction has also made the world see once again that American hegemony is almost everywhere and unpopular." "In fact, behind this, it is a combination of punches carefully prepared by the US government to sanction China's science and technology." This series of articles is attached as Exhibit G with machine translation.

*   *   *

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____

Dated: April 16, 2024
Shenzhen, China

6