# **EXHIBIT B**

| Media | Headline | URL |
|---|---|---|
| China.com | Leading two-way radio vendor Hytera banned by US court globally fined 1 million USD per day | https://3g.china.com/act/news/10000169/20240410/46351372.html |
| Thepaper.cn | 1 million USD per day penalty! Hytera two-way radio banned by US court globally | https://www.thepaper.cn/newsDetail_forward_26952513 |
| Beijing News | Globally banned, 1 million USD penalty per day, "China's king of two-way radio" doomed | https://www.bjnews.com.cn/detail/1712822590129284.html |
| Ithome.com | China's leading two-way radio vendor banned globally by US court, 1 million USD penalty per day | https://www.ithome.com/0/760/759.htm |
| JRJ | Unexpected US ban! China leading two-way radio vendor banned globally | https://stock.jrj.com.cn/2024/04/08125640144100.shtml |
| JRJ | Hytera and motorola dispute upgrade, US court issues global ban | https://stock.jrj.com.cn/2024/04/08145840145653.shtml |
| CLS.com | Hytera on US court's 1 million USD fine: actively seek resolution | https://www.cqcb.com/shuzijingji/2024-04-08/5542249.html |
| China Trade News | Hytera banned by US court, products not available for sale online | https://www.chinatradenews.com.cn/epaper/content/2024-04/11/content_89077.htm |
| National Business Daily | Breaking news! Communications leader banned by US court: global injunction, 1 million USD fine per day, products off JD.com and Tmall | http://www.nbd.com.cn/articles/2024-04-08/3316136.html |
| National Business Daily | US court sanctions and penalty, Hytera stock price to the bottom drop, Hytera | http://www.nbd.com.cn/articles/2024-04-08/3316141.html |

|  | says seeking resolution asap |  |
|---|---|---|
| **Jiemian.com** | Leading two-way radio vendor Hytera banned by US court globally, Hytera says case in China court withdrawn | https://www.jiemian.com/article/11012406.html |
| **Jiemian.com** | Hytera on US court's 1 million USD fine: actively seek resolution | https://www.jiemian.com/article/11014075.html |
| **Yicai.com** | Stock price plummets, product off eCommerce sites, Hytera banned globally by US court | https://m.yicai.com/news/102056863.html |
| **Eeo.com** | Hytera hits bottom in stock market, US court sanction dooms it | https://www.eeo.com.cn/2024/0408/650432.shtml |
| **Sohu** | why "little Huawei" Hytera banned globally by US court, fined 1 million usd per day? | https://www.sohu.com/a/770609199_100001551 |
| **Sohu** | After years of battle with motorola, china's two-way radio giant banned globally | https://www.sohu.com/a/770032358_121627717 |
| **163.com** | Unexpected US ban! China leading two-way radio vendor banned globally, 7 million RMB fine per day | https://www.163.com/dy/article/IVGMGRU705566C0D.html |
| **Guancha.cn** | Banned by US court globally in two-way radio sale, Hytera stock price drops to limit | https://www.guancha.cn/economy/2024_04_08_730925.shtml?s=zwyxgtjbt |
| **Ifeng.com** | Hytera banned by US court globally, 1 million usd penalty per day | https://ishare.ifeng.com/c/s/v002w8kZeC3WcnOdBbq--kN--6GCFf1DpvMv-_OZOPSoTkxKSw__ |
| **South China Morning Post** | Chinese walkie-talkie maker Hytera to appeal against US global sales ban, sanctions seen as 'harsher' than action | https://www.scmp.com/tech/tech-trends/article/3258239/chinese-walkie-talkie-maker-hytera-appeal-against-us-global-sales-ban-sanctions-seen-harsher-action |

|  |  |  |
|---|---|---|
|  | against Huawei |  |
| **Yicai Global** | Hytera Sinks by Limit After US Court Bans Chinese Firm's Sales of Two-Way Radio Devices | https://www.yicaiglobal.com/news/hytera-sinks-by-limit-after-us-court-bans-chinese-comms-firm-from-selling-two-way-radio-devices |
| **Caixin Global** | Chinese Gadget-Maker Drops Motorola Lawsuit in China After Fined for Defying U.S. Court | https://www.caixinglobal.com/2024-04-09/chinese-gadget-maker-drops-motorola-lawsuit-in-china-after-fined-for-defying-us-court-102184153.html |
| **Global Times** | Hytera announces withdrawal of legal action against Motorola in Shenzhen court, after US court suspends its products | https://www.globaltimes.cn/page/202404/1310195.shtml |