# EXHIBIT C





**C电报** April 08, 2024 14:44:54

# Hytera responded to being fined $1 million per day by a US court: We are working hard to handle it

Cailian News reported on April 8 that today Hytera's stock price fell to the limit due to a US court ruling. The company responded to Cailian News reporters, saying, "We are currently doing our best to deal with (the US court ruling) and strive to revoke it as soon as possible. After the revocation is successful, the company will make an announcement as soon as possible." Xiaocai Note: This morning, Hytera announced that the US court approved Motorola's motion for an injunction. The company was temporarily banned from selling two-way radio technology products worldwide by the US court and fined $1 million per day until the company fully complies with the injunction. The case stems from the company's trade secret and copyright infringement lawsuit against Motorola. (Cailian News reporter Fu Jing)

**Related stocks**    Hytera  -7.75%

★ collect          Views: 333.99W

**I want to comment**                                    Feedback ›

Post your comments here

You are welcome to post valuable comments. Advertising and discordant comments will be deleted and your account will be banned from commenting.

Comment

**Comments ( 3 )**                                heat   up to date

longman219  8 days ago · Shanghai
Can you still stand up?
👍 (0)   Reply  0 replies

 There is a big wolf dog in Nanshan8  days ago · Shanghai
As expected, the stock price fell to the limit, and the fine was $1 million per day. If the market value is less than 10 billion, it will be gone if it is not dealt with quickly.
👍 (0)   Reply  0 replies

Sir, please hurry up  8 days ago · Shanghai
Behind the heavy fine imposed on Hytera, the case is far more complicated than it seems
👍 (0)   Reply  0 replies




There is 1 new telegram

About Us | Website Statement | Contact Us | User Feedback | Website Map | Links | Report Phone: 021-54679377 ext. 617 | Report Email: editor@cls.cn

Cailianshe ©2018-2024 Shanghai Jiemian Cailianshe Technology Co., Ltd. All rights reserved Shanghai ICP No. 14040942-9 Shanghai Public Security Bureau No. 31010402006047 Shanghai Financial Information No. [2021] 2



There is 1 new telegram

关于我们　网站声明　联系方式　用户反馈　网站地图　帮助

首页　电报　话题　盯盘　VIP　FM　投研　下载　请输入要搜索

全部　加红　公司　看盘　港美股　基金　提醒

C电报 2024年04月08日 14:44:54

# 海能达回应被美法院每天罚款100万美元：正全力处理

财联社4月8日电，今日海能达因收到美国法院判令一字跌停，公司方面回应财联社记者称，"目前在全力处理（美国法院判令），争取早日撤销，撤销成功后公司将第一时间进行公告。"小财注：今日早间海能达公告称，美国法院批准了摩托罗拉方面的禁诉令动议，公司被美国法院临时禁止在全球范围内销售双向无线电技术的产品，并处以每天100万美元罚款，直至公司完全遵守禁诉令之时止，此次案件源于公司和摩托罗拉的商业秘密及版权侵权诉讼案件。（财联社记者 付静）

关联个股　海能达 -7.75%

收藏　阅333.99W

## 我要评论　　　反馈意见 ›

这里发表你的评论

欢迎您发表有价值的评论，发布广告和不和谐的评论都将会被删除，您的账号将禁止评论。　　发表评论

评论（3）　　热度　最新

**longman219** 8天前 · 上海
还挺的起来么？
(0)　回复 0条回复

**南山有只大狼狗** V金卡会员 8天前 · 上海
不出所料一字跌停，每天罚款100万刀..不到100亿市值不抓紧处理就没了啊
(0)　回复 0条回复

**公子再快点** 8天前 · 上海
海能达遭重罚的背后，案情远比看到的要复杂
(0)　回复 0条回复

有1条新电报




有1条新电报