# EXHIBIT D

Translated to: English   Show original   Options ▼



front page | Rumor | Finance | internationality | military | company | science and technology | car | video

# Hytera Electronics Co., Ltd. was banned by a U.S. court from selling walkie-talkies worldwide, and its stock price fell to the limit

He Xige
hexige@guancha.cn
Come and chat

share to:                                                                                                      35      284

024-04-08 11:35:05    Font size: A-  A  A+    Source: Guanchazhe.com    Read 359136
ast updated: 2024-04-08 12:40:06

Yesterday afternoon (April 7), A-share listed company Hytera suddenly announced on its official website that according to the decree of the US court, Hytera is not allowed to sell any products containing walkie-talkie technology anywhere in the world until further notice.



Screenshot of Hytera's official website

Before the market opened today, Hytera disclosed the "Announcement on the Progress of Major Litigation", which explained the reasons for the US ban:

In June 2022, Hytera filed a lawsuit with the Shenzhen Intermediate People's Court (hereinafter referred to as the Shenzhen Intermediate Court), claiming that the company's newly designed and developed H series products did not infringe Motorola's trade secrets and copyrights (hereinafter referred to as the Shenzhen Case).

After the case entered the trial stage, Motorola filed a motion for an injunction with the United States District Court for the District of Illinois (hereinafter referred to as the U.S. Court), requesting Hytera to withdraw the lawsuit in the Shenzhen case. The U.S. Court approved the motion on March 25, 2024.

Recently, Hytera received a ruling from a U.S. court, which determined that the company had failed to fully comply with its anti-suit order, temporarily prohibited Hytera from selling two-way radio technology products worldwide, and imposed a fine of US$1 million per day until the company fully complied with the anti-suit order.

### Observer Headlines


Israel vows to "reta... America stands wit...
Comments 161


French troops invo... We intercepted Ira... Jordan's request
Comments 175


German Chancellor... business delegatio... "Cannot do withou...
Comments 139


The truth about Ty... The US and Micros... China with hackers
Comments 271


Iran and Israel accu... at UN Security Cou... emergency meetin...
Comments 201

### Rumors • 24 hours hot


I firmly believe that th... States today is not Ch... traditional enemy.
Comments 536 Likes 20


European Chamber of... China is too self-relian... difficult for us to mak...
Comments 128 Likes 48


Experts say that A-sha... enter a slow and long... What do you think?
Comments 110 Likes 1


The standard pinyin fo... "en". What other piny... changed in recent yea...
Comments 90 Likes 3


A brief talk about neti... pretend to be patrioti... identify yourself)
Comments 90 Likes 9


點一點你平常用的東西，... 的?
Comments 87 Likes 0


A few words for the Q...
Comments 77 Likes 18


A passenger on the tr... complained that youn... hung a curtain on the... of the sleeper, preven... year-old man from sit... do you think?
Comments 106 Likes 7




It is impossible to cho
Hongmeng and WeCh

Comments 64 Likes 58




Israel is determined to
weak Hamas, but it in
swallow its anger aga
stronger Iran

海能达通信股份有限公司
关于重大诉讼的进展公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

海能达通信股份有限公司（简称"公司"）于2022年6月向深圳市中级人民法院（简称"深圳中院"）诉请公司全新设计开发的H系列产品不侵犯MOTOROLA SOLUTIONS INC. 及MOTOROLA SOLUTIONS MALAYSIA SDN. BHD. （前述两家公司统称"摩托罗拉"）商业秘密和版权（简称"深圳案件"）。该案件进入庭审环节后，摩托罗拉向美国伊利诺伊州联邦地区法院（"美国法院"）提交了禁诉令动议，要求公司撤回深圳案件的起诉，美国法院于2024年3月25日批准了该动议。近日，公司收到美国法院的判令，判令认定公司未能完全遵守其禁诉令，临时禁止公司在全球范围内销售双向无线电技术的产品，并处以每天100万美元的罚款，直至公司完全遵守禁诉令之时止。

Screenshot of Hytera's announcement

As soon as this announcement came out, Hytera's stock price fell to the limit, and its market value was 7.7 billion yuan as of press time.

Prior to this ban, Hytera and Motorola had been engaged in a years-long lawsuit . In June 2022, Hytera filed a lawsuit with the Shenzhen Intermediate Court, seeking a declaratory judgment that its H-series products did not infringe Motorola's trade secrets and copyrights. Motorola believed that this was an "unreasonable" attempt by Hytera to circumvent the authority of the US court, and asked the judge to prohibit Hytera from filing a lawsuit in China.

Hytera argued: "There is nothing improper or unreasonable about Hytera seeking a judicial ruling on the propriety of its actions in its own country. The parties spent nearly a year litigating Motorola's contempt of court allegations based on royalties, which Motorola never proposed to apply to its H-Series products." Hytera also argued that Motorola's accusation that the Shenzhen court was untrustworthy was a bad faith argument, saying there was no reason to believe that China's judicial institutions would not provide Motorola with the same protection it enjoyed in the United States.

On March 25 this year, the U.S. District Court for the Northern District of Illinois instructed Hytera "not to further initiate or enforce" its lawsuit against Motorola in China, and on March 29 ordered Hytera to "withdraw from the litigation...including withdrawing the lawsuit..."

Hytera announced that according to the audited financial data for 2022, the company's professional wireless communication equipment manufacturing revenue accounted for 83.31% of its operating income, of which two-way radio technology-related products were the main component. In 2022, Hytera's overseas revenue accounted for 51%, with a total of approximately 2.9 billion yuan.

"At present, the company has withdrawn the prosecution of the Shenzhen case, and at the same time suspended the sales of two-way radio technology products as required. It has also applied to the US court to revoke the above-mentioned judgment, and hearings are continuing in the US court recently. The company will further take various response measures to strive to revoke the above-mentioned judgment as soon as possible." Hytera said in its latest announcement.

At the same time, Chen Qingzhou, the controlling shareholder and actual controller of Hytera, voluntarily promised that within 6 months from now (i.e. from April 8, 2024 to October 7, 2024), he will not reduce his holdings of Hytera shares through centralized bidding or block trading, including the shares increased during the commitment period due to capital reserve conversion, stock dividends, rights issue, additional issuance, etc.

According to Hytera's official website, Chen Qingzhou was born in November 1965, is a Chinese citizen, has no permanent overseas residency, graduated from the CEO Program of Tsinghua University Shenzhen Graduate School, and has a high school degree. He is currently the chairman of Hytera Communications Co., Ltd.

Latest Videos




Wang Yi had a phone c
all with Iranian Foreign
Minister and Saudi Fore
ign Minister. Wang Yi: I
believe Iran can handle
the situation well. Saudi
Foreign Minister: Saudi
Arabia fully trusts China

The arm
Sydney
classified
errorism
ker, who
ars old, h
ed

Yushan County Govern
ment Office: The illegal
buildings involved in th
e "Lantern Damage Ass
essment" have been det
ermined to be demolish
ed, and the demolition
method is currently bei
ng studied

White H
eclared
rence: To
ntries in
d with Is

Hot News



Israel vows to "retaliate": Ame
with us



Repeatedly claimed to have "n
assurances to China" but will
pretend" this year

Hytera Electronics Co., Ltd. was banned by a U.S. court from selling walkie-talkies worldwide, and its stock price fell to the limit

The performance forecast released in January showed that Hytera expects its net profit attributable to shareholders of the parent company to drop from approximately RMB 407 million to RMB 60 million to RMB 90 million in 2023, a year-on-year decrease of 77.91% to 85.28%; it expects its net profit attributable to shareholders of the parent company excluding non-recurring items to increase from approximately RMB 59 million to RMB 68 million to RMB 100 million, a year-on-year increase of 13.76% to 68.53%.

This article is an exclusive article of Observer.com and may not be reproduced without authorization.



"There are Iranian drones in the Ukraine, you have to be fair!" dare"



35 | report



"Europe lags behind China and States because it has made tw historical mistakes"

abel Hytera

ditor in charge: He Xige

**21 popular comments**

 Hard disk hardware and software

> Hui Chang
> First, did Hytera violate Motorola's so-called rights? Second, does the US court have the right to order a Chinese company to refrain from suing another company, even in China? Third, is this considered judicial hegemony? If so, does China have any way to counter this judicial hegemony, or to fight back in kind by prohibiting US companies from suing Chinese companies?
> 04-08 11:47 From Anhui Province
> View Reply 10   report   share   reply   Step on 7   Thumbs up 310   collect

First, Hytera lost the first trial in the United States. The court found that Hytera had partially infringed the patents, and Hytera admitted it. However, the first trial judgment amounted to more than 700 million US dollars, which hurt Hytera. Later, the amount was reduced by more than 200 million, and there was still more than 500 million US dollars. Hytera is currently appealing that the fine of the first trial was too high. However, in the absence of new evidence, the possibility of losing is still very high.
Motorola sued Hytera for infringement in Germany, and the German court ruled that Hytera won.
Motorola sued Hytera for infringement in Australia, but the ruling has not yet been made.
Hytera counter-sued Motorola for infringement in China, and the Supreme Court ruled that Hytera lost.
Second, the US court was angry with Hytera, and the reason for issuing this ban was that it believed that Hytera was in contempt of the US court. Therefore, Hytera quickly backed down.
Previously, the US court repeatedly rejected Motorola's request for the court to suspend and permanently ban Hytera from selling products, motions for the court to forcibly transfer Hytera's funds, and motions for the court to sentence Hytera to contempt of court and impose fines. But Hytera is too aggressive. Previously, the US court asked it to pledge the license fee, but it pledged the equity of its subsidiary. The court told Hytera that this did not meet the requirements, so Hytera had to pay mo

Expand



They confirmed that "the Unit knew about it in advance", bu denied it.

04-08 12:54  From Shanghai
View Reply 17   report   share   reply   Step on 45   Thumbs up 437   collect



French troops involved? Macr intercepted Iranian drones at request

No intestines in pig intestine noodles

If you are a coward, there is nothing you can do. Your American court is a global court. Can it still control the decisions of the Chinese court?

04-08 11:50  From Chongqing
View Reply 7   report   share   reply   Step on 11   Thumbs up 492   collect



"These are threats and empty actions"



Just returned to the United St said again: All options are con China

2024/4/16 11:47 Hytera Electronics Co., Ltd. was banned by a U.S. court from selling walkie-talkies worldwide, and its stock price fell to the limit

Case: 1:17-cv-01973 Document #: 1583-5 Filed: 04/16/24 Page 5 of 20 PageID #:94421

 **Level 6 Orders**

Does the actual controller of Hytera, Mr. Chen, or his son or wife have a large amount of assets in the United States? Or has his whole family, including himself, immigrated to the United States? 🤔

04-08 11:49　From Guizhou Province

　　　　　　　　　　　　View Reply 4　　report　　share　　reply　　Step on 8　　Thumbs up 357　　collect

 **Hui Chang**　Observer of Observer.net.

First, did Hytera violate Motorola's so-called rights? Second, does the US court have the right to order a Chinese company to refrain from suing another company, even in China? Third, is this considered judicial hegemony? If so, does China have any way to counter this judicial hegemony, or to fight back in kind by prohibiting US companies from suing Chinese companies?

04-08 11:47　From Anhui Province

　　　　　　　　　　　　View Reply 10　　report　　share　　reply　　Step on 7　　Thumbs up 310　　collect

 **Crooked feet and incorrect shoes**

If Chinese companies insist on listening to the Americans, isn't this just tacitly accepting the Americans' bandit logic?

04-08 11:48　From Liaoning Province

　　　　　　　　　　　　View reply 3　　report　　share　　reply　　Step on 5　　Thumbs up 183　　collect

 **Cultivate the world and know the right mind**

This has become a competition between China and the United States over judicial jurisdiction and judicial authority.

04-08 11:43　From Hebei Province

　　　　　　　　　　　　View Reply 5　　report　　share　　reply　　Step on 2　　Thumbs up 147　　collect

**Moon War**

这边深圳的官司还在打，那边美国说你不准在深圳打官司
他竟然真的在深圳撤案了，他竟然真的在深圳撤案了
NB
这跪姿真是漂亮

04-08 12:42　来自江西省　　　　　　　　　　查看回复 8　　举报　　分享　　回复　　踩 4　　赞 138　　收藏

**guan_16035089832793**

> 修凡尘知正心
> 这就变成了中美司法管辖权和司法权威的竞争
> 04-08 11:43　来自河北省　　　　　　　查看回复 5　　举报　　分享　　回复　　踩 2　　赞 147　　收藏

和这个有什么关系，老板自己不移民，谁能管的了你？？？
你移民到美国，就不要怪人家拿捏你

04-08 12:10　来自浙江省　　　　　　　　　　　　　　　举报　　分享　　回复　　踩 0　　赞 110　　收藏

**莫明其妙**

以后国内上市公司实控人或者控股股东是不是得申报国籍信息？要不然黑天鹅太多了。

04-08 12:24　来自陕西省　　　　　　　　　　查看回复 2　　举报　　分享　　回复　　踩 0　　赞 87　　收藏

 **鹤彬**　　鹤——展开一双翅膀，在彬洲上飞翔……

> 第6级命令
> 海能达的实控人那个姓陈的，他或者他的儿子、老婆是不是有大笔资产在美国？也或者包括他本人在内全家都移民美国了？🤔
> 04-08 11:49　来自贵州省　　　　　　　查看回复 4　　举报　　分享　　回复　　踩 8　　赞 357　　收藏

不管企业实控人是谁，法人注册在哪个国家，就受那个国家的法律管辖。美国人想长臂管辖才是无理取闹

04-08 12:13　来自江苏省　　　　　　　　　　查看回复 3　　举报　　分享　　回复　　踩 2　　赞 59　　收藏



"What if the British consulate
Cameron: Strong action

German Chancellor leads busi
delegation to China, "Cannot
China"

Gaza residents cheered: We h
massacred for 6 months and n
to do anything...

"Spoiled children need discipl

Dialogue with SenseTime CEO
the opportunities for AI in Ch

Before he came to China, the
Automobile Industry Associat
clear statement

2024/4/16 Hytera Electronics Co., Ltd. was banned by a U.S. court from selling walkie-talkies worldwide, and its stock price fell to the limit

Case: 1:17-cv-01973 Document #: 1583-5 Filed: 04/16/24 Page 6 of 20 PageID #:94422

上一页 1 2 3 下一页

## 我要评论



请自觉遵守互联网相关的政策法规，共同营造"阳光、理性、平和、友善"的跟评互动环境。

表情  加粗  图片                                                                 发表

观察者网用户管理制度                                              有料？来写文章 逛社区



"The United States has been p for almost a week..."

Before the election, Modi pro that India would become a de country in 2047

### News

- Xi Jinping to meet with Germ
- The largest Chu king-level to
- Xi Jinping meets with Germa
- Failed to audit Evergrande? F
- English graffiti found on the
- GDP in the first quarter of 20
- The student detained in Jina
- Airwallex debuts at the Cant

**全部评论 284条**                                          最热  最早  最新



鹤彬 〔观察员〕  鹤——展开一双翅膀，在彬洲上飞翔……

美国人长臂管辖的逻辑是：我家狗子撒尿标记过的领地，都是属于我的管辖范围，这些领地上长的花花草草结的果子，我不让卖谁敢买。

04-12 11:10  来自江苏省                                 举报  分享  回复  踩 0  赞 0  收藏

---



kangkang1999                                                              全部楼层

> 护城河畔
> 这你就说得不对了。
> 这种案子，既不是国家主权也不是司法主权范畴。这是纯粹的民事案件。美国法院可以发函给中国法院，请中国法院执行它的民事判决，这叫国际司法协助，当事人也可以直接提出申请。
> 举个例子。A在美国借了你的钱不还，你在美国跟A打官司赢了，但发现A在美国没有个人财产，却在中国有可供执行的财产，美国法院就可以向中国法院发函，申请国际司法协助。反过来也一样。并且，这里面跟你和A是哪国人没有关系。这不是"长臂管辖"。
> 这个案子里，如果美国法院经过审理确认海能达侵犯了专利，摩托罗拉可以据此向中国法院申请。专利是有国际保护的。通俗滴说，你若不保护我的，我也可以不保护你的。
> 上面那么说，并不意味着海能达一定可以或者一定不可以在中国继续销售，这里面有具体执行或程序方面的问题，但从法律角度而言，民商法是私法，不涉及国家主权，这是法律专业的常识。
> 04-08 18:08  来自山东省                  查看回复 1  举报  分享  回复  踩 0  赞 1  收藏

那么大疆是咋回事呢？？华为又是咋回事呢？？美国明确要求ASML拒绝维护光刻机是咋回事？？！本来对讲机就是接近过时的电子产品，所谓的某些"专利"都是三十年甚至半个世纪前的，而且灯塔国所谓的惩罚性罚金也是高的离谱，在中国法院反诉对方不合理的诉讼也是国际商务司法的"合理解决办法"，这点海能达根本上就没有错。不然也不可能年销售百亿美元以上了，作为跨国业务的通讯企业不可能这点儿法律顾问都没有～

04-10 16:02  来自山东省                                 举报  分享  回复  踩 0  赞 3  收藏

---



guan_15747397031756                                                       全部楼层

> guan_15747397031756
> 见识了"有钱能使鬼推磨"原来如此理直气壮
> 04-09 21:08  来自四川省                  查看回复 3  举报  分享  回复  踩 0  赞 0  收藏

口号暴露了你的职业。

04-10 00:09  来自四川省                                 举报  分享  回复  踩 0  赞 0  收藏

---

guan_15747397031756                                                       全部楼层

> guan_15747397031756
> 觉得这个国家不好，你就滚出这个国家。
> 04-09 22:03  来自四川省                  查看回复 2  举报  分享  回复  踩 0  赞 0  收藏

呵呵，说的是反思怪。你是吗?

04-10 00:04  来自四川省                                 举报  分享  回复  踩 0  赞 0  收藏

---

guan_15747397031756                                                       全部楼层

> guan_15747397031756
> 你说谁有罪？你算什么东西？

https://www.guancha.cn/economy/2024_04_08_730925.shtml?s=zwyxgtjbt                    5/10

04-09 22:01 来自四川省　　　　　　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

哦，你来定义是否网暴？可怜的法盲

04-09 23:43 来自四川省　　　　　　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
>
> 你说谁有罪？你算什么东西？
>
> 04-09 22:01 来自四川省　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

网暴企业，破坏招商引资大局。

04-09 22:19 来自广西壮族自治区　　　　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
>
> 觉得这个国家不好，你就滚出这个国家。
>
> 04-09 22:03 来自四川省　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

好像是说你自己

04-09 22:19 来自广西壮族自治区　　　　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
>
> 何罪之有，是拖欠工资，还是生产假冒伪劣产品？？不创造经济贡献的人，对创造经济贡献的人指手画脚，破坏干扰大局稳定，有罪的就是你们！！
>
> 04-09 21:54 来自广西壮族自治区　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

觉得这个国家不好，你就滚出这个国家。

04-09 22:03 来自四川省　　　　　　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
>
> 何罪之有，是拖欠工资，还是生产假冒伪劣产品？？不创造经济贡献的人，对创造经济贡献的人指手画脚，破坏干扰大局稳定，有罪的就是你们！！
>
> 04-09 21:54 来自广西壮族自治区　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

你说谁有罪？你算什么东西？

04-09 22:01 来自四川省　　　　　　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
>
> 你想和企业家平权？？你有什么经济贡献，你创造多少产值，你创汇多少？创造多少税收？创造多少就业？？学西方那套平权思想，学糊涂了？？
>
> 04-09 17:47 来自广西壮族自治区　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

的确，你这种把人分三六九等是封建余孽而并非西方思潮。即使在美国，资本家犯了法想脱罪也只能用钱请律师来打官司，而非因为他有个企业就该减罪或无罪。才发觉我特么真的是无聊，居然与一个法盲和封建辩了半天，认知都不在一个维度上，还辩论个毛线，懒得再搭理你了。

04-09 21:59 来自四川省　　　　　　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
>
> 只要违反中国法律，不管是资本家还是普通人，还是官员，都是罪有应得。资本家不是神，你想供起来是你的事儿，不能要求政府按你的想法来做。
>
> 04-09 10:45 来自四川省　　　　　　　　　　　　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

何罪之有，是拖欠工资，还是生产假冒伪劣产品？？不创造经济贡献的人，对创造经济贡献的人指手画脚，破坏干扰大局稳定，有罪的就是你们！！

2024/4/16 11:17 Hytera Electronics Co., Ltd. was banned by a U.S. court from selling walkie-talkies worldwide, and its stock price fell to the limit

Case: 1:17-cv-01973 Document #: 1563-5 Filed: 04/16/24 Page 8 of 20 PageID #:94424

04-09 21:54 来自广西壮族自治区　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 见识了"有钱能使鬼推磨"原来如此理直气壮
> 04-09 21:08　来自四川省　　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

对于破坏企业敢闯，干部敢干，开年即开局，开局即冲刺，提振市场主体信心大局的网暴行为，就必须敢于亮剑！！

04-09 21:48　来自广西壮族自治区　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 见识了"有钱能使鬼推磨"原来如此理直气壮
> 04-09 21:08　来自四川省　　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

我已经算好脾气了，如果碰到的是负责招商引资的领导，你这种不谙世事的态度都不知玩完多少回了。

04-09 21:41　来自广西壮族自治区　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
> 你想和企业家平权？？你有什么经济贡献，你创造多少产值，你创汇多少？创造多少税收？创造多少就业？？学西方那套平权思想，学糊涂了？？
> 04-09 17:47　来自广西壮族自治区　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

见识了"有钱能使鬼推磨"原来如此理直气壮

04-09 21:08　来自四川省　　　　　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 只要违反中国法律，不管是资本家还是普通人，还是官员，都是罪有应得。资本家不是神，你想供起来是你的事儿，不能要求政府按你的想法来做。
> 04-09 10:45　来自四川省　　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

你想和企业家平权？？你有什么经济贡献，你创造多少产值，你创汇多少？创造多少税收？创造多少就业？？学西方那套平权思想，学糊涂了？？

04-09 17:47　来自广西壮族自治区　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 在网络时代防止个人信息泄露是世界难题，又岂止企业家，你我的信息都可以被人肉到，连香港警察的信息也是满天飞。可唯独没人闲得蛋疼去人肉国籍，因为这些都是公开的，不止企业家，还有演员，官员，网上都是可以公开查询他们国籍的。心里没鬼，怕别人知道什么？只是破了某些黄皮肤的外籍人想借隐瞒国籍而在中国享受着不同于白皮肤黑皮肤外籍人的普通中国国民待遇梦。中国对来华办企业的外国人并无任何国籍限制，中国的外籍独资企业更是多如牛毛，在这种情况下还隐瞒国籍的目的不说大家都知道。
> 04-09 13:28　来自四川省　　　查看回复 1　举报　分享　回复　踩 0　赞 0　收藏

那是企业家，他们的个人信息不保，又或者被自媒体乱说国籍，被人网暴，你看看企业经营会不会出风险？？

04-09 15:19　来自广西壮族自治区　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

 车手

> 第6级命令
> 海能达的实控人那个姓陈的，他或者他的儿子、老婆是不是有大笔资产在美国？也或者包括他本人在内全家都移民美国了？😲
> 04-08 11:49　来自贵州省　　　查看回复 4　举报　分享　回复　踩 8　赞 357　收藏

如果属实，那就是被捏着蛋了……只能认怂

04-09 15:00　来自上海市　　　　　　　　　　　　　举报　　分享　　回复　　踩 0　　赞 0　　收藏

---

 guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> **章＆鱼＆**
> 现在企业家的个人信息随时有可能被倒卖获利，所以，企业家个人的国籍信息可以公开，但必须由政府相关部门统一口径，否则造谣的，倒卖信息的都没人管了。
> 04-09 12:00　来自广西壮族自治区　　　　　　查看回复 1　举报　　分享　　回复　　踩 0　　赞 0　　收藏

在网络时代防止个人信息泄露是世界难题，又岂止企业家，你我的信息都可以被人肉到，连香港警察的信息也是满天飞。可唯独没人闲得蛋疼去人肉国籍，因为这些都是公开的，不止企业家，还有演员、官员，网上都是可以公开查询他们国籍的。心里没鬼，怕别人知道什么？只是破了某些黄皮肤的外籍人想借隐瞒国籍而在中国享受着不同于白皮肤黑皮肤外籍人的普通中国国民待遇梦。中国对来华办企业的外国人并无任何国籍限制，中国的外籍独资企业更是多如牛毛，在这种情况下还隐瞒国籍的目的不说大家都知道。

04-09 13:28　来自四川省　　　　　　　　　　查看回复 1　举报　　分享　　回复　　踩 0　　赞 0　　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> **guan_15747397031756**
> 可笑至极。，一个法盲居然把追究法律责任挂在嘴上。任何一个国家的企业工商资料都是公开透明可查的，哪个国家的企业家的国籍不是公开的？马斯克的国籍是不是公开的？扎尔伯克的国籍是不是公开的？企业法人的国籍资料要保密，头次听说，开诈骗公司的吧。
> 04-09 10:54　来自四川省　　　　　　查看回复 2　举报　　分享　　回复　　踩 0　　赞 0　　收藏

如果企业家国籍信息不通过正规渠道公以统一口径形式公开，造谣的岂不飞上天没人管？？前段时间还有人造谣说广西某地罚没收入占比全国最高。所以，不通过正规渠道，不通过统一口径形式公开的企业家国籍信息只能为造谣者提供操作空间。

04-09 12:03　来自广西壮族自治区　　　　　　　　　　举报　　分享　　回复　　踩 0　　赞 0　　收藏

---

 章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> **guan_15747397031756**
> China does not recognize dual nationality, and having dual nationality is illegal. Therefore, the nationality of officials must be made public, the nationality of legal persons engaged in industrial and commercial activities must be made public, and the nationality of executives of listed companies must also be made public. Everyone is equal before the law, and entrepreneurs are not superior to others. Do you understand? Who told you that the nationality of entrepreneurs must be kept secret? According to your perverse theory, the names and ages of entrepreneurs are personal privacy, so they must also be kept secret. So is it a business or a gang? Having said that, you are really good at talking nonsense. It is obvious that someone went abroad by himself after making enough money in China, but you blamed the reason for his going abroad on the fact that netizens found out that he was a foreigner, and then blamed it on the fact that the information that he was a foreigner was not kept secret. What a weird train of thought.
> 04-09 11:39　From Sichuan Province　　　　View reply 1　report　share　reply　Step on 0　Thumbs up 0　collect

Nowadays, entrepreneurs' personal information may be resold for profit at any time, so the nationality information of entrepreneurs can be made public, but the relevant government departments must have a unified statement, otherwise no one will care about those who spread rumors or resell information.

04-09 12:00　From Guangxi Zhuang Autonomous Region

View reply 1　report　share　reply　Step on 0　Thumbs up 0　collect

Previous page　　1　2　3　…　15　Next Page

**related suggestion**



Shanghai Lingang New Area Data Cross-border Service Center is put into use

2024-04-07 20:29

---

2024/4/16 11:35 Hytera Electronics Co., Ltd. was banned by a U.S. court from selling walkie-talkies worldwide, and its stock price fell to the limit

Case: 1:17-cv-01973 Document #: 1583-5 Filed: 04/16/24 Page 10 of 20 PageID #:94426



Hongmeng has crossed the "life and death line", with more than 4,000 native applications entering the market

2024-04-07 18:00  Guanwang Finance-Science and Technology Innovation



Central bank increases gold reserves for 17th consecutive month

2024-04-07 17:48  Guanwang Finance-Finance



Deposit interest rates have dropped again! Many banks have officially announced

2024-04-07 10:44



Chairman and executives team up to fight against Hisense, a battle for control breaks out in Colin Electric

2024-04-07 09:32  Guanwang Finance-Science and Technology Innovation



Cai Chongxin reflects on Alibaba's past: We forgot who our real customers were and did not give them the best

2024-04-05 21:51  Guanwang Finance-Internet



When comparing the economies of China and the United States, why do we still need to look at nominal GDP?

2024-04-04 09:10



Boy jumped off building and died due to bullying? Hangzhou local authorities report investigation results

2024-04-04 08:23



The boy made a sentence "I want to be the president of the Agricultural Development Bank of China and inherit

2024-04-03 21:35  Guanwang Finance-Finance



The answer given by the big model also needs to be inserted with advertisements?

2024-04-03 16:49  Guanwang Finance-Science and Technology Innovation



Two departments issued a document to adjust the relevant policies on auto loans

2024-04-03 16:41  Guanwang Finance-Automobile



The deposits of the six major banks increased by 14 trillion yuan in one year, which is equivalent to an

2024-04-03 15:37  Guanwang Finance-Finance

TSMC and UMC evacuated some plants, and some online wafers were damaged


2024-04-03 11:02     Guanwang Finance-Science and Technology Innovation


**The Central Financial Affairs Office and the Central Financial Working Committee issued important**

2024-04-03 08:23     Guanwang Finance-Macro


**Many securities firms cut salaries: CITIC still ranks first, and CICC's average annual salary drops by 460,000 in**

2024-04-02 21:34     Guanwang Finance-Finance


**Huawei plans to distribute 77.1 billion yuan in dividends to shareholders, with more than 150,000 people**

2024-04-02 21:22     Guanwang Finance-Science and Technology Innovation


**Tmall upgrades its brand management system and invests billions of yuan to support merchants' business growth**

2024-04-02 16:03


**To ease the anxiety about battery life, Amap launches "Tram Accessibility Circle"**

2024-04-02 12:13


**After the sponsor institution was replaced, the original securities firm staff still worked on site, and two insurance**

2024-04-01 18:21     Guanwang Finance-Finance


**It is said that SHEIN's profit exceeded 2 billion US dollars last year, and GMV reached 45 billion**

2024-04-01 18:15     Guanwang Finance-Internet

contact us    about Us    Copyright Notice    Terms of Service    Advertise    Contact Weibo    join us    Sitemap    Report Link
Reporting system regulations    Website Self-Discipline Management Commitment    Copyright © 2014-2024 ObserverAll rights reserved.
Shanghai ICP No. 10213822-2 Internet News Information Service License: 31220170001 Wangdengwangshibei (Shanghai) No. 02020000041-1
Internet Religious Information Service License: Shanghai (2022) 0000197 Radio and Television Program Production and Operation License: (Shanghai) No. 03952
Value-added Telecommunications Business Operation License: Shanghai B2-20210968 Report of Illegal and Harmful Information Hotline: 021-62376571
Shanghai Public Security Network No. 31010502000027    China Internet Reporting Center    Shanghai Internet Illegal and Harmful Information Reporting Center

观察者　　首页　风闻　财经　国际　军事　公司　科技　汽车　视频　　观察员　　　　　　APP

# 被美国法院禁止在全球销售对讲机，海能达跌停

观察者 贺喜格
hexige@guancha.cn 来撩

分享到：　　　　　　　　　　　　　　　　　　　　　　　　　35　　284
2024-04-08 11:35:05　　字号：A- A A+　　来源：观察者网　　阅读 359136
最后更新: 2024-04-08 12:40:06

**观察者头条**


劝不住？以色列誓言与我们站一起
评论 161


法军参与？马克龙：伊朗无人机
评论 173


德总理率商业天团来华"行"
评论 139


"伏特台风"真相：客栽赃中国
评论 271


联合国安理会紧急会议指责
评论 201

昨天下午（4月7日），A股上市公司海能达突然在官网发布消息称，根据美国法院的法令，在另行通知之前，海能达不得在世界任何地方销售任何含有对讲机技术的产品。



海能达官网截图

今天盘前，海能达披露《关于重大诉讼的进展公告》，其中解释了美国禁令的原因：

2022年6月，海能达向深圳市中级人民法院（下称：深圳中院）诉请该公司全新设计开发的H系列产品不侵犯摩托罗拉商业秘密和版权（下称：深圳案件）。

该案件进入庭审环节后，摩托罗拉向美国伊利诺伊州联邦地区法院（下称：美国法院）提交了禁诉令动议，要求海能达撤回深圳案件的起诉，美国法院于2024年3月25日批准了该动议。

近日，海能达收到美国法院的判令，判令认定该公司未能完全遵守其禁诉令，临时禁止海能达在全球范围内销售双向无线电技术的产品，并处以每天100万美元的罚款，直至该公司完全遵守禁诉令之时止。

**风闻·24小时最热**


1　我坚定地认为，今天的美意义的敌人
评论 536　赞 20


2　欧盟商会：中国太自力更钱都不好挣了
评论 128　赞 48


3　专家称A股或开启慢牛长看？
评论 110　赞 1


嗯的标准拼音不是en，还音还有哪些？
评论 90　赞 3


浅谈假装爱国的网友（请
评论 90　赞 9


點一點你平常用的東西，的？
评论 87　赞 0


为大清朝说几句话
评论 77　赞 18


列车上一乘客吐槽年轻人子，不让70岁老人坐…大
评论 69　赞 7


鸿蒙和微信二选一绝不可

海能达公告截图

此公告一出，海能达股价应声跌停，截至发稿市值77亿元。

这次禁令之前，海能达与摩托罗拉进行长达数年的诉讼。2022年6月，海能达向深圳中院提起诉讼，寻求宣告式判决，认定其H系列产品未侵犯摩托罗拉的商业秘密和版权。而摩托罗拉方面认为，这是海能达试图回避美国法院权威的"无理取闹"行为，并要求法官禁止海能达在中国提起诉讼。

海能达辩称："海能达在本国寻求对其行为的正当性进行司法裁决，这并无不妥或无理取闹之处。双方花了将近一年的时间就摩托罗拉根据特许权使用费提出的藐视法庭指控进行诉讼，而摩托罗拉从未提出将特许权使用费适用于H系列产品。" 海能达还辩称，摩托罗拉指责深圳法院不值得信任，是在进行恶意论证，称没有理由认为中国的司法机构不会向摩托罗拉提供其在美国享有的同等保护。

今年3月25日，美国伊利诺伊州北区地方法院指示海能达"不得进一步提起或执行"其在中国针对摩托罗拉的诉讼，并于3月29日命令海能达"退出诉讼......包括撤回起诉......"。

海能达公告披露，根据2022年度经审计财务数据，该公司专业无线通信设备制造业收入占营业收入比重为83.31%，其中双向无线电技术相关产品为主要构成。2022年，海能达海外收入占比51%，总额约29亿元。

"目前，公司已撤销深圳案件的起诉，同时按要求暂停销售双向无线电技术产品，并已向美国法院申请撤销上述判令，近日正在美国法院持续进行听证。公司将进一步采取各项应对措施，争取最短时间撤销上述判令。" 海能达在最新公告中称。

与此同时，海能达控股股东、实际控制人陈清州自愿承诺：即日起6个月内（即2024年4月8日至2024年10月7日）不以集中竞价、大宗交易的方式减持其所持有的海能达股份，包括承诺期间该部分股份因资本公积转增股本、派送股票红利、配股、增发等事项而增加的股份。

海能达官网披露，陈清州1965年11月出生，中国国籍，无永久境外居留权，毕业于清华大学深圳研究生院总裁班，高中学历。现任海能达通信股份有限公司董事长。

1月公布的业绩预告显示，海能达预计2023年归母净利润将由约4.07亿元降至0.60亿元-0.90亿元，同比降幅高达77.91%-85.28%；预计扣非归母净利润将由约0.59亿元升至0.68亿元-1亿元，同比增幅为13.76%-68.53%。

**本文系观察者网独家稿件，未经授权，不得转载。**



35　｜　举报

标签 海能达

责任编辑：贺喜格

**热门评论 21条**

硬盘硬 软件软

辉常
第一海能达究竟有没有侵犯摩托罗拉所谓权利，第二美国法院有没有权利判令一家中国公司禁止起诉另一家公司，甚至包括在中国。第三这算不算司法霸权，如果是，中国有没有办法反制这种司法霸权，或者以其道还制其身，禁止美国公司起诉中国公司？

04-08 11:47 来自安徽省　　查看回复 10　举报　分享　回复　踩 7　赞 310　收藏

第一，海能达在美国的一审输了，法院认定海能达部分侵权，海能达也认了。但一审判决金额7个多亿美元，海能达肉疼，后来减了2个多亿，还有5亿多美元，海能达目前在上诉说一审判罚款太多。但在没有新的证

据出现的情况下，输的可能性还是很大。
摩托罗拉在德国诉海能达侵权，德国法院判了，海能达赢了。


评论 64　赞 58


以色列面对弱的哈马斯，绝，对实力较强的伊朗却
评论 55　赞 61

**｜ 最新视频**


王毅同伊朗外长沙特外交大臣通电话，王毅：相信伊方能把握好局势，沙特外交大臣：沙方完全信任中方


悉尼教堂被定性为为，袭击被逮捕


玉山县政府办："提灯定损"涉事违建房屋确定拆除，目前正研究拆除方式


白宫官员称：今天家都与以

**｜ 最新闻 Hot**


劝不住? 以色列誓言"报复"：美起


一再称"向中方保证过"，今年"


"乌克兰上空也有伊朗制无人机，平！" "我们不敢"

摩托罗拉在澳大利亚诉海能达侵权,还没判。
海能达在国内反诉摩托罗拉侵权,最高法判了,海能达输了。
第二,美国法院是被海能达气的,之所以出了这个禁令是认为海能达藐视美国法庭。所以,海能达才迅速怂了。
之前美国法庭多次驳回了摩托罗拉要求法院暂停和永久禁止海能达销售产品的请求,请求法院强制移交海能达资金的动议,请求法院判处海能达藐视法庭并罚款的动议等。但海能达太能折腾,之前美国法院让它许可费抵押,结果它拿子公司股权去抵押,法院告诉海能达这不符合要求,结果海能达只好又交了5000多万美元现金做抵押。
它去深圳告摩托罗拉,是去让深圳法院判决它没侵权,然后告诉美国法院,看中国法院判我不侵权,所以我有证据证明不侵权。所以,美国法院怒了,藐视美国法庭。
第三,算也不算。从整体上,美国司法长臂管辖,是司法霸权。但具体某一个案例,就特殊了。这个案例就是,海能达把美国法官给气着了,如果是中国法官碰上这种操作也要怒,就是你不老老实实在原案原审上诉,

展开

04-08 12:54　来自上海市　　　　　　　　　　　　　　查看回复 17　举报　分享　回复　踩 45　赞 437　收藏


"欧洲在此落后中美,因犯了两个误"

---

肥肠面不要肥肠

自己是个怂货那就没办法了,你美国法院是全球法院,还能管到中国法院的判决?

04-08 11:50　来自重庆市　　　　　　　　　　　　　　查看回复 7　举报　分享　回复　踩 11　赞 492　收藏


他们证实"美国提前知道",但美

---

第6级命令

海能达的实控人那个姓陈的,他或者他的儿子、老婆是不是有大笔资产在美国?也或者包括他本人在内全家都移民美国了?🤔

04-08 11:49　来自贵州省　　　　　　　　　　　　　　查看回复 4　举报　分享　回复　踩 8　赞 357　收藏


法军参与?马克龙:应约旦要求拦

---

辉常　观察观察者网的观察者。

第一海能达究竟有没有侵犯摩托罗拉所谓权利,第二美国法院有没有权利判令一家中国公司禁止起诉另一家公司,甚至包括在中国。第三这算不算司法霸权,如果是,中国有没有办法反制这种司法霸权,或者以其道还制其身,禁止美国公司起诉中国公司?

04-08 11:47　来自安徽省　　　　　　　　　　　　　　查看回复 10　举报　分享　回复　踩 7　赞 310　收藏


"这是威胁、空谈,而非行动"

---

脚歪鞋不正

中国的公司非要听美国人的摆弄,这不就是默认了美国人的强盗逻辑吗!

04-08 11:48　来自辽宁省　　　　　　　　　　　　　　查看回复 3　举报　分享　回复　踩 5　赞 183　收藏


刚回美国,她又来:对华,所有选

---

修凡尘知正心

这就变成了中美司法管辖权和司法权威的竞争

04-08 11:43　来自河北省　　　　　　　　　　　　　　查看回复 5　举报　分享　回复　踩 2　赞 147　收藏

---

月战

这边深圳的官司还在打,那边美国说你不准在深圳打官司
他竟然真的在深圳撤案了,他竟然真的在深圳撤案了
NB
这跪姿真是漂亮

04-08 12:42　来自江西省　　　　　　　　　　　　　　查看回复 8　举报　分享　回复　踩 4　赞 138　收藏


"如果英国的领事馆被夷平?"卡
行动

---

guan_16035089832793

> 修凡尘知正心
> 这就变成了中美司法管辖权和司法权威的竞争
> 04-08 11:43　来自河北省　　　　　　　　查看回复 5　举报　分享　回复　踩 2　赞 147　收藏

和这个有什么关系,老板自己不移民,谁能管的了你???
你移民到美国,就不要怪人家拿捏你

04-08 12:10　来自浙江省　　　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 110　收藏


德总理率商业天团来华,"没中国

---

莫明其妙

以后国内上市公司实控人或者控股股东是不是得申报国籍信息？要不然黑天鹅太多了。

04-08 12:24 来自陕西省 　　查看回复 2　举报　分享　回复　踩 0　赞 87　收藏

鹤彬 @观察员 　鹤——展开一双翅膀，在彬洲上飞翔……

**第6级命令**
海能达的实控人那个姓陈的，他或者他的儿子、老婆是不是有大笔资产在美国？也或者包括他本人在内全家都移民美国了？🤔

04-08 11:49 来自贵州省 　　查看回复 4　举报　分享　回复　踩 8　赞 357　收藏

不管企业实控人是谁，法人注册在哪个国家，就受那个国家的法律管辖。美国人想长臂管辖才是无理取闹

04-08 12:13 来自江苏省 　　查看回复 3　举报　分享　回复　踩 2　赞 59　收藏

上一页　**1**　2　3　下一页

## 我要评论

请自觉遵守互联网相关的政策法规，共同营造"阳光、理性、平和、友善"的跟评互动环境。

表情　加粗　图片　　　　　　　　　　　　　　　　　　　发表

观察者网用户管理制度　　　　　　　　　　　　有料？来写文章 逛社区

## 全部评论 284条　　　　　　　　　　　　　　最热　最早　最新

鹤彬 @观察员 　鹤——展开一双翅膀，在彬洲上飞翔……

美国人长臂管辖的逻辑是：我家狗子撒尿标记过的领地，都是属于我的管辖范围，这些领地上长的花花草草结的果子，我不让卖看谁敢买。

04-12 11:10 来自江苏省 　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

kangkang1999　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

**护城河畔**
这你就说得不对了。
这种案子，既不是国家主权也不是司法主权范畴。这是纯粹的民事案件。美国法院可以发函给中国法院，请中国法院执行它的民事判决，这叫国际司法协助，当事人也可以直接提出申请。
举个例子。A在美国借了你的钱不还，你在美国跟A打官司赢了，但发现A在美国没有个人财产，却在中国有可供执行的财产，美国法院就可以向中国法院发函，申请国际司法协助。反过来也一样。并且，这里面跟你和A是哪国人没有关系。这不是"长臂管辖"。
这个案子里，如果美国法院经过审理确认海能达侵犯了专利，摩托罗拉可以据此向中国法院申请。专利是有国际保护的。通俗滴说，你若不保护我的，我也可以不保护你的。
上面那么说，并不意味着海能达一定可以或者一定不可以在中国继续销售，这里面有具体执行或程序方面的问题，但从法律角度而言，民商法是私法，不涉及国家主权，这是法律专业的常识。

04-08 18:08 来自山东省 　　查看回复 1　举报　分享　回复　踩 0　赞 1　收藏

那么大疆是咋回事呢？？华为又是咋回事呢？美国明确要求 ASML 拒绝维护光刻机是咋回事呢？？！本来对讲机就是接近过时的电子产品，所谓的某些"专利"都是三十年甚至半个世纪前的，而且灯塔国所谓的惩罚性罚金也是高的离谱，在中国法院反诉对方不合理的诉讼也是国际商务司法的"合理解决办法"，这点海能达根本上就没有错。不然也不可能年销售百亿美元以上了，作为跨国业务的通讯企业不可能这点儿法律顾问都没有～

04-10 16:02 来自山东省 　　查看回复 　举报　分享　回复　踩 0　赞 3　收藏

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　全部楼层

**guan_15747397031756**
见识了"有钱能使鬼推磨"原来如此理直气壮

04-09 21:08 来自四川省 　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

口号暴露了你的职业。



加沙民众欢呼：我们被屠杀6个月，事…



"被宠坏的孩子，得管教"



对话商汤CEO：中国AI的机会在哪



他来华前，德汽车工业协会明确表…



"美国劝了快一周…"



大选前，莫迪向选民打包票：204…达国家

## 快讯

- 习近平将会见德国总理朔尔茨
- 迄今规模最大的楚国王级墓葬有…
- 习近平会见德国总理朔尔茨
- 审计恒大失败？普华永道回应：…
- 南京明孝陵神功圣德碑上发现奥…

04-10 00:09 来自四川省　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

- 2024年一季度GDP达296299亿
- 济南被拘学生被取保候审,目前
- 首度亮相"广交会",Airwalle

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 觉得这个国家不好,你就滚出这个国家。
> 04-09 22:03 来自四川省　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

呵呵,说的是反思怪。你是吗?

04-10 00:04 来自四川省　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 你说谁有罪?你算什么东西?
> 04-09 22:01 来自四川省　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

哦,你来定义是否网暴?可怜的法盲

04-09 23:43 来自四川省　　　　　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 你说谁有罪?你算什么东西?
> 04-09 22:01 来自四川省　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

网暴企业,破坏招商引资大局。

04-09 22:19 来自广西壮族自治区　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> guan_15747397031756
> 觉得这个国家不好,你就滚出这个国家。
> 04-09 22:03 来自四川省　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

好像是说你自己

04-09 22:19 来自广西壮族自治区　　　　　　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
> 何罪之有,是拖欠工资,还是生产假冒伪劣产品??不创造经济贡献的人,对创造经济贡献的人指手画脚,破坏干扰大局稳定,有罪的就是你们！！
> 04-09 21:54 来自广西壮族自治区　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

觉得这个国家不好,你就滚出这个国家。

04-09 22:03 来自四川省　　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
> 何罪之有,是拖欠工资,还是生产假冒伪劣产品??不创造经济贡献的人,对创造经济贡献的人指手画脚,破坏干扰大局稳定,有罪的就是你们！！
> 04-09 21:54 来自广西壮族自治区　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

你说谁有罪?你算什么东西?

04-09 22:01 来自四川省　　　　　　　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　　　　　　　　　　　　　　　　全部楼层

> 章＆鱼＆
> 你想和企业家平权??你有什么经济贡献,你创造多少产值,你创汇多少?创造多少税收?创造多少就业??学西方那套平权思想,学糊涂了??

04-09 17:47 来自广西壮族自治区　　　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

的确，你这种把人分三六九等是封建余孽而并非西方思潮。即使在美国，资本家犯了法想脱罪也只能用钱请律师来打官司，而非因为他有个企业就该减罪或无罪。才发觉我特么真的是无聊，居然与一个法盲和封建辩了半天，认知都不在一个维度上，还辩论个毛线，懒得再搭理你了。

04-09 21:59 来自四川省　　　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　全部楼层

> guan_15747397031756
> 只要违反中国法律，不管是资本家还是普通人，还是官员，都是罪有应得。资本家不是神，你想供起来是你的事儿，不能要求政府按你的想法来做。
> 04-09 10:45 来自四川省　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

何罪之有，是拖欠工资，还是生产假冒伪劣产品？？不创造经济贡献的人，对创造经济贡献的人指手画脚，破坏干扰大局稳定，有罪的就是你们！！

04-09 21:54 来自广西壮族自治区　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　全部楼层

> guan_15747397031756
> 见识了"有钱能使鬼推磨"原来如此理直气壮
> 04-09 21:08 来自四川省　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

对于破坏企业敢闯，干部敢干，开年即开局，开局即冲刺，提振市场主体信心大局的网暴行为，就必须敢于亮剑！！

04-09 21:48 来自广西壮族自治区　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　全部楼层

> guan_15747397031756
> 见识了"有钱能使鬼推磨"原来如此理直气壮
> 04-09 21:08 来自四川省　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

我已经算好脾气了，如果碰到的是负责招商引资的领导，你这种不谙世事的态度都不知玩完多少回了。

04-09 21:41 来自广西壮族自治区　　　　　　举报　分享　回复　踩 0　赞 0　收藏

---

guan_15747397031756　　　　　　　　全部楼层

> 章＆鱼＆
> 你想和企业家平权？？你有什么经济贡献，你创造多少产值，你创汇多少？创造多少税收？创造多少就业？？学西方那套平权思想，学糊涂了？？
> 04-09 17:47 来自广西壮族自治区　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

见识了"有钱能使鬼推磨"原来如此理直气壮

04-09 21:08 来自四川省　　　　　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　全部楼层

> guan_15747397031756
> 只要违反中国法律，不管是资本家还是普通人，还是官员，都是罪有应得。资本家不是神，你想供起来是你的事儿，不能要求政府按你的想法来做。
> 04-09 10:45 来自四川省　　查看回复 3　举报　分享　回复　踩 0　赞 0　收藏

你想和企业家平权？？你有什么经济贡献，你创造多少产值，你创汇多少？创造多少税收？创造多少就业？？学西方那套平权思想，学糊涂了？？

04-09 17:47 来自广西壮族自治区　　　　　　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

---

章＆鱼＆　　　　　　　　全部楼层

> guan_15747397031756
> 在网络时代防止个人信息泄露是世界难题，又岂止企业家，你我的信息都可以被人肉到，连香港警察的信息也是满天飞。可唯独没人闲得蛋疼去人肉国籍，因为这些都是公开的，不止企业家，还有演员，官员，网上

都是可以公开查询他们国籍的。心里没鬼，怕别人知道什么？只是破了某些黄皮肤的外籍人想借隐瞒国籍而在中国享受着不同于白皮肤黑皮肤外籍人的普通中国国民待遇梦。中国对来华办企业的外国人并无任何国籍限制，中国的外籍独资企业更是多如牛毛，在这种情况下还隐瞒国籍的目的不说大家都知道。

04-09 13:28　来自四川省　查看回复 1　举报　分享　回复　踩 0　赞 0　收藏

那是企业家，他们的个人信息不保，又或者被自媒体乱说国籍，被人网暴，你看看企业经营会不会出风险？？

04-09 15:19　来自广西壮族自治区　举报　分享　回复　踩 0　赞 0　收藏


车手

第6级命令

海能达的实控人那个姓陈的，他或者他的儿子、老婆是不是有大笔资产在美国？也或者包括他本人在内全家都移民美国了？🤔

04-08 11:49　来自贵州省　查看回复 4　举报　分享　回复　踩 8　赞 357　收藏

如果属实，那就是被捏着蛋了……只能认怂

04-09 15:00　来自上海市　举报　分享　回复　踩 0　赞 0　收藏

guan_15747397031756　全部楼层

章＆鱼＆

现在企业家的个人信息随时有可能被倒卖获利，所以，企业家个人的国籍信息可以公开，但必须由政府相关部门统一口径，否则造谣的，倒卖信息的都没人管了。

04-09 12:00　来自广西壮族自治区　查看回复 1　举报　分享　回复　踩 0　赞 0　收藏

在网络时代防止个人信息泄露是世界难题，又岂止企业家，你我的信息都可以被人肉到，连香港警察的信息也是满天飞。可唯独没人闲得蛋疼去人肉国籍，因为这些都是公开的，不止企业家，还有演员，官员，网上都是可以公开查询他们国籍的。心里没鬼，怕别人知道什么？只是破了某些黄皮肤的外籍人想借隐瞒国籍而在中国享受着不同于白皮肤黑皮肤外籍人的普通中国国民待遇梦。中国对来华办企业的外国人并无任何国籍限制，中国的外籍独资企业更是多如牛毛，在这种情况下还隐瞒国籍的目的不说大家都知道。

04-09 13:28　来自四川省　查看回复 1　举报　分享　回复　踩 0　赞 0　收藏


章＆鱼＆　全部楼层

guan_15747397031756

可笑至极。，一个法盲居然把追究法律责任挂在嘴上。任何一个国家的企业工商资料都是公开透明可查的，哪个国家的企业家的国籍不是公开的？马斯克的国籍是不是公开的？扎尔伯克的国籍是不是公开的？企业法人的国籍资料要保密，头次听说，开诈骗公司的吧。

04-09 10:54　来自四川省　查看回复 2　举报　分享　回复　踩 0　赞 0　收藏

如果企业家国籍信息不通过正规渠道公以统一口径形式公开，造谣的岂不飞上天没人管？？前段时间还有人造谣说广西某地罚没收入占比全国最高。所以，不通过正规渠道，不通过统一口径形式公开的企业家国籍信息只能为造谣者提供操作空间。

04-09 12:03　来自广西壮族自治区　举报　分享　回复　踩 0　赞 0　收藏

章＆鱼＆　全部楼层

guan_15747397031756

中国不承认双重国籍，有双重国籍就是违法。所以官员的国籍必须公开，从事工商活动的法人的国籍必须公开，上市公司高管的国籍也必须公开，法律面前人人平等，企业家并不高人一等，能理解不？谁跟你说企业家的国籍必须得保密？依你这歪理邪说企业家的姓名和年龄都属个人隐私，也得保密吧。那搞的是企业还是黑社会？话说回来，你也真会瞎扯淡，明明是别人在国内赚足后自个儿先跑到国外去了，你却把他跑到国外的原因一会儿归咎于因为网友发现他是外国人，一会儿又归咎于因为他是外国人的信息没被保密，真是奇葩的脑回路。

04-09 11:39　来自四川省　查看回复 1　举报　分享　回复　踩 0　赞 0　收藏

现在企业家的个人信息随时有可能被倒卖获利，所以，企业家个人的国籍信息可以公开，但必须由政府相关部门统一口径，否则造谣的，倒卖信息的都没人管了。

04-09 12:00　来自广西壮族自治区　查看回复 1　举报　分享　回复　踩 0　赞 0　收藏

上一页　1　2　3　…　15　下一页


### 上海临港新片区数据跨境服务中心启用
2024-04-07 20:29


### 鸿蒙跨越"生死线",已有超4000原生应用入局
2024-04-07 18:00　　观网财经-科创


### 央行连续第17个月增持黄金储备
2024-04-07 17:48　　观网财经-金融


### 存款利率又降了!多家银行已官宣
2024-04-07 10:44


### 董事长联手高管对抗海信,科林电气爆发控制权之争
2024-04-07 09:32　　观网财经-科创


### 蔡崇信反思阿里过往:忘记了真正的客户是谁,没有给他们最好的体验
2024-04-05 21:51　　观网财经-互联网


### 中美经济对比,为什么还要看名义GDP?
2024-04-04 09:10


### 男生遭霸凌跳楼身亡?杭州当地通报调查结果
2024-04-04 08:23


### 男孩造句"想当农发行行长继承家产",家人身份披露
2024-04-03 21:35　　观网财经-金融


### 大模型给你的答案,也要插入广告了?
2024-04-03 16:49　　观网财经-科创


### 两部门发文,调整汽车贷款有关政策
2024-04-03 16:41　　观网财经-汽车

### 六大行存款一年多了14万亿,相当于每人多存1万




2024-04-03 15:37 观网财经-金融



### 台积电、联电部分厂区疏散，在线晶圆有部分损毁

2024-04-03 11:02 观网财经-科创



### 中央金融办、中央金融工委重磅发文

2024-04-03 08:23 观网财经-宏观



### 多家券商降薪：中信仍居首，中金人均年薪3年降46万

2024-04-02 21:34 观网财经-金融



### 华为拟向股东分红771亿，超15万人参与员工持股计划

2024-04-02 21:22 观网财经-科创



### 天猫升级品牌经营体系，多项百亿投入支持商家生意增长

2024-04-02 16:03



### 缓解续航焦虑，高德上线"电车可达圈"

2024-04-02 12:13



### 保荐机构更换后原券商人员仍在场工作，两名保代被罚

2024-04-01 18:21 观网财经-金融



### 传SHEIN去年利润突破20亿美元，GMV达450亿

2024-04-01 18:15 观网财经-互联网

联系我们　关于我们　版权声明　服务条款　刊登广告　联网微博　加入我们　网站地图　举报链接　举报制度规范　《网站自律管理承诺书》

Copyright © 2014-2024 观察者 All rights reserved。

沪ICP备10213822号-2 互联网新闻信息服务许可证：31220170001 网登视备（沪）02020000041-1号 互联网宗教信息服务许可证：沪（2022）0000197 广播电视节目制作经营许可证：（沪）字第03952号

增值电信业务经营许可证：沪B2-20210968 违法及不良信息举报电话：021-62376571

沪公网安备 31010502000027号　中国互联网举报中心　上海市互联网违法与不良信息举报中心