# **EXHIBIT F**




