# EXHIBIT 2

```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

MOTOROLA SOLUTIONS, INC., et  )
al.,                          )
                 Plaintiffs,  )
-vs-                          )   Case No. 17-cv-01973
                              )
HYTERA COMMUNICATIONS         )   Chicago, Illinois
CORPORATION, LTD., et al.,    )   August 17, 2023
                              )   10:01 a.m.
                 Defendants.  )

           TRANSCRIPT OF PROCEEDINGS - CONTEMPT HEARING
              BEFORE THE HONORABLE MARTHA M. PACOLD
APPEARANCES:

For the Plaintiffs:    MR. ADAM R. ALPER
                       MR. AKSHAY S. DEORAS
                       Kirkland & Ellis LLP
                       555 California Street, Suite 2700
                       San Francisco, CA 94104
                       (415) 439-1400
                       Adam.alper@kirkland.com
                       akshay.deoras@kirkland.com

                       MR. JUSTIN SINGH
                       MR. MICHAEL W. DE VRIES
                       MS. N. YVONNE BEELER
                       Kirkland & Ellis LLP
                       555 S. Flower Street
                       Los Angeles, CA 90071
                       (213) 680-8400
                       Justin.singh@kirkland.com
                       michael.devries@kirkland.com
                       yvonne.beeler@kirkland.com

Court Reporter:

              KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                        Official Court Reporter
                      United States District Court
                219 South Dearborn Street, Suite 1426
                         Chicago, Illinois  60604
                      Telephone:  (312) 435-5569
                   Kathleen_Fennell@ilnd.uscourts.gov
```

1 statements?

2 A. Correct, the translated version.

3 Q. And that footnote, is that consistent with your
4 understanding of what unrestricted cash would be?

5 A. Yes.

6 Q. Now, we've been looking at unrestricted cash assets, but
7 did you also look at other unrestricted assets that were held
8 by Hytera?

9 A. Yes.

10 Q. Why were you focused on unrestricted assets?

11 A. Well, again, as I said previously, Hytera has significant
12 assets, over a billion dollars, and so what we see here is the
13 total assets that are on the balance sheet for this same
14 period since the judge's royalty order of the 49 million is,
15 you know, somewhere between 1.9 and 1.6 billion of assets on
16 the balance sheet.

17 Now, one of the things Hytera does in its financial
18 statements is reports restricted assets, those which have, you
19 know, something preventing them from being used. And that
20 amount is disclosed here, and if you take the total assets per
21 the balance sheet and you subtract off what Hytera's disclosed
22 as restricted assets, you get unrestricted assets.

23 And that unrestricted asset balance in their
24 financial statements is roughly 1.7 to $1.5 billion. So what
25 this is saying bottom line in the red box is that there's

1 roughly 90 percent of the assets of Hytera are not restricted
2 as reported in their financial statements.
3 Q. So we've been speaking about unrestricted assets. How
4 does this analysis from Hytera's own balance sheets inform
5 your opinion that Hytera has the means to pay the $49 million
6 royalty obligation?
7 A. Well, what it's saying is there's significant unrestricted
8 assets that would be available.
9 Q. Now, we've been talking about information that you derived
10 from the balance sheets that are -- Hytera puts out publicly.
11   Have you also considered their income statements?
12 A. Yes.
13 Q. And if you could just explain what an income statement is?
14 A. Sure.
15   So the balance sheet, as I said, gives the assets and
16 the obligations at a point in time. The income statement and
17 the cash flows, those two statements talk about the
18 revenue-generating activities and the expenses and costs that
19 the company incurred for a period of time.
20   So what this slide is doing is moving from how much
21 does Hytera have in assets to how much revenue in operating
22 cash flow have they been generating, and specifically the time
23 period that we're talking about is, again, since the royalty
24 order, so that was back in July of 2022 through June where we
25 have the most recent information.

| | |
|---|---|
| 11:56:29 | 1  And what it demonstrates is that Hytera has had
2  significant revenues, hundreds of millions of dollars in
3  revenues from sales of products, services, and then its net
4  cash flows from operating activities, which is the cash that
5  it generates from selling its products and paying its expenses
6  is, you know, 90 to 150 million.
7  Q.  So what can Hytera do with that net cash flow?
8  A.  Well, that's a significant amount of cash, and why can't
9  some of that be paid to satisfy the judgment? |
| 11:56:48 | 10 Q.  And to your knowledge, has any of that cash flow been used
11 to satisfy the judgment?
12 A.  With respect to the $49 million, my understanding is zero
13 has been paid.
14 Q.  Now, do we know how Hytera did use the cash flow?  Have |
| 11:57:03 | 15 you reviewed any information to show that?
16 A.  Yes.  This is just one component of the cash flow
17 statement and what it shows for both the Hytera consolidated
18 and parent entity, and this, again, is for the same 12 months,
19 the last 12-month period, is they have disposed of |
| 11:57:23 | 20 subsidiaries, which is Sepura, for which they represent they
21 received 138 million in cash, and they've also had some
22 activities where they've spent money on investments, and they
23 call that purchase and construction of fixed assets,
24 intangible assets, and other long-term assets, and that's an |
| 11:57:43 | 25 outflow of 55 million. |

<pre>
                1     And what it demonstrates is that Hytera has had
                2  significant revenues, hundreds of millions of dollars in
                3  revenues from sales of products, services, and then its net
                4  cash flows from operating activities, which is the cash that
11:56:29        5  it generates from selling its products and paying its expenses
                6  is, you know, 90 to 150 million.
                7  Q.  So what can Hytera do with that net cash flow?
                8  A.  Well, that's a significant amount of cash, and why can't
                9  some of that be paid to satisfy the judgment?
11:56:48       10  Q.  And to your knowledge, has any of that cash flow been used
               11  to satisfy the judgment?
               12  A.  With respect to the $49 million, my understanding is zero
               13  has been paid.
               14  Q.  Now, do we know how Hytera did use the cash flow?  Have
11:57:03       15  you reviewed any information to show that?
               16  A.  Yes.  This is just one component of the cash flow
               17  statement and what it shows for both the Hytera consolidated
               18  and parent entity, and this, again, is for the same 12 months,
               19  the last 12-month period, is they have disposed of
11:57:23       20  subsidiaries, which is Sepura, for which they represent they
               21  received 138 million in cash, and they've also had some
               22  activities where they've spent money on investments, and they
               23  call that purchase and construction of fixed assets,
               24  intangible assets, and other long-term assets, and that's an
11:57:43       25  outflow of 55 million.
</pre>

1  Q. So the information that you're providing on this slide,
2  how does that inform your opinion that Hytera could pay its
3  $49 million royalty obligation?
4  A. Well, they are generating cash, so they sold the sub that
5  generated 138 million at the consolidated level, and they are
6  spending money on fixed assets and intangibles of 55 million,
7  and some of that potentially could have gone to pay the
8  $49 million judgment instead of for these items.
9  Q. Now, in coming to your opinion that Hytera could pay its
10 $49 million royalty obligation, did you also consider Hytera's
11 ability to raise cash?
12 A. Yes.
13 Q. Now, can you just explain what you're showing on this
14 slide?
15 A. Sure.
16     So in addition to generating cash from selling
17 products, you know, there are expenses, right? And so this
18 just shows, again, for this period since the royalty order,
19 marketing costs, R&D expenses, and administrative expenses,
20 and during this past year, Hytera spent 326 million or
21 incurred 326 million in those various expenses.
22     Now, some portion of that presumably is
23 discretionary, and if it's discretionary, instead of spending
24 money on these things, why not have taken some of that cash
25 and contribute it towards the judgment?

1 controlled operating costs.

2 Q. Mr. Westerman, we've looked at a number of public
3 statements by Hytera in the past year.

4 Were these statements consistent or inconsistent with
5 Hytera's claims that it's in a liquidity crisis?

6 A. Well, what it signifies is a company that's turned around.
7 It's not in decline. From what we're reading here, there's
8 not a crisis. They're not disclosing a crisis.

9 Q. And in reviewing these statements, did you see any
10 disclosures about the banks having Hytera's hands tied or not
11 being able to function without the banks' permission?

12 A. Not in these investor relations activity records.

13 Q. I know we're a little short on time so I want to move to
14 your second opinion that Hytera does exercise control over its
15 subsidiaries.

16 A. So the other side in this case has made issues about
17 looking at the parent and not looking at the subsidiaries, and
18 so remember from a consolidated standpoint what you have is
19 and what you have reported in the financial statements is the
20 assets and liabilities of the parent and the operating
21 activities of the parent, so that's the income, the revenue
22 and the expenses.

23 And then you have all of these subsidiaries. So,
24 remember, Hytera discloses in its financial statements, you
25 know, it has 40-plus subsidiaries, many of which it owns

Case: 1:17-cv-01973 Document #: 1802-3 Filed: 12/10/24 Page 8 of 8 PageID #:131320
Kang - direct by Cloern
198

| | | |
|---|---|---|
| 05:00:27 | 1 | A. My name is Jiliang Kang. Last name K-A-N-G. First name |
| | 2 | J-I-L-I-A-N-G. Currently, I'm employed by Hytera |
| | 3 | Communications Corporate, Ltd. I've been working for Hytera |
| | 4 | for 17 years. |
| | 5 | Q. And do you report to the CEO? |
| | 6 | A. Yes. |
| | 7 | Q. Did HCC make the $49 million royalty payment due on |
| | 8 | July 31, 2022? |
| | 9 | A. No. We -- the company does not have sufficient cash in |
| 05:01:12 | 10 | our accounts to pay that amount. |
| | 11 | Q. Has HCC made all subsequent royalty payments? |
| | 12 | A. Yes. |
| | 13 | Yes. Ever since July 2022, the company has been -- |
| | 14 | made those payments on a quarterly basis. |
| 05:01:49 | 15 | Q. So you've paid part of the royalty HCC owes into escrow, |
| | 16 | correct? |
| | 17 | A. Yes. |
| | 18 | Q. How much cash right now does HCC have, unrestricted cash? |
| | 19 | A. Currently, the company has about 100 million RMB. |
| 05:02:39 | 20 | Q. About how much in U.S. dollars, please. |
| | 21 | A. About 13 million U.S. dollars. |
| | 22 | Q. And is HCC able to use that cash to make at least an |
| | 23 | additional payment to the royalty? |
| | 24 | A. Currently, no. The company needs this amount of money to |
| 05:03:38 | 25 | maintain a normal daily operations, as well as repay the bank |