IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> HYTERA COMMUNICATIONS CORPORATION LTD. <br><br> Defendant. | Case No. 1:17-cv-01973 <br><br> Honorable Martha M. Pacold |

**JOINT STATUS REPORT REGARDING PAYMENT ON JUDGMENT**

Plaintiffs Motorola Solutions, Inc., and Motorola Solutions Malaysia Sdn. Bhd. ("Motorola") and Defendant Hytera Communications Corporation Ltd. ("Hytera") respectfully submit this joint status report to inform the court regarding payments by Hytera on the outstanding judgment.

As previewed in Hytera's opposition to Motorola's renewed turnover motion (Dkt. 1824 at 1), on March 4, 2025, Hytera paid a total of $10,999,990 as follows:

- $9,899,990 USD paid to Motorola (paid in two separate wire transfers in the amounts of $6,900,000 USD and $3,000,000, with $10 deducted as a wire fee).

- $1,100,000 paid to the Shenzhen Nanshan Tax Service for the Enterprise Income Tax applicable to a total payment (inclusive of the tax payment and wire fee) of $11 million.[1]

---

[1] This amount was paid in RMB, rather than USD, for a total of ¥7,891,290.00, calculated according to the exchange rate of USD 1 = RMB 7.1739, as reflected on the China Foreign Exchange Trade System for March 4, 2025 (the date of the payment).

Hytera has provided Motorola with debit receipts showing both payments as well as appropriate tax receipts so that Motorola can seek credit from the US government for the amount paid to Chinese tax authorities.

As Motorola's expert has previously noted, $15,166,736.64 has previously been paid on the judgment. Dkt. 1803-2 at 3.

DATED: March 14, 2025

|  |  |
|---|---|
|  | Respectfully submitted, |
| **STEPTOE LLP** | **KIRKLAND & ELLIS LLP** |
| */s/ Boyd Cloern* | */s/ Christopher Lawless* |
| Boyd Cloern (*admitted pro hac vice*) <br> bcloern@steptoe.com <br> Leah Quadrino (*admitted pro hac vice*) <br> lquadrino@steptoe.com <br> Scott Richey (*admitted pro hac vice*) <br> srichey@steptoe.com <br> Bill Toth (*admitted pro hac vice*) <br> btoth@steptoe.com <br> STEPTOE LLP <br> 1330 Connecticut Avenue <br> NW Washington, DC 20036 <br> Telephone: (202) 429-3000 <br> Facsimile: (202) 429-3902 <br><br> Attorneys for Defendant <br> *Hytera Communications Corp. Ltd*. | Adam Alper (*admitted pro hac vice*) <br> adam.alper@kirkland.com <br> Akshay S. Deoras (*admitted pro hac vice*) <br> akshay.deoras@kirkland.com <br> Brandon H. Brown (IL Bar No. 266347 CA) <br> brandon.brown@kirkland.com <br> Laura Vartain (*admitted pro hac vice*) <br> laura.vartain@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br><br> Michael W. De Vries (*admitted pro hac vice*) <br> michael.devries@kirkland.com <br> Christopher Lawless (*admitted pro hac vice*) <br> christopher.lawless@kirkland.com <br> Justin Singh (*admitted pro hac vice*) <br> justin.singh@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Telephone: (213) 680-8400 <br> Facsimile: (213) 680-8500 <br><br> Ali-Reza Boloori (*admitted pro hac vice)* <br> ali-reza.boloori@kirkland.com <br> 2049 Century Park East, Suite 3700 <br> Los Angeles, CA 90067 <br> Telephone: (310) 552-4200 |

Facsimile: (310) 552-5900

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Leslie M. Schmidt (*admitted pro hac vice*)
leslie.schmidt@kirkland.com
Joshua L. Simmons (*admitted pro hac vice*)
Joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Plaintiffs
*Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN. BHD.*

**CERTIFICATE OF SERVICE**

    I, Boyd Cloern, an attorney, hereby certify that on March 14, 2025, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: March 14, 2025

                                                 */s/ Boyd Cloern*
                                                 Boyd Cloern