## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Motorola Solutions, Inc., et al.

                                              Plaintiff,

v.                                                          Case No.: 1:17–cv–01973
                                                            Honorable Martha M. Pacold

Hytera Communications Corporation Ltd., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 8, 2026:

     MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 4/8/2026. Plaintiff's motions, [1802], [1805], and [1895], and defendant's motion [1921] remain under advisement. Plaintiff's motions for leave to file under seal, [2003], [2009], and Defendant's motions for leave to file under seal, [2006], [2012], and [2018] are granted for the reasons stated on the record. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.