IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD. ) ) ) ) | Civil Action No.: 1:17-cv-01973 |
| Plaintiffs, ) ) | Honorable Martha M. Pacold |
| v. ) ) | **PUBLIC – REDACTED** |
| HYTERA COMMUNICATIONS CORPORATION LTD., ) ) ) ) | |
| Defendant. ) ) ) ) ) ) ) ) | |

**MOTOROLA'S RESPONSE TO HYTERA'S STATUS REPORT REGARDING
PARTIAL PAYMENT ON JUDGMENT**

Plaintiffs Motorola Solutions, Inc. and Motorola Solutions Malaysia Sdn. Bhd. ("Motorola") respectfully submit this response to Defendant Hytera Communications Corp. Ltd.'s ("Hytera") Status Report Regarding Payment On Judgment (Dkt. 2029) to provide the Court with necessary context regarding the inadequacy of Hytera's payments now more than six years after entry of final judgment, and its continued non-compliance with the Court's Orders.

On April 30, 2026, Hytera informed Motorola that it made a payment of ███████ to Motorola and that it paid the Shenzhen Tax Service ████████, for a total payment towards the DTSA judgment, according to Hytera, of ████████. Hytera filed its status update with the Court approximately a month and a half later on June 12, 2026. Hytera's April 2026 payment is still grossly inadequate: it represents roughly ███ of Hytera's total outstanding obligations under

1

the DTSA judgment. Even after accounting for that payment, Hytera continues to owe over $▮▮ ▮▮▮ on the DTSA judgment (in addition to the amount it will owe for the recalculated copyright damages, which is pending before the Court).

Hytera's continued failure to satisfy its outstanding obligations under the DTSA judgment is egregious. There is no dispute that Hytera can make an immediate lump sum payment of the remaining balance of the judgment, as Hytera's auditors, management and directors concluded in Hytera's 2024 Annual Report. *See* Dkt. 2002 at 3–7, Motorola's Status Report Regarding Criminal Sentencing. But instead of using its available cash to pay the outstanding judgment, Hytera instead has openly reinvested that cash into its own company to develop and market allegedly new products and initiatives, including "AI-Powered" "innovations" and network communication subscription services. *See, e.g.*, Ex. 1 (https://www.hytera.com/en/news/hytera-to-showcase-ai-powered-critical-communication-solutions-at-ccw-2026/); Ex. 2 (https://www.hytera.com/en/news/hytera-launches-mcx-solution-6-1-advancing-reliability-and-efficiency-in-mission-critical-communications/). Hytera also continues to generate hundreds of millions of dollars in revenue from ongoing worldwide sales of its H-Series products—products that have *also* been adjudicated to incorporate stolen Motorola technology. Yet despite this Court's Order (Dkt. 1899, Order Granting Motorola's Motion for Contempt), Hytera has not secured a bond or paid Motorola *any* royalties for its sales of H-Series products, effectively giving itself the unilateral right to continue selling products that misappropriate Motorola's trade secrets without compensation.

Hytera's contempt for this Court's authority will continue unchecked absent immediate turnover of the outstanding judgment and a permanent worldwide injunction barring Hytera from continuing to profit from stolen technology, as merited by Motorola's Renewed Motion for

Turnover (Dkt. 1803) and Motorola's Renewed Motion for Reconsideration of Its Motion for Permanent Injunction (Dkt. 1806).

DATED: June 29, 2026

Respectfully submitted,

*/s / Akshay S. Deoras*
Adam R. Alper (*admitted pro hac vice*)
adam.alper@kirkland.com
Akshay S. Deoras (*admitted pro hac vice*)
akshay.deoras@kirkland.com
Brandon H. Brown (IL Bar No. 266347 CA)
brandon.brown@kirkland.com
Laura Vartain Horn (*admitted pro hac vice*)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (*admitted pro hac vice*)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Christopher Lawless (*admitted pro hac vice*)
christopher.lawless@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Leslie M. Schmidt (*admitted pro hac vice*)
leslie.schmidt@kirkland.com
Joshua L. Simmons (*admitted pro hac vice*)
joshua.simmons@kirkland.com

3

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Plaintiffs
*Motorola Solutions, Inc. and Motorola
Solutions Malaysia SDN. BHD.*

## <u>CERTIFICATE OF SERVICE</u>

I, Akshay S. Deoras, an attorney, hereby certify that on June 29, 2026, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED: June 29, 2026

*/s/ Akshay S. Deoras*
Akshay S. Deoras